**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **Criminal No. 5:14-cr-00244** |
| **DONALD L. BLANKENSHIP** | ) | |

**MEMORANDUM TO THE COURT CONCERNING DEFENDANT DONALD L. BLANKENSHIP'S PRETRIAL MOTIONS**

The defense is filing a number of pretrial motions. With the exception of Defense Motion No. 3, Motion to Transfer to Another District for Trial, they are being filed today. These motions have been listed below and, for convenience, have been numbered.

There are an extraordinary number of grounds upon which this indictment must be dismissed. Each of the motions demonstrates an entitlement to the relief sought, and we do not suggest that the motions higher on the list have greater merit than those lower. Motions applicable to all counts are listed first (Nos. 1 to 5), before listing, in order, dismissal motions devoted to each count. Thus, Motions 6 to 9 pertain to Count One; Motions 10 to 12 pertain to Count Two; Motion 13 pertains to Count Three; and Motions 14 and 15 pertain to Count Four. Again, Motions 14 and 15 pertaining to Count Four (a 20-year count) are as important as any of the other motions, and the defense does not mean to suggest otherwise by numbering the motions in this fashion. We note that an order granting relief on some these motions may moot the need to decide others.

Motions 16 to 20 concern discovery or other non-dispositive issues, including but not limited to a *Brady* motion, a motion for bill of particulars, and a motions to continue the deadline for *in limine* motions. These motions too are important.

As an initial matter, the defense respectfully requests that the Court hear and decide the Motion for Disqualification, which is numbered Defense Motion No. 1, before proceeding further with the other motions. Defense counsel believe the Court will see the merit in having a judge from outside this District assigned to this case. In that case, all motions being filed today, as well as any filed later, will then be assigned to that judge.

Finally, under the existing Order of Reference, all motions are assigned to Magistrate Vandervort for his initial decision. Defense Motion No. 2 requests the Court to revoke that order. In any event, this Court should hear and decide the Motion for Disqualification in the first instance because of its obvious significance to all further developments in this case.

The list of the defense's motions is as follows:

| | |
|---|---|
| Motion No. 1 | Motion to Disqualify This Court and All the Judges of the United States District Court for the Southern District of West Virginia |
| Motion No. 2 | Motion to Revoke Order of Reference to Magistrate |
| Motion No. 3 | Motion to Transfer to Another District for Trial (To Be Filed on February 20, 2015) |
| Motion No. 4 | Motion to Dismiss for Vindictive and Selective Prosecution of Donald L. Blankenship for Exercising His First Amendment Rights |
| Motion No. 5 | Motion to Dismiss for Improper and Misleading Conduct before the Grand Jury |
| Motion No. 6 | Motion to Dismiss Count One for Failure to State an Offense |
| Motion No. 7 | Motion to Dismiss Count One for Failure to Charge Cognizable Conspiratorial Objects |
| Motion No. 8 | Motion to Dismiss Count One for Lack of Specificity |
| Motion No. 9 | Motion to Dismiss Count One as Duplicitous or To Require Election Between Counts One and Two |
| Motion No. 10 | Motion to Dismiss Count Two for Failure to State a Conspiracy to Defraud |

| | |
|---|---|
| Motion No. 11 | Motion to Dismiss Count Two for Improper Use of "Defraud" Clause of Section 371 |
| Motion No. 12 | Motion to Dismiss Count Two for Charging Conspiracy to Defraud the United States of Intangible Rights |
| Motion No. 13 | Motion to Dismiss Count Three for Failure to State an Offense |
| Motion No. 14 | Motion to Dismiss Count Four Due to Its Failure to Allege Materially False, Misleading or Fraudulent Statement of Fact |
| Motion No. 15 | Motion to Dismiss Count Four for Failure to Allege Facts Establishing That Mr. Blankenship Made or Willingly Caused To Be Made Materially False or Misleading Statements |
| Motion No. 16 | Motion for Bill of Particulars |
| Motion No. 17 | Motion to Strike Surplusage from the Indictment |
| Motion No. 18 | Motion for Access to Government's Grand Jury Instructions |
| Motion No. 19 | Motion to Enforce the Government's *Brady* Obligations |
| Motion No. 20 | Motion for Extension of Time to File *Motions In Limine* |

Dated: February 6, 2015

Respectfully submitted,

*/s/ William W. Taylor, III*

William W. Taylor, III
Blair G. Brown
Eric R. Delinsky
R. Miles Clark
Steven N. Herman
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
202-778-1800 (phone)
202-822-8106 (fax)
wtaylor@zuckerman.com
bbrown@zuckerman.com
edelinsky@zuckerman.com
mclark@zuckerman.com
sherman@zuckerman.com

_/s/ *James A. Walls*___________________
James A. Walls (WVSB #5175)
SPILMAN THOMAS & BATTLE, PLLC
48 Donley Street, Suite 800
P.O. Box 615
Morgantown, WV 26501
304-291-7947 (phone)
304-291-7979 (fax)
jwalls@spilmanlaw.com

*Counsel for Donald L. Blankenship*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically filed and service has been made by virtue of such electronic filing this 6th day of February 2015 on:

R. Booth Goodwin, II
Steven R. Ruby
United States Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713

_/s/ Eric R. Delinsky_________
Eric R. Delinsky