# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY DIVISION

_____

**UNITED STATES OF AMERICA**              )
                                          )
   **v.**                 )  **Criminal No. 5:14-cr-00244**
                                          )
**DONALD L. BLANKENSHIP**                 )
_____  )


**DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL HIS RENEWED MOTION TO DISQUALIFY LAW CLERK AND FOR CLARIFICATION OF RECORD REGARDING SCREEN OF LAW CLERK, AND ALSO TO FILE UNDER SEAL THE EXHIBITS AND MEMORANDUM IN SUPPORT OF THE MOTION**

Defendant Donald L. Blankenship, through counsel, hereby moves for leave to file under seal (a) his Renewed Motion to Disqualify Law Clerk and for Clarification of Record Regarding Screen of Law Clerk, as well as (b) the exhibits to the motion and (c) the memorandum in support thereof.  All of these documents concern matters addressed in a telephone conference that the Court conducted on January 30, 2015.  The Court sealed the transcript of that telephone conference.  Further, the Court entered an order on April 9, 2015 permitting the transcript to be released to the parties, but not more broadly.  (ECF No. 227).  Accordingly, in light of the Court's orders regarding sealing and regarding limited release of the transcript, Mr. Blankenship's motion to disqualify, as well as the related exhibits and supporting memorandum, are being offered for filing under seal.

Dated: April 14, 2015                    Respectfully submitted,


                                         /s/ *William W. Taylor, III*_____
                                         William W. Taylor, III
                                         Blair G. Brown
                                         Eric R. Delinsky
                                         R. Miles Clark
                                         Steven N. Herman
                                         ZUCKERMAN SPAEDER LLP
                                         1800 M Street, NW, Suite 1000
                                         Washington, DC 20036
                                         202-778-1800 (phone)
                                         202-841-8106 (fax)
                                         wtaylor@zuckerman.com
                                         bbrown@zuckerman.com
                                         edelinsky@zuckerman.com
                                         mclark@zuckerman.com
                                         sherman@zuckerman.com


                                         /s/ *James A. Walls*_____
                                         James A. Walls (WVSB #5175)
                                         SPILMAN THOMAS & BATTLE, PLLC
                                         48 Donley Street, Suite 800
                                         P.O. Box 615t
                                         Morgantown, WV 26501
                                         304-291-7947 (phone)
                                         304-291-7979 (fax)
                                         jwalls@spilmanlaw.com

                                         *Counsel for Donald L. Blankenship*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion has been electronically filed and service has

been made by virtue of such electronic filing this 14th day of April 2015 on:

R. Booth Goodwin, II
Steven R. Ruby
U.S. Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713


  /s/ *William W. Taylor, III*
William W. Taylor, III