# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:14-00244

DONALD L. BLANKENSHIP

## UNITED STATES' NOTICE OF AMENDED
## PROPOSED JUROR QUESTIONNAIRE

Comes now the United States of America, by Assistant United States Attorney Steven R. Ruby, and respectfully submits this notice of amended proposed juror questionnaire. On March 20, 2015, the United States submitted its Motion for Use of Juror Questionnaire and Expanded Jury Selection Process. ECF 176. That motion proposed a procedure for jury selection in this case and included a proposed juror questionnaire. On March 27, 2015, Defendant submitted his Response to the United States' Motion for Use of Juror Questionnaire and Expanded Jury Selection Process and attached his own proposed juror questionnaire. ECF 181. In light of Defendant's proposed questionnaire, issues that have been raised in subsequent proceedings, and the Court's instruction to submit any further proposed questionnaire by today, the United States respectfully submits for the Court's consideration the amended proposed juror questionnaire attached as an exhibit hereto. The United States continues to respectfully request the jury selection procedures proposed in its March 20, 2015 Motion for Use of Juror Questionnaire and Expanded Jury Selection Process, for the reasons set forth therein. *See* ECF 176.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

s/ Steven R. Ruby
Steven R. Ruby
Assistant United States Attorney
WV Bar No. 10752
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: steven.ruby@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 12th day of June, 2015 to:

>William W. Taylor, III
>Blair G. Brown
>Eric R. Delinsky
>R. Miles Clark
>Steven N. Herman
>Zuckerman Spaeder LLP
>1800 M Street, NW, Suite 1000
>Washington, DC 20036
>
>James A. Walls
>Spilman Thomas & Battle, PLLC
>48 Donley Street, Suite 800
>P.O. Box 615
>Morgantown, WV  26501
>
>Alexander Macia
>Spilman Thomas & Battle, PLLC
>P.O. Box 273
>Charleston, WV  25321

>s/ Steven R. Ruby
>Steven R. Ruby
>Assistant United States Attorney
>WV Bar No. 10752
>300 Virginia Street, East, Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax: 304-347-5104
>Email: steven.ruby@usdoj.gov