UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.                                                        CRIMINAL NO. 5:14-00244

DONALD L. BLANKENSHIP

## JUROR QUESTIONNAIRE

Please Print Your Name: _____

Your Juror Number: _____

Introduction:

This questionnaire is intended to make jury selection more efficient in an upcoming criminal case. The answers you give in the questionnaire will help the Court and counsel to determine whether you can or should serve as a juror in this particular trial. There are no correct or wrong answers. There are only your own personal, honest, and candid answers. To ensure that your answers are accurate and truthful, you are required to give your answers under oath. All information contained in this questionnaire will be kept confidential. The information you provide will be given only to the Judge, the Clerk's Office and the parties, and will be used solely for the purpose of selecting a jury in this case.

Between now and jury selection, please do not discuss this questionnaire, or your answers to it, with anyone, including other prospective jurors, or the lawyers for either side. In addition, please do not read any newspaper articles about this case or visit any locations at issue in this case. Do not assume that the questions show anything about what will be the evidence to be presented in this case, or that your answers will determine whether or not you will serve on this jury.

Answer each question as best you can. We are just asking you to say honestly what you think. Take your time. Please write or print clearly with a pen. If you need extra space to answer a question, you may continue an answer at the end of the questionnaire showing the number of the question being answered.

## DESCRIPTION OF THE CASE

In this case, the defendant, Donald L. Blankenship, is charged in a three-count indictment with criminal offenses involving the violation of mandatory mine safety and health standards and making false and fraudulent statements to the Securities and Exchange Commission and others.

This trial could last up to four weeks.  Today you are asked to fill out this questionnaire.  Jurors will then return to court for voir dire (verbal questioning) and jury selection.  It is likely that evidence will be presented from _____to_____ Monday through Friday, except for holidays and other adjournments of trial.

Service on a jury is one of the highest duties that each citizen owes to his or her country and inconvenience or ordinary financial problems related to jury service will not be enough to excuse a prospective juror. Federal law forbids any employer from discharging or discriminating against an employee because of jury service.

## JUROR QUESTIONNAIRE

[If your answer is longer than the space provided, please use the two blank pages attached at the end and do not write on the back of the pages unless you run out of space on the very last page.]

## BACKGROUND

Name _____

1. Date of Birth _____ Age:_____ Male _____ Female _____

2. Where were you born? _____

3. What town do you live in? _____

4. What county do you live in? ☐ Boone ☐ Clay ☐ Jackson ☐ Kanawha ☐ Lincoln

   ☐ Logan ☐ Mingo ☐ Nicholas ☐ Putnam ☐ Roane

   ☐ Cabell ☐ Wayne ☐ Mason

5. How long have you lived in this county? _____

6. Where else have you lived (city, state or country, if outside the United States)?

   _____

7. Are you a citizen of the United States?                                       Yes____   No____

8.     Can you read and understand the English language?

       Yes____   No____

    **IF NO:** Has anyone read and explained this questionnaire to you, or assisted you in answering these questions in any way?

       Yes____   No____

9.     There is a possibility that this trial could last up to four weeks. Jury service would be required from ___AM to ___ PM, Monday through Friday, and you would have to be present for every session at the direction of the court. Do you have a medical condition that would prevent you from sitting for such length of time?

       Yes____   No____

    **IF YES:** please describe. _____

    _____

    _____

10.    Do you have family obligations, such as caring for small children or relatives who are ill or infirm, or any other problem of any kind that might make it difficult for you to serve as a juror for up to four weeks?

       Yes____   No____

11.    Length of time at current address: _____years

    Do you live: (Please check all that apply)

        _____In a single-family house   (own ____   rent ____)
        _____Apartment                  (own ____   rent ____)
        _____With family
        _____With friends
        _____Other (please explain): _____

    If less than one year at current address, please indicate prior county, city or town:

    _____

    _____

    _____

12.    What is your marital status?

        ____ Married
        ____ Single and never married

    \_\_\_\_ Divorced, not remarried
    \_\_\_\_ Divorced, remarried for \_\_\_\_ years
    \_\_\_\_ Living with non-marital mate \_\_\_\_ years
    \_\_\_\_ Widowed/widower married in the past for \_\_\_\_ years
    \_\_\_\_ Other

 How many times have you been married?_____

13. Please describe briefly the employment status of your past and present spouse(s) and/or domestic partner(s), including their occupations and employers:

 _____

 _____

 _____

14. What is the educational background of your spouse or domestic partner? _____

 _____

 _____

15. What clubs or social, professional, political or religious organizations do you belong to (for example, service clubs, churches or church groups, organizations for a particular trade or profession, volunteer activities, hunting or shooting clubs, political groups, neighborhood groups, or other similar groups)?

