**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY**

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:14-00244

DONALD L. BLANKENSHIP

**UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION
FOR PERMISSION TO TRAVEL TO NORTH CAROLINA**

Comes now the United States of America, by Assistant United States Attorney Steven R. Ruby, and respectfully submits this Opposition to Defendant's Motion for Permission to Travel to North Carolina. Defendant seeks a three-day trip to North Carolina to engage in unspecified business activities there. He says that the trip could take place any time between August 17, 2015, and September 18, 2015. For reasons set forth in a separate submission made this same day, the United States respectfully opposes Defendant's request.

Respectfully submitted,

/s/ Steven R. Ruby
Steven R. Ruby
Assistant United States Attorney
WV Bar No. 10752
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax: 304-347-5104
Email: steven.ruby@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "**UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL TO NORTH CAROLINA**" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 7th day of August, 2015 to:

>Steven Herman
>Miles Clark
>Eric Delinsky
>William Taylor, III
>Blair Brown
>Zuckerman Spaeder LLP
>Suite 1000
>1800 M Street, NW
>Washington, DC 20036
>
>Alex Macia, Esq.
>Spilman Thomas & Battle PLLC
>P.O. Box 273
>Charleston, WV 25321
>
>James Walls, Esq.
>Spilman Thomas & Battle PLLC
>P.O. Box 615
>Morgantown, WV 26507

>/s/ Steven R. Ruby
>Steven R. Ruby
>Assistant United States Attorney
>WV Bar No. 10752
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone: 304-345-2200
>Fax: 304-347-5104
>Email: steven.ruby@usdoj.gov