# EXHIBIT D

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID _46-08436_          MSHA OFFICE _Mt Hope_

MINE NAME _Upper Big Branch Mine - South_

COMPANY NAME _Performance Coal Company_

Citation/Order No. _7279742_          Date _3/11/08_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?     YES ☐     NO ☑     If yes: Fatal? ☐     Non-fatal? ☐

**REVIEW CRITERIA: (Attach supplemental information if needed)**

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?     Yes ☑     No ☐

   a) Who was exposed to the hazard? (Name and Occupation) _Oakey Cook - Examiner; Continuous Miner Operators, Shuttle Car Operator, Roof Bolter operators_

   b) How were they exposed to the hazard? _The Continuous Miner was preparing to mine into the No.2 Entry from 3Left where a surface crack existed with no supplemental support_

   c) When and over what period of time did the exposure occur? _Two Shifts._

   d) Is this first hand information? Yes ☑  No ☐
      If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☑  No ☐

   a) Who had this knowledge? (Name and Title) _____

   b) How was this knowledge evidenced? _Two Pre-shift Examinations had been conducted prior to the Day Shift. These conditions were obvious to the most casual observer_

   c) Is this first hand information? Yes ☑  No ☐
      If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _The Operator stated that the surface crack had been called out, however, there was no record in the preshift examiners book and was signed by the pre-shift examiner._

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☑ No ☐

Inspector AR Number: _24329_     Signature: _Keith Sigmon_     Date: _3-11-08_

Supervisor: Do you agree with the inspector's conclusion? Yes ☑  No ☐
Signature: _Roger D. Richmond_     Date: _3-11-08_

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐          C. No further action. ☑

Assistant District Manager:  Recommendation: _C_  (A or C from the list above)
   Signature: _Jason L. Doght_     Date: _3-14-08_

Supervisory Special Investigator:  Recommendation: _C_ (A or C from the list above)
   Signature: _David E. Rhodes_     Date: _3/17/08_

District Manager: Action Decision: _C_ (A or C from the list above)
   Signature: _Robert G. Hardman_     Date: _3/17/08_

ADDITIONAL COMMENTS OR REMARKS:

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____          Date Assigned _____

Investigator Assigned _____          ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000012

RR
3-10-08

| Mine Citation/Order | | | U.S. Department of Labor<br>Mine Safety and Health Administration | |
|---|---|---|---|---|

**Section I—Violation Data**

| 1. Date<br>Mo Da Yr<br>03/07/2008 | 2. Time (24 Hr. Clock)<br>0815 | | | 3. Citation/<br>Order Number 7279742 |
|---|---|---|---|---|
| 4. Served To<br>Rick Hodge; Superintendant | | 5. Operator<br>PERFORMANCE COAL COMPANY | | |
| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | | 7. Mine ID<br>46-08436 | | (Contractor) |
| 8. Condition or Practice | | | | 8a. Written Notice (103g) ☐ |

The operator failed to follow the approved roof control plan approved by the District Manager, on the No. 2 section (MMU 040, 041 section) in the No. 2 entry. There were two bolts in the No. 2 entry that had been damaged by equipment. One bolt was pulled away from the mine roof so that the roof bolt plate was not firm against the top. The other bolt was sheared off flush with the mine roof. This condition exposed an area 94 inches long and 158 inches wide that was not adequately supported. Also, 10 feet away from the No. 2 face was a surface crack in the mine roof that extended the entire width of the entry with no supplemental roof support. These conditions were not recorded in the pre-shift examiners book, nor was the area dangered off. These conditions expose miners to the hazards related to falls of the mine roof.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐<br>Safety ☑<br>Other ☐ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR | 75.220(a)(1) |
|---|---|---|---|---|

**Section II—Inspector's Evaluation**

**10. Gravity:**

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|

| B. Injury or Illness could rea-<br>sonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☐ | Fatal ☑ |
|---|---|---|---|---|

| C. Significant and Substantial: | Yes ☑ | No ☐ | | D. Number of Persons Affected: | 001 |
|---|---|---|---|---|---|

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action<br>104(d)(1) | 13. Type of Issuance (check one) | Citation ☑ | Order ☐ | Safeguard ☐ |
|---|---|---|---|---|

| 14. Initial Action<br>A. Citation ☐ | B. Order ☐ | C. Safeguard ☐ | D. Written Notice ☐ | E. Citation/<br>Order Number | F. Dated | Mo Da Yr |
|---|---|---|---|---|---|---|

| 15. Area or Equipment | | | | | | |
|---|---|---|---|---|---|---|

| 16. Termination Due | A. Date | Mo Da Yr<br>03/07/2008 | B. Time (24 Hr. Clock)<br>1000 | | |
|---|---|---|---|---|---|

**Section III—Termination Action**

17. Action to Terminate   The No. 2 entry was re-bolted and supplemental roof support was added.

| 18. Terminated | A. Date | Mo Da Yr<br>03/07/2008 | B. Time (24 Hr. Clock)<br>0930 | |
|---|---|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection<br>(activity code)   E01 | 20. Event Number<br>4120607 | 21. Primary or Mill | |
|---|---|---|---|
| 22. Signature | | 23. AR Number<br>24329 | |

MSHA Form 7000-3, Mar 85 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000013

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID 46-08436          MSHA OFFICE MT HOPE

MINE NAME UPPER Big Branch

COMPANY NAME Performance Coal Company

Citation/Order No. 7279743                 Date 3-11-08

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☑   No ☐

   a) Who was exposed to the hazard? (Name and Occupation)
   Examiner, Roof Bolter Operators, Continuous Miner Operating Shuttle Car Operator

   b) How were they exposed to the hazard? An Area of the Mine Roof was not fully Supported and a Surface Crack did not have Any Supplemental Support.

   c) When and over what period of time did the exposure occur? 2 shifts had conducted pre-shift Examinations before the day shift.

   d) Is this first hand information? Yes ☑   No ☐
      If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☑ No ☐

   a) Who had this knowledge? (Name and Title) Kenny Farmer - Examiner   Johnny McKinney - Examiner

   b) How was this knowledge evidenced? Dates, times And Initials in the working face of the NO. 2 Entry.

   c) Is this first hand information?   Yes ☑   No ☐
      If not, who provided the information? (Name and Occupation)

3. Any other pertinent information: The Area was last mined on 3/6/08 and two pre-shift examinations were conducted. Dates, times, Initials were @ the working face at the Surface Crack and warning reflectors hung on by.

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☑ No ☐

Inspector AR Number: 24529   Signature: Kent Sigman   Date: 3-11-08

Supervisor: Do you agree with the inspector's conclusion? Yes ☑   No ☐
Signature: Roger D. Richmond   Date: 3-11-08

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐        C. No further action. ☑

Assistant District Manager: Recommendation: C (A or C from the list above)
Signature: _____   Date: 3-14-08

Supervisory Special Investigator: Recommendation: ___ (A or C from the list above)
Signature: _____   Date: 3/17/08

District Manager: (Action Decision) ___ (A or C from the list above)
Signature: _____   Date: 3/17/08

**ADDITIONAL COMMENTS OR REMARKS:** _____

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

**VP-MSHA-000014**

*R R*
*3-10-08*

| Mine Citation/Order | | U.S. Department of Labor |
|---|---|---|
| | | Mine Safety and Health Administration |

**Section I–Violation Data**

| 1. Date Mo Da Yr 03/07/2008 | 2. Time (24 Hr. Clock) 0816 | 3. Citation/ Order Number 7279743 |
|---|---|---|

| 4. Served To Rick Hodge; Superintendant | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**8. Condition or Practice**      8a. Written Notice (103g) ☐

The pre-shift examination conducted on the No. 2 section (MMU 040, 041) for the day shift was not adequate. Hazardous conditions in the No. 2 entry were not dangered off or recorded in the pre-shift examination book. There were two bolts that had been damaged by equipment. One was pulled away from the mine roof so that the roof plate was not firm against the top. The other bolt had been sheared off flush with the mine roof. Also, there was a surface crack in the mine roof extending the entire width of the entry with no supplemental support. These conditions were obvious to the most casual observer and expose miners to hazards related to falls of the mine roof.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR    75.360(b)(3) |
|---|---|---|---|

**Section II–Inspector's Evaluation**

**10. Gravity:**

A. Injury or illness (has) (is): No Likelihood ☐   Unlikely ☐   Reasonably Likely ☑   Highly Likely ☐   Occurred ☐

B. Injury or illness could reasonably be expected to be: No Lost Workdays ☐   Lost Workdays Or Restricted Duty ☐   Permanently Disabling ☐   Fatal ☑

C. Significant and Substantial: Yes ☑   No ☐     D. Number of Persons Affected: 001

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(1) | 13. Type of Issuance (check one) Citation ☐   Order ☑   Safeguard ☐ |
|---|---|

| 14. Initial Action A. Citation ☑ B. Order ☐ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 7279742 | F. Dated Mo Da Yr 03/07/2008 |
|---|---|---|

**15. Area or Equipment**    The 041 MMU.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III–Termination Action**

**17. Action to Terminate**   The section was examined by a certified foreman. Also, the No. 2 entry was re-bolted and supplemental support was installed.

| 18. Terminated | A. Date Mo Da Yr 03/07/2008 | B. Time (24 Hr. Clock) 0930 |
|---|---|---|

**Section IV–Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4120607 | 21. Primary or Mill |
|---|---|---|

| 22. Signature *[signature]* | 23. AR Number 24329 |
|---|---|

MSHA Form 7000-3, Mar 85 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000015

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID  46-08436

MSHA OFFICE  Mt. Hope

MINE NAME  Upper Big Branch Mine – South

COMPANY NAME  Performance Coal Company

Citation/Order No.  7278782          Date  4-22-08

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?    YES ☐    NO ☑    If yes: Fatal? ☐    Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?    Yes ☑    No ☐
   a) Who was exposed to the hazard? (Name and Occupation)
   Abner Shrewsbury, Miner operator and Melvin Lynch, Shuttle car oper.
   b) How were they exposed to the hazard?  The respirable dust they was working in.
   c) When and over what period of time did the exposure occur?  15-20 min

   d) Is this first hand information?  Yes ☑    No ☐
      If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☑  No ☐
   a) Who had this knowledge? (Name and Title)  Okey Cook, Section Foreman
   b) How was this knowledge evidenced?  He was tighten the curtains in the #2 entry
   while the Miner Operator and Shuttle operator was in the low air and dust
   c) Is this first hand information?  Yes ☑    No ☐
      If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:  The 041-0 is on a reduced 1.7 mg/m3 respirable
   dust standard.

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☑ No ☐

Inspector AR Number:  24320    Signature:  Kevin E. Tygell    Date:  4-22-08

Supervisor: Do you agree with the inspector's conclusion? Yes ☑  No ☐
Signature:  Roger D. Richmond    Date:  4-29-08

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☑    C. No further action. ☐

Assistant District Manager:  Recommendation:  A  (A or C from the list above)
Signature:  Lucas L. Tolley    Date:  5/2/08

Supervisory Special Investigator:  Recommendation:  A  (A or C from the list above)
Signature:  David E. Rhodes    Date:  5/8/08

District Manager:  Action Decision:  C  (A or C from the list above)
Signature:  Robert J. Hardman    Date:  5/8/2008

ADDITIONAL COMMENTS OR REMARKS:  Very limited exposure

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No.                          Date Assigned

Investigator Assigned                          ID No.

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000016

RR
4-24-08

| Mine Citation/Order | | U.S. Department of Labor Mine Safety and Health Administration | | |
|---|---|---|---|---|

**Section I—Violation Data**

| 1. Date Mo Da Yr 04/22/2008 | 2. Time (24 Hr. Clock) 1037 | | | 3. Citation/ Order Number 7278782 |
|---|---|---|---|---|

| 4. Served To Gary May, Mine Foreman | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 (Contractor) |
|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

The operator was not following the approved ventilation plan on the #2 section ( MMU 040-0 ) to control methane and respirable dust. The continuous mining machine was mining from #2 entry to #3 entry. The dust was visible from 2 breaks outby the end of the shuttle car. The air reading at the miner was 4,095 CFM, the ventilation plan minimum of air is 5,400 CFM without the scrubber system.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.370(a)(1) |
|---|---|---|---|

**Section II—Inspector's Evaluation**

**10. Gravity:**

A. Injury or Illness (has) (is): No Likelihood ☐  Unlikely ☐  Reasonably Likely ☐  Highly Likely ☑  Occurred ☐

B. Injury or illness could reasonably be expected to be: No Lost Workdays ☐  Lost Workdays Or Restricted Duty ☐  Permanently Disabling ☑  Fatal ☐

C. Significant and Substantial: Yes ☑  No ☐      D. Number of Persons Affected: 002

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐ Order ☑ Safeguard ☐ |
|---|---|

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 7279743 | F. Dated Mo Da Yr 03/07/2008 |
|---|---|---|

| 15. Area or Equipment | The #2 section ( MMU 040-0 ). |
|---|---|

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III—Termination Action**

17. Action to Terminate     The operator made ventilation changes to get 6,900 CFM of air to the continuous mining machine.

| 18. Terminated | A. Date Mo Da Yr 04/22/2008 | B. Time (24 Hr. Clock) 1100 |
|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4120376 | 21. Primary or Mill |
|---|---|---|

| 22. Signature Kevin E. Lyall | 23. AR Number 24320 |
|---|---|

MSHA Form 7000-3, Mar 85 (revised)     In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000017

RR
4-24-08

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration |
|---|---|

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated (Original Issue) | Mo Da Yr 04/22/2008 | 3. Citation/ Order Number 7278782 - 01 |
|---|---|---|---|---|

| 4. Served To Gary May, Mine Foreman | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**Section II—Justification for Action**

Change          From                    To

**8. Condition Or Practice**

Reason     To read ( MMU 041-0 )

**15. Area or Equipment**

Reason    To read ( MMU 041-0 )

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4120376 |
|---|---|

| 11. Signature *Kevin E. Lyall* | AR Number 24320 | 12. Date | Mo Da Yr 04/23/2008 | 13. Time (24 Hr. Clock) 0639 |
|---|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000018

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID _46 08436_     MSHA OFFICE _2840/_

MINE NAME _Upper Big Branch Mine-South_

COMPANY NAME _Performance Coal Co_

Citation/Order No. _7183892_     Date _July 25, 2001_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?  YES ☐  NO ☑  If yes: Fatal? ☐  Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?  Yes ☐  No ☑

   a) Who was exposed to the hazard? (Name and Occupation) _Continuous operator, shuttle car operator And Roof bolters, examiners_

   b) How were they exposed to the hazard? _The workers were exposed to roof hazardous while mining in the area, And while making examinations in area_

   c) When and over what period of time did the exposure occur? _Over a period of Approximately 16 hours_

   d) Is this first hand information? Yes ☑  No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?  Yes ☑  No ☐

   a) Who had this knowledge? (Name and Title) _Section Foreman Edward Jones, Okey Cook, Tom Harrah_

   b) How was this knowledge evidenced? _These employees Are required to Pre-shift And on-shift the affected area._

   c) Is this first hand information? Yes ☐  No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _The cover in this Area is 900 to 1000 feet the blocks being split Are mean support blocks in this area. The reason the jack were not set Area is to high for jacks on hand Or block area over 10 64_

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☑

Inspector AR Number _26643_   Signature: _William R Stover_    Date: _07-28-08_

Supervisor: Do you agree with the inspector's conclusion? Yes ☑  No ☐

Signature: _Roger D. Richmond_    Date: _09-28-08_

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐    C. No further action. ☑

Assistant District Manager: Recommendation: _C_ (A or C from the list above)

Signature: _Specch L Jeffery_    Date: _8/14/08_

Supervisory Special Investigator: Recommendation: _C_ (A or C from the list above)

Signature: _David E. Rhodes_    Date: _10/23/08_

District Manager, Action Decision: _C_ (A or C from the list above)

Signature: _Robert G Hardman_    Date: _10/23/2008_

ADDITIONAL COMMENTS OR REMARKS: _does not meets the criteria for a 110 investigation_

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____    Date Assigned _____

Investigator Assigned _____    ID No. _____

MSHA Form 7000-20, June 97 (revised)     WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000019

RR
7-28-08

| Mine Citation/Order | U.S. Department of Labor |
|---|---|
| | Mine Safety and Health Administration |

**Section I--Violation Data**

| 1. Date Mo Da Yr 07/25/2008 | 2. Time (24 Hr. Clock) 1020 | 3. Citation/ Order Number 7183892 |
|---|---|---|

| 4. Served To Bill Harless, Mine Foreman | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**8. Condition or Practice**        8a. Written Notice (103g) ☐

The Approved Supplement, Dated 07-14-2008, to the Approved Roof Control Plan, Permit No.4-RC-11-94-12307-11, was not being Complied with in the Construction Area Outby the No.1 Section. 50 Ton Heintzmann Jack or Equivalent had not been Installed Across the Crosscut in the Track Entry Left of Survey Station No.19879 and the Block Outby for the Entire Length of the Block Prior to or after the Block had been Split. The Split through the Block at Survey Station No.19879 had been Driven 19 to 20 Feet in Width beginning at Survey Station No.19879 and Extended Inby for 150 Feet. The Approved Supplement Requires that 50 Ton Jacks or Equivalent be Install Across the Crosscuts and the Pillar Blocks Inby and Outby for the Entire Length of the Blocks and the Width through the Pillar Splits will not Exceed 16 Feet. All the Crews and the Foremen have been Instructed in the

See Continuation Form (MSHA Form 7000-3a) ☑

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.220(a) |
|---|---|---|---|

**Section II--Inspector's Evaluation**

**10. Gravity:**

A. Injury or Illness (has) (is):   No Likelihood ☐   Unlikely ☐   Reasonably Likely ☑   Highly Likely ☐   Occurred ☐

B. Injury or illness could reasonably be expected to be:   No Lost Workdays ☐   Lost Workdays Or Restricted Duty ☐   Permanently Disabling ☑   Fatal ☐

C. Significant and Substantial:   Yes ☑   No ☐     D. Number of Persons Affected: 002

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ |
|---|---|---|---|---|

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 7279743 | F. Dated Mo Da Yr 03/07/2008 |
|---|---|---|

**15. Area or Equipment**   Construct work in Outby area off of No.1 Section

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III--Termination Action**

**17. Action to Terminate**   Additional Supports, Jacks, Cribs and Timbers have been installed in the affected area.

| 18. Terminated | A. Date Mo Da Yr 07/25/2008 | B. Time (24 Hr. Clock) 1825 |
|---|---|---|

**Section IV--Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4118287 | 21. Primary or Mill |
|---|---|---|

| 22. Signature *William P. Steven* | 23. AR Number 20643 |
|---|---|

MSHA Form 7000-3, Mar 85 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW, MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000020

R.R
7-28-08

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration |
|---|---|

**Section I–Subsequent Action/Continuation Data**

| 1. Subsequent Action ☐ 1a. Continuation ☑ | 2. Dated (Original Issue) Mo Da Yr 07/25/2008 | 3. Citation/Order Number 7183892 |
|---|---|---|

| 4. Served To Bill Harless, Mine Foreman | 5. Operator PERFORMANCE COAL COMPANY | |
|---|---|---|
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |

**Section II–Justification for Action**

Continuation of 8. Condition or Practice

Requirements of the Roof Control Plan. This area has been mined for several shifts and is located 250 feet outby the active section. The area had been examined but the conditions cited had not been reported for correction.

See Continuation Form ☐

**Section III–Subsequent Action Taken**

| 8. Extended To A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|

**Section IV–Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4118287 | | | |
|---|---|---|---|---|
| 11. Signature William P Ilvron | AR Number 20643 | 12. Date Mo Da Yr 07/25/2008 | 13. Time (24 Hr. Clock) 1020 | |

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000021

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID __46-08436__    MSHA OFFICE __20401__

MINE NAME __Upper Big Branch mine-South__

COMPANY NAME __Performance Coal Company__

Citation/Order No. __7182893__    Date __July 25 2008__

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?    YES ☐    NO ☑    If yes: Fatal? ☐    Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?    Yes ☐    No ☑

   a) Who was exposed to the hazard? (Name and Occupation)
   __Entire No.1 Section Crew__

   b) How were they exposed to the hazard? __The controls being out would allow smoke to get into the intake had a fire occured and be carried on to No.1 section__

   c) When and over what period of time did the exposure occur? __Mining in the face area began on 7-22-08 exposure for 2 Days__

   d) Is this first hand information? Yes ☑ No ☐
   If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?    Yes ☑    No ☐

   a) Who had this knowledge? (Name and Title) __Section foreman Edwards Jones, Okey Cook, Tom Harrah__

   b) How was this knowledge evidenced? __These employees are required to extamine the area pre-shift and on-shift examinations.__

   c) Is this first hand information? Yes ☑ No ☐
   If not, who provided the information? (Name and Occupation)

3. Any other pertinent information: __The belt conveyor was running and coal was being produced in the face area__

**INSPECTOR'S CONCLUSION:**
   Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☑

   Inspector AR Number: __20643__    Signature: __William R Stevens__    Date: __07-28-08__

   Supervisor: Do you agree with the inspector's conclusion? Yes ☑ No ☐
   Signature: __Roger D. Richmond__    Date: __07-28-08__

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐    C. No further action. ☑

   Assistant District Manager: Recommendation: __C__ (A or C from the list above)
   Signature: __Jason L. Lefte__    Date: __8/14/08__

   Supervisory Special Investigator: Recommendation: __C__ (A or C from the list above)
   Signature: __David E. Rhodes__    Date: __10/23/08__

   District Manager: Action Decision: __C__ (A or C from the list above)
   Signature: __Robert G. Hardman__    Date: __10/23/2008__

   ADDITIONAL COMMENTS OR REMARKS: __does not meet the criteria for a 110 investigation__

**CASE ASSIGNMENT INFORMATION:**

   Investigation Case No. _____    Date Assigned _____

   Investigator Assigned _____    ID No. _____

MSHA Form 7000-20, June 97 (revised)    WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000022

RR
7-28-08

| Mine Citation/Order | U.S. Department of Labor |
| --- | --- |
| | Mine Safety and Health Administration |

**Section I–Violation Data**

| 1. Date Mo Da Yr 07/25/2008 | 2. Time (24 Hr. Clock) 1525 | 3. Citation/ Order Number 7183893 |
| --- | --- | --- |

| 4. Served To Bill Harless, Mine Foreman | 5. Operator PERFORMANCE COAL COMPANY |
| --- | --- |

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
| --- | --- | --- |

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
| --- | --- |

The Primary Escapeway, Main Intake, from No.1 Section was not Separated with Permanent Type Stoppings from the Belt Conveyor Entry at Four (4) Locations. The Stoppings had been Removed and Brattice Cloth had been Installed as a Separation. The area had been Examined and the Conditions had not been Reported for Correction.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR | 75.380(g) |
| --- | --- | --- | --- | --- |

**Section II–Inspector's Evaluation**

10. Gravity:

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
| --- | --- | --- | --- | --- | --- |

| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☑ | Fatal ☐ |
| --- | --- | --- | --- | --- |

| C. Significant and Substantial: | Yes ☑ | No ☐ | D. Number of Persons Affected: | 010 |
| --- | --- | --- | --- | --- |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
| --- | --- | --- | --- | --- | --- |

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ |
| --- | --- | --- | --- | --- |

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 7279743 | F. Dated Mo Da Yr 03/07/2008 |
| --- | --- | --- |

| 15. Area or Equipment No.1 Section |
| --- |

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
| --- | --- | --- |

**Section III–Termination Action**

17. Action to Terminate  Permanent type stoppings have been installed in the affected areas separating the primary escapeway from the belt conveyor entry.

| 18. Terminated | A. Date Mo Da Yr 07/25/2008 | B. Time (24 Hr. Clock) 2115 |
| --- | --- | --- |

**Section IV–Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4118287 | 21. Primary or Mill |
| --- | --- | --- |

| 22. Signature  William R Stewart | 23. AR Number 20643 |
| --- | --- |

MSHA Form 7000-3, Mar 85 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID _46-08436_     MSHA OFFICE _20901_

MINE NAME _Upper Big Branch - South_

COMPANY NAME _Performance Coal Co._

Citation/Order No. _8080958_     Date _9/23/08_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑
   a) Who was exposed to the hazard? (Name and Occupation)
   _Harley Taylor - seal examiner_
   b) How were they exposed to the hazard? _He traveled through the bad top daily to examine the seal. He is exposed to falling rock._
   c) When and over what period of time did the exposure occur? _Can be documented every day Mon-Fri since the week of 8/27/09_
   d) Is this first hand information? Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☑   No ☐
   a) Who had this knowledge? (Name and Title) _Andy Coalson, mine foreman_
   b) How was this knowledge evidenced? _He counter-signed the book reporting this condition each week._
   c) Is this first hand information? Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐   No ☑

Inspector AR Number: _2438_   Signature: _William Bane_   Date: _9/24/09_

Supervisor: Do you agree with the inspector's conclusion? Yes ☐   No ☑
Signature: _Michael H. Hicks_   Date: _9/29/9_

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐   C. No further action. ☑

Assistant District Manager: Recommendation: _C_ (A or C from the list above)
Signature: _Jason L Lias_   Date: _10/6/09_

Supervisory Special Investigator: Recommendation: _C_ (A or C from the list above)
Signature: _David E Rhodes_   Date: _10/7/09_

District Manager: Action/Decision: _C_ (A or C from the list above)
Signature: _Robert D Hardman_   Date: _10/7/2007_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet the criteria for further review_

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)     WHITE: SPECIAL INVESTIGATOR

**VP-MSHA-000024**

9/25/14 W H

| Mine Citation/Order | | **U.S. Department of Labor** Mine Safety and Health Administration | | |
|---|---|---|---|---|

**Section I—Violation Data**

| 1. Date Mo Da Yr 09/23/2009 | 2. Time (24 Hr. Clock) 0935 | | 3. Citation/ Order Number 8090958 | |
|---|---|---|---|---|

| 4. Served To David Taraczkozy, chief electician | 5. Operator PERFORMANCE COAL COMPANY | |
|---|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

The operator is failing to adequately protect miners from falls of the roof and rib in the area of the #37 seal. The mine roof has fallen out from between the majority of the roof bolts for a break each inby and outby the seal. The mine roof has also fallen completely away from at least 8 roof bolts, leaving them hanging 2' from the mine roof.

This condition has been reported in the weekly exam for hazardous conditions for the weeks of 8/27/09/, 9/2/09, 9/12/09 and 9/19/09. These reports had all been countersigned by the mine foreman. The operator engaged in aggravated conduct by knowing about these conditions and failing to take action on a known hazard. This violation is unwarrantable failure to comply with a mandatory standard.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.202(a) |
|---|---|---|---|

**Section II—Inspector's Evaluation**

**10. Gravity:**

A. Injury or illness (has) (is): No Likelihood ☐  Unlikely ☐  Reasonably Likely ☑  Highly Likely ☐  Occurred ☐

B. Injury or illness could reasonably be expected to be: No Lost Workdays ☐  Lost Workdays Or Restricted Duty ☐  Permanently Disabling ☑  Fatal ☐

C. Significant and Substantial: Yes ☑  No ☐

D. Number of Persons Affected: 001

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐  Order ☑  Safeguard ☐  Written Notice ☐ |
|---|---|

| 14. Initial Action A. Citation ☐  B. Order ☑  C. Safeguard ☐  D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

| 15. Area or Equipment | The entry for 1 break on each side of the #37 seal. |
|---|---|

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III—Termination Action**

17. Action to Terminate

| 18. Terminated | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119293 | 21. Primary or Mill |
|---|---|---|

| 22. Signature William Bauer | 23. AR Number 24308 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000025

**Mine Citation/Order**
**Continuation**

**U.S. Department of Labor**
**Mine Safety and Health Administration**

1/20/9 MH

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action 1a. Continuation | 2. Dated (Original Issue) | Mo | Da | Yr | 3. Citation/ Order Number |
|---|---|---|---|---|---|
| ☑ ☐ | 09/23/2009 | | | | 8090958 – 01 |

| 4. Served To | 5. Operator |
|---|---|
| David Taraczkozy, chief electician | PERFORMANCE COAL COMPANY |

| 6. Mine | 7. Mine ID | (Contractor) |
|---|---|---|
| UPPER BIG BRANCH MINE-SOUTH | 46-08436 | |

**Section II—Justification for Action**

The area, inby and outby, seal 37 has been timbered.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To | A. Date | Mo | Da | Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Section IV—Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119293 |
|---|---|

| 11. Signature | AR Number 24308 | 12. Date | Mo | Da | Yr 09/24/2009 | 13. Time (24 Hr. Clock) 1202 |
|---|---|---|---|---|---|---|
| William Carr | | | | | | |

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000026

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID _46-08436_    MSHA OFFICE _20401_

MINE NAME _Upper Big Branch - South_

COMPANY NAME _Performance Coal Co_

Citation/Order No. _8090961_    Date _9/24/08_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?  YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?  Yes ☐   No ☑
   a) Who was exposed to the hazard? (Name and Occupation)
   _See attached list  40 total miners_
   b) How were they exposed to the hazard? _The lack of AMS training exposed them to increased risk in case of fire or smoke._
   c) When and over what period of time did the exposure occur? _9/1/09 - 9/24/09  24 hrs a day_

   d) Is this first hand information? Yes ☑  No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☑   No ☐
   a) Who had this knowledge? (Name and Title) _Everette Hager, supt_
   b) How was this knowledge evidenced? _He knew the AMS system was functional but that no training had been given out._
   c) Is this first hand information? Yes ☑  No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐  No ☑

Inspector AR Number: _24308_    Signature: _William Bane_    Date: _9/24/09_

Supervisor: Do you agree with the inspector's conclusion? Yes ☐   No ☑
Signature: _Michael H. Hicks_    Date: _9/29/9_

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐    C. No further action. ☑
Assistant District Manager: Recommendation: _C_ (A or C from the list above)
   Signature: _Jason L. Seltz_    Date: _10/6/09_
Supervisory Special Investigator: Recommendation _C_ (A or C from the list above)
   Signature: _David E. Rhodes_    Date: _10/7/09_
District Manager: Action Decision _C_ (A or C from the list above)
   Signature: _Robert G. Hardman_    Date: _10/17/2009_
ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet the criteria for further review._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____    Date Assigned _____

Investigator Assigned _____    ID No. _____

MSHA Form 7000-20, June 97 (revised)    WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000027

| ...ine Citation/Order | **U.S. Department of Labor**<br>Mine Safety and Health Administration | 9/26/9 *M*# |
|---|---|---|

**Section I–Violation Data**

| 1. Date Mo Da Yr<br>09/24/2009 | 2. Time (24 Hr. Clock)<br>0938 | | 3. Citation/<br>Order Number | 8090961 |
|---|---|---|---|---|

| 4. Served To<br>Everette Hagar, Supt. | 5. Operator<br>PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | | (Contractor) |
|---|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

The operator is failing to maintain an approved plan of training for the current mining practices. The operator has started a longwall section that uses belt air in the face and uses an AMS system to monitor the atmospheric conditions in and around the longwall. The current approved training plan does not address the AMS system training in any way.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐<br>Safety ☐<br>Other ☑ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR | 48.3 |
|---|---|---|---|---|

**Section II–Inspector's Evaluation**

10. Gravity:

A. Injury or Illness (has) (is): No Likelihood ☐  Unlikely ☐  Reasonably Likely ☑  Highly Likely ☐  Occurred ☐

B. Injury or illness could reasonably be expected to be: No Lost Workdays ☐  Lost Workdays Or Restricted Duty ☐  Permanently Disabling ☑  Fatal ☐

C. Significant and Substantial: Yes ☑  No ☐    D. Number of Persons Affected: 040

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐  Order ☑  Safeguard ☐  Written Notice ☐ |
|---|---|

| 14. Initial Action<br>A. Citation ☐  B. Order ☑  C. Safeguard ☐  D. Written Notice ☐ | E. Citation/<br>Order Number 8082692 | F. Dated Mo Da Yr<br>03/17/2009 |
|---|---|---|

| 15. Area or Equipment | The longwall inby the belt tailpiece. |
|---|---|

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III–Termination Action**

17. Action to Terminate

| 18. Terminated | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section IV–Automated System Data**

| 19. Type of Inspection<br>(activity code) E01 | 20. Event Number 4119293 | 21. Primary or Mill |
|---|---|---|

| 22. Signature *William Bell* | 23. AR Number 24308 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000028

| Mine Citation/Order Continuation | | U.S. Department of Labor Mine Safety and Health Administration | 9/25/09 |
|---|---|---|---|

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 09/24/2009 | 3. Citation/ Order Number 8090961 - 01 |
|---|---|---|---|

| 4. Served To Everette Hagar, Supt. | 5. Operator PERFORMANCE COAL COMPANY | |
|---|---|---|
| **6. Mine** UPPER BIG BRANCH MINE-SOUTH | **7. Mine ID** 46-08436 | (Contractor) |

**Section II—Justification for Action**

A training plan concerning the AMS system has been approved by MSHA.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119293 | |
|---|---|---|

| 11. Signature William Burl | AR Number 24308 | 12. Date Mo Da Yr 09/24/2009 | 13. Time (24 Hr. Clock) 1322 |
|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000029

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration | 9/29/AMH |
|---|---|---|

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action 1a. Continuation ☑ ☐ | 2. Dated (Original Issue) Mo Da Yr 09/24/2009 | 3. Citation/ Order Number 8090961 - 02 |
|---|---|---|
| 4. Served To Everette Hager, Supt. | 5. Operator PERFORMANCE COAL COMPANY | |
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |

**Section II—Justification for Action**

| Change | From | To |
|---|---|---|

8. Condition Or Practice

Reason   Add ," The lack of AMS training greatly increases the hazard of exposure to fire and/or smoke. The operator has engaged in aggravated conduct by installing the AMS system without providing training. This violation is unwarrantable failure to comply with a mandatory standard."

