UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA



ENTERED
AUG 2 0 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA,

vs.  CRIMINAL NO. 5:14-cr-00244

DONALD L. BLANKENSHIP

## ORDER

Pursuant to Section 4.02, "Drawing and Summoning of Jury Panels," as set forth in the *Plan Prescribing Method for the Composition of Jury Wheels and the Qualification and Random Selection of Grand and Petit Jurors,* **IT IS ORDERED** that there be randomly selected by the automated Jury Management System from the Charleston and Huntington Qualified Jury Wheels the names of three hundred (300) men and women duly and properly qualified to serve as jurors from the counties that comprise the Charleston and Huntington Divisions. The names of the three hundred (300) men and women randomly selected for this panel shall be subject to jury service for this case only.

It is further **ORDERED** that the Clerk or her designated representative shall issue a summons and a questionnaire with instructions for completion by August 31, 2015, to each of those jurors randomly selected to appear for the trial in this criminal matter. At a later time, the Court will provide to the Jury Administrator an individual voir dire schedule with specific dates and times for jurors to appear as directed by the Court.

It is further **ORDERED** that the three hundred (300) jurors randomly selected shall be subject to attend all sessions of this Court for prospective jury service until jury selection in this case is completed and, if selected as a juror to sit for the trial of this case, those said jurors must serve until the conclusion of the trial, unless excused by the Court. Of the three hundred (300) jurors randomly selected, the Clerk is directed to report to the undersigned judge those requests for excuse routinely received from summoned jurors regarding their inability to participate.

The Clerk is directed to provide a copy of this Order to the defendant and all counsel of record.

ENTER: August 20, 2015

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRCT OF WEST VIRGINIA