# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## BECKLEY

UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO. 5:14-00244

DONALD L. BLANKENSHIP

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR EARLY-RETURN DOCUMENT SUBPOENA TO MSHA

Comes now the United States of America, by the undersigned Assistant United States Attorney, and respectfully submits this Response to Defendant's Motion for Early-Return Document Subpoena to MSHA (ECF 300). The United States has no objection to voluntarily obtaining and providing Defendant the documents requested in his motion, and will do so by September 8, 2015, the date he requested. The United States' voluntary production of these documents does not, of course, amount to a representation by the United States that they are relevant or admissible. The United States submits that the Court may either grant the motion or deny it as moot.

Respectfully submitted,

/s/ Steven R. Ruby
Steven R. Ruby
Assistant United States Attorney
WV Bar No. 10752
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: steven.ruby@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR EARLY-RETURN DOCUMENT SUBPOENA TO MSHA**" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 20th day of August, 2015 to:

>Steven Herman
>Miles Clark
>Eric Delinsky
>William Taylor, III
>Blair Brown
>Zuckerman Spaeder LLP
>Suite 1000
>1800 M Street, NW
>Washington, DC 20036
>
>Alex Macia, Esq.
>Spilman Thomas & Battle PLLC
>P.O. Box 273
>Charleston, WV 25321
>
>James Walls, Esq.
>Spilman Thomas & Battle PLLC
>P.O. Box 615
>Morgantown, WV 26507

>/s/ Steven R. Ruby
>Steven R. Ruby
>Assistant United States Attorney
>WV Bar No. 10752
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax: 304-347-5104
>Email: steven.ruby@usdoj.gov