**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      CRIMINAL ACTION NO.  5:14-cr-00244

DONALD L. BLANKENSHIP,

        Defendant.

## JUROR QUESTIONNAIRE

Please Print Your Name: _____

Your Participant Number: _____

### Introduction

This questionnaire is intended to make jury selection more efficient in an upcoming criminal case. The answers you give in the questionnaire will help the Court and counsel determine whether you can or should serve as a juror in this particular trial.  There are no right or wrong answers.  The answers should be your own personal, honest, and candid ones.  To ensure that your answers are accurate and truthful, remember that you are answering these questions under penalty of perjury.  Your answers must be true and complete.  All information contained in this questionnaire will be kept confidential.  The information you provide will be given only to the Judge, the Clerk's Office, and the parties, and will be used solely for the purpose of selecting a jury in this case.

Between now and jury selection, please do not discuss this questionnaire, or your answers to it, with anyone, including other prospective jurors, or the lawyers for either side.  In addition, do not read any newspaper or internet articles about this case or visit any locations at issue in this case.  Do not assume that the questions indicate anything about what will be the evidence to be presented in this case.

Answer each question as best you can.  You are simply being asked to say honestly what you think.  Take your time.  Please write or print clearly with a pen.  If you need extra space to answer a question, you may continue an answer at the end of the questionnaire showing the number of the question being answered.

## DESCRIPTION OF THE CASE

In this case, the defendant, Donald L. Blankenship, is charged in a three-count indictment with criminal offenses involving mandatory mine safety and health standards and making false and fraudulent statements to the Securities and Exchange Commission and others. The defendant has entered pleas of not guilty to each of the counts of the indictment.

Today you are asked to fill out this questionnaire. Jurors will come to court on a later date for verbal questioning and jury selection. It is likely that evidence will be presented from Monday through Friday, except for holidays and other adjournments of trial.

Service on a jury is one of the highest duties that each citizen owes to his or her country, and inconvenience or ordinary financial problems related to jury service will not be sufficient to excuse a prospective juror. Federal law forbids any employer from discharging or discriminating against an employee because of jury service.

Remember, the answers should be your own. Do not consult with anyone, and do no research to help you answer the questionnaire. Also, do not call the Court, the Clerk, or anyone else regarding any questions you may have with respect to your jury service or the questionnaire.

[If your answer to a question is longer than the space provided, please use the blank pages attached at the end. Do not write on the back of the pages unless you run out of space on the very last page.]

## BACKGROUND

Name _____

1.  Date of birth _____ Age:_____ Male _____ Female _____

2.  In what town do you live? _____

3.  In what county do you live? □ Boone  □ Cabell  □ Clay  □ Fayette  □ Jackson  □ Kanawha
    □ Lincoln  □ Logan  □ Mason  □ Mingo  □ Nicholas  □ Putnam  □ Roane  □ Wayne
    □ Wirt  □ Wood

4.  How long have you lived in this county? _____

5.  Are you a citizen of the United States?  Yes_____ No_____

6.  Can you read and understand the English language?  Yes_____ No_____

    **IF NO:** Has anyone read and explained this questionnaire to you, or assisted you in answering these questions in any way?  Yes_____ No_____

7.  Jury service will be required from 9:00 AM to 5:00 PM, Monday through Friday, and you would have to be present for every session at the direction of the Court. Do you have any physical or mental disabilities that would impair your ability to serve as a juror?  Yes___ No___

   **IF YES:** Please explain: _____

_____

8.  Length of time at current address: _____ years

9.  What is your marital status?

_____ Single
_____ Married
_____ Divorced
_____ Widowed
_____ Separated
_____ Living with non-marital mate

10.  Please describe briefly the employment status of your past and present spouse(s) and/or domestic partner(s), including their occupations and employers:

_____
_____
_____

11.  What is the educational background of your spouse or domestic partner?

_____
_____
_____

12.  To what social, political or religious organizations do you belong?

_____
_____
_____

13.  What leadership positions have you held within any of those groups or organizations?

_____
_____

14.  How do you usually get your news? (Please check all that apply):

_____ Newspaper(s) (which)_____
_____ Radio, including talk radio (which programs)_____
_____ Television (which stations)   _____
_____ Magazines (which)   _____
_____ Internet or social media (which sites)_____
_____ Word of mouth _____

