IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                CRIMINAL ACTION NO. 5:14-cr-00244

DONALD L. BLANKENSHIP,

        Defendant.

**ORDER**

The Court has reviewed the docket in the above-styled matter and observes that Documents 334 through 350 were improperly filed. Specifically, by *Order* (Document 280) entered on June 12, 2015, the Court required that "the parties file any motions in limine **by August 18, 2015**, and any responses **by August 25, 2015**." (Document 280 at 3)(emphasis in original.) Documents 334 through 350 are reply memoranda filed by the parties. No leave has been requested, and none has been or will be granted, for the filing of reply memoranda related to motions in limine.

Wherefore, after careful consideration, the Court **ORDERS** that Documents 334 through 350 be **STRICKEN from the record**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER:    September 10, 2015

*[Signature: Irene C. Berger]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA