IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    CRIMINAL ACTION NO. 5:14-cr-00244

DONALD L. BLANKENSHIP,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

The Court has reviewed the Defendant's *Motion for Pretrial Conference* (Document 333) and the *United States' Response to Defendant's Motion for Pretrial Conference* (Document 356). After careful consideration, and for reasons appearing to the Court, the Court does hereby **ORDER** that the motion be denied.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

                                    ENTER:    September 10, 2015

                                      IRENE C. BERGER
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF WEST VIRGINIA