IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 5: 14-0244** |
| | ) | |
| **DONALD L. BLANKENSHIP** | ) | |

## ORDER

On July, 31, 2015, Defendant filed a Motion for Permission to Travel to North Carolina. Document No. 289.) Defendant seeks permission to take a three day trip between August 17 and September 18, 2015, to "the Raleigh, North Carolina area to attend to a business matter." Defendant states that "[s]hould the Court desire additional information in its consideration of this request, undersigned counsel respectfully requests the opportunity to provide such detail *in camera* and under seal." On August 7, 2015, the United States filed its Opposition to Defendant's Motion and also filed separately a Memorandum of Opposition *ex parte* and under seal. (Document Nos. 291 and 292.) Defendant does not indicate why it is necessary to travel to North Carolina to attend to the unspecified business matter and the time within which he requested to do so has nearly lapsed. It is therefore hereby **ORDERED** that Defendant's Motion for Permission to Travel to North Carolina (Document No. 289.) is **DENIED**.

The Clerk is directed to transmit a copy of this Order to counsel of record.

ENTER: September 16, 2015.

R. Clarke VanDervort
United States Magistrate Judge