## AFFIDAVIT OF PROCESS SERVER

### In The United States District Court for the Southern District of West Virginia

**United States of America**

    Plaintiff(s),

vs.

**Donald L. Blankenship**

    Defendant(s).

Attorney: William W. Taylor, III

Zuckerman Spaeder LLP (DC)
1800 M Street, N.W., Suite 1000
Washington DC 20036-5802

*96524*

**Case Number: 14-CR-244**

Legal documents received by Same Day Process Service, Inc. on **09/09/2015** at **1:49 PM** to be served upon **Mine Safety and Health Administration at 201 12th Street South, Arlington, VA 22202**

I, Robert Briggs-Snodgrass, swear and affirm that on **September 09, 2015** at **4:23 PM**, I did the following:

Served **Mine Safety and Health Administration** by delivering a conformed copy of the **Subpoena to Testify at a Hearing or Trial in a Criminal Case; Attachment A (Definitions and Instructions); Order (Entered on September 9, 2015)** to **TOM RYGIEL** as **Chief, Facilities, Property Management Branch & Authorized Agent** of **Mine Safety and Health Administration at 201 12th Street South, Arlington, VA 22202**.

**Description of Person Accepting Service:**
Sex: Male Age: 50 Height: Over 6" Weight: 161-200 lbs Skin Color: White Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Robert Briggs-Snodgrass**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: 96524

District of Columbia: SS
Subscribed and Sworn to before me,
this ___16___ day of ___September 2015___

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2017





EXHIBIT B