IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 5:14-cr-00244 |
| ) | |
| DONALD L. BLANKENSHIP  ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander Macia and the law firm of Spilman Thomas & Battle, PLLC, hereby appear as counsel of record in the above-styled matter on behalf of Donald L. Blankenship.

By SPILMAN THOMAS & BATTLE, PLLC

/s/ Alexander Macia
Alexander Macia (WV Bar # 6077)
P.O. Box 273
Charleston, WV  25321-0273
304-340-3800
304-340-3801 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 5:14-cr-00244 |
| | ) |
| DONALD L. BLANKENSHIP | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically filed and service has been made by virtue of such electronic filing this 23rd day of September, 2015 on:

R. Booth Goodwin, II
Steven R. Ruby
Gabriele Wohl
U.S. Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713

R. Gregory McVey
U.S. Attorney's Office
P.O. Box 1239
Huntington, WV 25714-1239

       /s/ Alexander Macia
      Alexander Macia (WV Bar # 6077)