IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 5:14-cr-00244 |
| | ) | |
| **DONALD L. BLANKENSHIP** | ) | |
| | ) | |

### DEFENDANT'S NOTICE OF CERTIFICATION FOR USE OF COURTROOM TECHNOLOGY

Defendant Donald L. Blankenship has moved the Court to reschedule the trial date. ECF No. 369. If the Court denies that motion and, over defense objection, commences trial on October 1, 2015, Mr. Blankenship hereby certifies that his counsel, in accord with Local Rule of Criminal Procedure 12.1(e), has conferred with and notified the Court's technology staff of his intention to use the available courtroom technology at the trial.

Dated: September 23, 2015          Respectfully submitted,

                                             /s/ William W. Taylor, III
                                             William W. Taylor, III
                                             Blair G. Brown
                                             Eric R. Delinsky
                                             R. Miles Clark
                                             Steven N. Herman
                                             ZUCKERMAN SPAEDER LLP
                                             1800 M Street, NW, Suite 1000
                                             Washington, DC 20036
                                             202-778-1800 (phone) / 202-822-8106 (fax)
                                             wtaylor@zuckerman.com
                                             bbrown@zuckerman.com
                                             edelinsky@zuckerman.com
                                             mclark@zuckerman.com
                                             sherman@zuckerman.com

2

      */s/ James A. Walls*
James A. Walls (WVSB #5175)
SPILMAN THOMAS & BATTLE, PLLC
48 Donley Street, Suite 800
Morgantown, WV 26501
304-291-7947 (phone) / 304-291-7979 (fax)
jwalls@spilmanlaw.com

*Counsel for Donald L. Blankenship*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically filed and service has been made by virtue of such electronic filing this 23rd day of September, 2015 on:

R. Booth Goodwin, II
Steven R. Ruby
Gabriele Wohl
U.S. Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713

R. Gregory McVey
U.S. Attorney's Office
P.O. Box 1239
Huntington, WV 25714-1239

*/s/ Steven N. Herman*
Steven N. Herman