IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:14-00244

DONALD L. BLANKENSHIP

UNITED STATES NOTICE OF CERTIFICATION
FOR USE OF COURTROOM TECHNOLOGY

Comes now the United States of America by Assistant United States Attorney Steven R. Ruby, and hereby certifies, pursuant to Local Rule of Criminal Procedure 12.1(e), that it has conferred with the court's technology staff of its intention to use courtroom technology at the trial to be held in this case on October 1, 2015.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

/s/ Steven R. Ruby
Steven R. Ruby
Assistant United States Attorney
WV Bar No. 10752
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax: 304-347-5104
Email: steven.ruby@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "UNITED STATES NOTICE OF CERTIFICATION FOR USE OF COURTROOM TECHNOLOGY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this 23rd day of September, to:

        William W. Taylor, III
        Blair G. Brown
        Eric R. Delinsky
        R. Miles Clark
        Steven N. Herman
        Zuckerman Spaeder LLP
        1800 M Street, NW, Suite 1000
        Washington, DC 20036

        James A. Walls
        Spilman Thomas & Battle, PLLC
        48 Donley Street, Suite 800
        P.O. Box 615
        Morgantown, WV  26501

        Alexander Macia
        Spilman Thomas & Battle, PLLC
        P.O. Box 273
        Charleston, WV  25321

        /s/ Steven R. Ruby
        Steven R. Ruby
        Assistant United States Attorney
        WV Bar No. 10752
        300 Virginia Street, East
        Room 4000
        Charleston, WV 25301
        Telephone:  304-345-2200
        Fax: 304-347-5104