# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      CRIMINAL ACTION NO. 5:14-cr-00244

DONALD L. BLANKENSHIP,

        Defendant.

### MEMORANDUM OPINION AND ORDER

The Court has reviewed the Defendant's *Emergency Motion to Reschedule the Trial Date* (Document 369), the *United States' Response in Opposition to Defendant's Emergency Motion to Reschedule the Trial Date* (372), the *Reply in Support of Emergency Motion to Reschedule the Trial Date,* and the Defendant's *Notice of Supplemental Authority in Support of Emergency Motion to Reschedule the Trial Date* (Document 376). Further, the Court has reviewed the prior motions to continue, as well as the Defendant's motions seeking production of discovery material, and after careful consideration, finds the Defendant has failed to set forth good cause for a postponement of the current trial date.

Wherefore, the Court does hereby **ORDER** that the Defendant's *Emergency Motion to Reschedule the Trial Date* (Document 369) be **DENIED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: September 24, 2015

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA