# SPILMAN THOMAS & BATTLE, PLLC
ATTORNEYS AT LAW

Alexander Macia
Direct: 304.340.3835
Email: amacia@spilmanlaw.com

September 25, 2015

*Via Hand Delivery*
Teresa L. Deppner, Clerk
U.S. District Court, Charleston Division
Robert C. Byrd United States Courthouse
300 Virginia Street, East, Suite 2400
Charleston, WV 25301

FILED
SEP 2 5 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

RE: **United States of America v. Donald L. Blankenship**
**Criminal No. 5:14-cr-00244**

Dear Ms. Deppner:

We understand that pursuant to Judge Berger's August 20, 2015 Order (ECF 322), your office sent pre-approved juror questionnaires to a random selection of 300 men and women residing in the counties comprising the Charleston and Huntington Divisions of this court. On September 22nd, your office provided us with a list of 183 potential jurors' names and other identifying information, along with the completed juror questionnaires. Thank you for providing us with that information.

We have now reviewed the information you provided and have a few questions. First, we are missing questionnaires for four of the potential jurors on the list we received –
It appears that Mr.         is out of the area, but can you please provide us with copies of the juror questionnaires for Ms.      , Ms. ]        and Mr.
Also, the list we received only has information for 183 of the 300 jurors selected, leaving 117 potential jurors unaccounted for. We would like to inquire as to the 117 potential jurors for which we did not receive any information. Did those individuals not respond to your office? Were they excused? If they were excused, we would like to know the reason(s) for which those jurors were excused.

Please let us know if you have any questions in this regard, or if you would like to discuss further.

Very truly yours,

Alexander Macia

Spilman Center | 300 Kanawha Boulevard, East | Post Office Box 273 | Charleston, West Virginia 25321-0273
www.spilmanlaw.com | 304.340.3800 | 304.340.3801 fax

West Virginia    North Carolina    Pennsylvania    Virginia