IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.                                                                         CRIMINAL NO. 5:14-00244

DONALD L. BLANKENSHIP

UNITED STATES' RESPONSE TO
DEFENDANT'S REQUEST FOR ORDER GRANTING PERMISSION TO BRING
TECHNOLOGICAL EQUIPMENT INTO THE COURTHOUSE

Comes now the United States of America, by counsel, and respectfully submits this response to Defendant's request for order granting permission to bring technological equipment into the courthouse (ECF 391).

Defendant appears to propose rules that would allow his attorneys to have a great many more devices in the courtroom that the United States could have. The United States respectfully submits that the rules concerning technology in the courtroom should be the same for both parties.

Respectfully submitted,

R. BOOTH GOODWIN II
UNITED STATES ATTORNEY

/s/ Steven R. Ruby
Steven R. Ruby
Assistant United States Attorney
WV Bar No. 10752
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax: 304-347-5104
Email: steven.ruby@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **"United States Response to Defendant's Request for Order Granting Permission to Bring Technological Equipment into the Courthouse"** has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 29th day of September , 2015 to:

>William W. Taylor, III
>Blair G. Brown
>Eric R. Delinsky
>R. Miles Clark
>Steven N. Herman
>Zuckerman Spaeder LLP
>1800 M Street, NW, Suite 1000
>Washington, DC 20036
>
>James A. Walls
>Spilman Thomas & Battle, PLLC
>48 Donley Street, Suite 800
>P.O. Box 615
>Morgantown, WV  26501
>
>Alexander Macia
>Spilman Thomas & Battle, PLLC
>P.O. Box 273
>Charleston, WV  25321

>/s/ Steven R. Ruby
>Steven R. Ruby
>Assistant United States Attorney
>WV Bar No. 10752
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax: 304-347-5104
>Email: steven.ruby@usdoj.gov