

**United States Department of Justice**

*United States Attorney*
*Southern District of West Virginia*

*Robert C. Byrd United States Courthouse*  *Mailing Address*
*300 Virginia Street, East*  *Post Office Box 1713*
*Suite 4000*  *Charleston, WV 25326*
*Charleston, WV 25301*  *304-345-2200*
*1-800-659-8726*  *FAX: 304-347-5104*

September 24, 2015

Mr. Jacob M. Hargraves
U. S. Department of Labor
Office of the Solicitor
Mine Safety and Health Division
201 12th Street South, Suite 500
Arlington, VA  22202

FILED
OCT - 1 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Dear Mr. Hargraves:

Pursuant to 28 U.S.C. § 543, effective the date of this letter you are hereby appointed as a Special Assistant United States Attorney for the Southern District of West Virginia, subject to the following conditions:

1. You are appointed to assist the Office with U. S. v. Donald Blankenship

2. The appointment expires on September 23, 2016, unless extended.

3. You will report to and act under the direction of Steven R. Ruby with regard to any matters handled.

4. You understand and agree to serve without compensation other than that which you are now receiving under your existing appointment.

5. This appointment may be terminated at any time without cause or notice.

6. You must execute and return to the Personnel Staff within 14 days the enclosed Appointment Affidavit containing the oath of office, Statement of Appointment Conditions, and a signed copy of this letter. Your signature in the space provided below acknowledges your agreement to the terms and conditions of this appointment.

Sincerely,

R. Booth Goodwin II
United States Attorney

Enclosures

The foregoing terms and conditions are hereby agreed to and accepted:

Jacob M. Hargraves         Date: 9-28-15

# APPOINTMENT AFFIDAVITS

__Jacob M. Hargraves__  
(Position to which Appointed)

__09/24/15__  
(Date Appointed)

__Department of Justice__  
(Department or Agency)

__U. S. Attorney's Office__  
(Bureau or Division)

__Charleston, WV__  
(Place of Employment)

I, __Jacob M. Hargraves__, do solemnly swear (or affirm) that—

### A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

### B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

### C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 28th day of September, 2015

at __Arlington__ (City) __Virginia__ (State)

(SEAL)

(Signature of Officer)

Commission expires 03/31/2019  
(If by a Notary Public, the date of his/her Commission should be shown)

__Notary Public__  
(Title)

[Notary seal: SANDRA D. SHANNON, NOTARY PUBLIC, REG. #107561, MY COMMISSION EXPIRES 03/31/2019, COMMONWEALTH OF VIRGINIA]

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management  
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61  
Revised August 2002  
Previous editions not usable