Brad McElhinny
Robert J. Byers



Phone: (304) 348-5124
Phone: (304) 348-1236
E-mail: bradmc@dailymailwv.com
E-mail: robbyers@wvgazette.com

October 1, 2015

Judge Berger,

We understand that a room has been set aside for media during jury selection for the Don Blankenship trial.

We propose that a pool reporter be designated to be in the room where jury selection is actually taking place. Such an arrangement shouldn't be burdensome if space is a consideration. It would also add transparency to the proceedings, which have a high degree of public interest.

Thank you for your understanding, and we eagerly await your decision.


Robert J. Byers
Editor


Brad McElhinny
Editor