# District Judge Daybook Entry

## District Judge Daybook Entry

Juror 31 excused for cause.
Juror 32 excused for cause.
Juror 34 excused for cause.
Court takes recess at 11:00 a.m.

Court resumed 11:27 a.m. [Reporter: Mary Schweinhagen]
Juror 36 excused for cause.
Additional jurors called into the box to replace excused jurors (up through Juror # 62).
Voir dire continues.
Court recessed at 12:10 p.m.

Resumed 1:32 p.m. [Reporter: Lisa Cook]
Voir dire continues.
Juror 87 excused for cause.
Juror 41 excused for cause.
Juror 43 excused for cause.
Juror 23 excused for cause.
Juror 45 excused for cause.
Juror 48 excused for cause.
Court recessed at 2:53 p.m.

Court resumed at 3:24 p.m. [Reporter: Mary Schweinhagen]
Voir dire continues.
Juror 49 excused for cause.
Juror 53 excused for cause.
Juror 54 excused for cause.
Juror 60 excused for cause.
Juror 63 called and excused for cause.
Court recessed at 5:08 p.m.