# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/5/2015 Case Number 5:14-cr-00244
Case Style: USA vs. Donald L. Blankenship
Type of hearing Criminal Jury Trial
Before the honorable: 2516-Berger
Court Reporter Lisa COok & Mary Schweinhagen / Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government appearances below

Attorney(s) for the Defendant(s) appearances below

Law Clerk Trevor Garmey Probation Officer

Trial Time

Jury Selection with trial to start on

Non-Trial Time

Court Time

9:40 am to 11:59 am
1:31 pm to 2:45 pm
3:10 pm to 4:51 pm
Total Court Time: 5 Hours 14 Minutes Court actively conducting trial proceedings/Contested proceedings

Courtroom Notes

?VOIR DIRE / JURY SELECTION - DAY 3

COUNSEL APPEARANCES:

UNITED STATES:
R. Booth Goodwin, II
Steven Ruby
R. Gregory McVey
Gabriele Wohl

DONALD BLANKENSHIP:
William Taylor, III
Blair Brown
Eric Delinsky
James Walls

Scheduled Start 9:00 a.m.
Actual Start 9:40 a.m.
[held in Charleston Division]

9:40 a.m. [Reporter: Lisa Cook]
Parties present for continuation of voir dire/jury selection.
Defendant present in person and by counsel.
Voir dire continues.
Juror 10 excused for cause.
Juror 65 excused for cause.

# District Judge Daybook Entry

Juror 68 excused for cause.
Juror 69 excused for cause.
Juror 70 excused for cause.
Juror 72 excused for cause.
Juror 75 excused for cause.
Court takes lunch recess at 11:59 a.m.

Court resumed at 1:31 p.m. [Reporter: Mary Schweinhagen]
Voir dire continues.
Juror 21 excused for cause.
Juror 76 excused for cause.
Court takes recess at 2:45 p.m.

Court resumed at 3:10 p.m. [Reporter: Lisa Cook]
Voir dire continues.
Juror 81 excused for cause.
Juror 82 excused for cause.
Juror 83 excused for cause.
Juror 85 excused for cause.
Court takes recess at 4:51 p.m.