# District Judge Daybook Entry

## District Judge Daybook Entry

Court takes recess at 1:13 p.m.

Court resumed at 2:31 p.m. [Reporter: Mary Schweinhagen]
Court will sequester all witnesses.
Government calls TRACY STUMBO; oath given.
Direct by Mr. Ruby.
Gov't Ex 1 marked and admitted.
Gov't Ex 2 marked and admitted.
Gov't Ex 3 marked and admitted.
Gov't Ex 4 marked and admitted.
Gov't Ex 5 marked and admitted.
Gov't Ex 8 marked and admitted.
Gov't Ex 9 marked and admitted.
Gov't Ex 10 marked and admitted.
Gov't Ex 11 marked; conditionally admitted.
Gov't Ex 12 marked and admitted.
Gov't Ex 13 marked and admitted.
Gov't Ex 14 marked and admitted.
Gov't Ex 15 marked and admitted.
Gov't Ex 16 marked and admitted.
Court recessed at 3:52 p.m.

Court resumed at 4:15 p.m. [Reporter: Mary Schweinhagen]
Direct of WITNESS STUMBO continues.
Gov't Ex 18 marked; conditionally admitted.
Gov't Ex 19 marked and admitted.
Gov't Ex 21 marked and admitted.
Gov't Ex 23 marked; conditionally admitted.
Gov't Ex 24 marked and admitted.
Gov't Ex 25 marked and admitted.
Gov't Ex 26 marked; conditionally admitted.
Gov't Ex 43 marked and admitted.
Gov't Ex 27 marked; conditionally admitted.
Gov't Ex 28 marked and admitted.
Gov't Ex 29 marked and admitted.
Gov't Ex 31 marked and admitted.
Gov't Ex 32 marked and admitted.
Gov't Ex 33 marked and admitted.
Court recessed at 5:01 p.m.