# District Judge Daybook Entry

District Judge Daybook Entry

Gov't Ex 34 marked and admitted.
Gov't Ex 35 marked and admitted.
Gov't Ex 30 marked and admitted.
Gov't Ex 38 marked and admitted.
Gov't Ex 40 marked and admitted.
Cross by Mr. Walls.
Def't Ex 1 marked and admitted.
Court recessed at 10:36 a.m.

Court resumed at 10:57 a.m. [Reporter: Mary Schweinhagen]
WITNESS STUMBO resumes stand.
Cross by Mr. Walls continues.
Redirect.
Government calls BOBBY PAULEY; oath given.
Direct by Mr. McVey.
Court takes recess at 12:04 p.m.

Court resumed at 1:18 p.m. [Reporter: Lisa Cook]
WITNESS PAULEY resumed stand.
Direct by Mr. McVey continues.
Cross by Mr. Brown.
Def't Ex 22 marked.
Redirect.
Court takes recess at 3:03 p.m.

Court resumed at 3:24 p.m. [Reporter: Mary Schweinhagen]
Court addresses matters with counsel.
4:04 p.m. Jury brought in and released for the day.
Court continues to address matters with counsel.
Court recessed at 4:30 p.m.