# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## BECKLEY DIVISION

_____

**UNITED STATES OF AMERICA**       )
                                   )
   **v.**                          )
                                   )  Criminal No. 5:14-cr-00244
**DONALD L. BLANKENSHIP**          )
_____     )

## NOTICE OF AVAILABILITY OF ADMITTED DEFENSE EXHIBITS

Defendant Donald L. Blankenship, hereby, notifies the Court that the exhibits admitted into evidence by the defense will be made available to the media and the public via a website located at http://www.zuckerman.com/blankenship-defense.

Dated: October 9, 2015                Respectfully submitted,

                                      /s/ William W. Taylor, III
                                      William W. Taylor, III
                                      Blair G. Brown
                                      Eric R. Delinsky
                                      R. Miles Clark
                                      Steven N. Herman
                                      ZUCKERMAN SPAEDER LLP
                                      1800 M Street, NW, Suite 1000
                                      Washington, DC 20036
                                      202-778-1800 (phone) / 202-822-8106 (fax)
                                      wtaylor@zuckerman.com
                                      bbrown@zuckerman.com
                                      edelinsky@zuckerman.com
                                      mclark@zuckerman.com
                                      sherman@zuckerman.com

                                      /s/ James A. Walls
                                      James A. Walls (WVSB #5175)
                                      SPILMAN THOMAS & BATTLE, PLLC
                                      48 Donley Street, Suite 800
                                      Morgantown, WV 26501
                                      304-291-7947 (phone) / 304-291-7979 (fax)
                                      jwalls@spilmanlaw.com

/s/ Alexander Macia
Alexander Macia
SPILMAN THOMAS & BATTLE, PLLC
P.O. Box 273
Charleston, WV 25321-0273
304-340-3800 (phone) / 304-340-3801 (fax)
amacia@spilmanlaw.com

*Counsel for Donald L. Blankenship*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically filed and service has been made by virtue of such electronic filing this 9th day of October, 2015 on:

R. Booth Goodwin, II
Steven R. Ruby
Gabriele Wohl
U.S. Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713

R. Gregory McVey
U.S. Attorney's Office
P.O. Box 1239
Huntington, WV 25714-1239

                                                  */s/ Steven N. Herman*
                                                  Steven N. Herman