 _____

 _____

 _____

16. What leadership positions have you held within any of those groups or organizations?

 _____

17. What hobbies or non-work activities do you enjoy?

 _____

18. Do you identify politically with:

    \_\_\_\_Conservatives
    \_\_\_\_Moderates

    \_\_\_\_Liberals
    \_\_\_\_Other

Explain: _____

_____

_____

19. How do you usually get your news? (Please check all that apply):

    \_\_\_\_Newspaper(s) (which) _____

    \_\_\_\_Radio, including talk radio (which programs) _____

    \_\_\_\_Television (which stations) _____

    \_\_\_\_Magazines (which) _____

    \_\_\_\_Internet (which sites) _____

    \_\_\_\_Word of mouth

    How many times per week do you read about/listen to the news?_____

    Do you subscribe to and or log on to any websites (blogs, discussion groups, chat rooms) or do you have your own blog or personal website?     Yes\_\_\_\_   No\_\_\_\_

    **IF YES:** please describe: _____

    _____

20. Have you ever written a letter to the editor of a magazine or newspaper or a comment in response to a story on an Internet version of a magazine or newspaper?

    \_\_\_\_ Yes     \_\_\_\_ No

    **IF YES:** What was the subject of the letter or comment?

    _____

    _____

21. What television shows do you regularly watch? _____

    _____

22. Is your opinion of mine safety laws and regulations:

 Favorable _____ Unfavorable _____ No opinion _____

23. Is your opinion of environmental regulations:

 Favorable _____ Unfavorable _____ No opinion _____

24. Have you followed particular crime stories or criminal cases in the news, or on television programs?

 Yes____ No____

 **IF YES:** what cases or stories, or programs? _____

 _____

 _____

 What was your interest in those cases, stories or programs? _____

 _____

 _____

## EDUCATION

25. What is the highest level of education you completed?

 ____ Grade school or less        ____ Some college
 ____ Some high school            ____ Associate's degree
 ____ High school graduate        ____ Bachelor's degree
 ____ Technical or business school ____ Postgraduate degree

 Please list any degrees or certificates you may have, the schools and colleges you

 attended, and your major areas of study. _____

 _____

26. What special training or skills do you have? _____

27. Have you ever taken courses or had any training in any of the following subjects?

   \_\_\_Law                      \_\_\_Mine Engineering
   \_\_\_Mine Safety          \_\_\_Law Enforcement
   \_\_\_Criminology         \_\_\_Sociology
   \_\_\_Human Behavior      \_\_\_Business
   \_\_\_Labor Relations

Please describe the course(s) or training: _____

_____

## WORK HISTORY

28. What is your current job status?

    \_\_\_\_ Working full-time      \_\_\_\_ Unemployed not looking for work
    \_\_\_\_ Working part-time      \_\_\_\_ Unemployed looking for work
    \_\_\_\_ Disabled                   \_\_\_\_ Homemaker
    \_\_\_\_ Retired - when?_____   \_\_\_\_ Full-time student
    \_\_\_\_ Never employed

29. Please answer this question concerning your current employment, or, if you are retired, unemployed, a homemaker, or a full-time student, concerning your last job:

    a. What company or organization do (did) you work for? _____

    b. What do (did) you do at work? _____

    c. How long have (had) you been employed in this particular position? _____

    d. Does (did) your job include the responsibility of hiring/firing?   Yes\_\_\_ No\_\_\_

30. Do you have a second (or third or more) job?                      Yes\_\_\_ No\_\_\_

    **IF YES:** please describe:

    _____

    _____

31. Please list your previous three jobs and indicate how many years you worked in each one:

| Employer | Dates | Job Title | Job Duties |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

32. Are you now or were you ever a member of a labor union?        Yes ____ No ____

    **IF YES:** What union? _____

    Did you hold any office in the union? _____

33. Have you or any close friend or family member ever worked in the coal mining industry (this includes businesses that provide products, equipment, or services to coal mining companies; if multiple responses are needed, please use blank pages at end of questionnaire)?