**Section III—Subsequent Action Taken**                                                   See Continuation Form ☐

| 8. Extended To | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119293 | | | |
|---|---|---|---|---|
| 11. Signature *Willis n. Earl* | AR Number 24308 | 12. Date Mo Da Yr 09/28/2009 | 13. Time (24 Hr. Clock) 1418 |

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000030

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID _46-08436_     MSHA OFFICE _20401_

MINE NAME _Upper Big Branch - South_

COMPANY NAME _Performance Coal Co_

Citation/Order No. _8062692_     Date _3/17/09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

REVIEW CRITERIA: (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑

   a) Who was exposed to the hazard? (Name and Occupation) _Russell Gunne, section foreman Shane Baker, Elec Justin Wright s/c_
   _Mark Howerton, CM  Brian Collins CM, Scott Brownin s/c  William Sturgill s/c  Jake Lemon s/c_

   b) How were they exposed to the hazard? _They were exposed to the hazard not found and corrected by the_
   _examiner, Russell Gunne. They were working this section._

   c) When and over what period of time did the exposure occur? _3/16 & 3/17/09  The ventilation was inadequate_
   _most of the shift according to his statements to MSHA_

   d) Is this first hand information? Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☑   No ☐

   a) Who had this knowledge? (Name and Title) _Russell Gunne, section foreman and preshift examiner_

   b) How was this knowledge evidenced? _He admitted knowledge to MSHA inspector William Bane. He was the_
   _examiner assigned to this section. DTI's were present and he also signed a report that was an exam of this section_

   c) Is this first hand information? Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _Issued D-1 citation 8074834 so cite the ventilation violations._
   _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☑

Inspector AR Number: _24308_   Signature: _W__ Bane_   Date: _3/20/09_

Supervisor: Do you agree with the inspector's conclusion? Yes ☑   No ☐
Signature: _Mitchell H. Hicks_    Date: _4/1/09_

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐    C. No further action. ☑

Assistant District Manager: Recommendation: _C_ (A or C from the list above)
Signature: _Jason L Petro_    Date: _4-1-09_

Supervisory Special Investigator: Recommendation: _C_ (A or C from the list above)
Signature: _David E Rhodes_    Date: _4/3/09_

District Manager: Action Decision: _C_ (A or C from the list above)
Signature: _Robert G Hardman_    Date: _4/3/2009_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet_
_the criteria for a 110 investigation._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____    Date Assigned _____

Investigator Assigned _____    ID No. _____

MSHA Form 7000-20, June 97 (revised)     WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000031

**Mine Citation/Order**

**U.S. Department of Labor**
Mine Safety and Health Administration

**Section I--Violation Data**

| 1. Date Mo Da Yr 03/17/2009 | 2. Time (24 Hr. Clock) 0035 | | 3. Citation/Order Number 8082692 |
|---|---|---|---|

| 4. Served To Homer Wallace, Supt. | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**8. Condition or Practice**    8a. Written Notice (103g) ☐

The operator failed to make an adequate preshift examination of the #3 section on 3/16/ 2009 for the oncoming 3rd shift. The examination conducted by evening shift section foreman, Russell Gunoe, on 3/16/09 from 22:30 to 2300 hours, was inadequate in that the following hazardous conditions were not reported:

1) The left roof bolter was operating in the 2L crosscut without any ventilation curtain. 2) The #2 face was approximately 50' deep without any ventilation curtain. 3) The #3 face was approximately 60' deep without any ventilation curtain. 4) The #6 face was approximately 40' deep without any ventilation curtain and the energized right roof bolter was parked in the face. 5) The energized right continuous miner was sitting in the #5 face

See Continuation Form (MSHA Form 7000-3a) ☑

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.360(a)(1) |
|---|---|---|---|

**Section II--Inspector's Evaluation**

**10. Gravity:**

A. Injury or illness (has) (is):  No Likelihood ☐   Unlikely ☐   Reasonably Likely ☑   Highly Likely ☐   Occurred ☐

B. Injury or illness could reasonably be expected to be:  No Lost Workdays ☐   Lost Workdays Or Restricted Duty ☐   Permanently Disabling ☑   Fatal ☐

| C. Significant and Substantial:  Yes ☑   No ☐ | D. Number of Persons Affected: 008 |
|---|---|

**11. Negligence (check one)**   A. None ☐   B. Low ☐   C. Moderate ☐   D. High ☑   E. Reckless Disregard ☐

| 12. Type of Action 104(d)(1) | 13. Type of Issuance (check one)  Citation ☐   Order ☑   Safeguard ☐   Written Notice ☐ |
|---|---|

| 14. Initial Action  A. Citation ☑   B. Order ☐   C. Safeguard ☐   D. Written Notice ☐ | E. Citation/Order Number 8074834 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

**15. Area or Equipment**   The entire #3 working section.

| 16. Termination Due  A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|

**Section III--Termination Action**

**17. Action to Terminate**   An adequate examination of the section has been conducted of the section and the results recorded in the preshift book.

| 18. Terminated  A. Date Mo Da Yr 03/17/2009 | B. Time (24 Hr. Clock 0500 |
|---|---|

**Section IV--Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119932 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number 24308 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)     In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416.  Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000032

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration | 3/30/9 1111 |
|---|---|---|

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action ☐ | 1a. Continuation ☑ | 2. Dated (Original Issue) | Mo | Da | Yr 03/17/2009 | 3. Citation/ Order Number 8082692 | |
|---|---|---|---|---|---|---|---|
| 4. Served To Homer Wallace, Supt. | | | | | 5. Operator PERFORMANCE COAL COMPANY | | |
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | | | | | 7. Mine ID 46-08436 | | (Contractor) |

**Section II—Justification for Action**

Continuation of 8. Condition or Practice

with the ventilation curtain 20' back from the face. 6) The check curtain to be used as a stopping between the #6 and 7 entry was missing. 7) The back up check curtains were missing in the #3,4 and 5 entries. 8) The check curtain between the #4 and 5 entry was missing.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To | A. Date | Mo | Da | Yr | B. Time (24 Hr. Clock) | | ☐ C. Vacated | ☐ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119932 | | | | |
|---|---|---|---|---|---|
| 11. Signature | AR Number 24308 | 12. Date | Mo | Da | Yr 03/17/2009 | 13. Time (24 Hr. Clock) 0035 |

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000033

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID _46-08936_      MSHA OFFICE _20401_

MINE NAME _Upper Big Branch - South_

COMPANY NAME _Performance Coal Co_

Citation/Order No. _8082700_      Date _4-7-09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑
   a) Who was exposed to the hazard? (Name and Occupation) _Russell Guilone, Sect foreman  Joe Lemon RBO   Chris Blanton RBO  Scott Browning FC  Justin Wayne FC  William Sawgill FC  Brian Collins c/M  Matt Houston c/M_
   b) How were they exposed to the hazard? _Inadequate ventilation  due to insufficient bleeder_

   c) When and over what period of time did the exposure occur? _4/6/09  1600-0100  4/7/09_

   d) Is this first hand information? Yes ☑   No ☐
      If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☑   No ☐
   a) Who had this knowledge? (Name and Title) _Gary May  Mine foreman_
   b) How was this knowledge evidenced? _The pillar plan was discussed in detail with MSHA law quarter (inspector Bill Bane)_
   c) Is this first hand information?   Yes ☑   No ☐
      If not, who provided the information?  (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐  No ☑

Inspector AR Number: _24308_   Signature: _W__ Bane II_   Date: _4/7/09_

Supervisor:  Do you agree with the inspector's conclusion? Yes ☑   No ☐
Signature: _Miachel A. Hicke_   Date: _4/27/09_

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐      C. No further action. ☑

Assistant District Manager: Recommendation: _C_ (A or C from the list above)
Signature: _____   Date: _4-23-09_

Supervisory Special Investigator: Recommendation: ___ (A or C from the list above)
Signature: _____   Date: _4/23/09_

District Manager: Action Decision: _C_ (A or C from the list above)
Signature: _Robert G Hardman_   Date: _4/23/09_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet the criteria for further review._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)      WHITE: SPECIAL INVESTIGATOR

**VP-MSHA-000034**

| Mine Citation/Order | U.S. Department of Labor<br>Mine Safety and Health Administration |
|---|---|

**Section I--Violation Data**

| 1. Date<br>Mo Da Yr<br>04/07/2009 | 2. Time (24 Hr. Clock)<br>0615 | | 3. Citation/<br>Order Number   8082700 |
|---|---|---|---|

| 4. Served To<br>Gary May, Mine Foreman | 5. Operator<br>PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID   46-08436   (Contractor) |
|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

The operator is failing to comply with pages 16 items #2 and #5, and page 17 of the approved roof control plan on the #3 pillar section. The operator started pillaring before connecting two entries into the mains to establish a bleeder. Only one entry was connected to the old mains. Also the operator failed to leave 1/2 of a block on the outside entries of this initial pillar panel.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐<br>Safety ☑<br>Other ☐ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR      75.370(a)(1) |
|---|---|---|---|

**Section II--Inspector's Evaluation**

**10. Gravity:**

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|

| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☑ | Fatal ☐ |
|---|---|---|---|---|

| C. Significant and Substantial: | Yes ☑ | No ☐ | | D. Number of Persons Affected:      008 |
|---|---|---|---|---|

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action   104(d)(1) | 13. Type of Issuance (check one)   Citation ☐   Order ☑   Safeguard ☐   Written Notice ☐ |
|---|---|

| 14. Initial Action<br>A. Citation ☑   B. Order ☐   C. Safeguard ☐   D. Written Notice ☐ | E. Citation/<br>Order Number      8074834 | F. Dated<br>Mo Da Yr<br>03/17/2009 |
|---|---|---|

| 15. Area or Equipment   The operator is prohibited from conducting further pillaring operation until all miners on the #3 section are retrained in the parts of the mine ventilation plan concerning pillaring. |
|---|

| 16. Termination Due | A. Date   Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III--Termination Action**

| 17. Action to Terminate |
|---|

| 18. Terminated | A. Date   Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section IV--Automated System Data**

| 19. Type of Inspection<br>(activity code)   E01 | 20. Event Number      4119936 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number   24308 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW   MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

**VP-MSHA-000035**

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration |
|---|---|

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action 1a. Continuation ☑ ☐ | 2. Dated (Original Issue) | Mo Da Yr 04/07/2009 | 3. Citation/ Order Number 8082700 - 01 |
|---|---|---|---|

| 4. Served To Gary May, Mine Foreman | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**Section II--Justification for Action**

| Change | From | To |
|---|---|---|

8. Condition Or Practice

Reason   Change from the "approved roof control plan" to the "approved ventilation plan"

| 12. Type of Action1 | 104(d)(1) | 104(d)(2) |
|---|---|---|

Reason

| 14. Initial Action | Citation | Order |
|---|---|---|

Reason   incorrectly marked order

| 14. E. Citation/Order Number | 8074834 | 8082692 |
|---|---|---|

Reason   inadvertently entered d-1 citation number instead of initial d-1 order number

See Continuation Form ☐

**Section III--Subsequent Action Taken**

| 8. Extended To A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|---|---|

**Section IV--Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119936 |
|---|---|

| 11. Signature | AR Number 24308 | 12. Date | Mo Da Yr 04/07/2009 | 13. Time (24 Hr. Clock) 1617 |
|---|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000036

4/17/9 MH

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration |
|---|---|

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑  1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 04/07/2009 | 3. Citation/Order Number 8082700 - 02 |
|---|---|---|

| 4. Served To Gary May, Mine Foreman | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**Section II--Justification for Action**

All the miners on the #3 section have been retrained on the mine ventilation plan concerning pillars, MSHA has reviewed the mine ventilation plan with management. The Bleeder punch-out has been supported with a triple row of jacks, through the length of the punch through.

See Continuation Form ☐

**Section III--Subsequent Action Taken**

| 8. Extended To A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|

**Section IV--Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119936 |
|---|---|

| 11. Signature | AR Number 24308 | 12. Date Mo Da Yr 04/09/2009 | 13. Time (24 Hr. Clock) 1028 |
|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000037

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID 4608436     MSHA OFFICE 0401

MINE NAME Upper Big Branch Mine-South

COMPANY NAME Performance Coal Company

Citation/Order No. 6612410     Date 4-9-09

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☒

   a) Who was exposed to the hazard? (Name and Occupation)

   b) How were they exposed to the hazard? _____

   c) When and over what period of time did the exposure occur? _____

   d) Is this first hand information?   Yes ☐   No ☐
     If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☒   No ☐

   a) Who had this knowledge? (Name and Title) Raymond C. Brainard (Professional Engineer)

   b) How was this knowledge evidenced? Mr. Brainard certified the map

   c) Is this first hand information?   Yes ☒   No ☐
     If not, who provided the information? (Name and Occupation)

3. Any other pertinent information: Mr. Brainard also certified the 1200 map the was inaccurate

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard?   Yes ☐   No ☒

Inspector AR Number: 24172   Signature: Gary E Athey   Date: 4-9-09

Supervisor: Do you agree with the inspector's conclusion?   Yes ☐   No ☒
Signature: Michel H. Hicks   Date: 4/13/09

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐    C. No further action. ☒

Assistant District Manager: Recommendation: C (A or C from the list above)
Signature: Fred E Petry   Date: 4/17/09

Supervisory Special Investigator: Recommendation: C (A or C from the list above)
Signature: David E Rhodes   Date: 4/21/09

District Manager: Action Decision: C (A or C from the list above)
Signature: Robert G Hardman   Date: 4/21/2009

ADDITIONAL COMMENTS OR REMARKS: Does not meet the criteria for further review.

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)     WHITE: SPECIAL INVESTIGATOR

**VP-MSHA-000038**

| Mine Citation/Order | | U.S. Department of Labor Mine Safety and Health Administration | | | |

**Section I--Violation Data**

| 1. Date | Mo Da Yr 04/09/2009 | 2. Time (24 Hr. Clock) 1320 | | | 3. Citation/ Order Number | 6612410 |

| 4. Served To ANDY COALSON (MINE FOREMAN) | | | 5. Operator PERFORMANCE COAL COMPANY | |

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID | 46-08436 | | (Contractor) |

| 8. Condition or Practice | | | | 8a. Written Notice (103g) ☐ |

THE OPERATOR HAS SUBMITTED AN INACCURATE AND MISREPRESENTING MAP TO THE DISTRICT MANAGER FOR APPROVAL ON 3/13/2009. THE MAP HAS INACCURATE INFORMATION FOR THE ELLIS PUNCH OUT.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | | C. Part/Section of Title 30 CFR | 75.372(a)(1) | |

**Section II--Inspector's Evaluation**

**10. Gravity:**

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☑ | Reasonably Likely ☐ | Highly Likely ☐ | Occurred ☐ |

| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☑ | Permanently Disabling ☐ | Fatal ☐ |

| C. Significant and Substantial: | Yes ☐ | No ☑ | | D. Number of Persons Affected: | 016 |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |

| 12. Type of Action | 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |

| 14. Initial Action A. Citation ☐ | B. Order ☑ | C. Safeguard ☐ | D. Written Notice ☐ | E. Citation/ Order Number | 8082692 | F. Dated | Mo Da Yr 03/17/2009 |

15. Area or Equipment   THE #2, #3, AND #4 ENTRIES FOR THE ELLIS PUNCH OUT FOR A DISTANCE OF 300 FT. UNDERGROUND FROM THE HIGHWALL.

| 16. Termination Due | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | | |

**Section III--Termination Action**

17. Action to Terminate

| 18. Terminated | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | | |

**Section IV--Automated System Data**

| 19. Type of Inspection (activity code) | E01 | 20. Event Number | 4119936 | 21. Primary or Mill | |

| 22. Signature | | | 23. AR Number | 24172 |

MSHA Form 7000-3, Apr 09 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000039

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID **4608436**       MSHA OFFICE **0401**

MINE NAME **Upper Big Branch Mine-South**

COMPANY NAME **Performance Coal Company**

Citation/Order No. **6612411**       Date **4-9-09**

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☒
   a) Who was exposed to the hazard? (Name and Occupation)

   b) How were they exposed to the hazard?

   c) When and over what period of time did the exposure occur?

   d) Is this first hand information?   Yes ☐   No ☐
      If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☒   No ☐
   a) Who had this knowledge? (Name and Title) **Raymond C. Brainard (Professional Engineer)**
   b) How was this knowledge evidenced? **Mr. Brainard certified the map**

   c) Is this first hand information?   Yes ☒   No ☐
      If not, who provided the information?  (Name and Occupation)

3. Any other pertinent information: **Mr. Brainard also submitted an inaccurate map for annual review by the district manager.**

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☒

Inspector AR Number **24172**   Signature: **Jay S Athey**   Date: **4-9-09**

Supervisor: Do you agree with the inspector's conclusion? Yes ☒   No ☐
Signature: **Mischel H. Hiske**   Date: **4/17/0**

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐        C. No further action. ☒
Assistant District Manager:  Recommendation **C** (A or C from the list above)
   Signature: **John L Pugh**   Date: **4-12-09**
Supervisory Special Investigator:  Recommendation **C** (A or C from the list above)
   Signature: **Terry E. Rhodes**   Date: **4/3/09**
District Manager:  Action Decision **C** (A or C from the list above)
   Signature: **Robert G. Hardman**   Date: **4/21/2009**
ADDITIONAL COMMENTS OR REMARKS: **Does not meet the criteria for further review.**

**CASE ASSIGNMENT INFORMATION:**

   Investigation Case No.                                    Date Assigned

   Investigator Assigned                                     ID No.

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

**VP-MSHA-000040**

Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

*4/17/9MH*

**Section I--Violation Data**

| 1. Date | Mo Da Yr 04/09/2009 | 2. Time (24 Hr. Clock) 1200 | | 3. Citation/ Order Number | 6612411 |
|---|---|---|---|---|---|

| 4. Served To ANDY COALSON (MINE FOREMAN) | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) |
|---|---|

THE 75.1200 MAP LOCATED AT THE MINE OFFICE FOR THE ELLIS PUNCH WAS NOT UP-TO-DATE AND ACCURATE. THE MAP SHOWS TWO NATURAL AIR ENTRIES AS BEING PUNCHED OUT TO THE SURFACE TO, WHEN IN FACT THE ENTRIES ARE NOT. ALSO THE MAP SHOW A REGULATOR AND AIR LOCK DOORS INSTALLED WHERE THE ENTRIES ARE SHOWN TO PUNCH OUT. THE MAP DID NOT SHOW LINE BRATTICES (CURTAIN) IN THE 2 ENTRIES THAT WAS DROVE IN APPROXIMATELY 150 FT. WITHOUT BEING CONNECTED.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR | 75.1200 |
|---|---|---|---|---|

**Section II--Inspector's Evaluation**

10. Gravity:

A. Injury or Illness (has) (is):  No Likelihood ☐   Unlikely ☑   Reasonably Likely ☐   Highly Likely ☐   Occurred ☐

B. Injury or Illness could reasonably be expected to be:  No Lost Workdays ☐   Lost Workdays Or Restricted Duty ☑   Permanently Disabling ☐   Fatal ☐

C. Significant and Substantial:  Yes ☐  No ☑    D. Number of Persons Affected: 016

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |
|---|---|---|---|---|---|

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

15. Area or Equipment  THE #2, #3 AND #4 ENTRIES FOR THE ELLIS PUNCH OUT FOR A DISTANCE OF 300 FT. UNDERGROUND FROM THE HIGHWALL.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III--Termination Action**

17. Action to Terminate

| 18. Terminated | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section IV--Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119936 | 21. Primary or Mill |
|---|---|---|

| 22. Signature  *Jay E Athey* | 23. AR Number 24172 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000041

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration | 4/17/9 MST |
|---|---|---|

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated (Original Issue) | Mo Da Yr 04/09/2009 | 3. Citation/ Order Number 6612411 - 01 |
|---|---|---|---|---|

| 4. Served To ANDY COALSON  (MINE FOREMAN) | 5. Operator PERFORMANCE COAL COMPANY | |
|---|---|---|
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |

**Section II--Justification for Action**

| Change | From | To |
|---|---|---|

8. Condition Or Practice

Reason   THIS CITATION SHOULD HAVE READ : THE 75.1200 MAP LOCATED AT THE MINE OFFICE FOR THE ELLIS PUNCH OUT WAS NOT UP-TO-DATE AND ACCURATE. THE MAP SHOWS TWO NEUTRAL AIR ENTRIES (#2 AND #3)AS BEING PUNCHED OUT TO THE SURFACE AND THEY'RE NOT. ALSO THE MAP SHOWS VENTILATION CONTROLS THAT ARE NOT PRESENT IN THE #2 ENTRY (REGULATOR) AND A SET OF AIR LOCK DOORS IN THE #3 ENTRY. THE MAP DID SHOW LINE BRATTICE (CURTAIN) IN THE 2 ENTRIES (#2 AND #3) WHERE THE CURTAIN WAS EXTENDED IN THE MINED ENTRIES FOR APPROXIMATELY 150 FT. WITHOUT BEING CONNECT.

| 9. A. Violation Type | Safety | Other |
|---|---|---|
| Reason | | |
| 10. A. Injury or Illness | Unlikely | No Likelihood |
| Reason | | |
| 10. B. Injury Expected | Lost Workdays | No Lost Workdays |
| Reason | | |

**Section III--Subsequent Action Taken**

| 8. Extended To | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|---|---|

**Section IV--Inspection Data**

| 9. Type of Inspection   E01 | 10. Event Number   4119936 | | | |
|---|---|---|---|---|

| 11. Signature Joy E Athey | AR Number 24172 | 12. Date | Mo Da Yr 04/10/2009 | 13. Time (24 Hr. Clock) 0829 |
|---|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID **460 8436**          MSHA OFFICE **0401**

MINE NAME **Upper Big Branch Mine - South**

COMPANY NAME **Performance Coal Company**

Citation/Order No. **66 124 120**          Date **4-9-09**

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☒

   a) Who was exposed to the hazard? (Name and Occupation)

   b) How were they exposed to the hazard?

   c) When and over what period of time did the exposure occur?

   d) Is this first hand information?   Yes ☐   No ☐
      If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☒   No ☐

   a) Who had this knowledge? (Name and Title) **Andy Coalson (Mine Foreman)**

   b) How was this knowledge evidenced? **These two entries were on the 1200 map**

   c) Is this first hand information?   Yes ☒   No ☐
      If not, who provided the information?  (Name and Occupation)

3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**

Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☒

Inspector AR Number: **24172**   Signature: **Jay E Athey**   Date: **4-9-09**

Supervisor: Do you agree with the inspector's conclusion? Yes ☐ No ☐
Signature: **Michael N. Hicks**   Date: **4/13/09**

**POSSIBLE RECOMMENDED ACTIONS:**

A. Conduct a special investigation. ☐          C. No further action. ☒

Assistant District Manager:  Recommendation: **C** (A or C from the list above)
Signature: **Jason L Left**   Date: **4-19-09**

Supervisory Special Investigator:  Recommendation: **C** (A or C from the list above)
Signature: **David E Rhodes**   Date: **4/21/09**

District Manager:  Action Decision: **C** (A or C from the list above)
Signature: **Robert D. Hardman**   Date: **8/21/2009**

ADDITIONAL COMMENTS OR REMARKS: **Does not meet the criteria for further review.**

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____          Date Assigned _____

Investigator Assigned _____          ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

**VP-MSHA-000043**

| Mine Citation/Order | | **U.S. Department of Labor**<br>Mine Safety and Health Administration | | |
|---|---|---|---|---|

**Section I–Violation Data**

| 1. Date  Mo Da  Yr<br>04/09/2009 | 2. Time (24 Hr. Clock)<br>1210 | | | 3. Citation/<br>Order Number  6612412 |
|---|---|---|---|---|
| 4. Served To<br>ANDY COALSON  (MINE FOREMAN) | | 5. Operator<br>PERFORMANCE COAL COMPANY | | |
| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | | 7. Mine ID<br>46-08436 | | (Contractor) |
| 8. Condition or Practice | | | | 8a. Written Notice (103g) |

THE OPERATOR HAS FAILED TO CONDUCT WEEKLY EXAMINATIONS #2 AND #3 ENTRIES THAT ARE NOT CONNECTED AT THE ELLIS PUNCH OUT. THESE ENTRIES ARE DROVE IN APPROXIMATELY 150 FT. WITH LINE BRATTICE (CURTAIN) INSTALLED.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐<br>Safety ☑<br>Other ☐ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR  75.364(a) | |
|---|---|---|---|---|

**Section II–Inspector's Evaluation**

**10. Gravity:**

| A. Injury or illness (has) (is): | No Likelihood ☐ | Unlikely ☑ | Reasonably Likely ☐ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|
| B. Injury or illness could rea-<br>sonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☑ | | Permanently Disabling ☐ | Fatal ☐ |
| C. Significant and Substantial: | Yes ☐  No ☑ | | | D. Number of Persons Affected:<br>016 | |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action<br>104(d)(2) | 13. Type of Issuance (check one)  Citation ☐  Order ☑  Safeguard ☐  Written Notice ☐ | |
|---|---|---|

| 14. Initial Action<br>A. Citation ☐  B. Order ☑  C. Safeguard ☐  D. Written Notice ☐ | E. Citation/<br>Order Number  8082692 | F. Dated  Mo Da  Yr<br>03/17/2009 |
|---|---|---|

| 15. Area or Equipment  THE #2,#3,AND #4 ENTRIES FOR THE ELLIS PUNCH OUT FOR A DISTANCE OF 300 FT. UNDERGROUND FROM THE HIGHWALL. |
|---|

| 16. Termination Due | A. Date  Mo Da  Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|

**Section III–Termination Action**

17. Action to Terminate

| 18. Terminated | A. Date  Mo Da  Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|

**Section IV–Automated System Data**

| 19. Type of Inspection<br>(activity code)  E01 | 20. Event Number<br>4119936 | 21. Primary or Mill | |
|---|---|---|---|
| 22. Signature | | | 23. AR Number<br>24172 |

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000044

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID _46-08436_    MSHA OFFICE _20401_

MINE NAME _Upper Big Branch - South_

COMPANY NAME _Performance Coal Co_

Citation/Order No. _8082 734_    Date _4/21/09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?    YES ☐    NO ☑    If yes: Fatal? ☐    Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑

   a) Who was exposed to the hazard? (Name and Occupation)
   _Rick Foster, Charlie Semenske, Firebosses (Weekly Examiners)_

   b) How were they exposed to the hazard? _They traveled by the area every week_

   c) When and over what period of time did the exposure occur? _Last week May 2009 - 4/21/09 (Preshift)_
   _Weekly - indefinite - no record or DTI's to indicate exam even occured_

   d) Is this first hand information?  Yes ☑  No ☐
      If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?  Yes ☑  No ☐

   a) Who had this knowledge? (Name and Title) _Homer Wallace, Supt._

   b) How was this knowledge evidenced? _He was aware through MSHA conference & previous citations & orders_
   _of the requirement to examine unconnected rooms._

   c) Is this first hand information?  Yes ☑  No ☐
      If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☑

Inspector AR Number: _24308_    Signature: _Will Bartt_    Date: _4/21/09_

Supervisor: Do you agree with the inspector's conclusion?  Yes ☑  No ☐
Signature: _Michael N. Hicks_    Date: _4/22/09_

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐    C. No further action. ☑

Assistant District Manager: Recommendation: _C_ (A or C from the list above)
Signature: _Jack L Diff_    Date: _4/30/09_

Supervisory Special Investigator: Recommendation: _C_ (A or C from the list above)
Signature: _Dane E Hooder_    Date: _5/1/09_

District Manager Action Decision: _C_ (A or C from the list above)
Signature: _Robert G. Hardina_    Date: _5/4/2009_

ADDITIONAL COMMENTS OR REMARKS: _____

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____    Date Assigned _____

Investigator Assigned _____    ID No. _____

MSHA Form 7000-20, June 97 (revised)    WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000045

4/22/9MH

| Mine Citation/Order | U.S. Department of Labor |
|---|---|
| | Mine Safety and Health Administration |

**Section I—Violation Data**

| 1. Date | | 2. Time (24 Hr. Clock) | | 3. Citation/ | |
|---|---|---|---|---|---|
| Mo Da Yr | | 0842 | | Order Number | 8082734 |
| 04/21/2009 | | | | | |

| 4. Served To | 5. Operator |
|---|---|
| Rick Foster, Mine Foreman | PERFORMANCE COAL COMPANY |

| 6. Mine | 7. Mine ID | |
|---|---|---|
| UPPER BIG BRANCH MINE-SOUTH | 46-08436 | (Contractor) |

| 8. Condition or Practice | 8a. Written Notice (103g) |
|---|---|

The operator is failing to conduct a preshift exam of the unconnected room driven 25' deep off the #4 section intake at spad 5738. The room is ventilated with line curtain.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR | 75.360(b)(6)(ii) |
|---|---|---|---|---|

**Section II—Inspector's Evaluation**

10. Gravity:

| A. Injury or illness (has) (is): | No Likelihood ☐ | Unlikely ☑ | Reasonably Likely ☐ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|

| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☑ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☐ | Fatal ☐ |
|---|---|---|---|---|

| C. Significant and Substantial: | Yes ☐ | No ☑ | D. Number of Persons Affected: | 001 |
|---|---|---|---|---|

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action | 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |
|---|---|---|---|---|---|---|

| 14. Initial Action | | | | E. Citation/ | | F. Dated | Mo Da Yr |
|---|---|---|---|---|---|---|---|
| A. Citation ☐ | B. Order ☑ | C. Safeguard ☐ | D. Written Notice ☐ | Order Number | 8082692 | | 03/17/2009 |

| 15. Area or Equipment | The #4 section intake. |
|---|---|

| 16. Termination Due | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|---|

**Section III—Termination Action**

| 17. Action to Terminate | The room has been examined. |
|---|---|

| 18. Terminated | A. Date | Mo Da Yr 04/21/2009 | B. Time (24 Hr. Clock) | 0845 | |
|---|---|---|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code) | E01 | 20. Event Number | 4119936 | 21. Primary or Mill | |
|---|---|---|---|---|---|

| 22. Signature | | 23. AR Number | 24308 |
|---|---|---|---|

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000046

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID _46-08436_   MSHA OFFICE _20401_

MINE NAME _Upper Big Branch - South_

COMPANY NAME _Performance Coal Co_

Citation/Order No. _8082764_   Date _5/11/09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑

   a) Who was exposed to the hazard? (Name and Occupation)
   _Charlie Somenshe, weekly examiner_

   b) How were they exposed to the hazard? _He did the weekly exam the following week after the violation_

   c) When and over what period of time did the exposure occur? _5/11/09 1100 - 1200_

   d) Is this first hand information?   Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☑   No ☐

   a) Who had this knowledge? (Name and Title) _Gary May, mine foreman_

   b) How was this knowledge evidenced? _he counter signed the weekly book and_

   c) Is this first hand information?   Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**

Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard?   Yes ☐   No ☑

Inspector AR Number: _24308_   Signature: _William Cane_   Date: _5/12/09_

Supervisor: Do you agree with the inspector's conclusion?   Yes ☑   No ☐
Signature: _Meachell H. Hicks_   Date: _5/12/09_

**POSSIBLE RECOMMENDED ACTIONS:**

   A. Conduct a special investigation. ☐   C. No further action. ☑

Assistant District Manager:   Recommendation: _C_ (A or C from the list above)
Signature: _Jerald L. Scott_   Date: _5/14/09_

Supervisory Special Investigator:   Recommendation _C_ (A or C from the list above)
Signature: _Dewie D. Harless_   Date: _5/26/09_

District Manager: Action Decision: _C_ (A or C from the list above)
Signature: _Robert G. Hardman_   Date: _5/26/2009_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet the criteria for further review._

**CASE ASSIGNMENT INFORMATION:**

   Investigation Case No. _____   Date Assigned _____

   Investigator Assigned _____   ID No. _____

VP-MSHA-000047

| Mine Citation/Order | U.S. Department of Labor<br>Mine Safety and Health Administration | | | |

**Section I--Violation Data**

| 1. Date Mo Da Yr<br>05/11/2009 | 2. Time (24 Hr. Clock)<br>1132 | | 3. Citation/<br>Order Number 8082764 |
|---|---|---|---|

| 4. Served To<br>Charley Semenske, Weekly Examiner | 5. Operator<br>PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

The operator is failing to leave Dates, Times, and Initials in enough locations to prove that a weekly examination for hazardous conditions has been conducted. There are not any up to date, Dates, Times and Initials present in the right return were it travels around the panel off of LBB #4 head.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐<br>Safety ☑<br>Other ☐ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR 75.364(g) |
|---|---|---|---|

**Section II--Inspector's Evaluation**

**10. Gravity:**

A. Injury or illness (has) (is): No Likelihood ☐ Unlikely ☑ Reasonably Likely ☐ Highly Likely ☐ Occurred ☐

B. Injury or illness could rea-<br>sonably be expected to be: No Lost Workdays ☐ Lost Workdays Or Restricted Duty ☐ Permanently Disabling ☑ Fatal ☐

| C. Significant and Substantial: Yes ☐ No ☑ | D. Number of Persons Affected: 001 |
|---|---|

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐ Order ☑ Safeguard ☐ Written Notice ☐ |
|---|---|

| 14. Initial Action<br>A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/<br>Order Number 8082692 | F. Dated Mo Da Yr<br>03/17/2009 |
|---|---|---|

15. Area or Equipment The right return were it travels around the panel off of LBB #4 head.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III--Termination Action**

17. Action to Terminate The area has been examined and DTI are now present.

| 18. Terminated | A. Date Mo Da Yr<br>05/11/2009 | B. Time (24 Hr. Clock) 1135 |
|---|---|---|

**Section IV--Automated System Data**

| 19. Type of Inspection<br>(activity code) E01 | 20. Event Number 4119936 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number 24308 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised) In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000048

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID _46-08436_   MSHA OFFICE _20401_

MINE NAME _Upper Big Branch - South_

COMPANY NAME _Performance Coal Co_

Citation/Order No. _8082763_   Date _5/11/09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑
   a) Who was exposed to the hazard? (Name and Occupation)
   _Charlie Semanske, weekly examiner_
   b) How were they exposed to the hazard? _He was the examiner assigned to this area_

   c) When and over what period of time did the exposure occur? _3/23/09 - Present_

   d) Is this first hand information? Yes ☑   No ☐
      If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☑   No ☐
   a) Who had this knowledge? (Name and Title) _Gary May, mine foreman_
   b) How was this knowledge evidenced? _He countersigned the weekly book the conditions shown._

   c) Is this first hand information? Yes ☑   No ☐
      If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☑

Inspector AR Number: _24306_   Signature: _William Bane_   Date: _5/12/09_

Supervisor: Do you agree with the inspector's conclusion? Yes ☑   No ☐
Signature: _Michael H. Hicks_   Date: _5/12/09_

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐   C. No further action. ☑

Assistant District Manager - Recommendation: _C_ (A or C from the list above)
Signature: _Jacob L. Huff S?_   Date: _5/14/09_

Supervisory Special Investigator: Recommendation: _C_ (A or C from the list above)
Signature: _David E. Rhodes_   Date: _5/26/09_

District Manager: Action Decision: _C_ (A or C from the list above)
Signature: _Robert G. Hardman_   Date: _5/26/2009_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet the criteria for further review._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)   WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000049

Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

**Section I--Violation Data**

| 1. Date Mo Da Yr 05/11/2009 | 2. Time (24 Hr. Clock) 1100 | 3. Citation/ Order Number 8082763 |
|---|---|---|

| 4. Served To Charley Semenske, Weekly Examiner | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

The operator is failing to examine at least one entry of each intake air course, in its entirety, so the entire air course is traveled. The LBB intake split going towards the Ellis punch-out is not being examined in its entirety. The intake is blocked by two roof falls, two breaks out-by spad 21054 and the intake has been dangered off due to bad top and bad ribs from spad 21054 to spad 21539. This conditions were reported on 03/23/09 and the intake was dangered off at this time. The last complete exam of this area was on the week ending 03/21/09.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.364(b)(1) |
|---|---|---|---|

**Section II--Inspector's Evaluation**

10. Gravity:

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☑ | Reasonably Likely ☐ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|

| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☑ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☐ | Fatal ☐ |
|---|---|---|---|---|

| C. Significant and Substantial: | Yes ☐ | No ☑ | D. Number of Persons Affected: 001 |
|---|---|---|---|

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐ Order ☑ Safeguard ☐ Written Notice ☐ |
|---|---|

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

| 15. Area or Equipment | The LBB intake split going towards the Ellis punch-out. |
|---|---|

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III--Termination Action**

17. Action to Terminate

| 18. Terminated | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section IV--Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119936 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number 24308 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)     In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW, MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

Mine Citation/Order
Continuation

**U.S. Department of Labor**
Mine Safety and Health Administration

## Section I--Subsequent Action/Continuation Data

| 1. Subsequent Action | 1a. Continuation | 2. Dated (Original Issue) | Mo | Da | Yr | 3. Citation/ Order Number |
|---|---|---|---|---|---|---|
| ☑ | ☐ | | | 05/11/2009 | | 8082763 - 01 |

| 4. Served To | 5. Operator |
|---|---|
| Homer Wallace, Supt. | PERFORMANCE COAL COMPANY |

| 6. Mine | 7. Mine ID | (Contractor) |
|---|---|---|
| UPPER BIG BRANCH MINE-SOUTH | 46-08436 | |

## Section II--Justification for Action

| Change | From | To |
|---|---|---|

8. Condition Or Practice

Reason   Change spad 21054 to spad 21254.