How many times per week do you read about or listen to the news? _____

Do you subscribe to and or log on to any websites (blogs, discussion groups, chat rooms) or do you have your own blog or personal website?     Yes_____ No_____

**IF YES:** Please describe:_____
_____

15.  How often do you post on blogs, online reviews, news article comment areas, or other internet areas? _____

16.  Have you closely followed particular crime stories, criminal cases, or trials in the news or on television programs?     Yes_____ No_____

**IF YES:**  What cases, or stories, or programs?_____
_____
_____

What was your interest in those cases, stories, or programs? _____
_____
_____
_____

## EDUCATION

17.  What is the highest level of education you completed?

_____ Grade school
_____ Some high school
_____ High school graduate
_____ Technical or business school
_____ Some college
_____ Associate's degree
_____ Bachelor's degree
_____ Postgraduate degree

Please list any degrees or certificates you may have and your major areas of study.
_____
_____

18.  What special training or skills do you have? _____
_____
_____

4

19.  Have you ever taken courses or had any training in any of the following subjects?

| | | |
|---|---|---|
| ___Law | ___Mine Engineering | ___Labor Relations |
| ___Mine Safety | ___Law Enforcement | ___Business |
| ___Criminology | ___Sociology | ___Human Behavior |

   Please describe the course(s) or training:_____
_____

## WORK HISTORY

20.  What is your current job status?

_____ Working full-time
_____ Working part-time
_____ Homemaker
_____ Disabled
_____ Retired - when?
_____ Never employed
_____ Unemployed
_____ Full-time student

21.  For what company or organization do or did you work?_____

22.  What do or did you do at work? _____

23.  How long have you been or were you employed in this particular position? _____

24.  Does or did your job include the responsibility of hiring/firing?    Yes____ No____

25.  Do you have a second (or third or more) job?  Yes____ No____

   **IF YES:** Please describe: _____
_____

26.  If retired, disabled, or unemployed, what was your occupation? _____

27.  Has your occupation changed in recent years?  Yes____ No____

   **IF YES:** What was your prior occupation? _____

   For how long? _____

28.  Are you now or were you ever a member of a labor union?    Yes _____ No _____

   **IF YES**: What union? _____

Did you hold any office in the union? _____

29. Have you ever worked in a job involving public safety (e.g., police officer, fire fighter, EMT)?

                                                                                 Yes____ No____

**IF YES:** Please describe:_____
_____

30.  Have you ever worked for a federal, state, or regulatory agency?      Yes____ No ____

**IF YES**: Please describe: _____
_____

31.  Have you or has a close family member ever served in the armed forces, including the reserves, National Guard, Merchant Marines, or ROTC?      Yes____ No ____

**IF YES**: Please describe: _____
_____
_____

## RELATIONSHIP TO PARTIES IN THIS CASE

32.  Do you know, or have any connection with, any of the attorneys in this case or with any member of their offices?

**UNITED STATES** (United States Attorneys for the Southern District of West Virginia):

| | |
|---|---|
| R. Booth Goodwin II | Yes____ No____ |
| Steven R. Ruby | Yes____ No____ |
| R. Gregory McVey | Yes____ No____ |
| Gabriele Wohl | Yes____ No____ |
| Any employee of the Office of the United States Attorney for the Southern District of West Virginia | Yes____ No____ |

**DEFENSE:**

| | |
|---|---|
| William L Taylor, III | Yes____ No____ |
| Blair G. Brown | Yes____ No____ |
| Eric R. Delinsky | Yes____ No____ |
| R. Miles Clark | Yes____ No____ |
| Steven N. Herman | Yes____ No____ |
| Any employee of the firm of Zuckerman Spaeder LLP | Yes____ No____ |
| James A. Walls | Yes____ No____ |
| Alex Macia | Yes____ No____ |
| Any employee of the firm of Spilman, Thomas & Battle, PLLC | Yes____ No____ |

**IF YES**: Please describe: _____

_____

_____

_____

33. Have you formed any opinions about this case as a result of reviewing the list of attorneys and law firms involved in the case?    Yes_____ No_____

   **IF YES:** Please explain: _____

_____

_____

_____

34. Have you seen, read, or heard about Donald L. Blankenship, who was the former CEO of Massey Energy, which owned the Upper Big Branch Mine?   Yes_____ No_____