    Yes ____ No ____

    **IF YES:**

    Who worked in the mining industry? _____

    For how long? _____

    What was your/their specific job(s)? _____

    What was the name of the mine/company? _____

    Where was the mine/company located? _____

    What type of mine/company? _____

34. Have you or a close friend or family member ever worked for Massey Energy Company or a subsidiary of Massey Energy Company?

    Yes _____        No _____

35. Have you or a close friend or family member ever worked for Alpha Natural Resources or a subsidiary of Alpha Natural Resources?

    Yes _____        No _____

8

36. Have you ever worked in a heavily regulated industry? Yes _____ No _____

37. Have you ever worked for a federal, state, or local government agency?

    Yes _____    No _____

    **IF YES:**

    | Gov't Agency | Dates | Job Duties |
    |---|---|---|
    | | | |
    | | | |
    | | | |

## RELATIONSHIP TO PARTIES IN THIS CASE

38. Do you know, or have any connection with, any of the attorneys in this case or with any member of their offices?

    **UNITED STATES** (United States Attorneys for the Southern District of West Virginia):

    | | | |
    |---|---|---|
    | R. Booth Goodwin II | Yes____ | No____ |
    | Steven R. Ruby | Yes____ | No____ |
    | R. Gregory McVey | Yes____ | No____ |
    | Gabriele Wohl | Yes____ | No____ |
    | Any member of their offices | Yes____ | No____ |

    **DEFENSE:**

    | | | |
    |---|---|---|
    | William L Taylor, III | Yes____ | No____ |
    | Blair G. Brown | Yes____ | No____ |
    | Eric R. Delinsky | Yes____ | No____ |
    | R. Miles Clark | Yes____ | No____ |
    | Steven N. Herman | Yes____ | No____ |
    | The firm of Zuckerman Spaeder LLP | Yes____ | No____ |
    | James A. Walls | Yes____ | No____ |
    | Alex Macia | Yes____ | No____ |
    | The firm of Spilman, Thomas & Battle, PLLC | Yes____ | No____ |

     **IF YES**: please explain: _____

_____

_____

39. Do you know anyone else at the Office of the United States Attorney for the Southern District of West Virginia, or have you had any dealings with that office?

    Yes\_\_\_\_   No\_\_\_\_

    **IF YES**: please explain: _____

    _____

40. The defendant in this case is Donald L. Blankenship, also known as Don Blankenship. Do you know, or think you may know, anything about him or members of his family?

    Yes\_\_\_\_   No\_\_\_\_

    **IF YES**: please explain: _____

    _____

    _____

### EXPERIENCE WITH THE LEGAL SYSTEM

41. Have you, any members of your family or close personal friends ever been: (please check all that apply):

    \_\_\_\_\_ the victim of a crime (whether or not it was reported to the police)
    \_\_\_\_\_ a witness to a crime
    \_\_\_\_\_ accused of or charged with a crime
    \_\_\_\_\_ investigated for a crime

    **IF YES**: please describe the situation. _____

    _____

    _____

    If there was an arrest, what was the outcome? _____

If there was a trial, did you testify?  Yes____ No____

Please describe any contact you had with police or courts as a result of this situation.

_____

_____

_____

Were you satisfied with the way the matter was handled by law enforcement and/or the Court?

Yes____ No____

If you were not satisfied, please explain:_____

_____

_____

_____

42. Have you ever been questioned in any matter by any federal law enforcement agency or agent (including the Department of Justice and the Federal Bureau of Investigation (FBI)).

Yes____ No____

**IF YES**: please explain:_____

_____

_____

_____

43. Have you or any member of your immediate family or any close friends ever been involved in a civil lawsuit, either as a ____witness, ____plaintiff, or _____defendant?

Yes____ No____

**IF YES**: please explain: _____

_____

_____

44. Have you, or do you expect to, become involved in any legal action or dispute with the United States, or any officers, agents, or employees of the United States?

    Yes____ No____

    **IF YES**: please explain: _____

    _____

    _____

45. Do you have an opinion about the credibility of law enforcement officials?

    Yes____ No____

    **IF YES:** Please explain: _____

    _____

    _____

46. Do you believe that law enforcement officers are more likely or less likely to tell the truth than other witnesses?

    ____ more likely ____ no difference ____ less likely

47. Do you have any impressions, opinions or beliefs about the Federal Bureau of Investigation (FBI), Department of Justice (DOJ), the Mine Safety and Health Administration (MSHA), or law enforcement agencies generally that could cause you to either lean in favor of the United States or to lean against the United States?