See Continuation Form ☐

## Section III--Subsequent Action Taken

| 8. Extended To | A. Date | Mo | Da | Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|---|---|---|---|

## Section IV--Inspection Data

| 9. Type of Inspection | E01 | 10. Event Number | 4119936 |
|---|---|---|---|

| 11. Signature | AR Number | 12. Date | Mo | Da | Yr | 13. Time (24 Hr. Clock) |
|---|---|---|---|---|---|---|
| | 24308 | | | 05/12/2009 | | 1146 |

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000051

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID _46-08436_          MSHA OFFICE _20401_

MINE NAME _Upper Big Branch - South_

COMPANY NAME _Performance Coal Co_

Citation/Order No. _8082762_          Date _5/11/09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑
   a) Who was exposed to the hazard? (Name and Occupation)
   _Charle Sememske, weekly examiner_
   b) How were they exposed to the hazard? _No made the examination the next week._

   c) When and over what period of time did the exposure occur? _5/11/09 - 1030 - 1150_

   d) Is this first hand information?   Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☑   No ☐
   a) Who had this knowledge? (Name and Title) _Andy Coalson   mine fireman_
   b) How was this knowledge evidenced? _He signed the book that he had examined this area_

   c) Is this first hand information?   Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**

Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard?   Yes ☐   No ☑

Inspector AR Number: _24308_     Signature: _W.H. Bane II   William Bane_     Date: _5/12/09_

Supervisor: Do you agree with the inspector's conclusion?   Yes ☐   No ☑
Signature: _Michael H. Hicks_     Date: _5/12/09_

**POSSIBLE RECOMMENDED ACTIONS:**

A. Conduct a special investigation. ☐          C. No further action. ☑

Assistant District Manager: Recommendation: _C_ (A or C from the list above)
Signature: _____     Date: _5/14/09_

Supervisory Special Investigator: Recommendation: _C_ (A or C from the list above)
Signature: _Dave E. Rhodes_     Date: _5/26/09_

District Manager: Action Decision: _C_ (A or C from the list above)
Signature: _Robert D. Hardin_     Date: _5/26/2009_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet the criteria for further review._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____          Date Assigned _____

Investigator Assigned _____          ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

**VP-MSHA-000052**

5/12 PMH

## Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

### Section I–Violation Data

| 1. Date Mo Da Yr 05/11/2009 | 2. Time (24 Hr. Clock) 1044 | | 3. Citation/Order Number 8082762 |
|---|---|---|---|
| **4. Served To** Charley Semenske, Weekly Examiner | | **5. Operator** PERFORMANCE COAL COMPANY | |
| **6. Mine** UPPER BIG BRANCH MINE-SOUTH | | **7. Mine ID** 46-08436 | (Contractor) |

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

The operator is failing to certify weekly examinations by leaving Dates, Times and Initials in the examined area. There are not any up to date, Dates, Times and Initials present in the neutral entries going towards DPP # 1 to prove that a weekly examination has been conducted of the area.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR  75.364(g) |
|---|---|---|---|

### Section II–Inspector's Evaluation

**10. Gravity:**

A. Injury or Illness (has) (is): No Likelihood ☐   Unlikely ☑   Reasonably Likely ☐   Highly Likely ☐   Occurred ☐

B. Injury or Illness could reasonably be expected to be: No Lost Workdays ☐   Lost Workdays Or Restricted Duty ☐   Permanently Disabling ☑   Fatal ☐

C. Significant and Substantial: Yes ☐   No ☑     D. Number of Persons Affected: 001

**11. Negligence (check one)** A. None ☐   B. Low ☐   C. Moderate ☐   D. High ☑   E. Reckless Disregard ☐

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐   Order ☑   Safeguard ☐   Written Notice ☐ |
|---|---|

**14. Initial Action** A. Citation ☐   B. Order ☑   C. Safeguard ☐   D. Written Notice ☐     E. Citation/Order Number 8082692     F. Dated Mo Da Yr 03/17/2009

**15. Area or Equipment** Natural entries from LBB #4 head to DPP #1.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|

### Section III–Termination Action

**17. Action to Terminate** The area has been examined and DTI's are now present.

**18. Terminated** A. Date Mo Da Yr 05/11/2009   B. Time (24 Hr. Clock) 1050

### Section IV–Automated System Data

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119936 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number 24308 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

Mine Citation/Order
Continuation

**U.S. Department of Labor**
Mine Safety and Health Administration

Section I—Subsequent Action/Continuation Data

| 1. Subsequent Action | 1a. Continuation | 2. Dated (Original Issue) | Mo | Da | Yr | 3. Citation/ Order Number |
|---|---|---|---|---|---|---|
| ☑ | ☐ | | 05/11/2009 | | | 8082762 - 01 |

| 4. Served To | 5. Operator |
|---|---|
| Charley Semenske, Weekly Examiner | PERFORMANCE COAL COMPANY |

| 6. Mine | 7. Mine ID | (Contractor) |
|---|---|---|
| UPPER BIG BRANCH MINE-SOUTH | 46-08436 | |

Section II—Justification for Action

Change          From                                              To

15. Area or Equipment

Reason   Change the word "Natural" to read "neutral"

See Continuation Form ☐

Section III—Subsequent Action Taken

| 8. Extended To | A. Date | Mo | Da | Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|---|---|---|---|

Section IV—Inspection Data

| 9. Type of Inspection | E01 | 10. Event Number | 4119936 |
|---|---|---|---|

| 11. Signature | AR Number 24308 | 12. Date | Mo | Da | Yr | 13. Time (24 Hr. Clock) |
|---|---|---|---|---|---|---|
| | | | | 05/12/2009 | | 1153 |

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000054

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID **46-08436**   MSHA OFFICE **20401**

MINE NAME **Upper Big Branch - South**

COMPANY NAME **Performance Coal Co**

Citation/Order No. **8082767**   Date **5/12/09**

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑
   a) Who was exposed to the hazard? (Name and Occupation)
   **Charlie Sewensku, weekly examiner**
   b) How were they exposed to the hazard? _____

   c) When and over what period of time did the exposure occur? **At least the past 2 yrs according to**
   **Charlie Sewske, weekly examiner**
   d) Is this first hand information? Yes ☐   No ☑
   If not, who provided the information? (Name and Occupation) **Charlie Sewenske, weekly examiner**

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☑   No ☐
   a) Who had this knowledge? (Name and Title) **Homer Wallace supt  Gary May mine foreman**
   b) How was this knowledge evidenced? **The maps available showed the EP's proper**
   **location and Homer Wallace had traveled to these EP's on 5/7/09.**
   c) Is this first hand information? Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____
   _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☑

Inspector AR Number: **24308**   Signature: **William Bane**   Date: **5/12/09**

Supervisor: Do you agree with the inspector's conclusion? Yes ☑   No ☐
Signature: **Michael N. Hicks**   Date: **5/18/09**

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐      C. No further action. ☑
Assistant District Manager: Recommendation: **C** (A or C from the list above)
Signature: _____   Date: **5/21/09**

Supervisory Special Investigator: Recommendation: **C** (A or C from the list above)
Signature: **Terie E. Rhodes**   Date: **5/26/09**

District Manager: Action-Decision: **C** (A or C from the list above)
Signature: **Robert G. Hardman**   Date: **5/26/2009**

ADDITIONAL COMMENTS OR REMARKS: **This violation does not meet**
**the criteria for further review**

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

VP-MSHA-000055

5/12/9mu

| Mine Citation/Order | | U.S. Department of Labor<br>Mine Safety and Health Administration | | |
|---|---|---|---|---|

**Section I--Violation Data**

| 1. Date   Mo Da Yr<br>05/12/2009 | 2. Time (24 Hr. Clock)<br>1157 | | | 3. Citation/<br>Order Number   8082767 |
|---|---|---|---|---|

| 4. Served To<br>Homer Wallace, Supt. | 5. Operator<br>PERFORMANCE COAL COMPANY | |
|---|---|---|

| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID   46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

The mine operator is failing to comply with the approved mine ventilation plan. The operator is failing to examine EP's 53 and 54 in the location approved in the mine ventilation map.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐<br>Safety ☑<br>Other ☐ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR | 75.370(a)(1) |
|---|---|---|---|---|

**Section II--Inspector's Evaluation**

10. Gravity:

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☑ | Reasonably Likely ☐ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|

| B. Injury or illness could rea-<br>sonably be expected to be: | No Lost Workdays ☑ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☐ | Fatal ☐ |
|---|---|---|---|---|

| C. Significant and Substantial: | Yes ☐ | No ☑ | D. Number of Persons Affected:   001 |
|---|---|---|---|

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action   104(d)(2) | 13. Type of Issuance (check one)   Citation ☐   Order ☑   Safeguard ☐   Written Notice ☐ |
|---|---|

| 14. Initial Action<br>A. Citation ☐   B. Order ☑   C. Safeguard ☐   D. Written Notice ☐ | E. Citation/<br>Order Number   8082692 | F. Dated   Mo Da Yr<br>03/17/2009 |
|---|---|---|

| 15. Area or Equipment   EP's 53 and 54. |
|---|

| 16. Termination Due | A. Date   Mo Da Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|

**Section III--Termination Action**

17. Action to Terminate

| 18. Terminated | A. Date   Mo Da Yr | B. Time (24 Hr. Clock | |
|---|---|---|---|

**Section IV--Automated System Data**

| 19. Type of Inspection<br>(activity code)   E01 | 20. Event Number   4119936 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number   24308 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW   MC 2120, Washington, DC 20416.  Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000056

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration | |
|---|---|---|

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated (Original Issue) Mo 05 Da 12 Yr 2009 | 3. Citation/ Order Number 8082767 - 01 |
|---|---|---|---|

| 4. Served To Homer Wallace, Supt. | 5. Operator PERFORMANCE COAL COMPANY | (Contractor) |
|---|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 |
|---|---|

**Section II--Justification for Action**

The weekly examiner have been retrained as to the proper location to check EP 53 and 54.

See Continuation Form ☐

**Section III--Subsequent Action Taken**

| 8. Extended To A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|

**Section IV--Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119936 |
|---|---|

| 11. Signature | AR Number 24308 | 12. Date Mo 05 Da 18 Yr 2009 | 13. Time (24 Hr. Clock) 0742 |
|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000057

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID: 46-08436   MSHA OFFICE: 20401

MINE NAME: Upper Big Branch - South

COMPANY NAME: Performance Coal Co

Citation/Order No. 8082819   Date: 6/3/09

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑   Charles Williams, Scoop
   a) Who was exposed to the hazard? (Name and Occupation) Joel Martin, Foreman  Derek Kislinger, Electrician  Charles Sullivan C/M  Melvin Lynch S/C
   Alvis Alderman RB, Abner Shrewsbry C/M  Scott Martin R/B  Chuck Smith RB  Josh Williams/C  Kevin Terry S/c
   b) How were they exposed to the hazard? They traveled through the wide top on all way to the section.

   c) When and over what period of time did the exposure occur? 5/30/09 to 6/3/09

   d) Is this first hand information? Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☑   No ☐
   a) Who had this knowledge? (Name and Title) Andy Coulson  mine foreman
   b) How was this knowledge evidenced? He admitted to MSHA he was aware that jacks were not being set on the belt. He failed to ensure entry widths were reduced to be less 20'.
   c) Is this first hand information? Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☑

Inspector AR Number: 24308   Signature: William Bane   Date: 6/4/09

Supervisor: Do you agree with the inspector's conclusion? Yes ☑ No ☐
Signature: Michael H. Hicks   Date: 6/8/09

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐   C. No further action. ☑

Assistant District Manager: Recommendation: C (A or C from the list above)
Signature: Nicole L. Duffy   Date: 6/11/09

Supervisory Special Investigator: Recommendation: (A or C from the list above)
Signature: David E. Rhodes   Date: 6/11/09

District Manager: Action Decision: C (A or C from the list above)
Signature: Robert G. Hardman   Date: 6/12/2009

ADDITIONAL COMMENTS OR REMARKS: This violation was not recommended for further review by the issuing inspector.

**CASE ASSIGNMENT INFORMATION:**
Investigation Case No. _____   Date Assigned _____
Investigator Assigned _____   ID No. _____

6-4-09 DS    Copy

Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

⬥

| Section I—Violation Data | | | |
|---|---|---|---|
| 1. Date Mo Da Yr 06/03/2009 | 2. Time (24 Hr. Clock) 1053 | | 3. Citation/ Order Number 8082819 |
| 4. Served To Gary May, Mine Foreman | 5. Operator PERFORMANCE COAL COMPANY | | |
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | | (Contractor) |

8. Condition or Practice                                  8a. Written Notice (103g) ☐

The operator is failing to add additional roof support where the belt/track entry on the #1 section was mined over 20 wide. The operator cuts this entry 22' wide to allow for the belt and track to be in the same entry. The operator has not added additional support for 450' near the end of the belt.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR   75.203(a) |
|---|---|---|---|

**Section II—Inspector's Evaluation**

10. Gravity:

A. Injury or Illness (has) (is): No Likelihood ☐   Unlikely ☑   Reasonably Likely ☐   Highly Likely ☐   Occurred ☐

B. Injury or illness could reasonably be expected to be: No Lost Workdays ☐   Lost Workdays Or Restricted Duty ☐   Permanently Disabling ☑   Fatal ☐

C. Significant and Substantial: Yes ☐   No ☑   |   D. Number of Persons Affected: 011

| 11. Negligence (check one) | A. None ☐   B. Low ☐   C. Moderate ☐   D. High ☑   E. Reckless Disregard ☐ |
|---|---|

| 12. Type of Action  104(d)(2) | 13. Type of Issuance (check one)   Citation ☐   Order ☑   Safeguard ☐   Written Notice ☐ |
|---|---|

| 14. Initial Action A. Citation ☐   B. Order ☑   C. Safeguard ☐   D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

15. Area or Equipment   The #3 belt on the #1 section is to be removed from service until additional support is added for the necessary distance.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|

**Section III—Termination Action**

17. Action to Terminate   The operator has set sand jacks for the length of the affected areas.

| 18. Terminated | A. Date Mo Da Yr 06/03/2009 | B. Time (24 Hr. Clock) 1426 | |
|---|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119936 | 21. Primary or Mill |
|---|---|---|

22. Signature  *Wilson Bull*   |   23. AR Number 24308

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000059

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID _46-08436_     MSHA OFFICE _20401_

MINE NAME _Upper Big Branch - South_

COMPANY NAME _Performance Coal Co_

Citation/Order No. _8082831_     Date _6/8/09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental Information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑

   a) Who was exposed to the hazard? (Name and Occupation) _All Longwall Set up Crew_
   _Rick Laws-foreman, Ricky Davis, Rex Mullins, Joel Price, Dewey Persinger, Chad Brown, Keith Shird_

   b) How were they exposed to the hazard? _The incorrect ventilation resulted in low air in the face line._

   c) When and over what period of time did the exposure occur? _6/1/09 - 6/8/09_

   d) Is this first hand information? Yes ☐   No ☐
   If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☑   No ☐

   a) Who had this knowledge? (Name and Title) _Homer Wallace, mine foreman, superintendant gave Hagen Williams order to ventilate this way._

   b) How was this knowledge evidenced? _This was learned by interview with Lando Cox + Hagen Williams (LW foreman Set up)_

   c) Is this first hand information? Yes ☐   No ☑
   If not, who provided the information? (Name and Occupation) _Lando Cox - set up foreman Hagen Williams LW Set up Foreman_

3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**

Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☑

Inspector AR Number: _24308_   Signature: _William Bane_   Date: _6/9/09_

Supervisor: Do you agree with the inspector's conclusion? Yes ☐   No ☑
Signature: _Michel N. Hicks_   Date: _6/10/0_

**POSSIBLE RECOMMENDED ACTIONS:**

A. Conduct a special investigation. ☐    C. No further action. ☑

Assistant District Manager: Recommendation: _C_ (A or C from the list above)
Signature: _Jason L. Litty Jr_   Date: _6/15/09_

Supervisory Special Investigator: Recommendation: _C_ (A or C from the list above)
Signature: _David E. Rhodes_   Date: _6/24/09_

District Manager: Action Decision: _C_ (A or C from the list above)
Signature: _Robert G. Hardman_   Date: _6/24/2009_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet the criteria for further review._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____    Date Assigned _____

Investigator Assigned _____    ID No. _____

MSHA Form 7000-20, June 97 (revised)     WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000060

| Mine Citation/Order | | | **U.S. Department of Labor** Mine Safety and Health Administration | | |
|---|---|---|---|---|---|

**Section I—Violation Data**

| 1. Date Mo Da Yr 06/08/2009 | 2. Time (24 Hr. Clock) 1237 | | 3. Citation/ Order Number | 8082831 | |
|---|---|---|---|---|---|

| 4. Served To Andy Coalson, Mine Foreman | 5. Operator PERFORMANCE COAL COMPANY | |
|---|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**8. Condition or Practice**      8a. Written Notice (103g) ☐

The operator is failing to comply with an approved revision to the mine ventilation plan. The longwall set up is not being ventilated in the manner specified by the revision. A permanent ventilation control, required to be in place has been practically removed allowing air to short circuit to the return. A regulator required to be in place, to allow air to exit the longwall set up, is instead a solid stopping.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR | 75.370(a)(1) | |
|---|---|---|---|---|---|

**Section II—Inspector's Evaluation**

**10. Gravity:**

| A. Injury or illness (has) (is): | No Likelihood ☐ | Unlikely ☑ | Reasonably Likely ☐ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|

| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☑ | Fatal ☐ |
|---|---|---|---|---|

| C. Significant and Substantial: | Yes ☐ | No ☑ | D. Number of Persons Affected: | 007 |
|---|---|---|---|---|

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |
|---|---|---|---|---|---|

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

**15. Area or Equipment** The longwall set up area is not to have any work, except that necessary to correct the ventilation performed.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|

**Section III—Termination Action**

**17. Action to Terminate** The ventilation is now corrected.

| 18. Terminated | A. Date Mo Da Yr 06/08/2009 | B. Time (24 Hr. Clock) 1300 | |
|---|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119936 | 21. Primary or Mill | |
|---|---|---|---|

| 22. Signature | 23. AR Number 24308 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised). In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW, MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID *46-08436*                    MSHA OFFICE *20401*

MINE NAME *Upper Big Branch - South*

COMPANY NAME *Performance Coal Co*

Citation/Order No. *8090856*                    Date *6/17/09*

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☑   No ☐

   a) Who was exposed to the hazard? (Name and Occupation)
   *CM- Mike Deskins  s/c Shawn Ellison  s/c Dwayne Wriston*

   b) How were they exposed to the hazard? *They were exposed to the dust due to the improper ventilation.*

   c) When and over what period of time did the exposure occur? *6/17/09  During the cut in the #3 entry*

   d) Is this first hand information? Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☑   No ☐

   a) Who had this knowledge? (Name and Title) *Steve Cole  mine foreman*

   b) How was this knowledge evidenced? *He admitted to knowledge of the conditions to MSHA inspector - William Bane.*

   c) Is this first hand information? Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☑ No ☐

Inspector AR Number: *24308*   Signature: *William Bane*   Date: *6/17/09*

Supervisor: Do you agree with the inspector's conclusion? Yes ☑   No ☐
Signature: *Michael H. Hicks*   Date: *6/17/09*

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☑   C. No further action. ☐

Assistant District Manager:  Recommendation: *A* (A or C from the list above)
Signature: *Joseph E. Sibel*   Date: *6/29/09*

Supervisory Special Investigator:  Recommendation: *A* (A or C from the list above)
Signature: *David E. Rhodes*   Date: *6/30/09*

District Manager:  Action Decision: *C* (A or C from the list above)
Signature: *Robert G. Hardman*   Date: *6/30/2009*

ADDITIONAL COMMENTS OR REMARKS: *This violation does not meet the criteria for a 110 investigation (reduced exposure time - while mining in No.3)*

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)        WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000062

| Mine Citation/Order | U.S. Department of Labor<br>Mine Safety and Health Administration | 6/17/9 VMT |
|---|---|---|

**Section I--Violation Data**

| 1. Date  Mo Da Yr<br>06/17/2009 | 2. Time (24 Hr. Clock)<br>0111 | | 3. Citation/<br>Order Number  8090856 |
|---|---|---|---|

| 4. Served To<br>Steve Colo, section foreman | 5. Operator<br>PERFORMANCE COAL COMPANY | |
|---|---|---|

| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID<br>46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | | 8a. Written Notice (103g) ☐ |
|---|---|---|

The operator is failing to comply with the approved methane/dust control plan, section specific page items 4 and 7. The line curtain in the 4R crosscut is 4 rows of bolts or 15' back from the face. Also the 064 MMU continuous miner is loading in the #3 entry without any line curtain with the miner operator standing in visible dust on the return of the miner.  Steve Colo, the section foreman stated to MSHA that he was aware of the conditions. Steve Colo engaged in aggravated conduct by failing to take action on a known hazard. This is unwarrantable failure to comply with a mandatory standard.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐<br>Safety ☑<br>Other ☐ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR  75.370(a)(1) |
|---|---|---|---|

**Section II--Inspector's Evaluation**

**10. Gravity:**

A. Injury or Illness (has) (is):  No Likelihood ☐   Unlikely ☐   Reasonably Likely ☐   Highly Likely ☑   Occurred ☐

| B. Injury or illness could rea-<br>sonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☑ | Fatal ☐ |
|---|---|---|---|---|

| C. Significant and Substantial:   Yes ☑   No ☐ | D. Number of Persons Affected:  003 |
|---|---|

11. Negligence (check one)   A. None ☐   B. Low ☐   C. Moderate ☐   D. High ☑   E. Reckless Disregard ☐

| 12. Type of Action   104(d)(2) | 13. Type of Issuance (check one)   Citation ☐   Order ☑   Safeguard ☐   Written Notice ☐ |
|---|---|

| 14. Initial Action<br>A. Citation ☐   B. Order ☑   C. Safeguard ☐   D. Written Notice ☐ | E. Citation/<br>Order Number  8082692 | F. Dated   Mo Da Yr<br>03/17/2009 |
|---|---|---|

| 15. Area or Equipment   #3 section inby the section dumping point. |
|---|

| 16. Termination Due | A. Date   Mo Da  Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|

**Section III--Termination Action**

17. Action to Terminate   The section is now correctly ventilated and a safety meeting was held with the crew about ventilation and silicosis.

| 18. Terminated | A. Date   Mo Da  Yr<br>06/17/2009 | B. Time (24 Hr. Clock<br>0145 | |
|---|---|---|---|

**Section IV--Automated System Data**

| 19. Type of Inspection<br>(activity code)   E01 | 20. Event Number<br>4119936 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number<br>24308 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions.  The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business.  If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416.  Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000063

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID _46-08436_     MSHA OFFICE _20901_

MINE NAME _Upper Big Branch - South_

COMPANY NAME _Performance Coal Co_

Citation/Order No. _8090 855_     Date _6/17/09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?     YES ☐     NO ☑     If yes: Fatal? ☐     Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?     Yes ☑     No ☐

   a) Who was exposed to the hazard? (Name and Occupation)
   _CM· Mike Deskins   S/c Shawn Ellison   S/c Dwayne Wriston_

   b) How were they exposed to the hazard? _They were exposed to dust due to improper ventilation_

   c) When and over what period of time did the exposure occur? _6-17-09   During the cut in #3_

   d) Is this first hand information? Yes ☑     No ☐
      If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?     Yes ☑     No ☐

   a) Who had this knowledge? (Name and Title) _Steve Colo, section foreman_

   b) How was this knowledge evidenced? _He admitted that he knew the conditions existed_
      _to MSHA inspector - William Bane_

   c) Is this first hand information? Yes ☑     No ☐
      If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**

Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☑     No ☐

Inspector AR Number: _24308_     Signature: _William Bane_     Date: _6/17/09_

Supervisor: Do you agree with the inspector's conclusion? Yes ☑     No ☐

Signature: _Michael H. Hicks_     Date: _6/17/09_

**POSSIBLE RECOMMENDED ACTIONS:**

A. Conduct a special investigation. ☑     C. No further action. ☐

Assistant District Manager: Recommendation: _A_ (A or C from the list above)

Signature: _Jason L. Ridge_     Date: _6/29/09_

Supervisory Special Investigator: Recommendation _C_ (A or C from the list above)

Signature: _David E. Fletcher_     Date: _6/30/09_

District Manager: Action Decision: _C_ (A or C from the list above)

Signature: _Robert G. Hardman_     Date: _6/3/09_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet_
_the criteria for a p/p investigation (reduced_
_time of exposure - while mining No. 3 face.)_

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____     Date Assigned _____

Investigator Assigned _____     ID No. _____

MSHA Form 7000-20, June 97 (revised)     WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000064

| Mine Citation/Order | U.S. Department of Labor Mine Safety and Health Administration | |

**Section I--Violation Data**

| 1. Date Mo Da Yr 06/17/2009 | 2. Time (24 Hr. Clock) 0110 | | 3. Citation/ Order Number 8090855 |

| 4. Served To Steve Colo, section foreman | 5. Operator PERFORMANCE COAL COMPANY |
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 (Contractor) |

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |

The operator is failing to comply with page5 of the approved ventilation plan and the 064 MMU methane dust control plan, section specific page items 4 and 7. The following conditions were found: 1) There is not a back up check present in the #5 entry. 2) The line curtain in the 4R crosscut is 4 rows of bolts and 15' back from the face. 3) The ventilation current is improperly split and air passing over the left miner is going to the right side of the section. 4) The left side continuous miner is loading in the #3 face without any line curtain and the miner man is standing in the visible dust in the return of the continuous miner. The section foreman stated he was aware of the condition of the face ventilation and failed to take action to correct it. Steve Colo engaged in aggravated conduct by failing to take action on a known hazard. This is unwarrantable failure to comply

See Continuation Form (MSHA Form 7000-3a) ☑

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.370(a)(1) |

**Section II--Inspector's Evaluation**

**10. Gravity:**

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☐ | Highly Likely ☑ | Occurred ☐ |
| B. Injury or Illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☑ | | Fatal ☐ |
| C. Significant and Substantial: | Yes ☑ | No ☐ | | D. Number of Persons Affected: 003 |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐ Order ☑ Safeguard ☐ Written Notice ☐ |

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |

| 15. Area or Equipment | All equipment inby the section power center is to be de-energized and no work other than that necessary to correct the ventilation is to take place. |

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |

**Section III--Termination Action**

| 17. Action to Terminate | The section is now correctly ventilated and a safety meeting was held with the crew about ventilation and silicosis. |

| 18. Terminated | A. Date Mo Da Yr 06/17/2009 | B. Time (24 Hr. Clock) 0145 |

**Section IV--Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119936 | 21. Primary or Mill |
| 22. Signature Willa Barc | 23. AR Number 24308 |

MSHA Form 7000-3, Apr 08 (revised) In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

**VP-MSHA-000065**

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration |
|---|---|

4/17/9 MH

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action | 1a. Continuation ☑ | 2. Dated (Original Issue) | Mo Da Yr 06/17/2009 | 3. Citation/ Order Number 8090855 |
|---|---|---|---|---|

| 4. Served To Steve Colo, section foreman | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**Section II--Justification for Action**

Continuation of 8. Condition or Practice

with a mandatory standard.

See Continuation Form ☐

**Section III--Subsequent Action Taken**

| 8. Extended To | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | | C. Vacated ☐ | D. Terminated ☐ | E. Modified ☐ |
|---|---|---|---|---|---|---|---|

**Section IV--Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119936 | | |
|---|---|---|---|
| 11. Signature | AR Number 24308 | 12. Date Mo Da Yr 06/17/2009 | 13. Time (24 Hr. Clock) 0110 |

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000066

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration | 10/17/9 MH |
|---|---|---|

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ 1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 06/17/2009 | 3. Citation/ Order Number 8090855 - 01 |
|---|---|---|

| 4. Served To Steve Colo, section foreman | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**Section II--Justification for Action**

| Change | From | To |
|---|---|---|

8. Condition Or Practice

Reason   Change the body of citation to read, " The operator is failing to comply with page 5 of the approved ventilation plan. There is not a back up curtain in the #5 entry and the ventilation current is improperly split allowing the air current passing over the 064MMU to go to the right side and the 065MMU. Steve Colo stated to MSHA that he was aware of the condition. He engaged in aggravated conduct by failing to take action on a known hazard. This is unwarrantable failure to comply with a mandatory standard"

15. Area or Equipment

Reason   Change to read, "Inby the section loading point."

Separate plans were cited in one order.

See Continuation Form ☐

**Section III--Subsequent Action Taken**

| 8. Extended To A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|

**Section IV--Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119936 |
|---|---|

| 11. Signature | AR Number 24308 | 12. Date Mo Da Yr 06/17/2009 | 13. Time (24 Hr. Clock) 0847 |
|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000067

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM          **U.S. Department of Labor**
(Confidential, Pre-decisional Information)          Mine Safety and Health Administration

MINE ID  46-08436          MSHA OFFICE  20401

MINE NAME  Upper Big Branch Mine - South

COMPANY NAME  Performance Coal Company

Citation/Order No.  8086127          Date  07-09-2009

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☑   No ☐
   a) Who was exposed to the hazard? (Name and Occupation) Dean Jones, Foreman; Greg Brock, elect.;
   Danny Ferell, Mine opr.; William Griffith, Miner opr.; Howard Payne, Roof Bolter opr.;
   Daniel Scott, Roof Bolter opr.; Kenny Chapman, RB opr.; Daniel Davis, RB opr.;
   Joe Marcum, Shear opr.; Ed Mooney, Sc. opr.
   b) How were they exposed to the hazard? They were on the section with large amounts of Combustible Material & high CH4
   c) When and over what period of time did the exposure occur? It appears the section was dirty from the
   previous shift & they had Methane problems since 7/08/09 to my knowledge
   d) Is this first hand information?   Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☑   No ☐
   a) Who had this knowledge? (Name and Title) Dean Jones, Section Foreman - Gary May, Mine Foreman
   b) How was this knowledge evidenced? The presence of excessive Combustible Material & high
   Methane readings on my Spotter.
   c) Is this first hand information?   Yes ☑   No ☐
   If not, who provided the information?  (Name and Occupation)

3. Any other pertinent information: It appears that the Section had Not been ad-
   equately cleaned & Mining had Continued.

**INSPECTOR'S CONCLUSION:**
   Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☑ No ☐
   Inspector AR Number: 24516          Signature: Thomas C. Clark          Date: 07-08-09
   Supervisor:  Do you agree with the inspector's conclusion?  Yes ☑   No ☐
   Signature:  William Bane          Date: 7/15/09

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☑          C. No further action. ☐
   Assistant District Manager:  Recommendation: A  (A or C from the list above)
   Signature:  Jason L. Seg          Date: 7/23/09
   Supervisory Special Investigator:  Recommendation: C  (A or C from the list above)
   Signature:  David E. Rhodes          Date: 7/24/09
   District Manager:  Action Decision: C  (A or C from the list above)
   Signature:  Robert G. Hardma          Date: 7/24/2009

ADDITIONAL COMMENTS OR REMARKS: This condition does not meet the
criteria for a 110 investigation. The condition
existed for about 8 hrs, and did not pose a high degree
                                                                      Junk R

**CASE ASSIGNMENT INFORMATION:**

   Investigation Case No. _____          Date Assigned _____

   Investigator Assigned _____          ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000068

7/14/9 MH

| Mine Citation/Order | | U.S. Department of Labor<br>Mine Safety and Health Administration | | |
|---|---|---|---|---|

**Section I—Violation Data**

| 1. Date Mo Da Yr<br>07/09/2009 | 2. Time (24 Hr. Clock)<br>1030 | | | 3. Citation/<br>Order Number 8086127 |
|---|---|---|---|---|

| 4. Served To<br>Gary Mays, Mine Foreman | 5. Operator<br>PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID.<br>46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

The operator is failing to properly maintain the 029-040 MMU section. Loose coal has been allowed to accumulate in several locations of the section. The no.4 entry has coal measuring 1 inch to 24 inches deep for a distance of 112 feet on both ribs and the roadway. The 3 right cross-cut has coal accumulations measuring 1 inch to 24 inches deep on both ribs and the roadway for a distance of 79 feet in length. The no.3 entry, just outby the last open cross-cut has coal measuring 1 inch to 24 inches deep on both ribs and the roadway. The 2 left cross-cut has coal accumulations measuring 1 inch to 15 inches deep on both ribs and the roadway for a distance of 40 feet.