   **IF YES**: Please explain: _____

_____

_____

_____

## EXPERIENCE WITH THE LEGAL SYSTEM

35. Have you, any members of your family, or close personal friends ever been: (please check all that apply):

_____ the victim of a crime (whether or not it was reported to the police)
_____ a witness to a crime
_____ accused of or charged with a crime
_____ investigated for a crime

   **IF YES**: Please describe the situation. _____

_____

_____

   If there was an arrest, what was the outcome? _____

   If there was a trial, did you testify?    Yes_____ No_____

   Please describe any contact you had with police or courts as a result of this situation.

_____

_____

   Were you satisfied with the way the matter was handled by law enforcement and/or the Court?    Yes_____ No_____

7

If you were not satisfied, please explain: _____
_____
_____

36.  Have you ever belonged to a group or organization involved in law enforcement, or the criminal justice process, such as Block Watch, Neighborhood Watch, Crime Line, Victims for Victims, prisoners' rights, court monitoring, Mothers Against Drunk Driving, Tough Love, etc.?
                                                              Yes____ No____
     **IF YES:** Please describe: _____
_____
_____

37.  Have you ever been questioned in any matter by any federal law enforcement agency or agent (including the Department of Justice and the Federal Bureau of Investigation (FBI))?
                                                              Yes____ No____
     **IF YES**: Please explain: _____
_____
_____

38.  Have you, any members of your immediate family, or any close friends ever been involved in a civil lawsuit, either as a:  witness____, plaintiff____, or defendant____?  Yes____ No____

     **IF YES:**  Please explain who was involved and the nature and outcome of the lawsuit:
_____
_____
_____

39.  Have you or has someone close to you ever been involved in a work-related accident?
                                                              Yes____ No____
     **IF YES:** Please describe: _____
_____
_____

40.  Have you ever made or filed a formal work-related grievance or complaint?
                                                              Yes____ No____
     **IF YES:** Please describe: _____
_____
_____

41.  Have you ever reported any kind of fraud or financial crime to any investigative agency?
                                                              Yes____ No____
     **IF YES:** Please describe: _____
_____
_____

42.  Have you ever been involved in a "whistleblower" type situation?       Yes____ No____

  **IF YES:** Please describe:_____
  _____
  _____

43.  Do you currently have a court case of any kind pending?       Yes____ No____

  **IF YES:** Please describe:_____
  _____
  _____

44.  Have you, or do you expect to, become involved in any legal action or dispute with the United States, or any officers, agents, or employees of the United States?  Yes____ No____

  **IF YES**: Please explain: _____
  _____
  _____

45.  Do you have an opinion about the credibility of law enforcement officials? Yes____ No____

  **IF YES:** Please explain: _____
  _____
  _____

46.  The Court will give you an instruction on how to judge the believability or credibility of all witnesses.  Do you believe that law enforcement officers are more likely or less likely to tell the truth than other witnesses?     More likely___  No difference___  Less likely___

47.  Do you have any impressions, opinions or beliefs about the Federal Bureau of Investigation (FBI), Department of Justice (DOJ), the Mine Safety and Health Administration (MSHA), or law enforcement agencies generally that could cause you to either lean in favor of the United States or to lean against the United States?     Yes____ No____

  **IF YES:** Please explain: _____
  _____
  _____

48.  Have you ever served as a grand juror in the past?       Yes____ No____

  **IF YES**:  How many times?        _____
         When?              _____
         Type of case(s):       _____
         Were you a foreperson?    Yes____ No____

49.  Have you ever served as a trial juror in the past?       Yes____ No____

**IF YES**:  How many times?  _____
When?  _____
Type of case(s):  _____
Did the case(s) reach a verdict?   Yes_____ No_____

**IF NO**:  Was that because the jury could not agree on a verdict or because of some other reason?   Give reason: _____
_____

Were you selected as the foreperson?   Yes_____ No_____

50.  Is there anything about your jury experience that would make it difficult for you to serve on this case?   Yes_____ No_____

**IF YES:** Please explain: _____
_____
_____

51.  Please indicate the extent to which you agree or disagree with the following statements:

*If the government has charged someone with a crime, then that person has probably engaged in some kind of wrongdoing.*
Agree_____   Disagree_____   Unsure_____