    Yes____ No____

    **IF YES**: please explain: _____

    _____

    _____

48. Have you ever served as a grand juror in the past? Yes____ No____

    **IF YES**: How many times? _____
    When? _____
    Type of case(s): _____
    Were you a foreperson? Yes____ No____

12

49. Have you ever served as a trial juror in the past?

      Yes____   No____

   **IF YES**:   How many times? _____
      When? _____
      Type of case(s): _____
      Did the case(s) reach a verdict? Yes____   No____

   **IF NO**: Was that because the jury could not agree on a verdict or because of some other reason?

   Give reason: _____

   _____

   _____

   How did you feel about your jury service? _____

   Were you selected as the foreperson? _____

50. The Constitution says a defendant charged with a crime is presumed innocent and cannot be found guilty of the crimes with which he is charged unless the United States proves his guilt beyond a reasonable doubt. Are you willing to follow that law in this case and only find the defendant guilty if the United States proves his guilt beyond a reasonable doubt?

      Yes____   No____

51. The Constitution says a defendant has the right not to testify, and it shall not be held against him if he does not take the witness stand. How do you feel about this requirement? Please explain:_____

   _____

   _____

52. Would you tend to think that a person who did not testify was more likely to be guilty than not guilty?

      Yes____   No____

53. Are you concerned that witnesses who are facing criminal charges are more likely to lie to avoid punishment for their crimes?

      Yes____   No____

13

**IF YES**: please explain:

### CASE RELATED ISSUES

54. What have you seen, heard or read about this case or any of the people involved in it, other than what the Judge told you in her opening remarks? Please explain:

    Source(s)?

    What was your personal reaction to what you saw, heard or read?

55. Have you participated in any conversations or discussions about the case with anyone with knowledge of the facts or circumstances, or opinions about what the outcome should be?

    Yes____   No____

    **IF YES**: please explain:

56. Do you have any particular experiences, feelings or beliefs that might influence you as a juror in a case where someone died while working in a mine?

    Yes____   No____

14

**IF YES**: please explain: _____

_____

_____

57. Have you expressed an opinion or impression as to the guilt or innocence of the defendant at any prior time?

    Yes____ No____

58. Has anyone spoken with you, or indirectly tried to contact you, at any time, including today, about the case?

    Yes____ No____

59. Have you overheard anything about the case? Yes____ No____

    If so, what did you hear: _____

    _____

    _____

60. Based on what you have seen, read or heard, please tell us what feelings or opinions you may have formed about this case, the charges or the defendant, Donald L. Blankenship.

    _____

    _____

    a. Would you be able to set those feelings aside and, if chosen as a juror, decide the case solely on the law and the evidence presented at trial?

        Yes____ No____

    b. Have you formed an opinion regarding the guilt or innocence of the defendant, based on what you have seen, read or heard?

        Yes____ No____

    c. What is that opinion? _____

    d. Would you be able to set that opinion aside, and, if chosen as a juror, decide the case solely on the evidence and law and evidence presented to you at trial?

        Yes____ No____

15

61. Do you know any reason whatsoever why you could not sit on a jury in a case involving the defendant, Donald L. Blankenship?

    Yes____ No____ Not Sure ____

    **IF YES** or **NOT SURE**, please explain: _____

    _____

    _____

    _____

62. Would the nature of the charges affect your ability to be a fair and impartial juror?

    Yes____ No____ Not Sure____

63. Is there any additional information not asked about in this questionnaire which you feel that the Judge and/or the attorneys should know about you before considering you for the jury in this case?

    Yes____ No____

    **IF YES**: please explain: _____

    _____

64. Is there anything you would like to discuss privately that would have bearing on your being a juror?

    Yes____ No____

65. Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?

    Yes____ No____

    **IF YES**: please explain: _____

    _____

    _____

    _____

**If necessary, please continue your answers to any questions on the attached blank pages.**

**Please give the number of each question that you are answering. Thank you**.

EXTRA SPACE TO ANSWER QUESTIONS.  DO NOT FORGET TO PUT THE QUESTION NUMBER IN FRONT OF EACH ANSWER THAT REQUIRED MORE SPACE.

Question No. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## DECLARATION

I attest and affirm, under the penalty of perjury, that the answers set forth above are true and correct to the best of my knowledge.

| | |
|---|---|
| Date | Signature |