With the citation issued on 07/08/2009 citing over 2% methane in the same

See Continuation Form (MSHA Form 7000-3a) ☑

| 9. Violation | A. Health ☐<br>Safety ☑<br>Other ☐ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR 75.400 | |
|---|---|---|---|---|

**Section II—Inspector's Evaluation**

**10. Gravity:**

A. Injury or Illness (has) (is): No Likelihood ☐ Unlikely ☐ Reasonably Likely ☐ Highly Likely ☑ Occurred ☐

B. Injury or illness could reasonably be expected to be: No Lost Workdays ☐ Lost Workdays Or Restricted Duty ☐ Permanently Disabling ☑ Fatal ☐

C. Significant and Substantial: Yes ☑ No ☐

D. Number of Persons Affected: 010

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐ Order ☑ Safeguard ☐ Written Notice ☐ |
|---|---|

| 14. Initial Action<br>A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/<br>Order Number 8082692 | F. Dated Mo Da Yr<br>03/17/2009 |
|---|---|---|

| 15. Area or Equipment No. 4, 3, 3-Right Cross-cut, and 2-left cross-cut on the MMU-029/040 section. |
|---|

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III—Termination Action**

| 17. Action to Terminate All the affected areas have been cleaned and dusted. |
|---|

| 18. Terminated A. Date Mo Da Yr<br>07/09/2009 | B. Time (24 Hr. Clock) 1315 | |
|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection<br>(activity code) E02 | 20. Event Number<br>4123477 | 21. Primary or Mill |
|---|---|---|

| 22. Signature *O'ven C. Clark* | 23. AR Number 24516 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised) In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at MSHA, Office of the National Ombudsman, 409 3rd Street, SW, MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000069

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID **460-8436**          MSHA OFFICE **0401**

MINE NAME **Upper Big Branch Mine - South**

COMPANY NAME **Performance Coal Company**

Citation/Order No. **6612460**                Date **7-10-09**

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑

   a) Who was exposed to the hazard? (Name and Occupation)
   _List attached to back._

   b) How were they exposed to the hazard? _Working on jection_

   c) When and over what period of time did the exposure occur? _2 Days_

   d) Is this first hand information? Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☑   No ☐
   a) Who had this knowledge? (Name and Title) _Gary May_
   b) How was this knowledge evidenced? _Mr. May conducted the air change_

   c) Is this first hand information? Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☑

Inspector AR Number: **24172**     Signature _Joey L Athey_     Date: **7-10-09**

Supervisor: Do you agree with the inspector's conclusion? Yes ☑   No ☐
Signature: _Willin Bane_                                        Date: _7/15/09_

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐          C. No further action. ☑

Assistant District Manager: Recommendation: _C_ (A or C from the list above)
Signature: _Jnove L Hill_                        Date: _7/23/09_

Supervisory Special Investigator: Recommendation: _A_ (A or C from the list above)
Signature: _David E Hughes_                       Date: _7/24/09_

District Manager: Action Decision: _A_ (A or C from the list above)
Signature: _Robert G Hardman_                     Date: _7/24/2009_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet the criteria for a 110 investigation_

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____        Date Assigned _____

Investigator Assigned _____         ID No. _____

MSHA Form 7000-20, June 97 (revised)           WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000070

| Mine Citation/Order | U.S. Department of Labor | 7/15/09 WB |
|---|---|---|

Mine Safety and Health Administration

**Section I–Violation Data**

| 1. Date Mo Da Yr 07/10/2009 | 2. Time (24 Hr. Clock) 1055 | 3. Citation/Order Number 6612460 |
|---|---|---|

| 4. Served To GARY MAY  (MINE FOREMAN) | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**8. Condition or Practice**     8a. Written Notice (103g) ☐

THE OPERATOR HAD MADE AN AIR CHANGE ON THE #1 SECTION WITHOUT HAVING AN
APPROVED REVISION FROM THE DISTRICT MANAGER. WITH THIS AIR CHANGE  MADE THE
AIR HAD BEEN REVERSED IN THE #1 ENTRY FROM CROSS CUT #95 TO THE SECTION.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.370(a)(1) |
|---|---|---|---|

**Section II–Inspector's Evaluation**

**10. Gravity:**

A. Injury or illness (has) (is): No Likelihood ☐  Unlikely ☑  Reasonably Likely ☐  Highly Likely ☐  Occurred ☐

B. Injury or illness could reasonably be expected to be: No Lost Workdays ☐  Lost Workdays Or Restricted Duty ☑  Permanently Disabling ☐  Fatal ☐

C. Significant and Substantial:   Yes ☐   No ☑      D. Number of Persons Affected: 010

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one)  Citation ☐  Order ☑  Safeguard ☐  Written Notice ☐ |
|---|---|

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

**15. Area or Equipment** FROM #95 CROSS CUT IN THE #1 ENTRY TO THE FACE AND FROM THE
SECTION TAIL PIECE TO THE FACES OF THE #2,#3, AND #4 ENTRIES OF THE #1
SECTION.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III–Termination Action**

17. Action to Terminate  THE OPERATOR MADE A VENTILATION CHANGE AND NOW THE #1 SECTION IS
USING SPLIT VENTILATION.

| 18. Terminated | A. Date Mo Da Yr 07/10/2009 | B. Time (24 Hr. Clock) 1630 |
|---|---|---|

**Section IV–Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119293 | 21. Primary or Mill |
|---|---|---|

| 22. Signature Joeij S Adkey | 23. AR Number 24172 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)     In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions.  The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business.  If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416.  Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID __460-8436__   MSHA OFFICE __0401__

MINE NAME __Upper Big Branch Mine-South__

COMPANY NAME __Performance Coal Company__

Citation/Order No. __8094526__   Date __7-21-09__

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑

a) Who was exposed to the hazard? (Name and Occupation)
   __Bruce Brackett   Joe Massey   Rodney Osborne   Josh Smith__
   __motor man    motor man    motor man    motor man__

b) How were they exposed to the hazard? __Running equipment in the belt entry__

c) When and over what period of time did the exposure occur? __5 hours today__

d) Is this first hand information?   Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☑   No ☐

a) Who had this knowledge? (Name and Title) __Mike Bailey (Fire Boss)__

b) How was this knowledge evidenced? __Mr. Bailey did the pre-shift exam__
   __for 7-21-09__

c) Is this first hand information?   Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard?   Yes ☐   No ☑

Inspector AR Number: __24172__   Signature: __Joey L. Athey__   Date: __7-21-09__

Supervisor: Do you agree with the inspector's conclusion?   Yes ☑   No ☐
Signature: __Michael N. Hicks__   Date: __7/24/09__

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐   C. No further action. ☑

Assistant District Manager: Recommendation: __C__ (A or C from the list above)
Signature: __Terry L. Siegel__   Date: __7/24/09__

Supervisory Special Investigator: Recommendation: __C__ (A or C from the list above)
Signature: __Dave E. Rhodes__   Date: __7/29/09__

District Manager: Action Decision: __C__ (A or C from the list above)
Signature: __Robert G. Hardin__   Date: __7/29/2009__

ADDITIONAL COMMENTS OR REMARKS: __This violation does not meet__
__the criteria for a 110 investigation__

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)   WHITE: SPECIAL INVESTIGATOR

Mine Citation/Order | **U.S. Department of Labor**
Mine Safety and Health Administration

**Section I–Violation Data**

| 1. Date | Mo Da Yr 07/21/2009 | 2. Time (24 Hr. Clock) 1145 | | | 3. Citation/ Order Number | 8094526 |

| 4. Served To | ANDY COALSON (MINE FOREMAN) | | 5. Operator PERFORMANCE COAL COMPANY |

| 6. Mine UPPER BIG BRANCH MINE–SOUTH | | 7. Mine ID 46-08436 | (Contractor) |

**8. Condition or Practice** | 8a. Written Notice (103g) ☐

THE PRE-SHIFT EXAMINATION FOR #3 BELT FOR #1 SECTION DAYSHIFT 7/21/2009 WAS INADEQUATE IN THAT APPROXIMATELY 31 BOTTOM ROLLERS WERE BROKE OFF LYING ON THE MINE FLOOR AND THE OTHER END WAS HANGING ON THE BELT RAIL.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR | 75.360(a)(1) |

**Section II–Inspector's Evaluation**

**10. Gravity:**

A. Injury or illness (has) (is): No Likelihood ☐ Unlikely ☐ Reasonably Likely ☑ Highly Likely ☐ Occurred ☐

B. Injury or illness could reasonably be expected to be: No Lost Workdays ☐ Lost Workdays Or Restricted Duty ☐ Permanently Disabling ☑ Fatal ☐

C. Significant and Substantial: Yes ☑ No ☐ | D. Number of Persons Affected: 004

| 11. Negligence (check one) | A. None ☐ B. Low ☐ C. Moderate ☐ D. High ☑ E. Reckless Disregard ☐ |

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐ Order ☑ Safeguard ☐ Written Notice ☐ |

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |

| 15. Area or Equipment THE #3 SECTION BELT FOR #1 SECTION. |

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | |

**Section III–Termination Action**

17. Action to Terminate

| 18. Terminated | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | |

**Section IV–Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119293 | 21. Primary or Mill |

| 22. Signature | 23. AR Number 24172 |

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1998, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000073

| Mine Citation/Order Continuation | | U.S. Department of Labor Mine Safety and Health Administration | | 7/22/9 m͞m |
|---|---|---|---|---|

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action 1a. Continuation ☑ ☐ | 2. Dated (Original Issue) Mo Da Yr 07/21/2009 | 3. Citation/ Order Number 8094526 - 01 |
|---|---|---|

| 4. Served To Andy Coalson, Mine Foreman | 5. Operator PERFORMANCE COAL COMPANY | |
|---|---|---|
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |

**Section II—Justification for Action**

The operator has re-instructed the examiners on proper examinations.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection E02 | 10. Event Number 4123479 | | |
|---|---|---|---|
| 11. Signature | AR Number 24516 | 12. Date Mo Da Yr 07/22/2009 | 13. Time (24 Hr. Clock) 1545 |

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000074

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID **460 8436**           MSHA OFFICE **0401**

MINE NAME **Upper Big Branch Mine-South**

COMPANY NAME **Performance Coal Company**

Citation/Order No. **8094527**          Date **7-21-09**

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑
   a) Who was exposed to the hazard? (Name and Occupation)
   **Bruce Brackett    Joe Massey    Rodney Osborne    Josh Smith**
   **motor man    motor man    motor man    motor man**
   b) How were they exposed to the hazard? **Running equipment in the belt entry**

   c) When and over what period of time did the exposure occur? **5 hours today**

   d) Is this first hand information? Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☑   No ☐
   a) Who had this knowledge? (Name and Title) **Andy Coalson (Mine Foreman)**
   b) How was this knowledge evidenced? **Mr. Coalson countersigned the belt**
   **books since 7-11-09**
   c) Is this first hand information?   Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☑

Inspector AR Number: **24112**   Signature **Joey E Athey**   Date: **7-21-09**

Supervisor: Do you agree with the inspector's conclusion? Yes ☑   No ☐
Signature: **Michel A Hicks**   Date: **7/24/09**

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐      C. No further action. ☑
Assistant District Manager:   Recommendation: **C** (A or C from the list above)
Signature: **[signature]**   Date: **7/24/09**

Supervisory Special Investigator:   Recommendation: **C** (A or C from the list above)
Signature: **David E Rhodes**   Date: **7/29/09**

District Manager:   Action Decision: **C** (A or C from the list above)
Signature: **Robert G Hardman**   Date: **7/29/2009**

ADDITIONAL COMMENTS OR REMARKS: **This violation does not**
**meet the criteria for a 110 investigation**

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000075

**Mine Citation/Order**

**U.S. Department of Labor**
Mine Safety and Health Administration

7/21/9MH

| Section I—Violation Data | | | | |
|---|---|---|---|---|
| 1. Date Mo Da Yr 07/21/2009 | 2. Time (24 Hr. Clock) 1310 | | | 3. Citation/ Order Number 8094527 |

| 4. Served To ANDY COALSON (MINE FOREMAN) | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 (Contractor) |

**8. Condition or Practice**      8a. Written Notice (103g) ☐

ACCUMULATION OF LOOSE COAL WAS PRESENT AT THE #2 TAILPIECE (2 BELT) FOR #1 SECTION FROM THE BACK OF THE TAILPIECE OUTBY FOR TWO CROSS CUTS. THIS MATERIAL WAS APPROXIMATELY 6 TO 15 INCHES DEEP IN THIS AREA. ALSO FROM CROSS CUT #60 OUTBY TO THE #2 HEAD INCLUDING UNDER THE DRIVE MOTORS LOOSE COAL WAS PRESENT. THIS MATERIAL WAS APPROXIMATELY 2 TO 8 INCHES IN DEPTH ALONG THIS BELT FROM THE TRACK RAIL TO THE OFFSIDE RIB OF THE BELT.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.400 |
|---|---|---|---|

**Section II—Inspector's Evaluation**

**10. Gravity:**

A. Injury or Illness (has) (is): No Likelihood ☐   Unlikely ☑   Reasonably Likely ☐   Highly Likely ☐   Occurred ☐

B. Injury or Illness could reasonably be expected to be: No Lost Workdays ☐   Lost Workdays Or Restricted Duty ☐   Permanently Disabling ☑   Fatal ☐

C. Significant and Substantial: Yes ☐   No ☑     D. Number of Persons Affected: 004

**11. Negligence** (check one)   A. None ☐   B. Low ☐   C. Moderate ☐   D. High ☑   E. Reckless Disregard ☐

**12. Type of Action** 104(d)(2)     **13. Type of Issuance** (check one) Citation ☐   Order ☑   Safeguard ☐   Written Notice ☐

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

**15. Area or Equipment**   THE #2 BELT CONVEYOR FOR #1 SECTION.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III—Termination Action**

**17. Action to Terminate**

| 18. Terminated | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119293 | 21. Primary or Mill |
|---|---|---|
| 22. Signature | | 23. AR Number 24172 |

MSHA Form 7000-3, Apr 08 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

7/2-7/9 MN

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration |
|---|---|

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action | 1a. Continuation | 2. Dated (Original Issue) | Mo | Da | Yr | 3. Citation/Order Number |
|---|---|---|---|---|---|---|
| ☑ | ☐ | | | 07/21/2009 | | 8094527 - 01 |

| 4. Served To | 5. Operator |
|---|---|
| Andy Coalson, Mine Foreman | PERFORMANCE COAL COMPANY |

| 6. Mine | 7. Mine ID | (Contractor) |
|---|---|---|
| UPPER BIG BRANCH MINE-SOUTH | 46-08436 | |

**Section II—Justification for Action**

The belt has been cleaned.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To | A. Date | Mo | Da | Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection | E02 | 10. Event Number | 4123479 |
|---|---|---|---|

| 11. Signature | AR Number | 12. Date | Mo | Da | Yr | 13. Time (24 Hr. Clock) |
|---|---|---|---|---|---|---|
| Thos. C. Clark | 24516 | | | 07/22/2009 | | 1544 |

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000077

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID **460 8436**                    MSHA OFFICE **0401**

MINE NAME **Upper Big Branch Mine - South**

COMPANY NAME **Performance Coal Company**

Citation/Order No. **8094525**                    Date **7-21-09**

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?    YES ☐    NO ☑    If yes: Fatal? ☐    Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑
   a) Who was exposed to the hazard? (Name and Occupation)
   **Bruce Brackett   Joe Massey   Rodney Osborne   Josh Smith**
   **motor man      motor man      motor man      motor man**
   b) How were they exposed to the hazard? **Running equipment in the belt entry**

   c) When and over what period of time did the exposure occur? **5 hours today**

   d) Is this first hand information? Yes ☑  No ☐
      If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☑   No ☐
   a) Who had this knowledge? (Name and Title) **Andy Coalson (Mine Foreman)**
   b) How was this knowledge evidenced? **Mr. Coalson countersigned the belt**
   **books since 7-11-09**
   c) Is this first hand information?  Yes ☑   No ☐
      If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
   Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☑
   Inspector AR Number: **24172**      Signature: **Joey E Athey**      Date: **7-21-09**
   Supervisor: Do you agree with the inspector's conclusion? Yes ☑   No ☐
   Signature: **Michael H Hicks**                    Date: **7/24/09**

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐           C. No further action. ☑
   Assistant District Manager:  Recommendation: **C** (A or C from the list above)
   Signature: **Lucia L Dlfg**                    Date: **7/24/09**
   Supervisory Special Investigator:  Recommendation: **C** (A or C from the list above)
   Signature: **Robert G Hardman**                    Date: _____
   District Manager: Action Decision **C** (A or C from the list above)
   Signature: **David E Hecker for**                    Date: **7/29/2009**
**ADDITIONAL COMMENTS OR REMARKS:** **This violation does not meet**
**the criteria for a 110 investigation.**

**CASE ASSIGNMENT INFORMATION:**

   Investigation Case No. _____                    Date Assigned _____

   Investigator Assigned _____                    ID No. _____

MSHA Form 7000-20, June 97 (revised)            WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000078

**Mine Citation/Order**

**U.S. Department of Labor**
Mine Safety and Health Administration

7/24/11 mm

## Section I—Violation Data

| 1. Date Mo Da Yr 07/21/2009 | 2. Time (24 Hr. Clock) 1130 | | 3. Citation/ Order Number 8094525 |
|---|---|---|---|

| 4. Served To ANDY COALSON (MINE FOREMAN) | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**8. Condition or Practice**    8a. Written Notice (103g) ☐

ACCUMULATIONS OF LOOSE COAL WAS PRESENT ALONG THE #3 SECTION FOR #1 SECTION FROM CROSS CUT #128 OUTBY TO THE #3 BELT HEAD. THIS MATERIAL WAS APPROXIMATELY 3 TO 18 INCHES DEEP FROM THE TRACK RAIL TO THE OFFSIDE RIB ON THIS BELT. THE PRE-SHIFT RECORD FOR THIS BELT LIST NEEDS SPOT CLEANED AND DUSTED SINCE 7/11/2009

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.400 |
|---|---|---|---|

## Section II—Inspector's Evaluation

**10. Gravity:**

A. Injury or Illness (has) (is): No Likelihood ☐   Unlikely ☐   Reasonably Likely ☑   Highly Likely ☐   Occurred ☐

B. Injury or Illness could reasonably be expected to be: No Lost Workdays ☐   Lost Workdays Or Restricted Duty ☐   Permanently Disabling ☑   Fatal ☐

| C. Significant and Substantial: | Yes ☑   No ☐ | D. Number of Persons Affected: 004 |
|---|---|---|

**11. Negligence (check one)**   A. None ☐   B. Low ☐   C. Moderate ☐   D. High ☑   E. Reckless Disregard ☐

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one)   Citation ☐   Order ☑   Safeguard ☐   Written Notice ☐ |
|---|---|

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

**15. Area or Equipment**   THE #3 BELT CONVEYOR FOR THE #1 SECTION.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

## Section III—Termination Action

**17. Action to Terminate**

| 18. Terminated | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

## Section IV—Automated System Data

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119293 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number 24172 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000079

7/27/9 mH

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration |
|---|---|

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action | 1a. Continuation | 2. Dated (Original Issue) Mo Da Yr 07/21/2009 | 3. Citation/Order Number 8094525 - 01 |
|---|---|---|---|
| ☑ | ☐ | | |

| 4. Served To Andy Coalson, Mine Foreman | 5. Operator PERFORMANCE COAL COMPANY | |
|---|---|---|
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |

**Section II--Justification for Action**

The belt has been cleaned.

See Continuation Form ☐

**Section III--Subsequent Action Taken**

| 8. Extended To A. Date Mo Da Yr | B. Time (24 Hr. Clock) | C. Vacated ☐ | D. Terminated ☑ | E. Modified ☐ |
|---|---|---|---|---|

**Section IV--Inspection Data**

| 9. Type of Inspection E02 | 10. Event Number 4123479 | | | |
|---|---|---|---|---|
| 11. Signature *[signature]* | AR Number 24516 | 12. Date Mo Da Yr 07/22/2009 | 13. Time (24 Hr. Clock) 1542 | |

MSHA Form 7000-3a, Mar 85 (revised)

VP-MSHA-000080

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID **46 08436**          MSHA OFFICE **0401**

MINE NAME **Upper Big Branch Mine - South**

COMPANY NAME **Performance Coal Company**

Citation/Order No. **8094632**          Date **7-27-09**

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)
1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☒
   a) Who was exposed to the hazard? (Name and Occupation)

   b) How were they exposed to the hazard? **The operator failed to instruct the miners of the revision**
   c) When and over what period of time did the exposure occur? **Since the operator started pillaring on 7-21-09**
   d) Is this first hand information?  Yes ☒   No ☐
      If not, who provided the information? (Name and Occupation)
2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☒   No ☐
   a) Who had this knowledge? (Name and Title) **Rick Foster (Mine Foreman)**
   b) How was this knowledge evidenced? **Mr. Foster should know all plans for his sections.**
   c) Is this first hand information?  Yes ☒   No ☐
      If not, who provided the information?  (Name and Occupation)
3. Any other pertinent information: **The operator had to call engineering to get this plan brought to the mine.**

**INSPECTOR'S CONCLUSION:**
   Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☒

Inspector AR Number: **24172**          Signature: *Joey E Athey*          Date: **7-27-09**

Supervisor:  Do you agree with the inspector's conclusion? Yes ☒ / No ☐
Signature: *Mischel H. Hicks*          Date: **7/29/09**

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation: ☐          C. No further action: ☒
Assistant District Manager:  Recommendation: **C** (A or C from the list above)
Signature: *David L Dye*          Date: **7/30/09**
Supervisory Special Investigator:  Recommendation: **C** (A or C from the list above)
Signature: *David E Rhodes*          Date: **7/31/09**
District Manager: Action Decision: **C** (A or C from the list above)
Signature: *Robert G Hardman*          Date: **7/31/2009**
ADDITIONAL COMMENTS OR REMARKS: **This violation does not meet the criteria for a 110 investigation.**

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____          Date Assigned _____

Investigator Assigned _____          ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

VP-MSHA-000081

7/29/9?

# Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

## Section I–Violation Data

| 1. Date Mo Da Yr | 2. Time (24 Hr. Clock) | | 3. Citation/ Order Number |
|---|---|---|---|
| 07/27/2009 | 0920 | | 8094532 |

| 4. Served To | 5. Operator |
|---|---|
| RICK FOSTER  (MINE FOREMAN) | PERFORMANCE COAL COMPANY |

| 6. Mine | 7. Mine ID | |
|---|---|---|
| UPPER BIG BRANCH MINE-SOUTH | 46-08436 | (Contractor) |

**8. Condition or Practice**    8a. Written Notice (103g) ☐

THE APPROVED SUPPLEMENT TO THE ROOF CONTROL PLAN  DATED 11/14/2008 WAS IMPLEMENTED AT THIS MINE AND MINERS WERE NOT INSTRUCTED OF THIS REVISION ON THE #3 SECTION THAT IS PILLARING.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR | 75.220(d) |
|---|---|---|---|---|

## Section II–Inspector's Evaluation

**10. Gravity:**

A. Injury or Illness (has) (is): No Likelihood ☐  Unlikely ☑  Reasonably Likely ☐  Highly Likely ☐  Occurred ☐

B. Injury or illness could reasonably be expected to be: No Lost Workdays ☐  Lost Workdays Or Restricted Duty ☐  Permanently Disabling ☐  Fatal ☑

C. Significant and Substantial: Yes ☐  No ☑     D. Number of Persons Affected: 009

**11. Negligence (check one)**  A. None ☐  B. Low ☐  C. Moderate ☐  D. High ☑  E. Reckless Disregard ☐

| 12. Type of Action  104(d)(2) | 13. Type of Issuance (check one)  Citation ☐  Order ☑  Safeguard ☐  Written Notice ☐ |
|---|---|

**14. Initial Action** A. Citation ☐  B. Order ☑  C. Safeguard ☐  D. Written Notice ☐ | E. Citation/Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009

**15. Area or Equipment**  THE #3 SECTION.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|

## Section III–Termination Action

**17. Action to Terminate**  THE REVISION HAS BEEN COVERED WITH THE MINERS ON #3 SECTION.

| 18. Terminated | A. Date Mo Da Yr 07/27/2009 | B. Time (24 Hr. Clock) 1200 | |
|---|---|---|---|

## Section IV–Automated System Data

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119293 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number 24172 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000082

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID **4608436**          MSHA OFFICE **0401**

MINE NAME **Upper Big Branch Mine - South**

COMPANY NAME **Performance Coal Company**

Citation/Order No. **8094531**          Date **7-27-09**

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☒
   a) Who was exposed to the hazard? (Name and Occupation)

   b) How were they exposed to the hazard? **Not installing the correct roof support**

   c) When and over what period of time did the exposure occur? **Since the operator started pillaring on 7/21/09**

   d) Is this first hand information? Yes ☒   No ☐
      If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☒   No ☐
   a) Who had this knowledge? (Name and Title) **Rick Foster (Mine Foreman)**
   b) How was this knowledge evidenced? **Mr. Foster should know all plans for his sections**
   c) Is this first hand information? Yes ☒   No ☐
      If not, who provided the information? (Name and Occupation)

3. Any other pertinent information: **The operator had to call engineering to get this plan brought to the mine.**

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐   No ☒

Inspector AR Number: **24172**   Signature: **Grey L Athey**   Date: **7-27-09**

Supervisor: Do you agree with the inspector's conclusion? Yes ☐   No ☐
Signature: **Michael H. Hicks**   Date: **7/29/9**

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐   C. No further action. ☒
Assistant District Manager: Recommendation: **C** (A or C from the list above)
Signature: **Jerold L Silly**   Date: **7/30/09**

Supervisory Special Investigator: Recommendation: **C** (A or C from the list above)
Signature: **David E. Keeler**   Date: **7/31/09**

District Manager: Action Decision: **C** (A or C from the list above)
Signature: **Robert G Hardman**   Date: **7/31/2009**

ADDITIONAL COMMENTS OR REMARKS: **This violation does not meet the criteria for a 110 investigation.**

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

**VP-MSHA-000083**

Mine Citation/Order | U.S. Department of Labor
Mine Safety and Health Administration | 7/28/9ᵗʰ

**Section I—Violation Data**

| 1. Date | Mo Da Yr 07/27/2009 | 2. Time (24 Hr. Clock) 0915 | | 3. Citation/Order Number | 8094531 |

| 4. Served To RICK FOSTER (MINE FOREMAN) | 5. Operator PERFORMANCE COAL COMPANY |

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |

THE OPERATOR HAS FAILED TO FOLLOW THE APPROVED ROOF CONTROL PLAN (11/14/2008 5th SUPPLEMENT) FOR THE #3 SECTION THAT'S PILLARING. THIS APPROVED PLAN ITEM #33 STATES THAT FIVE 8FT. CABLE BOLTS WILL BE INSTALLED IN THE INTERSECTIONS PRIOR TO SECOND MINING OF THE PILLAR BLOCK BEING MINED. THE SECTION FOREMAN HAS BEEN FOLLOWING THE APPROVED ROOF CONTROL PLAN DATED 7/27/2007.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR | 75.220(a) |

**Section II—Inspector's Evaluation**

10. Gravity:

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☑ | Reasonably Likely ☐ | Highly Likely ☐ | Occurred ☐ |

| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☐ | Fatal ☑ |

| C. Significant and Substantial: | Yes ☐ No ☑ | D. Number of Persons Affected: | 009 |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |

| 12. Type of Action | 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ Order ☑ Safeguard ☐ Written Notice ☐ |

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/Order Number | 8082692 | F. Dated | Mo Da Yr 03/17/2009 |

| 15. Area or Equipment | THE #3 SECTION. |

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |

**Section III—Termination Action**

17. Action to Terminate THE OPERATOR HAS INSTALLED THE FIVE 8FT CABLE BOLTS IN THE INTERSECTION WHERE SPAD #23466 (#7 ENTRY) IS LOCATED.

| 18. Terminated | A. Date Mo Da Yr 07/27/2009 | B. Time (24 Hr. Clock) 1245 | |

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code) | E01 | 20. Event Number | 4119293 | 21. Primary or Mill |

| 22. Signature | Joey E Athey | 23. AR Number | 24172 |

MSHA Form 7000-3, Apr 08 (revised) In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000084

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID  46-08436                           MSHA OFFICE  MT Hope

MINE NAME  Upper Big Branch Mine -South

COMPANY NAME  Performance Coal Company

Citation/Order No.  8084965                    Date  7-29-09

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?  Yes ☑  No ☐

   a) Who was exposed to the hazard? (Name and Occupation)
   Danny Ferrell, CMO; Daniel Davis, RBO; Ed Mooney, SCO.

   b) How were they exposed to the hazard?  Working in Return cutting bottom the dust was hanging in the air and badly moving.

   c) When and over what period of time did the exposure occur?  on 7-29-09 and for 4 hrs.

   d) Is this first hand information?  Yes ☑  No ☐
   If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?  Yes ☑  No ☐

   a) Who had this knowledge? (Name and Title)  Jack Martin Section Forman

   b) How was this knowledge evidenced?  Jack Martin Pre-Shift Dand was section forman.

   c) Is this first hand information?  Yes ☑  No ☐
   If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:  Section had low air in LOB and 2 open breaks on 7-22-09 and was citied then also.

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☑ No ☐

Inspector AR Number:  24558        Signature:  Larry Hedrick                Date:  8-3-09

Supervisor:  Do you agree with the inspector's conclusion?  Yes ☐  No ☑
Signature:  Michel N. Hicks                                             Date:  8/3/09

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☑          C. No further action. ☐

Assistant District Manager:  Recommendation:  A  (A or C from the list above)
Signature:  Jack L Petty                                              Date:  8/3/09

Supervisory Special Investigator:  Recommendation:  _____ (A or C from the list above)
Signature:  Dick E. Rhodes                                           Date:  8/4/09

District Manager:  Action Decision:  _____ (A or C from the list above)
Signature:  Robert G. Hardman                                        Date:  8/4/2009

**ADDITIONAL COMMENTS OR REMARKS:**  Reduced length of exposure - 4 hrs and high degree of risk was not substantiated.

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No.  _____        Date Assigned  _____

Investigator Assigned  _____         ID No.  _____

MSHA Form 7000-20, June 97 (revised)              **WHITE: SPECIAL INVESTIGATOR**

VP-MSHA-000085

| Mine Citation/Order | | U.S. Department of Labor | |
| --- | --- | --- | --- |
| | | Mine Safety and Health Administration | |

**Section I–Violation Data**

| 1. Date  Mo Da  Yr | 2. Time (24 Hr. Clock) | | 3. Citation/ | |
| --- | --- | --- | --- | --- |
| 07/29/2009 | 1130 | | Order Number | 8084965 |

| 4. Served To | 5. Operator | |
| --- | --- | --- |
| Gary May, mine foreman | PERFORMANCE COAL COMPANY | |

| 6. Mine | 7. Mine ID | |
| --- | --- | --- |
| UPPER BIG BRANCH MINE-SOUTH | 46-08436 | (Contractor) |

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
| --- | --- |

The operator had 4 open cross cuts on the return side in the number 1 section. Two of these stopping's were taken out to grade bottom in the right return for water drainage.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ | B. Section | C. Part/Section of | |
| --- | --- | --- | --- | --- |
| | Safety ☑ | of Act | Title 30 CFR | 75.333(b)(1) |
| | Other ☐ | | | |

**Section II–Inspector's Evaluation**

**10. Gravity:**

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☐ | Highly Likely ☑ | Occurred ☐ |
| --- | --- | --- | --- | --- | --- |

| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☑ | Fatal ☐ |
| --- | --- | --- | --- | --- |

| C. Significant and Substantial | Yes ☑  No ☐ | D. Number of Persons Affected: | 003 |
| --- | --- | --- | --- |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
| --- | --- | --- | --- | --- | --- |

| 12. Type of Action  104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |
| --- | --- | --- | --- | --- | --- |

| 14. Initial Action | E. Citation/ | F. Dated  Mo Da  Yr |
| --- | --- | --- |
| A. Citation ☐  B. Order ☑  C. Safeguard ☐  D. Written Notice ☐ | Order Number  8082692 | 03/17/2009 |

| 15. Area or Equipment  Number I section. |
| --- |

| 16. Termination Due | A. Date  Mo Da  Yr | B. Time (24 Hr. Clock) |
| --- | --- | --- |

**Section III–Termination Action**

| 17. Action to Terminate  Two stoppings were built. |
| --- |

| 18. Terminated | A. Date  Mo Da  Yr | B. Time (24 Hr. Clock) |
| --- | --- | --- |
| | 07/29/2009 | 1500 |

**Section IV–Automated System Data**

| 19. Type of Inspection (activity code) | 20. Event Number | 21. Primary or Mill |
| --- | --- | --- |
| E02 | 6284319 | |

| 22. Signature | 23. AR Number |
| --- | --- |
| Larry Hedrick | 24558 |

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions.  The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business.  If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416.  Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

VP-MSHA-000086

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID  46-08436                          MSHA OFFICE  MT Hope

MINE NAME  Upper Big Branch Mine-Seventh

COMPANY NAME  Performance Coal Company

Citation/Order No.  8084967                          Date  7-29-09

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑
   a) Who was exposed to the hazard? (Name and Occupation)
   Danny Ferrell (MO; Daniel Davis, RBO; Ed Mooney, SCO.
   b) How were they exposed to the hazard?  Working in Return

   c) When and over what period of time did the exposure occur?
   7-29-09 for 4 hrs.
   d) Is this first hand information?  Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?  Yes ☑   No ☐
   a) Who had this knowledge? (Name and Title)  Jack Martin - Forman
   b) How was this knowledge evidenced?  Pre-Shift + Fire Bossing was preformed by Jack Martin

   c) Is this first hand information?  Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:  This Violation was cited on last E02 check on
   7-22-09

**INSPECTOR'S CONCLUSION:**
   Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐   No ☑
   Inspector AR Number:  24558          Signature:  Larry Hedrick          Date:  8-3-09
   Supervisor:  Do you agree with the inspector's conclusion? Yes ☑   No ☐
   Signature:  Michael N. Hicks          Date:  8/3/09

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐          C. No further action. ☑
   Assistant District Manager:  Recommendation:  C  (A or C from the list above)
   Signature:  Fred L. Lett, III          Date:  8/3/09
   Supervisory Special Investigator:  Recommendation:  ___  (A or C from the list above)
   Signature:  Dallas E. Rhodes          Date:  8/4/09
   District Manager:  Action Decision:  C  (A or C from the list above)
   Signature:  Robert G. Hardman          Date:  8/4/2009

**ADDITIONAL COMMENTS OR REMARKS:**  This violation does not meet the
criteria for further review. Length of exposure is
4 hrs, and a high degree of risk is not shown.