*People who make a lot of money are treated better by our court system than other people.*
Agree_____   Disagree_____   Unsure_____

*Most coal mine operators care more about producing coal than about the safety of their miners.*
Agree_____   Disagree_____   Unsure_____

*Most corporate executives would break the law if they thought they would not get caught.*
Agree_____   Disagree_____   Unsure_____

52. Under the Constitution, every defendant charged with a crime is presumed innocent and cannot be found guilty of the crimes with which he is charged unless the United States proves his guilt beyond a reasonable doubt.  Are you willing to follow that law in this case and only find the defendant guilty if the United States proves his guilt beyond a reasonable doubt?
Yes_____ No_____

53.  Under the Constitution, a defendant has the right to remain silent and not testify, and it shall not be held against him if he does not take the witness stand.  Are you willing to follow that law in this case and only find the defendant guilty if the United States proves his guilt beyond a reasonable doubt?   Yes_____ No_____

54.  Would you tend to think that a person who did not testify was more likely to be guilty than not guilty?    Yes_____ No_____

55.  As a juror, and while the jury selection is in process, you are not permitted to read or listen to any media or internet coverage of this case.  Is there any reason why you cannot follow this instruction?    Yes_____ No_____

**IF YES:** Please explain: _____
_____
_____

56.  As a juror, and while jury selection is in process, the Court will instruct you that you will not be able to blog, tweet, post on Facebook or other social networks, talk about or otherwise communicate anything about this case, while the case is pending.  Is there any reason why you cannot follow this instruction?    Yes_____ No_____

**IF YES:** Please explain: _____
_____
_____

57.  Do you have any personal, moral or religious beliefs or opinions that would influence or affect your ability to follow the law as it is explained to you at the end of the case or to tender judgment?
Yes_____ No_____

**IF YES:** Please explain: _____
_____
_____

58.  Are you concerned that witnesses who are facing criminal charges are more likely to lie to avoid punishment for their crimes?    Yes_____ No_____

**IF YES:** Please explain: _____
_____
_____

## CASE RELATED ISSUES

59.  What have you seen, read, or heard about this case or any of the people involved in it? Please explain:_____
_____
_____
_____

Source(s)? _____

11

What was your personal reaction to what you saw, heard or read?   _____
_____
_____
_____

60.  Have you participated in any conversations or discussions about the case with anyone with knowledge of the facts or circumstances, or opinions about what the outcome should be?

Yes_____ No_____

    **IF YES:** Please explain: _____
_____
_____

61.  What, if any, opinions have you formed about Donald L. Blankenship, who was the former CEO of Massey Energy, which owned the Upper Big Branch Mine?_____
_____
_____
_____

62.  How much, if anything, have you seen, read, or heard about the investigation and indictment of Donald L. Blankenship, and about this trial?

Nothing ____   A little ____   Some things ____   A lot ____

    If more than nothing, what have you seen, read, or heard about the investigation and indictment of Donald L. Blankenship, and about this trial? _____
_____
_____
_____

63.  What, if any, opinions have you formed about the investigation and indictment of Donald L. Blankenship, and about this trial?   _____
_____
_____
_____

64.   How much, if anything, have you seen, read, or heard about the Upper Big Branch Mine explosion that occurred in April 2010 in Raleigh County?

Nothing ____   A little ____   Some things ____   A lot ____

    If more than nothing, what have you seen, read, or heard about the Upper Big Branch Mine explosion that occurred in April 2010 in Raleigh County?   _____
_____
_____
_____

65.  What, if any, opinions have you formed about any other investigations, indictments, and trials related to the Upper Big Branch Mine explosion that occurred in April 2010 in Raleigh County?

_____
_____
_____
_____

66.  Have you or has someone close to you ever worked at the Upper Big Branch Mine?

Yes ____ No____

    **IF YES:** Please describe each person's involvement: _____

_____
_____
_____

67.  Have you heard anything about conditions or practices at the Upper Big Branch Mine?

Yes____ No____

    **IF YES**: Please explain:_____

_____
_____

68. Do you know anyone who has been killed or injured in a mine or anyone who has had a family member killed or injured in a mine?     Yes____ No____

    **IF YES**: Please explain: _____

_____
_____

69.  Have you or has any close family member ever worked in the coal mining industry (this includes businesses that provide products, equipment, or services to coal mining companies)?