**CASE ASSIGNMENT INFORMATION:**
   Investigation Case No. _____          Date Assigned _____
   Investigator Assigned _____          ID No. _____

MSHA Form 7000-20, June 97 (revised)                    WHITE: SPECIAL INVESTIGATOR

Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

7/30/19 MTI

**Section I--Violation Data**

| 1. Date Mo Da Yr 07/29/2009 | 2. Time (24 Hr. Clock) 1130 | | 3. Citation/ Order Number 8084967 |
|---|---|---|---|

| 4. Served To Gary May, mine foreman | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 (Contractor) |
|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) |
|---|---|

The operator is using belt air to ventilate the number 1 section.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☑ Safety ☐ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR | 75.350(a) |
|---|---|---|---|---|

**Section II--Inspector's Evaluation**

10. Gravity:

A. Injury or Illness (has) (is):  No Likelihood ☐   Unlikely ☐   Reasonably Likely ☑   Highly Likely ☐   Occurred ☐

B. Injury or Illness could reasonably be expected to be:  No Lost Workdays ☐   Lost Workdays Or Restricted Duty ☐   Permanently Disabling ☑   Fatal ☐

C. Significant and Substantial:  Yes ☑   No ☐

D. Number of Persons Affected: 003

11. Negligence (check one)   A. None ☐   B. Low ☐   C. Moderate ☐   D. High ☑   E. Reckless Disregard ☐

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one)   Citation ☐   Order ☑   Safeguard ☐   Written Notice ☐ |
|---|---|

| 14. Initial Action A. Citation ☐   B. Order ☑   C. Safeguard ☐   D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

15. Area or Equipment  The number one section.

| 16. Termination Due   A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|

**Section III--Termination Action**

17. Action to Terminate  The back up belt check was re-installed.

| 18. Terminated   A. Date Mo Da Yr 07/29/2009 | B. Time (24 Hr. Clock) 1500 |
|---|---|

**Section IV--Automated System Data**

| 19. Type of Inspection (activity code) E02 | 20. Event Number 6284319 | 21. Primary or Mill |
|---|---|---|

| 22. Signature Larry Hedrick | 23. AR Number 24558 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)     In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416.  Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID _46-0843C_   MSHA OFFICE _MT Hope_

MINE NAME _Upper Big Branch Mine - South_

COMPANY NAME _Performance Coal Company_

Citation/Order No. _8084966_   Date _7-29-09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☑   No ☐

   a) Who was exposed to the hazard? (Name and Occupation)
   _Danny Ferrell, CMO; Daniel Davis, RBO; Ed Mooney, SCO._

   b) How were they exposed to the hazard? _Working in the return and exposed to dust while cutting bottom, dust hanging in air not moving._

   c) When and over what period of time did the exposure occur?
   _7-29-09 for 4 hrs._

   d) Is this first hand information? Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☑   No ☐

   a) Who had this knowledge? (Name and Title) _Jack Martin Section Foreman_

   b) How was this knowledge evidenced? _He pre-shifted and Fire bossed section_

   c) Is this first hand information? Yes ☑   No ☐
   If not, who provided the information? (Name and Occupation)

3. Any other pertinent information: _This section pilled on 7-22-09 for belt air in face and low air on section._

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☑ No ☐

Inspector AR Number: _24558_   Signature: _Larry Hedrick_   Date: _8-3-09_

Supervisor: Do you agree with the inspector's conclusion? Yes ☑   No ☐
Signature: _Michael N Hicks_   Date: _8/7/09_

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☑       C. No further action. ☐

Assistant District Manager: Recommendation: _A_ (A or C from the list above)
Signature: _Anita L Riggs_   Date: _8/3/09_

Supervisory Special Investigator: Recommendation: _A_ (A or C from the list above)
Signature: _Dan L Rhodes_   Date: _8/4/09_

District Manager: Action/Decision: _C_ (A or C from the list above)
Signature: _Robert G Hardman_   Date: _8/5/2009_

ADDITIONAL COMMENTS OR REMARKS: _Reduced length of exposure - 4 hrs, and high degree of risk was not substantiated._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)       **WHITE: SPECIAL INVESTIGATOR**

Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

## Section I--Violation Data

| 1. Date Mo Da Yr 07/29/2009 | 2. Time (24 Hr. Clock) 1130 | | 3. Citation/ Order Number 8084966 |
|---|---|---|---|

| 4. Served To Gary May, mine foreman | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

The operator did not have the required 13,500 CFM in the LOB in the number 1 section. When checked there was only 10,080 CFM.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation A. Health ☑ Safety ☐ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.370(a)(1) |
|---|---|---|

## Section II--Inspector's Evaluation

**10. Gravity:**

A. Injury or Illness (has) (is): No Likelihood ☐  Unlikely ☐  Reasonably Likely ☐  Highly Likely ☑  Occurred ☐

B. Injury or Illness could reasonably be expected to be: No Lost Workdays ☐  Lost Workdays Or Restricted Duty ☐  Permanently Disabling ☑  Fatal ☐

C. Significant and Substantial: Yes ☑  No ☐  | D. Number of Persons Affected: 003

**11. Negligence (check one)** A. None ☐  B. Low ☐  C. Moderate ☐  D. High ☑  E. Reckless Disregard ☐

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐  Order ☑  Safeguard ☐  Written Notice ☐ |
|---|---|

| 14. Initial Action A. Citation ☐  B. Order ☑  C. Safeguard ☐  D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

| 15. Area or Equipment Number 1 section. |
|---|

| 16. Termination Due A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|

## Section III--Termination Action

17. Action to Terminate  Two stopping's were built in the right return and the 10,080 CFM in the LOB satisfied the approved ventilation plan requirement of 9,000 CFM.

| 18. Terminated A. Date Mo Da Yr 07/29/2009 | B. Time (24 Hr. Clock) 1500 |
|---|---|

## Section IV--Automated System Data

| 19. Type of Inspection (activity code) E02 | 20. Event Number 6284319 | 21. Primary or Mill |
|---|---|---|

| 22. Signature *Larry Hedrick* | 23. AR Number 24558 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID 4b0 8436          MSHA OFFICE 0401

MINE NAME Upper Big Branch Mine -South

COMPANY NAME Performance Coal Company

Citation/Order No. 8094547          Date 8-3-09

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☒

   a) Who was exposed to the hazard? (Name and Occupation) Names of miners are attached for #3 & #4 sections

   b) How were they exposed to the hazard? Not having a safe escape way to travel for drills and in the event of evacuation.

   c) When and over what period of time did the exposure occur? This condition has existed for several shifts.

   d) Is this first hand information?   Yes ☒   No ☐
   If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☒   No ☐

   a) Who had this knowledge? (Name and Title) Steve Harris  Fire Boss

   b) How was this knowledge evidenced? Mr. Harris conducted the weekly exam of this area on 7/28/09

   c) Is this first hand information?   Yes ☒   No ☐
   If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**

Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard?   Yes ☐   No ☒

Inspector AR Number: 24172     Signature: Joey L Athey     Date: 8-4-09

Supervisor: Do you agree with the inspector's conclusion?   Yes ☑   No ☐
Signature: Thomas C Clark     Date: 8-6-2009

**POSSIBLE RECOMMENDED ACTIONS:**

A. Conduct a special investigation. ☐          C. No further action. ☑

Assistant District Manager: Recommendation: C (A or C from the list above)
Signature:                                          Date: 8/10/09

Supervisory Special Investigator: Recommendation: C (A or C from the list above)
Signature: David E Rhodes                        Date: 8/11/09

District Manager: Action Decision: C (A or C from the list above)
Signature: Robert G Hardman                     Date: 8/12/09

ADDITIONAL COMMENTS OR REMARKS: This violation does not meet the criteria for a 110 investigation.

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No.                          Date Assigned

Investigator Assigned                           ID No.

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

| Mine Citation/Order | U.S. Department of Labor<br>Mine Safety and Health Administration | TC<br>8/4/09 |
|---|---|---|

**Section I—Violation Data**

| 1. Date | Mo Da Yr<br>08/03/2009 | 2. Time (24 Hr. Clock)<br>1330 | 3. Citation/<br>Order Number 8094547 |
|---|---|---|---|

| 4. Served To<br>RICK FOSTER (MINE FOREMAN) | 5. Operator<br>PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | | 8a. Written Notice (103g) ☐ |
|---|---|---|

THE OPERATOR FAILED TO MAINTAINED THE PRIMARY ESCAPEWAY FOR THE #3 AND #4 SECTIONS, IN A SAFE CONDITION TO ALWAYS ASSURE PASSAGE OF ANYONE INCLUDING DISABLE PERSONS. APPROXIMATELY 6 TO 18 INCHES OF WATER WAS PRESENT FOR A DISTANCE OF 70 FEET, CINDER BLOCKS, METAL BEAMS, 6 BY 6 TIMBERS, AND MUD WAS PRESENT 20 FT. INBY THE FAN, CREATING SLIP, AND TRIP HAZARDS. ALSO APPROXIMATELY TWELVE ROWS OF ROOF SUPPORT WERE DAMAGED TO WHERE THE PLATES WERE NOT FIRMLY AGAINST THE TOP, NO LIFELINE HAD BEEN INSTALLED FROM THE MAN DOORS OF THE FAN FOR APPROXIMATELY 135 FT. UNDERGROUND. CITATIONS WILL BE ISSUED FOR THESE CONDITIONS.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐<br>Safety ☑<br>Other ☐ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR | 75.380(d)(1) |
|---|---|---|---|---|

**Section II—Inspector's Evaluation**

**10. Gravity:**

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|

| B. Injury or illness could rea-<br>sonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☑ | Permanently Disabling ☐ | Fatal ☐ |
|---|---|---|---|---|

| C. Significant and Substantial: | Yes ☑ | No ☐ | D. Number of Persons Affected: | 018 |
|---|---|---|---|---|

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |
|---|---|---|---|---|---|

| 14. Initial Action<br>A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/<br>Order Number 8082692 | F. Dated | Mo Da Yr<br>03/17/2009 |
|---|---|---|---|

| 15. Area or Equipment THE #3 AND #4 SECTIONS PRIMARY ESCAPEWAY FROM THE FAN TO THE FIRST CONNECTING CROSS CUT UNDERGROUND. |
|---|

| 16. Termination Due | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|---|

**Section III—Termination Action**

17. Action to Terminate

| 18. Terminated | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection<br>(activity code) E01 | 20. Event Number 4119293 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number 24172 |
|---|---|

MSHA Form 7000-3, Apr 06 (revised) In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

| Mine Citation/Order Continuation | | U.S. Department of Labor Mine Safety and Health Administration | | 8/5/09 |

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action | 1a. Continuation ☑ ☐ | 2. Dated (Original Issue) | Mo Da Yr 08/03/2009 | 3. Citation/Order Number 8094547 - 01 |
|---|---|---|---|---|

| 4. Served To RICK FOSTER   (MINE FOREMAN) | 5. Operator PERFORMANCE COAL COMPANY | |
|---|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**Section II—Justification for Action**

THE OPERATOR IS NOW PROVIDING A CLEAR AND SAFE TRAVELWAY.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119293 | |
|---|---|---|

| 11. Signature | AR Number 24172 | 12. Date Mo Da Yr 08/04/2009 | 13. Time (24 Hr. Clock) 1055 |
|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID _46 08 4 36_        MSHA OFFICE _0401_

MINE NAME _Upper Big Branch Mine - South_

COMPANY NAME _Performance Coal Company_

Citation/Order No. _8094548_        Date _8-3-09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?    YES ☐    NO ☒    If yes: Fatal? ☐    Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?    Yes ☐    No ☒

   a) Who was exposed to the hazard? (Name and Occupation)
   _Names of miners are attached for #3 + #4 sections._

   b) How were they exposed to the hazard? _Not having a continuous life line to the surface_

   c) When and over what period of time did the exposure occur? _This condition has existed for several shifts._

   d) Is this first hand information?  Yes ☒    No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?    Yes ☒    No ☐

   a) Who had this knowledge? (Name and Title) _Steve Harris  Fire Boss_

   b) How was this knowledge evidenced? _Mr. Harris conducted the weekly exam of this area on 7-28-09_

   c) Is this first hand information?  Yes ☒    No ☐
   If not, who provided the information?  (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☒

Inspector AR Number: _24172_    Signature: _Joey L Athey_    Date: _8-4-09_

Supervisor:  Do you agree with the inspector's conclusion? Yes ☐    No ☐
Signature: _Thomas C Clark_        Date: _8-6-2009_

**POSSIBLE RECOMMENDED ACTIONS:**

   A. Conduct a special investigation. ☐    C. No further action. ☒

Assistant District Manager:  Recommendation: _C_ (A or C from the list above)
Signature: _Jacob L Self_        Date: _8/10/09_

Supervisory Special Investigator:  Recommendation: _C_ (A or C from the list above)
Signature: _David E Rhodes_        Date: _8/11/09_

District Manager:  Action Decision: _C_ (A or C from the list above)
Signature: _Robert G Hardman_        Date: _8/12/2009_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet the criteria for a 110 investigation._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____    Date Assigned _____

Investigator Assigned _____        ID No. _____

MSHA Form 7000-20, June 97 (revised)        WHITE: SPECIAL INVESTIGATOR

8/4/09
7L

| Mine Citation/Order | | U.S. Department of Labor<br>Mine Safety and Health Administration | | |
|---|---|---|---|---|

**Section I—Violation Data**

| 1. Date | Mo Da Yr<br>08/03/2009 | 2. Time (24 Hr. Clock)<br>1335 | | 3. Citation/<br>Order Number | 8094548 |
|---|---|---|---|---|---|

| 4. Served To<br>RICK FOSTER (MINE FOREMAN) | 5. Operator<br>PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID<br>46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

THE OPERATOR FAILED TO INSTALL A CONTINUOUS AND DURABLE LIFELINE FOR APPROXIMATELY 135 FT. FROM THE AIRLOCK DOORS OF THE FAN TO THE FIRST RIGHT HANDED CROSS CUT UNDERGROUND. THIS IS THE PRIMARY ESCAPEWAY FOR THE #3 AND #4 SECTIONS.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐<br>Safety ☑<br>Other ☐ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR | 75.380(d)(7)(i) |
|---|---|---|---|---|

**Section II—Inspector's Evaluation**

| 10. Gravity: | | | | | |
|---|---|---|---|---|---|
| A. Injury or illness (has) (is) | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
| B. Injury or illness could rea-<br>sonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☑ | Permanently Disabling ☐ | Fatal ☐ |
| C. Significant and Substantial: | Yes ☑ | No ☐ | | D. Number of Persons Affected: | 018 |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action | 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |
|---|---|---|---|---|---|---|

| 14. Initial Action<br>A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/<br>Order Number<br>8082692 | F. Dated Mo Da Yr<br>03/17/2009 |
|---|---|---|

| 15. Area or Equipment | THE #3 AND #4 SECTIONS PRIMARY ESCAPEWAY FROM THE FAN TO THE FIRST CONNECTING CROSS CUT UNDERGROUND. |
|---|---|

| 16. Termination Due | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|---|

**Section III—Termination Action**

17. Action to Terminate

| 18. Terminated | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection<br>(activity code) | E01 | 20. Event Number<br>4119293 | 21. Primary or Mill |
|---|---|---|---|

| 22. Signature | Joey E Adkey | 23. AR Number | 24172 |
|---|---|---|---|

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

| Mine Citation/Order Continuation | | U.S. Department of Labor Mine Safety and Health Administration | 8/5/09 |

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 08/03/2009 | 3. Citation/Order Number 8094548 - 01 |

| 4. Served To RICK FOSTER   (MINE FOREMAN) | 5. Operator PERFORMANCE COAL COMPANY |
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |

**Section II—Justification for Action**

THE LIFELINE IS NOW INSTALLED IN THE AFFECTED AREA.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |

**Section IV—Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119293 | | |
| 11. Signature | AR Number 24172 | 12. Date Mo Da Yr 08/04/2009 | 13. Time (24 Hr. Clock) 1100 |

MSHA Form 7000-3a, Mar 85 (revised)

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID 4608436                    MSHA OFFICE 0401

MINE NAME Upper Big Branch Mine - South

COMPANY NAME Performance Coal Company

Citation/Order No. 8094549                    Date 8-3-09

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?    YES ☐    NO ☒    If yes: Fatal? ☐    Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?    Yes ☐    No ☒

   a) Who was exposed to the hazard? (Name and Occupation)
   Names of miners are attached for #3 & #4 sections.

   b) How were they exposed to the hazard? Not having a current escapeway map in the bath house to review.

   c) When and over what period of time did the exposure occur? This map has been posted in the bath house for several shifts.

   d) Is this first hand information? Yes ☒    No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?    Yes ☒    No ☐

   a) Who had this knowledge? (Name and Title) Rick Foster   Mine Foreman

   b) How was this knowledge evidenced? The map should have been reviewed by Mr. Foster to make sure it was right.

   c) Is this first hand information?    Yes ☒    No ☐
   If not, who provided the information?    (Name and Occupation) _____

3. Any other pertinent information: _____

   _____
   _____

**INSPECTOR'S CONCLUSION:**

Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☒

Inspector AR Number: 24172    Signature: Joey L Athey    Date: 8-4-09

Supervisor:  Do you agree with the inspector's conclusion? Yes ☐    No ☐
Signature: Thomas A. Clark                    Date: 8-6-2009

**POSSIBLE RECOMMENDED ACTIONS:**

A. Conduct a special investigation. ☐          C. No further action. ☒

Assistant District Manager:  Recommendation: C    (A or C from the list above)
Signature: Sueca L Sulys                    Date: 8/10/09

Supervisory Special Investigator:  Recommendation: C (A or C from the list above)
Signature: David E. Rhodes                    Date: 8/11/09

District Manager:  Action Decision: C (A or C from the list above)
Signature: Robert G. Hardin                    Date: 8/12/2009

ADDITIONAL COMMENTS OR REMARKS: This violation does not meet the criteria for a 110 investigation.
_____

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____          Date Assigned _____

Investigator Assigned _____          ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

| Mine Citation/Order | | U.S. Department of Labor<br>Mine Safety and Health Administration | | | |

**Section I--Violation Data**

| 1. Date Mo Da Yr<br>08/03/2009 | 2. Time (24 Hr. Clock)<br>1350 | | | 3. Citation/<br>Order Number 8094549 | |
| 4. Served To<br>RICK FOSTER  (MINE FOREMAN) | | 5. Operator<br>PERFORMANCE COAL COMPANY | | | |
| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | | 7. Mine ID 46-08436 | | | (Contractor) |

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |

THE ESCAPEWAY MAP WHERE MINERS CONGREGATE IN THE BATH HOUSE IS NOT CURRENT AND UP TO DATE. THIS MAP SHOWS THE PRIMARY ESCAPEWAY COMING OUT THE OLD FAN ENTRY (#4) ,BUT THE ACTUAL ESCAPEWAY COMES OUT THE #5 PORTAL.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐<br>Safety ☑<br>Other ☐ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR | 75.1505(b) |

**Section II--Inspector's Evaluation**

**10. Gravity:**

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☑ | Reasonably Likely ☐ | Highly Likely ☐ | Occurred ☐ |
| B. Injury or Illness could rea-<br>sonably be expected to be: | No Lost Workdays ☑ | Lost Workdays Or Restricted Duty ☐ | | Permanently Disabling ☐ | Fatal ☐ |
| C. Significant and Substantial: | Yes ☐ | No ☑ | | D. Number of Persons Affected: | 018 |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |

| 14. Initial Action<br>A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/<br>Order Number 8082692 | F. Dated Mo Da Yr<br>03/17/2009 |

| 15. Area or Equipment THE #3 AND #4 SECTIONS. |

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |

**Section III--Termination Action**

17. Action to Terminate

| 18. Terminated | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |

**Section IV--Automated System Data**

| 19. Type of Inspection<br>(activity code) E01 | 20. Event Number 4119293 | 21. Primary or Mill |
| 22. Signature | | 23. AR Number 24172 |

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416.  Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration |
|---|---|

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ 1a. Continuation ☐ | 2. Dated (Original Issue)   Mo  Da  Yr  08/03/2009 | 3. Citation/Order Number 8094549 – 01 |
|---|---|---|

| 4. Served To RICK FOSTER  (MINE FOREMAN) | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID  46-08436 | (Contractor) |
|---|---|---|

**Section II—Justification for Action**

THE ESCAPEWAY MAP LOCATED IN THE BATH HOUSE IS NOW UP TO DATE.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To  A. Date  Mo  Da  Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection  E01 | 10. Event Number  4119293 |
|---|---|

| 11. Signature  Joey E Athey | AR Number 24172 | 12. Date  Mo  Da  Yr  08/04/2009 | 13. Time (24 Hr. Clock) 1230 |
|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID 4608436          MSHA OFFICE 0401

MINE NAME Upper Big Branch Mine - South

COMPANY NAME Performance Coal Company

Citation/Order No. 8094552          Date 8-3-09

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☒

a) Who was exposed to the hazard? (Name and Occupation) Names of miners are attached for #3 & #4 sections

b) How were they exposed to the hazard? Having unsupported top in the intake escape way

c) When and over what period of time did the exposure occur? This condition has existed for several shifts.

d) Is this first hand information? Yes ☒   No ☐
   :If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☒   No ☐

a) Who had this knowledge? (Name and Title) Steve Harris  Fire Boss

b) How was this knowledge evidenced? Mr. Harris conducted the weekly exam of this area on 7-28-09

c) Is this first hand information? Yes ☒   No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☒

Inspector AR Number: 24177   Signature: Joey L Athey   Date: 8-4-09

Supervisor: Do you agree with the inspector's conclusion? Yes ☒   No ☐
Signature: Thomas C Clark   Date: 8-6-2009

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐     C. No further action. ☒

Assistant District Manager: Recommendation: C (A or C from the list above)
Signature: Jason L Petty   Date: 8/10/09

Supervisory Special Investigator: Recommendation: C (A or C from the list above)
Signature: David E Rhodes   Date: 8/11/09

District Manager: Action Decision: C (A or C from the list above)
Signature: Robert Hardman   Date: 8/12/2009

ADDITIONAL COMMENTS OR REMARKS: This violation does not meet the criteria for a 110 investigation.

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

Mine Citation/Order

U.S. Department of Labor
Mine Safety and Health Administration

8/4/09 TC

**Section I—Violation Data**

| 1. Date Mo Da Yr 08/03/2009 | 2. Time (24 Hr. Clock) 1325 | | 3. Citation/ Order Number 8094552 |
|---|---|---|---|

| 4. Served To RICK FOSTER  (MINE FOREMAN) | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

8. Condition or Practice                                              8a. Written Notice (103g) ☐

THE BEARING PLATES ON APPROXIMATELY 35 ROOF BOLTS WERE NOT FIRMLY AGAINST THE MINE ROOF 20 FT. INBY THE FAN IN THE #5 SOUTH PORTAL. WITH THESE BOLTS HANGING DOWN THIS WAS CREATING UNSUPPORTED ROOF IN THE PRIMARY ESCAPEWAY FOR APPROXIMATE DISTANCE OF 48 FT.

See Continuation Form (MSHA Form 7000-3a) ☐

**9. Violation**

| A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR | 75.204(c)(1) |
|---|---|---|---|

**Section II—Inspector's Evaluation**

**10. Gravity:**

A. Injury or Illness (has) (is): No Likelihood ☐   Unlikely ☐   Reasonably Likely ☑   Highly Likely ☐   Occurred ☐

B. Injury or Illness could reasonably be expected to be: No Lost Workdays ☐   Lost Workdays Or Restricted Duty ☑   Permanently Disabling ☐   Fatal ☐

| C. Significant and Substantial: Yes ☑ No ☐ | D. Number of Persons Affected: 018 |
|---|---|

11. Negligence (check one)   A. None ☐   B. Low ☐   C. Moderate ☐   D. High ☑   E. Reckless Disregard ☐

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐ Order ☑ Safeguard ☐ Written Notice ☐ |
|---|---|

| 14. Initial Action A. Citation ☐  B. Order ☑  C. Safeguard ☐  D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

15. Area or Equipment   TWENTY FEET INBY THE #5 SOUTH PORTAL TO THE FIRST CONNECTING CROSS CUT.

| 16. Termination Due A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|

**Section III—Termination Action**

17. Action to Terminate

| 18. Terminated A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119293 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number 24172 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)        In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416.  Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration | TC 8/5/09 |
|---|---|---|

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 08/03/2009 | 3. Citation/Order Number 8094552 - 01 |
|---|---|---|---|

| 4. Served To RICK FOSTER (MINE FOREMAN) | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**Section II--Justification for Action**

THE AFFECTED AREA HAS NOW BEEN SUPPORTED.

See Continuation Form ☐

**Section III--Subsequent Action Taken**

| 8. Extended To A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|

**Section IV--Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119293 | | | |
|---|---|---|---|---|
| 11. Signature Joey E Athey | AR Number 24172 | 12. Date Mo Da Yr 08/04/2009 | 13. Time (24 Hr. Clock) 1130 | |

MSHA Form 7000-3a, Mar 85 (revised)

| Mine Citation/Order<br>Continuation | U.S. Department of Labor<br>Mine Safety and Health Administration | 8/5/09 |

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated<br>(Original Issue) | Mo<br>08/03/2009 | Da | Yr | 3. Citation/<br>Order Number  8094552 – 02 |

| 4. Served To<br>RICK FOSTER  (MINE FOREMAN) | 5. Operator<br>PERFORMANCE COAL COMPANY |
| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID        46-08436 | (Contractor) |

**Section II—Justification for Action**

| Change | From | To |
| 10. D. Persons Affected | 18 | 1 |

Reason   CHANGE TO 1 PERSON AFFECTED.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To | A. Date | Mo | Da | Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |

**Section IV—Inspection Data**

| 9. Type of Inspection  E01 | 10. Event Number  4119293 |

| 11. Signature  _[signature]_ | AR Number  24172 | 12. Date | Mo<br>08/05/2009 | Da | Yr | 13. Time (24 Hr. Clock)  0533 |

MSHA Form 7000-3a, Mar 85 (revised)

FOIA000-VHSIA-IA

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID _46-08436_     MSHA OFFICE _20401_

MINE NAME _Upper Big Branch - South_

COMPANY NAME _Performance Coal Co_

Citation/Order No. _8090962_     Date _9/24/09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?     YES ☐     NO ☑     If yes: Fatal? ☐     Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners? Yes ☐     No ☑
   a) Who was exposed to the hazard? (Name and Occupation)
   _See attached list   40 total Miners_
   b) How were they exposed to the hazard? _By not being trained they were exposed to increased risk of injury from fire and smoke._
   c) When and over what period of time did the exposure occur? _9/1/07 - 9/24/09   24 hrs a day_

   d) Is this first hand information? Yes ☑     No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☑     No ☐
   a) Who had this knowledge? (Name and Title) _Eugene Nagor, Supt_
   b) How was this knowledge evidenced? _He should have known this training was required. The AMS system had been activated on 9/1/09 but no training had been given to any miners._
   c) Is this first hand information? Yes ☑     No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐     No ☑

Inspector AR Number: _24308_     Signature: _William Bane_     Date: _9/24/09_

Supervisor: Do you agree with the inspector's conclusion? Yes ☑     No ☐
Signature: _Michael N. Hicks_     Date: _9/29/09_

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐          C. No further action. ☑
Assistant District Manager: Recommendation: _C_ (A or C from the list above)
Signature: _Jacob L Sipt_     Date: _10/6/09_

Supervisory Special Investigator: Recommendation: _C_ (A or C from the list above)
Signature: _David E. Rhodes_     Date: _10/7/09_

District Manager: Action/Decision: _C_ (A or C from the list above)
Signature: _Robert G. Hardman_     Date: _10/7/2009_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet the criteria for further review._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____     Date Assigned _____

Investigator Assigned _____     ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

**Mine Citation/Order**

**U.S. Department of Labor**
Mine Safety and Health Administration

9/29/9 MH

**Section I–Violation Data**

| 1. Date | Mo Da Yr | 2. Time (24 Hr. Clock) | | 3. Citation/ Order Number | 8090962 |
|---|---|---|---|---|---|
| | 09/24/2009 | 0945 | | | |

| 4. Served To | 5. Operator |
|---|---|
| Everette Hagar, Supt. | PERFORMANCE COAL COMPANY |

| 6. Mine | 7. Mine ID | | |
|---|---|---|---|
| UPPER BIG BRANCH MINE-SOUTH | 46-08436 | | (Contractor) |

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

36 miners are working on the longwall and 4 AMS operators are working on the surface without receiving any AMS training. The following miners and AMS operators are ordered withdrawn until a training plan is approved and they receive the required AMS training Delbert Bailey, Harold Lilly Jack Roles, Charles Davis, Luke Ford, Randy Gwinn, Roger Scarbro, Terrance Adkins, Travis Nelson, Nick McCrosky, Josh Stout, Rick Lane, Grover Skeens, Dustin Ross, Joel Price, Gary Quarles, Dillard Persinger, Rex Mullins, Dakota Davis, Kevin Medley, Steve Gration, Tommy Estep, Jeff Sickles, Kevin Brown, Mike Webb, Kenny Woodrum, David Shears, Shannon Dickens, Kelton Cozart, Mike Medley, Greg Meadows, Robert Hale, Gary Neil, Ronald Williams, Pacer Petry, Greg Clay, Chuck Smith, Adam Jenkins, Charlie Justice.

See Continuation Form (MSHA Form 7000-3a) ☑

| 9. Violation | A. Health ☐ Safety ☐ Other ☑ | B. Section of Act | C. Part/Section of Title 30 CFR | 75.350(b)(2) |
|---|---|---|---|---|

**Section II–Inspector's Evaluation**

**10. Gravity:**

A. Injury or illness (has) (is): No Likelihood ☐   Unlikely ☐   Reasonably Likely ☑   Highly Likely ☐   Occurred ☐

B. Injury or illness could reasonably be expected to be: No Lost Workdays ☐   Lost Workdays Or Restricted Duty ☐   Permanently Disabling ☑   Fatal ☐

C. Significant and Substantial: Yes ☑   No ☐     D. Number of Persons Affected: 040

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action | 104(g)(1) | 13. Type of Issuance (check one) | Citation ☐ Order ☑ Safeguard ☐ Written Notice ☐ |
|---|---|---|---|

| 14. Initial Action | A. Citation ☐ B. Order ☐ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number | F. Dated | Mo Da Yr |
|---|---|---|---|---|

**15. Area or Equipment**  Delbert Bailey, Harold Lilly Jack Roles, Charles Davis, Luke Ford, Randy Gwinn, Roger Scarbro, Terrance Adkins, Travis Nelson, Nick McCrosky, Josh Stout, Rick Lane, Grover Skeens, Dustin Ross, Joel Price.

| 16. Termination Due: | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|---|

**Section III–Termination Action**

**17. Action to Terminate**

| 18. Terminated | A. Date | Mo Da Yr | B. Time (24 Hr. Clock |
|---|---|---|---|

**Section IV–Automated System Data**

| 19. Type of Inspection (activity code) | E01 | 20. Event Number | 4119293 | 21. Primary or Mill |
|---|---|---|---|---|

| 22. Signature | William Ponl | 23. AR Number | 24308 |
|---|---|---|---|

MSHA Form 7000-3, Apr-08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions.  The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business.  If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416.  Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

| Mine Citation/Order<br>Continuation | U.S. Department of Labor<br>Mine Safety and Health Administration |

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action | 1a. Continuation | 2. Dated<br>(Original Issue) | Mo | Da | Yr | 3. Citation/<br>Order Number 8090962 |
|---|---|---|---|---|---|---|
| ☐ | ☑ | | 09/24/2009 | | | |

| 4. Served To<br>Everette Hagar, Supt. | 5. Operator<br>PERFORMANCE COAL COMPANY | |
|---|---|---|
| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID<br>46-08436 | (Contractor) |

**Section II--Justification for Action**

Continuation of 15. Area or Equipment

Gary Quarles, Dillard Persinger, Rex Mullins, Dakota Davis, Kevin Medley, Steve Gration, Tommy Estep, Jeff Sickles, Kevin Brown, Mike Webb, Kenny Woodrum, David Shears, Shannon Dickens, Kelton Cozart, Mike Medley, Greg Meadows, Robert Hale, Gary Neil, Ronald Williams, Pacer Pettry, Greg Clay, Chuck Smith, Adam Jenkins, Charlie Justice.

See Continuation Form ☐

**Section III--Subsequent Action Taken**

| 8. Extended To | A. Date | Mo | Da | Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|---|---|---|---|

**Section IV--Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119293 | | | | |
|---|---|---|---|---|---|

| 11. Signature *William Ross* | AR Number<br>24308 | 12. Date | Mo | Da | Yr<br>09/24/2009 | 13. Time (24 Hr. Clock)<br>0945 |
|---|---|---|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

Mine Citation/Order
Continuation

**U.S. Department of Labor**
Mine Safety and Health Administration

7/29/9

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated (Original Issue) | Mo Da Yr 09/24/2009 | 3. Citation/Order Number 8090962 ~ 01 |
|---|---|---|---|---|

| 4. Served To Everette Hagar, Supt. | 5. Operator PERFORMANCE COAL COMPANY | |
|---|---|---|
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |

**Section II—Justification for Action**

The miners have received AMS training.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119293 | | | |
|---|---|---|---|---|
| 11. Signature *William Bart* | AR Number 24308 | 12. Date Mo Da Yr 09/28/2009 | 13. Time (24 Hr. Clock) 1030 | |

MSHA Form 7000-3a, Mar 85 (revised)

9/29/09 mh

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration |
|---|---|

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ 1a. Continuation ☐ | 2. Dated (Original Issue) | Mo Da Yr 09/24/2009 | 3. Citation/ Order Number 8090962 - 02 |
|---|---|---|---|

| 4. Served To Everette Hagar, Supt. | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**Section II—Justification for Action**

| Change | From | To |
|---|---|---|

8. Condition Or Practice

Reason   Add the sentence" The miners named are declared to be a hazard to their selves and others and are to be withdrawn from the mine until they receive the required training."