Yes ____ No ____

    **IF YES:**  Who worked in the mine? _____

            For how long? _____

            What was your/their specific job(s)? _____

            Where was the mine located? _____

            What type of mine? _____

70.  Have you or has anyone close to you worked as a mine inspector?     Yes____ No____

    **IF YES:** Please explain:_____

_____

71. Have you or has anyone close to you worked in the field of mine safety (e.g., safety training, safety program development)?        Yes_____ No_____

    **IF YES:** Please explain: _____
_____
_____

72. Do you know anyone who has been terminated from a job at a coal mine?  Yes___ No ___

    **IF YES:** Please explain: _____
_____
_____

73. Do you have any concerns or opinions about the company Massey Energy and its coal mining activities?       Yes_____ No_____

    **IF YES:** Please explain: _____
_____
_____

74. Do you have any knowledge about Donald L. Blankenship's political activities and political beliefs?    Yes_____ No_____

    **IF YES:** Please explain: _____
_____
_____

75. Do you believe that conspiracies between business executives are common?
Definitely___ Probably___ Probably not___ Definitely not___ Don't know___

76. How common is it for corporate executives to engage in illegal business activities?
Very common___ Somewhat common___ Somewhat rare___ Very rare___ Don't know___

77. Do you have any particular experiences, feelings or beliefs that might influence you as a juror in a case where someone died while working in a mine?    Yes_____ No_____

    **IF YES**: Please explain:_____
_____
_____

78. Have you expressed an opinion or impression as to the guilt or innocence of the defendant at any prior time?    Yes_____ No_____

79. Has anyone spoken with you, or indirectly tried to contact you, at any time about the case?
                                                             Yes_____ No_____

80. Have you overheard anything about the case?   Yes_____ No_____

**IF YES:** What did you hear?   _____
_____
_____
_____

81. Based on what you have seen, read or heard, please tell us what feelings or opinions you may have formed about this case, the charges, or the defendant, Donald L. Blankenship.
_____
_____
_____

    a. Would you be able to set those feelings aside and, if chosen as a juror, decide the case solely on the law and the evidence presented at trial?      Yes____  No____

    b. Have you formed an opinion regarding the guilt or innocence of the defendant, based on what you have seen, read or heard?      Yes___  No ____

    c. **IF YES:** What is that opinion?_____
_____

    d. Would you be able to set that opinion aside, and, if chosen as a juror, decide the case solely on the evidence and law and evidence presented to you at trial?      Yes___  No ____

82. Would the nature of the charges against the defendant, Donald L. Blankenship, affect your ability to be a fair and impartial juror?      Yes____  No____  Not Sure____

83. Do you feel that your family members, friends, work colleagues, and/or neighbors have strong concerns or opinions about Donald L. Blankenship, the UBB mine explosion, and/or this trial?
             Yes, definitely____  Yes, somewhat____  Yes, a little____  No____

    Please explain:_____
_____
_____

84. If you are selected to serve as a juror on this case, would you be concerned about reactions to your verdict by anyone, including friends, family members, neighbors, acquaintances, or coworkers?      Yes, definitely ____  Yes, somewhat ____  Yes, a little ____  No____

    Please explain:  _____
_____
_____

85. Is there any additional information not asked about in this questionnaire which you feel that the judge and/or the attorneys should know about you before considering you for the jury in this case?      Yes____  No____

**IF YES**: Please explain: _____
_____

86.  Is there anything you would like to discuss privately that would have bearing on your being a juror?     Yes_____ No_____

87.  Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?     Yes_____ No_____

**IF YES**: Please explain: _____
_____
_____
_____

**If necessary, please continue your answers to any questions on the attached blank pages. Please give the number of each question which you are answering. Thank you.**

EXTRA SPACE TO ANSWER QUESTIONS.  DO NOT FORGET TO PUT THE QUESTION NUMBER IN FRONT OF EACH ANSWER THAT REQUIRES MORE SPACE.

Question No._____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## DECLARATION

I attest and affirm, under the penalty of perjury, that the answers set forth above are true and correct to the best of my knowledge.

_____        _____
Date                         Signature