15. Area or Equipment

Reason   Add the sentence, " The miners named are withdrawn from the mine and prohibited from performing any duties."

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To   A. Date   Mo   Da   Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated   ☐ D. Terminated   ☑ E. Modified |
|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection   E01 | 10. Event Number   4119293 |
|---|---|

| 11. Signature   *William Ross* | AR Number 24308 | 12. Date   Mo   Da   Yr 09/28/2009 | 13. Time (24 Hr. Clock) 1350 |
|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID  46-08436          MSHA OFFICE  2040 1

MINE NAME  Upper Big Branch Mine - South

COMPANY NAME  Performance Coal Company

Citation/Order No.  8086180          Date  09/15/2009

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)
1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☒   No ☐   TC
   a) Who was exposed to the hazard? (Name and Occupation)
   37 (Listed)
   b) How were they exposed to the hazard? They were in the air courses that the Bandy Town Fan provides ventilation for.
   c) When and over what period of time did the exposure occur? At a minimum of 6 hours, from 2:00 am to 8:00 am
   d) Is this first hand information? Yes ☐   No ☒
   If not, who provided the information? (Name and Occupation) MR. Laugherty, 3rd Shift Maint. Foreman
2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☒   No ☐
   a) Who had this knowledge? (Name and Title) Everette Hager, Supt.
   b) How was this knowledge evidenced? The fan alarm is on an auto dialer and the outside phone lines are down.
   c) Is this first hand information?   Yes ☒   No ☐
   If not, who provided the information? (Name and Occupation)
3. Any other pertinent information: It was apparent that no effort had been made by the operator to place someone at the fan to monitor it until phone service was restored.                                    TC

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard?  Yes ☐  No ☐
Inspector AR Number:  24516     Signature:  Thomas C. Clark          Date: 9-17-09
Supervisor: Do you agree with the inspector's conclusion?  Yes ☒  No ☐
Signature:  Michael H. Hicks                                          Date: 9/25/9

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐          C. No further action. ☒
Assistant District Manager: Recommendation:  C  (A or C from the list above)
Signature:  Jacob L. Duty                                             Date: 10/6/09
Supervisory Special Investigator:  Recommendation:  (A or C from the list above)
Signature:  David G. Rhodes                                           Date: 10/7/09
District Manager: Action Decision:  NE (A or C from the list above)
Signature:  Robert H. Hardman                                         Date: 10/7/2009
ADDITIONAL COMMENTS OR REMARKS:  This violation does not meet the criteria for further review.

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____          Date Assigned _____

Investigator Assigned _____          ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

| Mine Citation/Order | | U.S. Department of Labor | |
|---|---|---|---|
| | | Mine Safety and Health Administration | |

**Section I—Violation Data**

| 1. Date Mo Da Yr 09/15/2009 | 2. Time (24 Hr. Clock) 0820 | | 3. Citation/ Order Number 8086180 |
|---|---|---|---|

| 4. Served To Everette Hagar, Mine Supt. | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

There fan alarm for the Bandy Town fan is not operational due to a telephone outage and the fan is not being monitored to notify this mine if an fan stoppage occurs. The phone lines have not been in operation since 2:00 am this date according to midnight management.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.310(a)(3) |
|---|---|---|---|

**Section II—Inspector's Evaluation**

**10. Gravity:**

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|

| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☐ | Fatal ☑ |
|---|---|---|---|---|

| C. Significant and Substantial: | Yes ☑ | No ☐ | | D. Number of Persons Affected: 037 |
|---|---|---|---|---|

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☑ | D. High ☐ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(a) | 13. Type of Issuance (check one) Citation ☑ Order ☐ Safeguard ☐ Written Notice ☐ |
|---|---|

| 14. Initial Action A. Citation ☐ B. Order ☐ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number | F. Dated Mo Da Yr |
|---|---|---|

**15. Area or Equipment**

| 16. Termination Due | A. Date Mo Da Yr 09/15/2009 | B. Time (24 Hr. Clock) 0900 | |
|---|---|---|---|

**Section III—Termination Action**

17. Action to Terminate A responsible person has been posted at the fan with radio communications to this mine site to monitor the fan until the phone communications are restored.

| 18. Terminated | A. Date Mo Da Yr 09/15/2009 | B. Time (24 Hr. Clock) 0850 | |
|---|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code) E02 | 20. Event Number 4123487 | 21. Primary or Mill | |
|---|---|---|---|

| 22. Signature *Thomas C. Clark* | 23. AR Number 24516 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised) In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW, MC.2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

III000-VHSIN-LA

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration |
|---|---|

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ 1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 09/15/2009 | 3. Citation/ Order Number 8086180 - 01 |
|---|---|---|

| 4. Served To Everette Hagar, Mine Supt. | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**Section II--Justification for Action**

| Change | From | To |
|---|---|---|

8. Condition Or Practice

Reason  The first word of the first sentence in this citation should be "The".

Wrong word entered.

See Continuation Form ☐

**Section III--Subsequent Action Taken**

| 8. Extended To A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|

**Section IV--Inspection Data**

| 9. Type of Inspection E02 | 10. Event Number 4123487 |
|---|---|

| 11. Signature _[signature]_ AR Number 24516 | 12. Date Mo Da Yr 09/15/2009 | 13. Time (24 Hr. Clock) 1500 |
|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

| Mine Citation/Order<br>Continuation | | U.S. Department of Labor<br>Mine Safety and Health Administration | |

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ 1a. Continuation ☐ | 2. Dated<br>(Original Issue) | Mo Da Yr<br>09/15/2009 | 3. Citation/<br>Order Number 8086180 - 02 |
|---|---|---|---|

| 4. Served To<br>Everette Hagar, Mine Supt. | 5. Operator<br>PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID<br>46-08436 | (Contractor) |
|---|---|---|

**Section II--Justification for Action**

| Change | From | To |
|---|---|---|
| 11. Negligence | Moderate | High |

Reason  The operator waited for at least six hours to post an individual at the fan.

| 12. Type of Action1 | 104(a) | 104(d)(2) |
|---|---|---|

Reason  After further review of the situation and a discussion with my supervisor, I feel the modification is justified.

See Continuation Form ☐

**Section III--Subsequent Action Taken**

| 8. Extended To A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|---|

**Section IV--Inspection Data**

| 9. Type of Inspection E02 E01 | 10. Event Number 4123487 4119293 | | |
|---|---|---|---|
| 11. Signature *Thomas C. Clark* | AR Number 24516 | 12. Date Mo Da Yr 09/17/2009 | 13. Time (24 Hr. Clock) 0650 |

MSHA Form 7000-3a, Mar 85 (revised)

7/27/9 MH

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration |
|---|---|

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ 1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 09/15/2009 | 3. Citation/Order Number 8086180 - 03 |
|---|---|---|

| 4. Served To Everette Hagar, Mine Supt. | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**Section II—Justification for Action**

| Change | From | To |
|---|---|---|
| 13. Type of Issuance | Citation | Order |

Reason  Citation changed to an order

14. Initial Action  Citation

Reason

14. E. Citation/Order Number  8074834

Reason  Additional information is needed for this order.

14. F. Initial Action Dated  03/17/2009

Reason  Additional information needed

15. Area or Equipment

Reason  The No.1, No.2, and Longwall sections, as well as all belts and outby areas ventilated by the Bandy Town fan are affected.

16. A. Termination Due Date  09/15/2009

Reason

16. B. Termination Due Time  09:00

Reason

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To  A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated ☐ D. Terminated ☑ E. Modified |
|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection E02 E01 | 10. Event Number 4123487 4119293 |
|---|---|

| 11. Signature *Thomas C. Clark* AR Number 24516 | 12. Date Mo Da Yr 09/23/2009 | 13. Time (24 Hr. Clock) 1340 |
|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

11000-VHSIN-1A

Citation/Order
Continuation

**U.S. Department of Labor**
Mine Safety and Health Administration

10/1/9.WW

Section I--Subsequent Action/Continuation Data

| 1. Subsequent Action | 1a. Continuation | 2. Dated (Original Issue) | Mo Da Yr 09/15/2009 | 3. Citation/Order Number 8086180 - 04 |
|---|---|---|---|---|
| ☑ | ☐ | | | |

| 4. Served To Everette Hagar, Mine Supt. | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436          (Contractor) |

Section II--Justification for Action

| Change | From | To |
|---|---|---|
| 14. Initial Action | | Order |
| Reason   Corrected information needed | | |
| 14. E. Citation/Order Number | | 8082692 |
| Reason | | |

Section III--Subsequent Action Taken

| 8. Extended To | A. Date | Mo | Da | Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|---|---|---|---|

Section IV--Inspection Data

| 9. Type of Inspection   T02 | 10. Event Number   9832268 |
|---|---|

| 11. Signature | AR Number 24516 | 12. Date | Mo Da Yr 10/01/2009 | 13. Time (24 Hr. Clock) 1230 |
|---|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID _460 8436_     MSHA OFFICE _0401_

MINE NAME _Upper Big Branch Mine - South_

COMPANY NAME _Performance Coal Company_

Citation/Order No. _8094607_     Date _9-23-09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?     YES ☐     NO ☒     If yes: Fatal? ☐     Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental Information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?     Yes ☐     No ☒
   a) Who was exposed to the hazard? (Name and Occupation)
   _None_
   b) How were they exposed to the hazard?
   _Record Violation_
   c) When and over what period of time did the exposure occur?
   _① Hr after start of shift_
   d) Is this first hand information? Yes ☒     No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?     Yes ☒     No ☐
   a) Who had this knowledge? (Name and Title) _Steve Cola (Foreman)_
   b) How was this knowledge evidenced? _Mr. Colo stated he did not know he had to date up._
   c) Is this first hand information? Yes ☒     No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard?     Yes ☐     No ☒

Inspector AR Number: _24172_     Signature: _Joey S Athey_     Date: _9-23-09_

Supervisor: Do you agree with the inspector's conclusion?     Yes ☒     No ☐
Signature: _Mitchell H. Hicks_     Date: _9/29-09_

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐     C. No further action. ☒

Assistant District Manager: Recommendation: _C_ (A or C from the list above)
Signature: _Jacob L Selby_     Date: _10/6/09_

Supervisory Special Investigator: Recommendation: _C_ (A or C from the list above)
Signature: _Dave S Rhodes_     Date: _10/7/09_

District Manager: Action Decision _C_ (A or C from the list above)
Signature: _Robert G Hardman_     Date: _10/7/2009_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet the criteria for further review._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____     Date Assigned _____

Investigator Assigned _____     ID No. _____

MSHA Form 7000-20, June 97 (revised)     WHITE: SPECIAL INVESTIGATOR

Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

9/25/9 MH

**Section I—Violation Data**

| 1. Date Mo Da Yr 09/23/2009 | 2. Time (24 Hr. Clock) 1855 | | | 3. Citation/ Order Number 8094607 |
|---|---|---|---|---|

| 4. Served To STEVE COLO (FOREMAN) | 5. Operator PERFORMANCE COAL COMPANY | |
|---|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

THE OPERATOR HAS FAILED TO CERTIFY BY DATE, TIME, AND INITIALS THAT THE EXAMINATION (DUST PARAMETERS) FOR 9/23/09 EVENING SHIFT WAS MADE.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.362(g)(2) |
|---|---|---|---|

**Section II—Inspector's Evaluation**

10. Gravity:

A. Injury or Illness (has) (is): No Likelihood ☑  Unlikely ☐  Reasonably Likely ☐  Highly Likely ☐  Occurred ☐

B. Injury or illness could reasonably be expected to be: No Lost Workdays ☑  Lost Workdays Or Restricted Duty ☐  Permanently Disabling ☐  Fatal ☐

C. Significant and Substantial: Yes ☐  No ☑    D. Number of Persons Affected: 000

11. Negligence (check one)  A. None ☐  B. Low ☐  C. Moderate ☐  D. High ☑  E. Reckless Disregard ☐

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐  Order ☑  Safeguard ☐  Written Notice ☐ |
|---|---|

| 14. Initial Action  A. Citation ☐  B. Order ☑  C. Safeguard ☐  D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

15. Area or Equipment  THE #3 SECTION.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III—Termination Action**

17. Action to Terminate  THE OPERATOR IS NOW CERTIFYING THE EXAMS.

| 18. Terminated | A. Date Mo Da Yr 09/23/2009 | B. Time (24 Hr. Clock) 2230 |
|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119293 | 21. Primary or Mill |
|---|---|---|

| 22. Signature Joey S athey | 23. AR Number 24172 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416.  Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration |
|---|---|

**Section I–Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 09/23/2009 | 3. Citation/ Order Number 8094607 – 01 |
|---|---|---|---|

| 4. Served To EVERETT HAGER (SUPER) | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**Section II–Justification for Action**

Change                    From                              To

8. Condition Or Practice

Reason   THE OPERATOR HAS FAILED TO CERTIFY BY DATE, TIME, AND INITIALS THAT THE EXAMINATION (DUST PARAMETERS) FOR 9/23/09 EVENING SHIFT WAS MADE. THE OPERATOR ENGAGED IN AGGRAVATED CONDUCT CONSTITUTING MORE THAN ORDINARY NEGLIGENCE BY NOT CERTIFYING THAT HE HAD CONDUCTED THE PARAMETER CHECKS. THIS VIOLATION IS AN UNWARRANTABLE FAILURE TO COMPLY WITH A MANDATORY STANDARD.

See Continuation Form ☐

**Section III–Subsequent Action Taken**

| 8. Extended To | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|---|

**Section IV–Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119293 | | |
|---|---|---|---|

| 11. Signature Joey L. Athey | AR Number 24172 | 12. Date Mo Da Yr 09/28/2009 | 13. Time (24 Hr. Clock) 0710 |
|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID 460 8436    MSHA OFFICE 0401

MINE NAME Upper Big Branch Mine - South

COMPANY NAME Performance Coal Company

Citation/Order No. 8094603    Date 9-23-09

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?    YES ☐    NO ☒    If yes: Fatal? ☐    Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?    Yes ☐    No ☒

   a) Who was exposed to the hazard? (Name and Occupation)
   Steve Colo Foreman Shawn Ellison S/C Donnie Synder S/C

   b) How were they exposed to the hazard? Parameter checks on the C/M were not done

   c) When and over what period of time did the exposure occur? 0 hr while mining

   d) Is this first hand information? Yes ☒    No ☐
   If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☒    No ☐

   a) Who had this knowledge? (Name and Title) Steve Colo (Foreman)

   b) How was this knowledge evidenced? Mr. Colo should have been trained on these checks.

   c) Is this first hand information? Yes ☒    No ☐
   If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**

Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☒

Inspector AR Number: 24172    Signature Joey E Athey    Date: 9-23-09

Supervisor: Do you agree with the inspector's conclusion? Yes ☒    No ☐
Signature: Michael H. Hicks    Date: 9/28/09

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐    C. No further action. ☒

Assistant District Manager: Recommendation: C (A or C from the list above)
Signature: _____    Date: 10/6/09

Supervisory Special Investigator: Recommendation C (A or C from the list above)
Signature: Dave E Rhodes    Date: 10/7/09

District Manager: Action/Decision C (A or C from the list above)
Signature: Robert G Hardman    Date: 10/12/09

ADDITIONAL COMMENTS OR REMARKS: This violation does not meet the criteria for a 110 investigation.

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____    Date Assigned _____

Investigator Assigned _____    ID No. _____

MSHA Form 7000-20, June 97 (revised)    WHITE: SPECIAL INVESTIGATOR

Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

9/25/9 MM

## Section I—Violation Data

| 1. Date | Mo Da Yr 09/23/2009 | 2. Time (24 Hr. Clock) 1930 | | 3. Citation/ Order Number 8094603 |
|---|---|---|---|---|

| 4. Served To STEVE COLO (FOREMAN) | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**8. Condition or Practice**                                                    8a. Written Notice (103g) ☐

THE OPERATOR FAILED TO CONDUCT A COMPLETE EXAMINATION TO ASSURE COMPLIANCE WITH THE RESPIRABLE DUST CONTROL PARAMETERS SPECIFIED IN THE METHANE DUST CONTROL PLAN FOR THE MMU-064 SECTION.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☑ Safety ☐ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR | 75.362(a)(2) |
|---|---|---|---|---|

## Section II—Inspector's Evaluation

**10. Gravity:**

A. Injury or illness (has) (is): No Likelihood ☐   Unlikely ☐   Reasonably Likely ☑   Highly Likely ☐   Occurred ☐

B. Injury or illness could reasonably be expected to be: No Lost Workdays ☐   Lost Workdays Or Restricted Duty ☐   Permanently Disabling ☑   Fatal ☐

C. Significant and Substantial: Yes ☑   No ☐        D. Number of Persons Affected: 004

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |
|---|---|---|---|---|---|

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

**15. Area or Equipment** THE MMU-064 SECTION.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

## Section III—Termination Action

**17. Action to Terminate** THE OPERATOR FINISHED THE EXAMINATION OF THE CONTINUOUS MINING MACHINE.

| 18. Terminated | A. Date Mo Da Yr 09/23/2009 | B. Time (24 Hr. Clock) 2145 |
|---|---|---|

## Section IV—Automated System Data

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119293 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number 24172 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

| Mine Citation/Order<br>Continuation | U.S. Department of Labor<br>Mine Safety and Health Administration | |
|---|---|---|

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated (Original Issue) | Mo Da Yr<br>09/23/2009 | 3. Citation/<br>Order Number 8094603 - 01 |
|---|---|---|---|---|

| 4. Served To<br>EVERETT HAGER (SUPER) | 5. Operator<br>PERFORMANCE COAL COMPANY | |
|---|---|---|

| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID<br>46-08436 | (Contractor) |
|---|---|---|

**Section II—Justification for Action**

| Change | From | To |
|---|---|---|

**8. Condition Or Practice**

**Reason** THE OPERATOR FAILED TO CONDUCT A COMPLETE EXAMINATION TO ASSURE COMPLIANCE WITH THE RESPIRABLE DUST CONTROL PARAMETERS SPECIFIED IN THE METHANE DUST CONTROL PLAN FOR THE MMU-064 SECTION. MANAGEMENT ENGAGED IN AGGRAVATED CONDUCT CONSTITUTING MORE THAN ORDINARY NEGLIGENCE IN THAT PRODUCTION WAS DEEMED MORE IMPORTANT THAN CONDUCTING PARAMETER CHECKS ON THE CONTINUOUS MINING MACHINE. THIS VIOLATION IS AN UNWARRANTABLE FAILURE TO COMPLY WITH A MANDATORY STANDARD.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119293 |
|---|---|

| 11. Signature Joey E Athey | AR Number 24172 | 12. Date | Mo Da Yr<br>09/28/2009 | 13. Time (24 Hr. Clock)<br>0700 |
|---|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID _4608436_    MSHA OFFICE _0401_

MINE NAME _Upper Big Branch Mine-South_

COMPANY NAME _Performace Coal Company_

Citation/Order No. _8094604_    Date _9-23-09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?    YES ☐    NO ☒    If yes: Fatal? ☐    Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?    Yes ☐    No ☒

   a) Who was exposed to the hazard? (Name and Occupation)
   _Steve Colo (Foreman) Shawn Ellison S/C Donnie Synder S/C_

   b) How were they exposed to the hazard? _Parameter checks were not done on the C/M._

   c) When and over what period of time did the exposure occur? _① hr while mining a cut_

   d) Is this first hand information? Yes ☒    No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☒    No ☐

   a) Who had this knowledge? (Name and Title) _Steve Colo (Foreman)_

   b) How was this knowledge evidenced? _Mr. Colo should have been trained on these checks._

   c) Is this first hand information?  Yes ☒    No ☐
   If not, who provided the information?  (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐  No ☒

Inspector AR Number: _24172_    Signature: _Guy L Athey_    Date: _9-23-09_

Supervisor: Do you agree with the inspector's conclusion? Yes ☒    No ☐
Signature: _Mitchell A. Hicks_    Date: _9/29/09_

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐    C. No further action. ☒

Assistant District Manager: Recommendation: _C_ (A or C from the list above)
Signature: _Jason L Duff_    Date: _10/6/09_

Supervisory Special Investigator: Recommendation: _NF_ (A or C from the list above)
Signature: _David E Rhodes_    Date: _10/7/09_

District Manager: Action Decision: _C_ (A or C from the list above)
Signature: _Robert G Hardman_    Date: _10/12/09_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet the criteria for further review._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____    Date Assigned _____

Investigator Assigned _____    ID No. _____

MSHA Form 7000-20, June 97 (revised)    WHITE: SPECIAL INVESTIGATOR

| Mine Citation/Order | | | U.S. Department of Labor | | |
|---|---|---|---|---|---|
| | | | Mine Safety and Health Administration | | |

**Section I–Violation Data**

| 1. Date   Mo Da Yr   09/23/2009 | 2. Time (24 Hr. Clock)   1935 | | | 3. Citation/ Order Number   8094604 | |
|---|---|---|---|---|---|

| 4. Served To   STEVE COLO (FOREMAN) | 5. Operator   PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine   UPPER BIG BRANCH MINE–SOUTH | 7. Mine ID   46-08436    (Contractor) |
|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

THE OPERATOR FAILED TO CONDUCT A COMPLETE EXAMINATION TO ASSURE COMPLIANCE WITH THE RESPIRABLE DUST CONTROL PARAMETERS SPECIFIED IN THE METHANE DUST CONTROL PLAN FOR THE MMU-065 SECTION.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☑ Safety ☐ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR   75.362(a)(2) | | |
|---|---|---|---|---|---|

**Section II–Inspector's Evaluation**

**10. Gravity:**

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|
| B. Injury or Illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | | Permanently Disabling ☑ | Fatal ☐ |
| C. Significant and Substantial: | Yes ☑ | No ☐ | | D. Number of Persons Affected: | 004 |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action   104(d)(2) | 13. Type of Issuance (check one)   Citation ☐   Order ☑   Safeguard ☐   Written Notice ☐ |
|---|---|

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number   8082692 | F. Dated   Mo Da Yr   03/17/2009 |
|---|---|---|

| 15. Area or Equipment   THE MMU-065 SECTION. |
|---|

| 16. Termination Due | A. Date   Mo Da Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|

**Section III–Termination Action**

| 17. Action to Terminate   THE OPERATOR FINISHED THE EXAMINATION OF THE CONTINUOUS MINING MACHINE. |
|---|

| 18. Terminated | A. Date   Mo Da Yr   09/23/2009 | B. Time (24 Hr. Clock)   2145 | |
|---|---|---|---|

**Section IV–Automated System Data**

| 19. Type of Inspection (activity code)   E01 | 20. Event Number   4119293 | 21. Primary or Mill |
|---|---|---|

| 22. Signature   Joey S Athey | 23. AR Number   24172 |
|---|---|

MSHA Form 7000-8, Apr 08 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

C71000-VHSM-LA

| Mine Citation/Order Continuation | | U.S. Department of Labor Mine Safety and Health Administration | | |
|---|---|---|---|---|

Section I—Subsequent Action/Continuation Data

| 1. Subsequent Action ☑ 1a. Continuation ☐ | 2. Dated (Original Issue) | Mo Da Yr 09/23/2009 | 3. Citation/ Order Number 8094604 - 01 | |
|---|---|---|---|---|

| 4. Served To EVERETT HAGER (SUPER) | 5. Operator PERFORMANCE COAL COMPANY | |
|---|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

Section II—Justification for Action

| Change | From | | To | |
|---|---|---|---|---|

8. Condition Or Practice

**Reason** THE OPERATOR FAILED TO CONDUCT A COMPLETE EXAMINATION TO ASSURE COMPLIANCE WITH THE RESPIRABLE DUST CONTROL PARAMETERS SPECIFIED IN THE METHANE DUST CONTROL PLAN FOR THE MMU-065 SECTION. MANAGEMENT ENGAGED IN AGGRAVATED CONDUCT CONSTITUTING MORE THAN ORDINARY NEGLIGENCE IN THAT PRODUCTION WAS DEEMED MORE IMPORTANT THAN CONDUCTING PARAMETER CHECKS ON THE CONTINUOUS MINING MACHINE. THIS VIOLATION IS AN UNWARRANTABLE FAILURE TO COMPLY WITH A MANDATORY STANDARD.

See Continuation Form ☐

Section III—Subsequent Action Taken

| 8. Extended To | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|---|---|

Section IV—Inspection Data

| 9. Type of Inspection E01 | 10. Event Number 4119293 | | | |
|---|---|---|---|---|
| 11. Signature *Joey E Athey* | AR Number 24172 | 12. Date | Mo Da Yr 09/28/2009 | 13. Time (24 Hr. Clock) 0715 |

MSHA Form 7000-3a, Mar 85 (revised)

7000-VHSHA-H

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID  46 08436                    MSHA OFFICE  20401

MINE NAME  UPPER BIG BRANCH-South

COMPANY NAME  PerFORMance Coal Company

Citation/Order No.  8086905              Date  10-21-09

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?    YES ☐    NO ☒    If yes: Fatal? ☐    Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?    Yes ☒ GW    No ☒

   a) Who was exposed to the hazard? (Name and Occupation)  JusTiN Mounod
   EQuipmenT Operator of the Fairchild Scoop Ser# 339-230

   b) How were they exposed to the hazard?  Op. the Scoop without Protection against
   the Roof and Ribs. No where on the Active Section under 42"

   c) When and over what period of time did the exposure occur?  Section was moved from a Lower
   Seam on 10-16-09. Began Production 10-19-09

   d) Is this first hand information? Yes ☒   No ☐
   If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☒   No ☐

   a) Who had this knowledge? (Name and Title)  Tim Williams Foreman, Rick Foster Mine Foreman, Gary Mays (Sup)

   b) How was this knowledge evidenced?  Active Section measured over 42" Foreman,
   Mine Foreman and Super on the Section.

   c) Is this first hand information? Yes ☒   No ☐
   If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:  EQuip Is being operate INIBy the Section
   Dumping Point.

**INSPECTOR'S CONCLUSION:**

   Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☒ GW   No ☒

   Inspector AR Number:  24025       Signature:  _____       Date:  10-29-09

   Supervisor: Do you agree with the inspector's conclusion? Yes ☒   No ☐
   Signature:  Edward O Mattheus                              Date:  10/23/09

**POSSIBLE RECOMMENDED ACTIONS:**

   A. Conduct a special investigation. ☐        C. No further action. ☒

   Assistant District Manager:  Recommendation:  C  (A or C from the list above)
   Signature:  _____                               Date: 10/29/09

   Supervisory Special Investigator:  Recommendation:  C  (A or C from the list above)
   Signature:  _____                               Date: 10/30/09

   District Manager: Action Decision:  C  (A or C from the list above)
   Signature:  Robert G Hardman                              Date: 10/30/2009

   ADDITIONAL COMMENTS OR REMARKS:  This violation does not meet
   the criteria for further review

**CASE ASSIGNMENT INFORMATION:**

   Investigation Case No.  _____        Date Assigned  _____

   Investigator Assigned  _____          ID No.  _____

MSHA Form 7000-20, June 97 (revised)              WHITE: SPECIAL INVESTIGATOR

| Mine Citation/Order | | U.S. Department of Labor Mine Safety and Health Administration | |

**Section I—Violation Data**

| 1. Date Mo Da Yr 10/21/2009 | 2. Time (24 Hr. Clock) 0830 | | 3. Citation/ Order Number 8086905 |

| 4. Served To Tim Williams (Foreman) | 5. Operator PERFORMANCE COAL COMPANY |

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 (Contractor) |

**8. Condition or Practice**        **8a. Written Notice (103g)** ☐

The Fairchild scoop Serial No. 339-230 being used on the 065-0 MMU, No. 3 Section located in the No. 2 entry in/by the last open break that measured with a standard rule to be an average of 60 inches was not provided with a cab or canopy. The entry that the scoop was located measured with a standard rule 82 inches. This section was moved from a low seam on 10/16/2009 and began production on 10/19/2009.

Management engaged in aggravated conduct constituting more than ordinary negligence, this violation is unwarrantable failure to comply with a mandatory standard.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.1710-1 |

**Section II—Inspector's Evaluation**

**10. Gravity:**

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |

| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☑ | Permanently Disabling ☐ | Fatal ☐ |

| C. Significant and Substantial: | Yes ☑ | No ☐ | D. Number of Persons Affected: 001 |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |

| 15. Area or Equipment | The Fairchild scoop Serial No. 339-230 located on the 065 MMU. |

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |

**Section III—Termination Action**

17. Action to Terminate

| 18. Terminated | A. Date Mo Da Yr 10/21/2009 | B. Time (24 Hr. Clock) 1314 |

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 6288652 | 21. Primary or Mill |

| 22. Signature | 23. AR Number 24025 |

MSHA Form 7000-3, Apr 06 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration | |
|---|---|---|

**Section I–Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ 1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 10/21/2009 | 3. Citation/ Order Number 8086905 – 01 |
|---|---|---|
| 4. Served To Rick Foster (Mine Foreman) | | 5. Operator PERFORMANCE COAL COMPANY |
| 6. Mine UPPER BIG BRANCH MINE–SOUTH | | 7. Mine ID 46-08436        (Contractor) |

**Section II–Justification for Action**

A canopy was provided for the Fairchild scoop Serial No. 339-230.

See Continuation Form: ☐

**Section III–Subsequent Action Taken**

| 8. Extended To  A. Date  Mo  Da  Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated  ☑ D. Terminated  ☐ E. Modified |
|---|---|---|

**Section IV–Inspection Data**

| 9. Type of Inspection  E01 | 10. Event Number  6288652 | | |
|---|---|---|---|
| 11. Signature | AR Number 24025 | 12. Date  Mo  Da  Yr 10/21/2009 | 13. Time (24 Hr. Clock) 1314 |

MSHA Form 7000-3a, Mar 85 (revised)

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID 46-08436          MSHA OFFICE Mt. Hope

MINE NAME Upper Big Branch Mine - South

COMPANY NAME Performance Coal Company

Citation/Order No. 8080092          Date 10-19-2009

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)
1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑
   a) Who was exposed to the hazard? (Name and Occupation)

   Roger Scarbro (shear operator) Terrance Adkins (shear operator) Travis Nelson (Jackman) Luke Ford (chi set elect)

   b) How were they exposed to the hazard? The escapeway was less than 6 feet wide.

   c) When and over what period of time did the exposure occur? 7am - 7:30am to 10:35am, over 3 hours

   d) Is this first hand information? Yes ☑   No ☐
      If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☐   No ☐
   a) Who had this knowledge? (Name and Title) Charles Davis (Longwall Section Boss)

   b) How was this knowledge evidenced? The longwall Section Boss told me that the rib roll was
   Here at the beginning of the shift.

   c) Is this first hand information? Yes ☑   No ☐
      If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐   No ☑

Inspector AR Number: 24326          Signature: Kevin E. Tyall          Date: 10-19-2009

Supervisor: Do you agree with the inspector's conclusion? Yes ☑   No ☐
Signature: Albert Clay          Date: 10-28-9

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐          C. No further action. ☑
Assistant District Manager: Recommendation: C (A or C from the list above)
Signature: Fred L. Sept          Date: 10/30/09

Supervisory Special Investigator: Recommendation: C (A or C from the list above)
Signature: David T. Winder          Date: 11/2/09

District Manager: Action Decision: C (A or C from the list above)
Signature: Robert G. Hardman          Date: 11/2/2009

ADDITIONAL COMMENTS OR REMARKS: This violation does not meet
the criteria for further review

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____          Date Assigned _____

Investigator Assigned _____          ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

### Section I--Violation Data

| 1. Date Mo Da Yr 10/19/2009 | 2. Time (24 Hr. Clock) 1035 | | 3. Citation/ Order Number 8080092 |
|---|---|---|---|

| 4. Served To Jack Roles, Longwall Coordinator | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

8. Condition or Practice                                                                    8a. Written Notice (103g) ☐

The primary escapeway for the Longwall Section MMU 050 is not being maintained 6 feet wide. A rib roll of 8.5 feet long X 3.5 feet height X 3 feet thick fell between the rib and the stage loader, causing the escapeway to be less than 6 feet wide.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.380(d)(4) |
|---|---|---|---|

### Section II--Inspector's Evaluation

10. Gravity:

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☑ | Reasonably Likely ☐ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|

| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☑ | Fatal ☐ |
|---|---|---|---|---|

| C. Significant and Substantial: | Yes ☐ | No ☑ | D. Number of Persons Affected: 004 |
|---|---|---|---|

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |
|---|---|---|---|---|---|

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

| 15. Area or Equipment The Longwall |
|---|

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|

### Section III--Termination Action

17. Action to Terminate    The rib roll was cleaned up.

| 18. Terminated | A. Date Mo Da Yr 10/19/2009 | B. Time (24 Hr. Clock 1125 | |
|---|---|---|---|

### Section IV--Automated System Data

| 19. Type of Inspection (activity code) E02 | 20. Event Number 6288656 | 21. Primary or Mill J | |
|---|---|---|---|

| 22. Signature Kevin E. Lyall | 23. AR Number 24320 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416.  Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

| Mine Citation/Order Continuation | | U.S. Department of Labor Mine Safety and Health Administration | |
|---|---|---|---|

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 10/19/2009 | 3. Citation/ Order Number 8080092 – 01 |
|---|---|---|---|

| 4. Served To Jack Roles, Longwall Coordinator | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 (Contractor) |

**Section II--Justification for Action**

Change          From                          To

8. Condition Or Practice

Reason   To read ( This violation is an unwarrantable failure to comply with a mandatory standard.)

   Need to add a sentence after the last sentence in the body of the citation.

See Continuation Form ☐

**Section III--Subsequent Action Taken**

| 8. Extended To | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|---|---|

**Section IV--Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 6288652 | | | |
|---|---|---|---|---|
| 11. Signature *Kevin E. Tyall* | AR Number 24320 | 12. Date | Mo Da Yr 10/26/2009 | 13. Time (24 Hr. Clock) 1737 |

MSHA Form 7000-3a, Mar 85 (revised)

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID 4608436     MSHA OFFICE 0401

MINE NAME Upper Big Branch Mine - South

COMPANY NAME Performance Coal Company

Citation/Order No. 8094551     Date 8-3-09

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☒

a) Who was exposed to the hazard? (Name and Occupation)
Names of miners are attached for #3 & #4 sections

b) How were they exposed to the hazard? The intake air for these sections travels by this room that has not been pre-shifted.

c) When and over what period of time did the exposure occur? Since the #5 entry has become intake.

d) Is this first hand information? Yes ☒   No ☐
If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☒   No ☐

a) Who had this knowledge? (Name and Title) Jamie Ferguson  V.P.

b) How was this knowledge evidenced? This room was shown on the 1200 map.

c) Is this first hand information? Yes ☒   No ☐
If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**

Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☒

Inspector AR Number: 24177   Signature: Joey L Athey   Date: 8-4-09

Supervisor: Do you agree with the inspector's conclusion? Yes ☒   No ☐
Signature: Thomas C Clark   Date: 8-6-2009

**POSSIBLE RECOMMENDED ACTIONS:**

A. Conduct a special investigation. ☐     C. No further action. ☒

Assistant District Manager: Recommendation: C (A or C from the list above)
Signature: _____   Date: 8/10/09

Supervisory Special Investigator: Recommendation: C (A or C from the list above)
Signature: David E Rhodes   Date: 8/11/09

District Manager: Action Decision: C (A or C from the list above)
Signature: Robert G Hardman   Date: 8/12/2009

ADDITIONAL COMMENTS OR REMARKS: This violation does not meet the criteria for a 110 investigation.

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No: _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)     **WHITE: SPECIAL INVESTIGATOR**

Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

8/4/09 *(handwritten)*

**Section I–Violation Data**

| 1. Date Mo Da Yr 08/03/2009 | 2. Time (24 Hr. Clock) 1400 | | 3. Citation/ Order Number 8094551 |
|---|---|---|---|

| 4. Served To RICK FOSTER (MINE FOREMAN) | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

THE OPERATOR HAS FAILED TO CONDUCT A PRE-SHIFT EXAMINATION ON THE ROOM THAT WAS DRIVEN APPROXIMATELY 23 FT. OFF THE INTAKE AIR COURSE AT SPAD #26 SOUTH PORTAL.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.360(b)(6)(ii) |
|---|---|---|---|

**Section II–Inspector's Evaluation**

10. Gravity:

A. Injury or Illness (has) (is): No Likelihood ☐   Unlikely ☑   Reasonably Likely ☐   Highly Likely ☐   Occurred ☐

B. Injury or illness could reasonably be expected to be: No Lost Workdays ☑   Lost Workdays Or Restricted Duty ☐   Permanently Disabling ☐   Fatal ☐

C. Significant and Substantial: Yes ☐   No ☑     D. Number of Persons Affected: 018

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐   Order ☑   Safeguard ☐   Written Notice ☐ |
|---|---|

| 14. Initial Action A. Citation ☐   B. Order ☑   C. Safeguard ☐   D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

15. Area or Equipment   THE #3 AND #4 SECTIONS.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III–Termination Action**

17. Action to Terminate

| 18. Terminated | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section IV–Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 4119293 | 21. Primary or Mill |
|---|---|---|

| 22. Signature *(signature)* | 23. AR Number 24172 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

Mine Citation/Order
Continuation

U.S. Department of Labor
Mine Safety and Health Administration

TC 8/5/09

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action | 1a. Continuation | 2. Dated (Original Issue) | Mo Da Yr 08/03/2009 | 3. Citation/ Order Number 8094551 - 01 |
|---|---|---|---|---|
| ☑ | ☐ | | | |

4. Served To
RICK FOSTER (MINE FOREMAN)

5. Operator
PERFORMANCE COAL COMPANY

6. Mine
UPPER BIG BRANCH MINE-SOUTH

7. Mine ID
46-08436

(Contractor)

**Section II—Justification for Action**

THE OPERATOR IS NOW CONDUCTING A PRE SHIFT EXAM OF THE ROOM.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 9. Extended To | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | | C. Vacated ☐ | D. Terminated ☑ | E. Modified ☐ |
|---|---|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 4119293 |
|---|---|

| 11. Signature | AR Number 24172 | 12. Date Mo Da Yr 08/04/2009 | 13. Time (24 Hr. Clock) 1115 |
|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID 4608436      MSHA OFFICE 0401

MINE NAME Upper Big Branch Mine - South

COMPANY NAME Performance Coal Company

Citation/Order No. 8094550      Date 8-3-09

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☒
   a) Who was exposed to the hazard? (Name and Occupation) Names of miners are attached for #3 #4 sections.
   b) How were they exposed to the hazard? Not having an accurate and up to date map in the event of an evacuation.
   c) When and over what period of time did the exposure occur? This condition has existed for several shifts.
   d) Is this first hand information? Yes ☒   No ☐
      If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☐   No ☐
   a) Who had this knowledge? (Name and Title) Jamie Ferguson V.P.
   b) How was this knowledge evidenced? Mr. Ferguson should review this map to make sure it's correct.
   c) Is this first hand information? Yes ☒   No ☐
      If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☒

Inspector AR Number: 24172   Signature: Joey L Athey   Date: 8-4-09

Supervisor: Do you agree with the inspector's conclusion? Yes ☒   No ☐
Signature: Dhon C Clus   Date: 8-6-2009

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐      C. No further action. ☒

Assistant District Manager: Recommendation: C (A or C from the list above)
Signature: _____   Date: 8/10/09

Supervisory Special Investigator: Recommendation: C (A or C from the list above)
Signature: David E Knowles   Date: 8/11/09

District Manager: Action Decision: C (A or C from the list above)
Signature: Robert G Hardman   Date: 8/12/09

ADDITIONAL COMMENTS OR REMARKS: This violation does not meet the criteria for a 110 investigation.

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)      WHITE: SPECIAL INVESTIGATOR

Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

8/4/09
TC

**Section I—Violation Data**

| 1. Date Mo Da Yr | 2. Time (24 Hr. Clock) | 3. Citation/ Order Number |
|---|---|---|
| 08/03/2009 | 1355 | 8094550 |

| 4. Served To | 5. Operator |
|---|---|
| RICK FOSTER (MINE FOREMAN) | PERFORMANCE COAL COMPANY |

| 6. Mine | 7. Mine ID | |
|---|---|---|
| UPPER BIG BRANCH MINE-SOUTH | 46-08436 | (Contractor) |

**8. Condition or Practice**       8a. Written Notice (103g) ☐

THE 1200 MAP FOR THIS MINE WAS INACCURATE IN THAT THE OPERATOR WAS SHOWING THE FAN FOR THE SOUTH PORTALS IN THE #4 ENTRY AND THE FAN IS LOCATED IN THE #5 ENTRY. ALSO THE #4 ENTRY HAS A STOPPING INSTALLED ACROSS THE MINE OPENING. THE PRIMARY ESCAPEWAY IS SHOWN COMING OUT THE #4 PORTAL WHEN IT SHOULD BE COMING OUT THE #5 PORTAL.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR | 75.1200 |
|---|---|---|---|---|

**Section II—Inspector's Evaluation**

**10. Gravity:**

A. Injury or Illness (has) (is):   No Likelihood ☐   Unlikely ☑   Reasonably Likely ☐   Highly Likely ☐   Occurred ☐

B. Injury or illness could reasonably be expected to be:   No Lost Workdays ☑   Lost Workdays Or Restricted Duty ☐   Permanently Disabling ☐   Fatal ☐

C. Significant and Substantial:   Yes ☐   No ☑     D. Number of Persons Affected:   018

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |
|---|---|---|---|---|---|

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

**15. Area or Equipment**   THE #3 AND #4 SECTIONS.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III—Termination Action**

**17. Action to Terminate**

| 18. Terminated | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code) | 20. Event Number | 21. Primary or Mill |
|---|---|---|
| E01 | 4119293 | |

| 22. Signature | 23. AR Number |
|---|---|
| Joey S Atkey | 24172 |

MSHA Form 7000-3, Apr 08 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

Mine Citation/Order
Continuation

U.S. Department of Labor
Mine Safety and Health Administration

*Te 8/5/09*

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated (Original Issue) | Mo | Da | Yr | 3. Citation/Order Number 8094550 - 01 |
|---|---|---|---|---|---|---|
| | | | 08/03/2009 | | | |

4. Served To
RICK FOSTER  (MINE FOREMAN)

5. Operator
PERFORMANCE COAL COMPANY

6. Mine
UPPER BIG BRANCH MINE-SOUTH

7. Mine ID
46-08436

(Contractor)

**Section II--Justification for Action**

THE 1200 MAP IS NOW UP TO DATE IN THE AFFECTED AREA.

See Continuation Form ☐

**Section III--Subsequent Action Taken**

| 8. Extended To | A. Date | Mo | Da | Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|---|---|---|---|

**Section IV--Inspection Data**

9. Type of Inspection  E01

10. Event Number   4119293

| 11. Signature | AR Number 24172 | 12. Date | Mo | Da | Yr | 13. Time (24 Hr. Clock) |
|---|---|---|---|---|---|---|
| *Goei L athey* | | | 08/04/2009 | | | 1300 |

MSHA Form 7000-3a, Mar 85 (revised)

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID _4608436_    MSHA OFFICE _2040I_

MINE NAME _Upper Big Branch - South_

COMPANY NAME _Performance Coal Company_

Citation/Order No. _8086909_    Date _10-21-09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?    YES ☐    NO ☒    If yes: Fatal? ☐    Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?    Yes ☒    No ☐
   a) Who was exposed to the hazard? (Name and Occupation)
   _Omar Lewis, Michael Jacquez, Mitch Williams S/C operator_
   b) How were they exposed to the hazard? _No protection provided for the protection of the_
   _operator from the Roof or Rib._
   c) When and over what period of time did the exposure occur? _Section began production_
   _10-10-09._
   d) Is this first hand information? Yes ☒    No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☒    No ☐
   a) Who had this knowledge? (Name and Title) _Tim Williams, Rick Foster, Gary May, Into Foreman Mine foreman, Sup._
   b) How was this knowledge evidenced? _Gary May measured behind me, showme his notes_
   _Nowhere measured 42", operator is on the section daily._
   c) Is this first hand information? Yes ☒    No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _Op was waiting for the approval of 66+67 methane dust_
   _Plan Bigger Equp. and failed to install the canopies on the equipment._

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐    No ☒ aw

Inspector AR Number _24025_    Signature _[signature]_    Date _10-29-09_

Supervisor: Do you agree with the inspector's conclusion? Yes ☒    No ☐
Signature: _Edward O. Matthews_    Date: _10/29/09_

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐    C. No further action. ☒

Assistant District Manager: Recommendation: _C_ (A or C from the list above)
Signature: _[signature]_    Date: _10/30/09_

Supervisory Special Investigator: Recommendation: _C_ (A or C from the list above)
Signature: _David E. Rhodes_    Date: _10/30/09_

District Manager: Action Decision: _C_ (A or C from the list above)
Signature: _Robert G. Hardman_    Date: _10/30/2009_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet_
_the criteria for further review._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____    Date Assigned _____

Investigator Assigned _____    ID No. _____

MSHA Form 7000-20, June 97 (revised)    WHITE: SPECIAL INVESTIGATOR

| Mine Citation/Order | U.S. Department of Labor |
|---|---|
| | Mine Safety and Health Administration |

**Section I—Violation Data**

| 1. Date Mo Da Yr<br>10/21/2009 | 2. Time (24 Hr. Clock)<br>0925 | | 3. Citation/<br>Order Number 8086909 |
|---|---|---|---|
| 4. Served To<br>Tim Williams (Foreman) | | 5. Operator<br>PERFORMANCE COAL COMPANY | |
| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | | 7. Mine ID 46-08436 | (Contractor) |

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

The Joy shuttle car Serial No. 16851A being used on the 064-0 MMU, No. 3 Section located at the section dumping point that measured with a standard rule to be an average of 60 inches was not provided with a cab or canopy. The entries located to the working faces on the 064 MMU average measured with a standard rule to be 51 inches. This section was moved from a low seam on 10/16/2009 and began production on 10/19/2009.

Management engaged in aggravated conduct constituting more than ordinary negligence, this violation is unwarrantable failure to comply with a mandatory standard.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐<br>Safety ✓<br>Other ☐ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR 75.1710-1 |
|---|---|---|---|

**Section II—Inspector's Evaluation**

| 10. Gravity: | | | | | |
|---|---|---|---|---|---|
| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ✓ | Highly Likely ☐ | Occurred ☐ |
| B. Injury or Illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ✓ | | Permanently Disabling ☐ | Fatal ☐ |
| C. Significant and Substantial: | Yes ✓ | No ☐ | D. Number of Persons Affected: 001 | | |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ✓ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐ Order ✓ Safeguard ☐ Written Notice ☐ |
|---|---|

| 14. Initial Action | | | | E. Citation/<br>Order Number 8082692 | F. Dated Mo Da Yr<br>03/17/2009 |
|---|---|---|---|---|---|
| A. Citation ☐ | B. Order ✓ | C. Safeguard ☐ | D. Written Notice ☐ | | |

| 15. Area or Equipment | The Joy shuttle car, Serial No. 16851A, located on the 064 MMU. |
|---|---|

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III—Termination Action**

| 17. Action to Terminate |
|---|

| 18. Terminated | A. Date Mo Da Yr<br>10/21/2009 | B. Time (24 Hr. Clock) 1315 | |
|---|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection<br>(activity code) E01 | 20. Event Number 6288652 | 21. Primary or Mill |
|---|---|---|
| 22. Signature | | 23. AR Number 24025 |

MSHA Form 7000-3, Apr-08 (revised)  In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW, MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

| Mine Citation/Order Continuation | | U.S. Department of Labor Mine Safety and Health Administration | |
|---|---|---|---|

**Section I–Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 10/21/2009 | 3. Citation/Order Number 8086909 – 01 |
|---|---|---|---|

| 4. Served To Rick Foster (Mine Foreman) | 5. Operator PERFORMANCE COAL COMPANY | |
|---|---|---|
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |

**Section II–Justification for Action**

A canopy was provided for the Joy shuttle car Serial NO. 16851A.

See Continuation Form ☐

**Section III–Subsequent Action Taken**

| 8. Extended To | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|---|

**Section IV–Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 6288652 | | |
|---|---|---|---|
| 11. Signature | AR Number 24025 | 12. Date Mo Da Yr 10/21/2009 | 13. Time (24 Hr. Clock) 1315 |

MSHA Form 7000-3a, Mar 85 (revised)

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID _4608436_   MSHA OFFICE _20401_

MINE NAME _Upper Bg Branch Mine-South_

COMPANY NAME _Performance Coal Company_

Citation/Order No. _8086908_   Date _10-21-09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☒   No ☐
   a) Who was exposed to the hazard? (Name and Occupation) _Equipment operator Justin Mowad (scoop op.)_
   b) How were they exposed to the hazard? _No protection provided for the operator from the roof and rib_
   c) When and over what period of time did the exposure occur? _Began production 10-19-09_

   d) Is this first hand information?   Yes ☒   No ☐
      If not, who provided the information? (Name and Occupation) _____
2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☒   No ☐
   a) Who had this knowledge? (Name and Title) _Tim Williams foreman, Rick Foster Mine foreman, Gary May (sup)_
   b) How was this knowledge evidenced? _Gary May measured the active working and show me his notes no where under 42"._
   c) Is this first hand information?   Yes ☒   No ☐
      If not, who provided the information? (Name and Occupation) _____
3. Any other pertinent information: _Section moved from a lower seam on 10-16-09 and failed to provided cab or canopy for the equipment._

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐   No ☒

Inspector AR Number: _24025_   Signature _(signature)_   Date _10-29-09_

Supervisor. Do you agree with the inspector's conclusion? Yes ☒   No ☐
Signature: _Edward O-Matthews_   Date: _10/29/09_

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐      C. No further action. ☒
Assistant District Manager: Recommendation: _C_ (A or C from the list above)
Signature: _(signature)_   Date: _10/29/09_

Supervisory Special Investigator: Recommendation: _C_ (A or C from the list above)
Signature: _Leslie P. Klocker_   Date: _10/30/09_

District Manager: Action Decision: _C_ (A or C from the list above)
Signature: _Robert G. Hardman_   Date: _10/30/2009_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet the criteria for further review._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

## Section I–Violation Data

| 1. Date  Mo Da Yr  10/21/2009 | 2. Time (24 Hr. Clock)  0910 | | 3. Citation/  Order Number  8086908 |
|---|---|---|---|

| 4. Served To  Tim Williams (Foreman) | 5. Operator  PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine  UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID  46-08436 | (Contractor) |
|---|---|---|

**8. Condition or Practice** ☐ 8a. Written Notice (103g) ☐

The Fairchild scoop Serial No. 337-196 being used on the 064-0 MMU, No. 3 Section located in the last open break 6 to 7 that measured with a standard rule to be an average of 66 inches was not provided with a cab or canopy. The entries located to the working faces on the 064 MMU average measured with a standard rule to be 51 inches. This section was moved from a low seam on 10/16/2009 and began production on 10/19/2009.

Management engaged in aggravated conduct constituting more than ordinary negligence, this violation is unwarrantable failure to comply with a mandatory standard.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐  Safety ☑  Other ☐ | B. Section  of Act | C. Part/Section of  Title 30 CFR  75.1710-1 |
|---|---|---|---|

## Section II–Inspector's Evaluation

**10. Gravity:**

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|
| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☑ | Permanently Disabling ☐ | Fatal ☐ | |
| C. Significant and Substantial: | Yes ☑ | No ☐ | | D. Number of Persons Affected:  001 | |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action  104(d)(2) | 13. Type of Issuance (check one)  Citation ☐  Order ☑  Safeguard ☐  Written Notice ☐ |
|---|---|

| 14. Initial Action  A. Citation ☐  B. Order ☑  C. Safeguard ☐  D. Written Notice ☐ | E. Citation/  Order Number  8082692 | F. Dated  Mo Da Yr  03/17/2009 |
|---|---|---|

| 15. Area or Equipment  The Fairchild scoop, Serial No. 337-196, located on the 064 MMU. |
|---|

| 16. Termination Due | A. Date  Mo Da Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|

## Section III–Termination Action

17. Action to Terminate

| 18. Terminated | A. Date  Mo Da Yr  10/21/2009 | B. Time (24 Hr. Clock)  1340 | |
|---|---|---|---|

## Section IV–Automated System Data

| 19. Type of Inspection  (activity code):  E01 | 20. Event Number  6288652 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number  24025 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

| Mine Citation/Order Continuation | | | U.S. Department of Labor Mine Safety and Health Administration | | |
|---|---|---|---|---|---|

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ 1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 10/21/2009 | | 3. Citation/ Order Number 8086908 - 01 | | |
|---|---|---|---|---|---|
| 4. Served To Rick Foster (Mine Foreman) | | | 5. Operator PERFORMANCE COAL COMPANY | | |
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | | | 7. Mine ID 46-08436 | | (Contractor) |

**Section II--Justification for Action**

A canopy was provided for the Fairchild scoop serial No. 337-196.

See Continuation Form ☐

**Section III--Subsequent Action Taken**

| 8. Extended To A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|

**Section IV--Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 6288652 | | | |
|---|---|---|---|---|
| 11. Signature | AR Number 24025 | 12. Date Mo Da Yr 10/21/2009 | 13. Time (24 Hr. Clock) 1340 | |

MSHA Form 7000-3a, Mar 85 (revised)

7:1000-VHSIA-IA

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID __4608436__                   MSHA OFFICE __20401__

MINE NAME __Upper Big Branch Mine-South__

COMPANY NAME __Performance Coal Company__

Citation/Order No. __8086907__                   Date __10-21-09__

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☐

   a) Who was exposed to the hazard? (Name and Occupation) __Omar Lewis, Michael Jacquez, Mitch Williams, S/C operator__

   b) How were they exposed to the hazard? __No protection provided for the operator from the Roof and Ribs__

   c) When and over what period of time did the exposure occur? __Section began production 10-19-09 w/o canopies provided.__

   d) Is this first hand information? Yes ☒   No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☒   No ☐

   a) Who had this knowledge? (Name and Title) __Tim Williams, foreman, Rick Foster mine foreman, Gary May Sup.__

   b) How was this knowledge evidenced? __Operators on the Section every day.__

   c) Is this first hand information? Yes ☒   No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: __No where on the Section measured under 42" Gary May could went behind me and measured, show me his finding No where under 42" Inby the section Dumping Point.__

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☐ OW

Inspector AR Number: __24025__   Signature _____   Date: __10-29-09__

Supervisor: Do you agree with the inspector's conclusion? Yes ☒   No ☐
Signature: __Edward O Matthews__                   Date: __10/29/09__

**POSSIBLE RECOMMENDED ACTIONS:**

A. Conduct a special investigation. ☐        C. No further action. ☒

Assistant District Manager: Recommendation: __C__ (A or C from the list above)
Signature: _____                   Date: __10/29/09__

Supervisory Special Investigator: Recommendation: __C__ (A or C from the list above)
Signature: _____                   Date: __10/30/09__

District Manager (Action Decision): __C__ (A or C from the list above)
Signature: __Robert D Hardman__                   Date: __10/30/2009__

ADDITIONAL COMMENTS OR REMARKS: __This violation does not meet the criteria for further review__

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____                   Date Assigned _____

Investigator Assigned _____                   ID No. _____

| Mine Citation/Order | | U.S. Department of Labor<br>Mine Safety and Health Administration | |

**Section I—Violation Data**

| 1. Date | Mo Da Yr<br>10/21/2009 | 2. Time (24 Hr. Clock)<br>0855 | | | 3. Citation/<br>Order Number  8086907 |

| 4. Served To<br>Tim Williams (Foreman) | 5. Operator<br>PERFORMANCE COAL COMPANY |

| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID  46-08436 | (Contractor) |

| 8. Condition or Practice | | | 8a. Written Notice (103g) ☐ |

The Joy shuttle car Serial No. PM 0158 being used on the 065-0 MMU, No. 3 Section located at the section dumping point in the last open break that measured with a standard rule to be an average of 52 inches was not provided with a cab or canopy. The entry that the shuttle car was located measured with a standard rule to be 46 inches. This section was moved from a low seam on 10/16/2009 and began production on 10/19/2009.

Management engaged in aggravated conduct constituting more than ordinary negligence, this violation is unwarrantable failure to comply with a mandatory standard.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐<br>Safety ☑<br>Other ☐ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR  75.1710-1 |

**Section II—Inspector's Evaluation**

**10. Gravity:**

| A. Injury or illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|
| B. Injury or illness could rea-<br>sonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☑ | | Permanently Disabling ☐ | Fatal ☐ |
| C. Significant and Substantial: | Yes ☑ | No ☐ | | D. Number of Persons Affected:  001 | |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |

| 12. Type of Action  104(d)(2) | 13. Type of Issuance (check one)  Citation ☐  Order ☑  Safeguard ☐  Written Notice ☐ |

| 14. Initial Action | A. Citation ☐  B. Order ☑  C. Safeguard ☐  D. Written Notice ☐ | E. Citation/<br>Order Number  8082692 | F. Dated  Mo Da Yr<br>03/17/2009 |

| 15. Area or Equipment | The Joy shuttle car, Serial No. PM 0158, located on the 065 MMU. |

| 16. Termination Due | A. Date  Mo Da Yr | B. Time (24 Hr. Clock) |

**Section III—Termination Action**

**17. Action to Terminate**

| 18. Terminated | A. Date  Mo Da Yr<br>10/21/2009 | B. Time (24 Hr. Clock)  1312 | |

**Section IV—Automated System Data**

| 19. Type of Inspection<br>(activity code)  E01 | 20. Event Number  6288652 | 21. Primary or Mill |

| 22. Signature | 23. AR Number  24025 |

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247); or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

| Mine Citation/Order<br>Continuation | | | | U.S. Department of Labor<br>Mine Safety and Health Administration | |
|---|---|---|---|---|---|

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated<br>(Original Issue) | Mo   Da   Yr<br>10/21/2009 | 3. Citation/<br>Order Number   8086907 – 01 | |
|---|---|---|---|---|---|
| 4. Served To<br>Rick Foster (Mine Foreman) | | | | 5. Operator<br>PERFORMANCE COAL COMPANY | |
| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | | | | 7. Mine ID<br>46-08436 | (Contractor) |

**Section II—Justification for Action**

A canopy was provided for the Joy shuttle car Serial No. PM 0158.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To | A. Date | Mo   Da   Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection   E01 | 10. Event Number   6288652 | | | |
|---|---|---|---|---|
| 11. Signature | AR Number<br>24025 | 12. Date   Mo   Da   Yr<br>10/21/2009 | 13. Time (24 Hr. Clock)<br>1312 | |

MSHA Form 7000-3a, Mar 85 (revised)

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID ___4608436___                    MSHA OFFICE ___20401___

MINE NAME ___Upper Big Branch Mine - South___

COMPANY NAME ___Performance Coal Company___

Citation/Order No. ___8086906___          Date ___10-21-09___

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☒
   a) Who was exposed to the hazard? (Name and Occupation)
   ___Omar Lewis, Jacquez Michael, Williams Mitch S/C operator___
   b) How were they exposed to the hazard? ___Operating S/C without protection to + from the___
   ___Roof or Ribs.___
   c) When and over what period of time did the exposure occur? ___Section moved from a Lower Seam on___
   ___10-16-09, Production began on 10-19-09.___
   d) Is this first hand information? Yes ☒   No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☒   No ☐
   a) Who had this knowledge? (Name and Title) ___Tim Williams, foreman, Rick Foster, Mine foreman, Gary May (S/c)___
   b) How was this knowledge evidenced? ___Section is over 42" INby section Dumping Point___
   ___Operator is on the section___
   c) Is this first hand information? Yes ☒   No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: ___No where out the section Measured under 42".___
   ___Gary May Also measured the height and could not measure Any___
   ___where under 42"___

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard?   Yes ☐   No ☒

Inspector AR Number ___24025___   Signature: _[signature]_   Date: ___10-29-09___

Supervisor: Do you agree with the inspector's conclusion?   Yes ☒   No ☐
Signature: ___Edward O. Matthews___   Date: ___10/29/09___

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐          C. No further action. ☐

Assistant District Manager: Recommendation: ___C___ (A or C from the list above)
Signature: _[signature]_   Date: ___10/29/09___

Supervisory Special Investigator: Recommendation: ___C___ (A or C from the list above)
Signature: _[signature]_   Date: ___10/30/09___

District Manager: Action Decision: ___C___ (A or C from the list above)
Signature: ___Robert B. Hardman___   Date: ___10/30/2009___

ADDITIONAL COMMENTS OR REMARKS: ___This violation does not___
___meet the criteria for further review___

**CASE ASSIGNMENT INFORMATION:**

   Investigation Case No. _____   Date Assigned _____

   Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

Section I—Violation Data

| 1. Date    Mo Da Yr<br>10/21/2009 | 2. Time (24 Hr. Clock)<br>0835 | | 3. Citation/<br>Order Number    8086906 |
|---|---|---|---|

| 4. Served To<br>Tim Williams (Foreman) | 5. Operator<br>PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine<br>UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID    46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

The Joy shuttle car Serial No. PM 0163 being used on the 065-0 MMU, No. 3 Section located in the No. 3 to 2 cross-cut in the last open break that measured with a standard rule to be an average of 60 inches was not provided with a cab or canopy. The entry that the shuttle car was located measured with a standard rule to be 77 inches. This section was moved from a low seam on 10/16/2009 and began production on 10/19/2009.

Management engaged in aggravated conduct constituting more than ordinary negligence, this violation is unwarrantable failure to comply with a mandatory standard.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐<br>Safety ☑<br>Other ☐ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR    75.1710-1 |
|---|---|---|---|

Section II—Inspector's Evaluation

| 10. Gravity: | | | | | |
|---|---|---|---|---|---|
| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
| B. Injury or Illness could rea-<br>sonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☑ | Permanently Disabling ☐ | Fatal ☐ |
| C. Significant and Substantial: | Yes ☑ | No ☐ | D. Number of Persons Affected:    001 |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action    104(d)(2) | 13. Type of Issuance (check one)   Citation ☐   Order ☑   Safeguard ☐   Written Notice ☐ |
|---|---|

| 14. Initial Action<br>A. Citation ☐   B. Order ☑   C. Safeguard ☐   D. Written Notice ☐ | E. Citation/<br>Order Number    8082692 | F. Dated    Mo Da Yr<br>03/17/2009 |
|---|---|---|

| 15. Area or Equipment | The Joy shuttle car, Serial No. PM 0163, located on the 065 MMU. |
|---|---|

| 16. Termination Due | A. Date    Mo Da Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|

Section III—Termination Action

17. Action to Terminate

| 18. Terminated | A. Date    Mo Da Yr<br>10/21/2009 | B. Time (24 Hr. Clock)    1310 | |
|---|---|---|---|

Section IV—Automated System Data

| 19. Type of Inspection<br>(activity code)    E01 | 20. Event Number    6288652 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number    24025 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW- MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration | |
|---|---|---|

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action 1a. Continuation ☑ ☐ | 2. Dated (Original Issue) | Mo Da Yr 10/21/2009 | 3. Citation/ Order Number 8086906 - 01 |
|---|---|---|---|
| 4. Served To Rick Foster (Mine Foreman) | | 5. Operator PERFORMANCE COAL COMPANY | |
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | | 7. Mine ID 46-08436 | (Contractor) |

**Section II—Justification for Action**

A canopy was provided for the Joy shuttle car Serial No. PM 0163.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 6288652 | | | |
|---|---|---|---|---|
| 11. Signature | AR Number 24025 | 12. Date | Mo Da Yr 10/21/2009 | 13. Time (24 Hr. Clock) 1310 |

MSHA Form 7000-3a, Mar 85 (revised)

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID _46 08436_    MSHA OFFICE _20401 Mt Hope_

MINE NAME _Upper Big Branch_

COMPANY NAME _Performance Coal Co._

Citation/Order No. _8103324_    Date _12/17/09_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?    YES ☐    NO ☑    If yes: Fatal? ☐    Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?    Yes ☐    No ☑
   a) Who was exposed to the hazard? (Name and Occupation) _Entire No. 3 Section Crew    Fire boss LACY STEWART_
   b) How were they exposed to the hazard? _Return for 3 section was not traveled in its entirety EP's and Panel mod traveled Return for 3 section._
   c) When and over what period of time did the exposure occur? _No exam since 4/15/09_

   d) Is this first hand information?  Yes ☑   No ☐
      If not, who provided the information? (Name and Occupation) _LACY STEWART  Fireboss_

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?  Yes ☑  No ☐
   a) Who had this knowledge? (Name and Title) _Gary May Superintendent    Rick Foster Mine Foreman_
   b) How was this knowledge evidenced? _Countersigned    Fire boss books_

   c) Is this first hand information?  Yes ☑   No ☐
      If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☑

Inspector AR Number: _2429_    Signature: _Keith Signne_    Date: _12/30/09_

Supervisor: Do you agree with the inspector's conclusion? Yes ☑  No ☐ _TM_
Signature: _Thomas Maxie_    Date: _1-20-10_

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation ☐    C. No further action ☑

Assistant District Manager:  Recommendation: _C_  (A or C from the list above)
Signature: _Kevin L Furey_    Date: _1-21-10_

Supervisory Special Investigator:  Recommendation: _C_ (A or C from the list above)
Signature: _David E Rhodes_    Date: _1/22/10_

District Manager Action Decision: _C_ (A or C from the list above)
Signature: _Robert G Hardman_    Date: _1/22/2010_

ADDITIONAL COMMENTS OR REMARKS: _This violation does not meet the criteria for a 110 investigation._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____    Date Assigned _____

Investigator Assigned _____    ID No. _____

| Mine Citation/Order | U.S. Department of Labor |
|---|---|
| Continuation | Mine Safety and Health Administration |

**Section I—Violation Data**

| 1. Date Mo Da Yr 12/17/2009 | 2. Time (24 Hr. Clock) 1130 | | 3. Citation/Order Number 8103324 |
|---|---|---|---|

| 4. Served To Gary May, Superintendent | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**8. Condition or Practice.**     8a. Written Notice (103g)

An examination by a certified persons has not been conducted for the third panel (non pillar panel) off of the right return for the No. 3 section. Also, an examination at evaluation points 60 and 61, as designated on the ventilation map, have not been conducted. The last dates found were 4/15/2009 and these areas have not been recorded in the designated weekly examination book for the last six months.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.364(a)(1) |
|---|---|---|---|

**Section II—Inspector's Evaluation**

**10. Gravity:**

A. Injury or illness (has) (is): No Likelihood ☐   Unlikely ☑   Reasonably Likely ☐   Highly Likely ☐   Occurred ☐

B. Injury or illness could reasonably be expected to be: No Lost Workdays ☐   Lost Workdays Or Restricted Duty ☑   Permanently Disabling ☐   Fatal ☐

C. Significant and Substantial: Yes ☐   No ☑     D. Number of Persons Affected: 008

**11. Negligence (check one)** A. None ☐   B. Low ☐   C. Moderate ☐   D. High ☑   E. Reckless Disregard ☐

**12. Type of Action** 104(d)(2)

**13. Type of Issuance (check one)** Citation ☐   Order ☑   Safeguard ☐   Written Notice ☐

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

**15. Area or Equipment** The right return off of the No. 3 section.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|

**Section III—Termination Action**

**17. Action to Terminate** An examination has been conducted by a certified person.

| 18. Terminated | A. Date Mo Da Yr 12/17/2009 | B. Time (24 Hr. Clock) 1300 | |
|---|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 6288652 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number 24329 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised) In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID 46 08436                    MSHA OFFICE 2040I   MT Hope

MINE NAME Upper Big Branch

COMPANY NAME Performance Coal Co.

Citation/Order No. 8085240                    Date 12/14/09

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☑   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)
1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☑
   a) Who was exposed to the hazard? (Name and Occupation)
   Fire boss Charlie Semenske ; Foreman (Smith). Miners working in Return Nail Section
   b) How were they exposed to the hazard? Examination / Rehabilitation work being conducted in 12" to 48"
   of clear murky water
   c) When and over what period of time did the exposure occur? At least 11/30/09 according to Jim Walker
   Safety Director Reported in Fire boss book and Co. Records of water levels
   d) Is this first hand information? Yes ☑   No ☑
   If not, who provided the information? (Name and Occupation) Everett Hagar Superintendent water level reports ,
   Jim Walker Safety Director Review of Records
2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☑   No ☐
   a) Who had this knowledge? (Name and Title) Everett Hagar   Andy Colier
   b) How was this knowledge evidenced? Cundu/signed books ; Everett went over water level records
   w/ me.
   c) Is this first hand information?   Yes ☑   No ☑
   If not, who provided the information? (Name and Occupation) Everett Hagar   superintendent
3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**
   Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☑
   Inspector AR Number: 24329   Signature: Keith Sigmon   Date: 12/30/09
   Supervisor: Do you agree with the inspector's conclusion? Yes ☑   No ☑ /M/
   Signature: Thomas Moore   Date: 1-20-10
**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐        C. No further action. ☑
   Assistant District Manager: Recommendation: C (A or C from the list above)
   Signature: Keith L Sigmon   Date: 1-21-10
   Supervisory Special Investigator: Recommendation C (A or C from the list above)
   Signature: Dave E Rhodes   Date: 1/22/10
   District Manager: Action/Decision: C (A or C from the list above)
   Signature: Robert H Hardman   Date: 1/22/2010
**ADDITIONAL COMMENTS OR REMARKS:** This violation does not meet
   the criteria for a 110 investigation.

**CASE ASSIGNMENT INFORMATION:**
   Investigation Case No. _____         Date Assigned _____
   Investigator Assigned _____          ID No. _____

MSHA Form 7000-20, June 97 (revised)        WHITE: SPECIAL INVESTIGATOR

12/14 19 MH

| Mine Citation/Order | U.S. Department of Labor<br>Mine Safety and Health Administration |
|---|---|

**Section I—Violation Data**

| 1. Date  Mo Da Yr  12/14/2009 | 2. Time (24 Hr. Clock)  0731 | | 3. Citation/<br>Order Number  8085240 |
|---|---|---|---|

| 4. Served To  Jim Walker; Safety Director | 5. Operator  PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine  UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID  46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

The No. 1 Section return cannot be safely traveled in its entirety due to dark-murky water measuring from 12 inches and up to 48 inches in depth from break 73 to break 134. The mine floor in this area contains slipping and tripping hazards due to unleveled bottom due to heaving of the mine floor, extraneous materials and slick rocks. This condition poses hazards related to tripping and falling hazards in water in depths up to 48 inches that could result in drowning. This citation is being issued in conjunction with a 107(a) order citation number 8085239.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐<br>Safety ☑<br>Other ☐ | B. Section<br>of Act | C. Part/Section of<br>Title 30 CFR  75.364(b)(2) |
|---|---|---|---|

**Section II—Inspector's Evaluation**

**10. Gravity:**

| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|

| B. Injury or illness could rea-<br>sonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☐ | Fatal ☑ |
|---|---|---|---|---|

| C. Significant and Substantial: | Yes ☑ | No ☐ | D. Number of Persons Affected:  001 |
|---|---|---|---|

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☑ | D. High ☐ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action  104(a) | 13. Type of Issuance (check one)  Citation ☑  Order ☐  Safeguard ☐  Written Notice ☐ |
|---|---|

| 14. Initial Action<br>A. Citation ☐  B. Order ☐  C. Safeguard ☐  D. Written Notice ☐ | E. Citation/<br>Order Number | F. Dated  Mo Da Yr |
|---|---|---|

| 15. Area or Equipment |
|---|

| 16. Termination Due | A. Date  Mo Da Yr  12/21/2009 | B. Time (24 Hr. Clock)  0800 | |
|---|---|---|---|

**Section III—Termination Action**

| 17. Action to Terminate |
|---|

| 18. Terminated | A. Date  Mo Da Yr | B. Time (24 Hr. Clock) | |
|---|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection<br>(activity code)  E01 | 20. Event Number  6288652 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number  24329 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)  In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

2S1000-VHSIN-A

Mine Citation/Order
Continuation

**U.S. Department of Labor**
Mine Safety and Health Administration

12/16/9 MH

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action | 1a. Continuation | 2. Dated (Original Issue) | Mo | Da | Yr | 3. Citation/Order Number |
|---|---|---|---|---|---|---|
| ☑ | ☐ | | 12/14/2009 | | | 8085240 - 01 |

| 4. Served To | 5. Operator |
|---|---|
| Jim Walker; Safety Director | PERFORMANCE COAL COMPANY |

| 6. Mine | 7. Mine ID | (Contractor) |
|---|---|---|
| UPPER BIG BRANCH MINE-SOUTH | 46-08436 | |

**Section II—Justification for Action**

| Change | From | To |
|---|---|---|
| 2. Issue Time | 07:31 | 19:31 |

Reason    The wrong time was entered.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To | A. Date | Mo | Da | Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |
|---|---|---|---|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection | E01 | 10. Event Number | 6288652 |
|---|---|---|---|

| 11. Signature | AR Number | 12. Date | Mo | Da | Yr | 13. Time (24 Hr. Clock) |
|---|---|---|---|---|---|---|
| | 24329 | | 12/15/2009 | | | 1338 |

MSHA Form 7000-3a, Mar 85 (revised)

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration |
|---|---|

**Section I–Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 12/14/2009 | 3. Citation/Order Number 8085240 – 02 |
|---|---|---|---|

| 4. Served To Gary May, Superintendent | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**Section II–Justification for Action**

The operator has complied with the approved ventilation revision for the #1 Section Return. Travel way in return has been rerouted around water and slip trip hazards per the new revision.

See Continuation Form ☐

**Section III–Subsequent Action Taken**

| 8. Extended To A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|

**Section IV–Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 6288652 |
|---|---|

| 11. Signature *Kevin E. Igall* | AR Number 24320 | 12. Date Mo Da Yr 12/30/2009 | 13. Time (24 Hr. Clock) 1326 |
|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

PSI000-VHSIN-JA

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID  46-08436               MSHA OFFICE  Mt. Hope

MINE NAME  Upper Big Branch Mine - South

COMPANY NAME  Performance Coal Co.

Citation/Order No.  8087709                    Date  1/7/10

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?    YES ☐    NO ☒    If yes: Fatal? ☐    Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?    Yes ☐    No ☒
   a) Who was exposed to the hazard? (Name and Occupation)  Dean Jones, Ricky Workman, Greg Brock, Bob Griffith, Joe Marcum, Eddie Mooney, Ronald Maynor, Howard Payne, Dennis Simmie, Kenny Chapman
   b) How were they exposed to the hazard?  Men on Section would not have a Fresh Air @ Primary Escapeway off of the Section (mmu 029-0)
   c) When and over what period of time did the exposure occur?  At least 3 weeks prior to Citation

   d) Is this first hand information? Yes ☒   No ☐
      If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?  Yes ☒   No ☐
   a) Who had this knowledge? (Name and Title)  Terry Moore, Mine Foreman
   b) How was this knowledge evidenced?  Mr. Moore stated he was aware of Condition

   c) Is this first hand information? Yes ☒   No ☐
      If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐  No ☒

Inspector AR Number:  24675          Signature:  [signature]                    Date: 1/11/10

Supervisor: Do you agree with the inspector's conclusion? Yes ☒   No ☐
Signature:  [signature]                                            Date: 1-20-10

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐          C. No further action. ☒
Assistant District Manager: Recommendation:  C  (A or C from the list above)
Signature:  [signature]                                            Date: 1-29-10

Supervisory Special Investigator: Recommendation:  C  (A or C from the list above)
Signature:  David E. Rhodes                                        Date: 2/1/10

District Manager: Action Decision:  C  (A or C from the list above)
Signature:  Robert B. Hardman                                      Date: 2/1/2010

ADDITIONAL COMMENTS OR REMARKS:  "Reasonably Likely" ± occur

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No.                                    Date Assigned

Investigator Assigned                          ID No.

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

**Mine Citation/Order**

**U.S. Department of Labor**
Mine Safety and Health Administration

| Section I—Violation Data | | | |
|---|---|---|---|
| 1. Date   Mo Da Yr   01/07/2010 | 2. Time (24 Hr. Clock)   0940 | | 3. Citation/ Order Number   8087709 |
| 4. Served To   Terry Moore, Mine Foreman | | 5. Operator   PERFORMANCE COAL COMPANY | |
| 6. Mine   UPPER BIG BRANCH MINE-SOUTH | | 7. Mine ID   46-08436 | (Contractor) |
| 8. Condition or Practice | | | 8a. Written Notice (103g) ☐ |

The operator is not following the Ventilation Plan as approved by the District Manager on the No.1 section (MMU's 029-0), air flow is not in the direction as shown on the approved map. The intake air split for the No.1 section which is used as the primary escapeway, with the lifeline miners are to use to escape in fresh air in emergency situations, the air flow has reversed with air flow going outby. In case of an emergency the men on this section would not have fresh air in the primary escapeway. Terry Moore, mine foreman, stated he was aware of this condition and that it has existed for approximately 3 weeks. Mr. Moore engaged in aggravated conduct constituting more than ordinary negligence in that he was aware of the condition. This violation is an unwarrantable failure to comply with a mandatory standard.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐   Safety ☑   Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR   75.370(a)(1) |
|---|---|---|---|

**Section II—Inspector's Evaluation**

| 10. Gravity: | | | | | |
|---|---|---|---|---|---|
| A. Injury or Illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | | Permanently Disabling ☐ | Fatal ☑ |
| C. Significant and Substantial: | Yes ☑ | No ☐ | | D. Number of Persons Affected:   015 | |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☐ | E. Reckless Disregard ☑ |
|---|---|---|---|---|---|

| 12. Type of Action   104(d)(2) | 13. Type of Issuance (check one)   Citation ☐   Order ☑   Safeguard ☐   Written Notice ☐ |
|---|---|

| 14. Initial Action   A. Citation ☐   B. Order ☑   C. Safeguard ☐   D. Written Notice ☐ | E. Citation/ Order Number   8082692 | F. Dated   Mo Da Yr   03/17/2009 |
|---|---|---|

| 15. Area or Equipment   The No.1 section and outby areas using this primary escapeway. |
|---|

| 16. Termination Due | A. Date   Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III—Termination Action**

| 17. Action to Terminate   The operator opened regulators to put air flow as shown on the approved map. |
|---|

| 18. Terminated | A. Date   Mo Da Yr   01/07/2010 | B. Time (24 Hr. Clock   1230 |
|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code)   E01 | 20. Event Number   6286108 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number   24675 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID _46-08436_    MSHA OFFICE _Mt. Hope_

MINE NAME _Upper Big Branch Mine - South_

COMPANY NAME _Performance Coal Co_

Citation/Order No. _8087710_    Date _1/7/10_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☒
   a) Who was exposed to the hazard? (Name and Occupation)
   _MSN  on  Longwall  Section  (MMU - 050-0 )_
   b) How were they exposed to the hazard? _Return  Air  was  Entering  Secondary  Escapeway_
   _With  Air  Current  going  to  Face._
   c) When and over what period of time did the exposure occur? _At least  2 hours  prior  to  Citation_

   d) Is this first hand information?   Yes ☒   No ☐
      If not, who provided the information? (Name and Occupation) _____
2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☒   No ☐
   a) Who had this knowledge? (Name and Title) _Everett  Hager - Superintendent_
   b) How was this knowledge evidenced? _After  Finding  out  about  Condition,  Mr. Hager  stated  to_
   _Mr. Terry  Moore,  Mine  Foreman,  he  knew  what  the  problem  was,  and  to  give  him  a_
   c) Is this first hand information?   Yes ☐   No ☒    _Couple  of  minutes  and  he  would  correct  it._
      If not, who provided the information? (Name and Occupation) _Terry  Moore,  Mine  Foreman_
3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐  No ☒

Inspector AR Number: _24675_    Signature: _____    Date: _1/11/10_

Supervisor: Do you agree with the inspector's conclusion? Yes ☒   No ☐
Signature: _____    Date: _1-20-10_

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐    C. No further action. ☒
Assistant District Manager:  Recommendation: _C_  (A or C from the list above)
Signature: _____    Date: _1-29-10_
Supervisory Special Investigator:  Recommendation: _C_  (A or C from the list above)
Signature: _____    Date: _2/1/10_
District Manager:  Action Decision: _C_  (A or C from the list above)
Signature: _____    Date: _2/1/2010_
ADDITIONAL COMMENTS OR REMARKS: _Reasonable  Likely  to  occur._

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____    Date Assigned _____

Investigator Assigned _____    ID No. _____

MSHA Form 7000-20, June 97 (revised)    WHITE: SPECIAL INVESTIGATOR

| Mine Citation/Order | U.S. Department of Labor |
|---|---|
| | Mine Safety and Health Administration |

**Section I—Violation Data**

| 1. Date | Mo Da Yr 01/07/2010 | 2. Time (24 Hr. Clock) 1310 | | | 3. Citation/ Order Number | 8087710 |
|---|---|---|---|---|---|---|

| 4. Served To Terry Moore, Mine Foreman | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**8. Condition or Practice**  8a. Written Notice (103g) ☐

The operator is not following the Ventilation Plan as approved by the District Manager. The return air course from the No.1 section at the overcast on the longwall belt, located 1 1/2 breaks outby survey spad No.22626 at break 11 was entering the secondary escapeway used by the men on the longwall section. This air is used to ventilate the face of the active longwall section (MMU 050-0). When checked with a Solaris gas detector, the detector showed 0.10% methane and 20.8% oxygen in the air going to the longwall face.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | | C. Part/Section of Title 30 CFR 75.370(a)(1) |
|---|---|---|---|---|

**Section II—Inspector's Evaluation**

**10. Gravity:**

| A. Injury or illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|

| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☐ | Fatal ☑ |
|---|---|---|---|---|

| C. Significant and Substantial: | Yes ☑ No ☐ | D. Number of Persons Affected: | 010 |
|---|---|---|---|

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |
|---|---|---|---|---|---|

| 14. Initial Action | A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|---|

**15. Area or Equipment** The secondary escapeway for the longwall section from break 11 on the longwall belt extending inby

**Section III—Termination Action**

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**17. Action to Terminate** A door was shut on the No.2 section and air returned to direction as shown on the approved map.

| 18. Terminated | A. Date Mo Da Yr 01/07/2010 | B. Time (24 Hr. Clock) 1314 |
|---|---|---|

**Section IV—Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 6286108 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number 24675 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW, MC-2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration



MINE ID  46-08436                    MSHA OFFICE  Mt. Hope

MINE NAME  Upper Big Branch - South

COMPANY NAME  Performance Coal Company

Citation/Order No.  8090256                    Date  1/11/2010

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☒

   a) Who was exposed to the hazard? (Name and Occupation)
   Jim Bowyer (Fire Boss)  Gary May (Superintendent)

   b) How were they exposed to the hazard?  They were downwind of the condition cited.

   c) When and over what period of time did the exposure occur?  1100 to 1305   1/11/2010

   d) Is this first hand information?   Yes ☒   No ☐
   If not, who provided the information? (Name and Occupation)

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?   Yes ☒   No ☐

   a) Who had this knowledge? (Name and Title)  Gary May Superintendent

   b) How was this knowledge evidenced?  Mr. May stated that he instructed the section crew to go and work on the problem

   c) Is this first hand information?   Yes ☒   No ☐
   If not, who provided the information? (Name and Occupation)

3. Any other pertinent information:

**INSPECTOR'S CONCLUSION:**

Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☒

Inspector AR Number:  24689        Signature:  Perry D. Bro___        Date: 1/11/2010

Supervisor:  Do you agree with the inspector's conclusion?   Yes ☒   No ☐
Signature:  James M. Humphrey                         Date: 1/14/2010

**POSSIBLE RECOMMENDED ACTIONS:**

   A. Conduct a special investigation. ☐        C. No further action. ☒

Assistant District Manager:  Recommendation:  C  (A or C from the list above)
Signature:  _____        Date: 1-28-10

Supervisory Special Investigator:  Recommendation:  C  (A or C from the list above)
Signature:  David E. Rhodes                   Date: 1/29/10

District Manager:  Action/Decision:  C  (A or C from the list above)
Signature:  Robert D. Harding                 Date: 1/29/2015

ADDITIONAL COMMENTS OR REMARKS:  Reasonable likely to occur.

**CASE ASSIGNMENT INFORMATION:**

   Investigation Case No. _____        Date Assigned _____

   Investigator Assigned _____        ID No. _____

MSHA Form 7000-20, June 97 (revised)            WHITE: SPECIAL INVESTIGATOR

| Mine Citation/Order | | U.S. Department of Labor Mine Safety and Health Administration | |
|---|---|---|---|

**Section I–Violation Data**

| 1. Date Mo Da Yr 01/11/2010 | 2. Time (24 Hr. Clock) 1205 | | 3. Citation/ Order Number  8090256 |
|---|---|---|---|

| 4. Served To Gary May, Superintendent | 5. Operator PERFORMANCE COAL COMPANY | |
|---|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID  46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) ☐ |
|---|---|

One bottom roller was running in accumulation of combustible materials, cross over bar was rubbing top of the bottom belt, and a 2nd bottom roller was stuck and the belt had rubbed a flat groove, one quarter inch deep into the roller, located on the #1 south belt, thirty feet outby break #5 and extended for a distance of thirty feet. Jim Bowyer (Fire Boss) said that Lacy Stewart (Fire Boss) had found this problem on Saturday January 09, 2010 and that the section crew had been working on it. At the time of this inspection no one was working on this section of belt. The operator engage in aggravated conduct by his failure to correct the known hazard before running the belt. This violation is an unwarrantable failure to comply with a mandatory standard.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR  75.1731(a) |
|---|---|---|---|

**Section II–Inspector's Evaluation**

10. Gravity:

| A. Injury or illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|
| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☑ | | Permanently Disabling ☐ | Fatal ☐ |
| C. Significant and Substantial: | Yes ☑ | No ☐ | D. Number of Persons Affected: | | 002 |

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action  104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |
|---|---|---|---|---|---|

| 14. Initial Action A. Citation ☐  B. Order ☑  C. Safeguard ☐  D. Written Notice ☐ | E. Citation/ Order Number  8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

15. Area or Equipment  #1 South Belt

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

**Section III–Termination Action**

17. Action to Terminate  Accumulation has now been cleaned up, the cross bar has now been lifted off of the top of the bottom belt, and the stuck roller has now been freed up, on the #1 South Belt

| 18. Terminated | A. Date Mo Da Yr 01/11/2010 | B. Time (24 Hr. Clock) 1305 |
|---|---|---|

**Section IV–Automated System Data**

| 19. Type of Inspection (activity code)  E01 | 20. Event Number  6286108 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number  24689 |
|---|---|

MSHA Form 7000-3, Apr 06 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions.  The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business.  If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416.  Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID __46-08436__     MSHA OFFICE __Mt. Hope__

MINE NAME __Upper Big Branch - South__

COMPANY NAME __Performance Coal Co__

Citation/Order No. __8087734__     Date __2/18/2010__

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?   YES ☐   NO ☒   If yes: Fatal? ☐   Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐   No ☒

   a) Who was exposed to the hazard? (Name and Occupation)   _Kevin Lambert - Shuttle Car_
   _Brandon Davis - Foreman, Mike Richards - Bolter, Ricky Brown - Bolter, James Lucas + Miner_

   b) How were they exposed to the hazard? __Men are traveling & working in area__

   c) When and over what period of time did the exposure occur? __2/10/10 - 2/14/10   3 Days__

   d) Is this first hand information? Yes ☒   No ☐
   If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation? Yes ☒   No ☐

   a) Who had this knowledge? (Name and Title) __Brandon Davis - Foreman, Jack Martin + Foreman, Joe Cook - Foreman__

   b) How was this knowledge evidenced? __Men was working in immediate area, places cited here__

   c) Is this first hand information? Yes ☒   No ☐
   If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐   No ☒

Inspector AR Number: __24675__   Signature: _____   Date: __2/23/10__

Supervisor: Do you agree with the inspector's conclusion? Yes ☒   No ☐
Signature: __Thomas K. Moore__   Date: __2-23-10__

**POSSIBLE RECOMMENDED ACTIONS:**
A. Conduct a special investigation. ☐     C. No further action. ☒

Assistant District Manager: Recommendation: __C__ (A or C from the list above)
Signature: _____   Date: __3.1.10__

Supervisory Special Investigator: Recommendation: __C__ (A or C from the list above)
Signature: __Dan E. Rhodes__   Date: __3/1/10__

District Manager: Action Decision: __C__ (A or C from the list above)
Signature: __Robert G. Hardman__   Date: __3/4/2010__

ADDITIONAL COMMENTS OR REMARKS: __#Not a high degree of risk__

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____   Date Assigned _____

Investigator Assigned _____   ID No. _____

MSHA Form 7000-20, June 97 (revised)     WHITE: SPECIAL INVESTIGATOR

**Mine Citation/Order**

**U.S. Department of Labor**
Mine Safety and Health Administration

### Section I—Violation Data

| 1. Date Mo Da Yr 02/18/2010 | 2. Time (24 Hr. Clock) 1125 | | 3. Citation/ Order Number 8087734 |
|---|---|---|---|

| 4. Served To: Berman Cornett, Safety | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 (Contractor) |
|---|---|

**8. Condition or Practice**                                                  8a. Written Notice (103g) ☐

The operator is not following the Roof Control Plan as approved by the District Manager. Located at the rehabilitation area for the new Barrier section, entries and crosscuts are from 20 1/2 feet to 24 feet in width. Survey spads could not be found in the area but according to the location of the North Mains track it would be 60, 61, and 62 break. Three entries are being rehabbed in this area. Crosscut No.1 to No.2 is 20 1/2 feet to 23 1/2 feet wide for a distance of 82 feet. Crosscut No.2 to No.3 is 20 1/2 feet to 23 1/2 feet wide for a distance of 75 feet. The No.2 entry is 21 feet to 24 feet wide for a distance of 72 feet.

See Continuation Form (MSHA Form 7000-3a) ☐

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR  75.220(a)(1) |
|---|---|---|---|

### Section II—Inspector's Evaluation

**10. Gravity:**

A. Injury or Illness (has) (is): No Likelihood ☐  Unlikely ☐  Reasonably Likely ☑  Highly Likely ☐  Occurred ☐

B. Injury or Illness could reasonably be expected to be: No Lost Workdays ☐  Lost Workdays Or Restricted Duty ☐  Permanently Disabling ☐  Fatal ☑

C. Significant and Substantial: Yes ☑  No ☐          D. Number of Persons Affected: 003

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) Citation ☐  Order ☑  Safeguard ☐  Written Notice ☐ |
|---|---|

| 14. Initial Action A. Citation ☐ B. Order ☑ C. Safeguard ☐ D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated Mo Da Yr 03/17/2009 |
|---|---|---|

**15. Area or Equipment**  The 3 entries and crosscuts on the rehabilitation area for the new Barrier section.

| 16. Termination Due | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

### Section III—Termination Action

**17. Action to Terminate**

| 18. Terminated | A. Date Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|

### Section IV—Automated System Data

| 19. Type of Inspection (activity code) E01 | 20. Event Number 6286108 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number 24675 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)    In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW  MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

ine Citation/Order
Continuation

**U.S. Department of Labor**
Mine Safety and Health Administration

| Section I–Subsequent Action/Continuation Data | | | | |
|---|---|---|---|---|
| 1. Subsequent Action ☑ | 1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 02/18/2010 | | 3. Citation/ Order Number 8087734 - 01 |
| 4. Served To Berman Cornett, Safety | | | 5. Operator PERFORMANCE COAL COMPANY | |
| 6. Mine UPPER BIG BRANCH MINE-SOUTH | | | 7. Mine ID 46-08436 | (Contractor) |

| Section II–Justification for Action | | |
|---|---|---|
| Change | From | To |

8. Condition Or Practice

Reason  To add: Page 12, Drawing 2 shows a maximum of 20 feet in width in crosscuts and entries.

See Continuation Form ☐

| Section III–Subsequent Action Taken | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8. Extended To | A. Date Mo Da Yr | B. Time (24 Hr. Clock) | | | ☐ C. Vacated | ☐ D. Terminated | ☑ E. Modified |

| Section IV–Inspection Data | | |
|---|---|---|
| 9. Type of Inspection  E01 | 10. Event Number  6286108 | |

| 11. Signature | AR Number 24675 | 12. Date Mo Da Yr 02/18/2010 | 13. Time (24 Hr. Clock) 1744 |
|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)

£91000-VHSW-Id

Mine Citation/Order
Continuation

**U.S. Department of Labor**
Mine Safety and Health Administration

**Section I--Subsequent Action/Continuation Data**

| 1. Subsequent Action | 1a. Continuation | 2. Dated (Original Issue) | Mo Da Yr 02/18/2010 | 3. Citation/ Order Number 8087734 - 0102 |
|---|---|---|---|---|
| ☑ | ☐ | | | |

| 4. Served To | 5. Operator |
|---|---|
| Berman Cornett, Safety Director | PERFORMANCE COAL COMPANY |

| 6. Mine | 7. Mine ID | (Contractor) |
|---|---|---|
| UPPER BIG BRANCH MINE-SOUTH | 46-08436 | |

**Section II--Justification for Action**

Timbers have been set in the locations indicated by the citation and according to the approved Roof Control Plan on page 12, drawing 2.

See Continuation Form ☐

**Section III--Subsequent Action Taken**

| 8. Extended To: | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|---|---|

**Section IV--Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 6286108 |
|---|---|

| 11. Signature | AR Number 24765 | 12. Date Mo Da Yr 02/19/2010 | 13. Time (24 Hr. Clock) 1045 |
|---|---|---|---|
| Matilda Collins | | | |

MSHA Form 7000-3a, Mar 85 (revised)



**POSSIBLE KNOWING/WILLFUL VIOLATION REVIEW FORM**
(Confidential, Pre-decisional Information)

**U.S. Department of Labor**
Mine Safety and Health Administration

MINE ID _46-08436_          MSHA OFFICE _Mt. Hope_

MINE NAME _Upper Big Branch Mine_

COMPANY NAME _Performance Coal Company_

Citation/Order No. _8087744_          Date _3/2/2010_

**ACCIDENT INFORMATION:**
Was this violation associated with an accident which caused an injury?     YES ☐     NO ☒     If yes: Fatal? ☐     Non-fatal? ☐

**REVIEW CRITERIA:** (Attach supplemental information if needed)

1. Did the condition or practice cited create the presence of a high degree of risk to the health and/or safety of miners?   Yes ☐     No ☒

   a) Who was exposed to the hazard? (Name and Occupation) _Mike Dickens - Electrician_
   _Kyle Anderson - Foreman, Rodney Osborone - Bolter, Alvis Alderman - Bolter, Andrew Lucas - Electrician_

   b) How were they exposed to the hazard? _They would be working in last open crosscut with not enough air to delute gasses, dust, etc._

   c) When and over what period of time did the exposure occur? _On 3/2/10 from 1230 - 110_

   d) Is this first hand information?  Yes ☒    No ☐
      If not, who provided the information? (Name and Occupation) _____

2. Did the operator or agent have actual knowledge, or reason to know, of the facts or conditions constituting the violation?  Yes ☒    No ☐

   a) Who had this knowledge? (Name and Title) _Kyle Anderson - Section Foreman_

   b) How was this knowledge evidenced? _It was obvious while walking travelway which is also intake air course for section, that not enough air was on section_

   c) Is this first hand information?  Yes ☒    No ☐
      If not, who provided the information? (Name and Occupation) _____

3. Any other pertinent information: _____

**INSPECTOR'S CONCLUSION:**
Based on this review, does this appear to be a possible knowing and/or willful violation of the Act or mandatory health or safety standard? Yes ☐ No ☒

Inspector AR Number: _24675_     Signature: _Jim K Std_     Date: _3/3/2010_

Supervisor: Do you agree with the inspector's conclusion? Yes ☒    No ☐
Signature: _Thomas R Moore_     Date: _3-8-10_

**POSSIBLE RECOMMENDED ACTIONS:**
   A. Conduct a special investigation. ☐          C. No further action. ☒
   Assistant District Manager: Recommendation: _C_ (A or C from the list above)
   Signature: _____     Date: _3-1-10_

   Supervisory Special Investigator: Recommendation: _C_ (A or C from the list above)
   Signature: _____     Date: _3/16/10_

   District Manager: Action/Decision: _C_ (A or C from the list above)
   Signature: _Robert D. Hardman_     Date: _3/16/2010_

ADDITIONAL COMMENTS OR REMARKS: _Not a high degree of risk_

**CASE ASSIGNMENT INFORMATION:**

Investigation Case No. _____          Date Assigned _____

Investigator Assigned _____          ID No. _____

MSHA Form 7000-20, June 97 (revised)          WHITE: SPECIAL INVESTIGATOR

Mine Citation/Order

**U.S. Department of Labor**
Mine Safety and Health Administration

**Section I–Violation Data**

| 1. Date | Mo Da Yr 03/02/2010 | 2. Time (24 Hr. Clock) 0110 | | | 3. Citation/ Order Number 8087744 |
|---|---|---|---|---|---|

| 4. Served To Kyle Anderson, Section Foreman | 5. Operator PERFORMANCE COAL COMPANY |
|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

| 8. Condition or Practice | 8a. Written Notice (103g) |
|---|---|

The operator is not following the Ventilation Plan as approved by the District Manager on the No.1 section (MMU 029-0) under the Methane Dust Control, in that, the minimum amount of air in the last open crosscut is not maintained at 15,000 CFM. When checked with an anemometer only 7,448 CFM was found in the last open crosscut, 2 to 3 entry.

See Continuation Form (MSHA Form 7000-3a)

| 9. Violation | A. Health ☐ Safety ☑ Other ☐ | B. Section of Act | C. Part/Section of Title 30 CFR 75.370(a)(1) |
|---|---|---|---|

**Section II–Inspector's Evaluation**

10. Gravity:

| A. Injury or illness (has) (is): | No Likelihood ☐ | Unlikely ☐ | Reasonably Likely ☑ | Highly Likely ☐ | Occurred ☐ |
|---|---|---|---|---|---|

| B. Injury or illness could reasonably be expected to be: | No Lost Workdays ☐ | Lost Workdays Or Restricted Duty ☐ | Permanently Disabling ☐ | Fatal ☑ |
|---|---|---|---|---|

| C. Significant and Substantial: | Yes ☑ | No ☐ | D. Number of Persons Affected: 005 |
|---|---|---|---|

| 11. Negligence (check one) | A. None ☐ | B. Low ☐ | C. Moderate ☐ | D. High ☑ | E. Reckless Disregard ☐ |
|---|---|---|---|---|---|

| 12. Type of Action 104(d)(2) | 13. Type of Issuance (check one) | Citation ☐ | Order ☑ | Safeguard ☐ | Written Notice ☐ |
|---|---|---|---|---|---|

| 14. Initial Action | A. Citation ☐ | B. Order ☑ | C. Safeguard ☐ | D. Written Notice ☐ | E. Citation/ Order Number 8082692 | F. Dated | Mo Da Yr 03/17/2009 |
|---|---|---|---|---|---|---|---|

| 15. Area or Equipment | The No.1 section in the last open line of crosscuts to the face area of all entries and crosscuts. |
|---|---|

| 16. Termination Due | A. Date | Mo Da Yr | B. Time (24 Hr. Clock) |
|---|---|---|---|

**Section III–Termination Action**

17. Action to Terminate

| 18. Terminated | A. Date | Mo Da Yr | B. Time (24 Hr. Clock |
|---|---|---|---|

**Section IV–Automated System Data**

| 19. Type of Inspection (activity code) E01 | 20. Event Number 6286108 | 21. Primary or Mill |
|---|---|---|

| 22. Signature | 23. AR Number 24675 |
|---|---|

MSHA Form 7000-3, Apr 08 (revised)   In accordance with the provisions of the Small Business Regulatory Enforcement Fairness Act of 1996, the Small Business Administration has established a National Small Business and Agriculture Regulatory Ombudsman and 10 Regional Fairness Boards to receive comments from small businesses about federal agency enforcement actions. The Ombudsman annually evaluates enforcement activities and rates each agency's responsiveness to small business. If you wish to comment on the enforcement actions of MSHA, you may call 1-888-REG-FAIR (1-888-734-3247), or write the Ombudsman at Small Business Administration, Office of the National Ombudsman, 409 3rd Street, SW, MC 2120, Washington, DC 20416. Please note, however, that your right to file a comment with the Ombudsman is in addition to any other rights you may have, including the right to contest citations and proposed penalties and obtain a hearing before the Federal Mine Safety and Health Review Commission.

| Mine Citation/Order Continuation | U.S. Department of Labor Mine Safety and Health Administration |
|---|---|

**Section I—Subsequent Action/Continuation Data**

| 1. Subsequent Action ☑ 1a. Continuation ☐ | 2. Dated (Original Issue) Mo Da Yr 03/02/2010 | 3. Citation/ Order Number 8087744 – 01 |
|---|---|---|

| 4. Served To Everett Hager, Superintendent | 5. Operator PERFORMANCE COAL COMPANY | |
|---|---|---|

| 6. Mine UPPER BIG BRANCH MINE-SOUTH | 7. Mine ID 46-08436 | (Contractor) |
|---|---|---|

**Section II—Justification for Action**

Ventilation controls were checked and replaced. An air reading of 20,613 CFM was obtained in the last open crosscut.

See Continuation Form ☐

**Section III—Subsequent Action Taken**

| 8. Extended To A. Date Mo Da Yr | B. Time (24 Hr. Clock) | ☐ C. Vacated | ☑ D. Terminated | ☐ E. Modified |
|---|---|---|---|---|

**Section IV—Inspection Data**

| 9. Type of Inspection E01 | 10. Event Number 6286108 | |
|---|---|---|

| 11. Signature | AR Number 24675 | 12. Date Mo Da Yr 03/02/2010 | 13. Time (24 Hr. Clock) 1015 |
|---|---|---|---|

MSHA Form 7000-3a, Mar 85 (revised)