# District Judge Daybook Entry

[Document content is encoded in an unreadable font/encoding]

District Judge Daybook Entry

Court recessed at 9:22 a.m.

Court resumed at 9:25 a.m. [Lisa Cook]
Government calls TYLER CHILDRESS; oath given.
Direct by Mr. Ruby.
Gov't Ex 57 marked and admitted.
Gov't Ex 58 marked and admitted.
Gov't Ex 59 marked and admitted.
Gov't Ex 60 marked and admitted.
Gov't Ex 61 marked and admitted.
Gov't Ex 62 marked and admitted.
Gov't Ex 63 marked.
Court recessed at 10:41 a.m.

Court resumed at 11:01 a.m. [Reporter: Mary Schweinhagen]
Gov't Ex 63 admitted.
Gov't Ex 64 marked and admitted.
Gov't Ex 65 marked and admitted.
Gov't Ex 66 marked and admitted.
Gov't Ex 67 marked and admitted.
Gov't Ex 68 marked and admitted.
Gov't Ex 69 marked and admitted.
Gov't Ex 70 marked and admitted.
Gov't Ex 71 marked and admitted.
Gov't Ex 72 marked and admitted.
Gov't Ex 73 marked and admitted.
Gov't Ex 74 marked and admitted.
Gov't Ex 75 marked and admitted.
Gov't Ex 76 marked and admitted.
Gov't Ex 77 marked and admitted.
Gov't Ex 78 marked and admitted.
Cross by Mr. Walls.
Court takes recess at 11:52 a.m.

Court resumed at 1:16 p.m. [Reporter: Lisa Cook]
WITNESS CHILDRESS resumes stand.
Cross by Mr. Walls continues.
Def't Ex 3 marked and admitted.
Redirect.
Government calls BRENT STANZE; oath given.
Direct by Mr. McVey.
Gov't Exs. 98A, 98B, 98C and 98D marked.
Gov't Exs. 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 129 & 120 marked.
Gov't Exs. 122, 123, 124, 125, 126, 127 & 128 marked.
Gov't Exs. 148, 149 & 150 marked.
Cross by Mr. Delinksy.
Court takes recess at 2:59 p.m.

Court resumed at 3:21 p.m.
Government calls SANDRA DAVIS; oath given.
Direct by Mr. McVey.
Gov't Ex 79 marked and admitted.
Gov't Ex 79A marked and admitted.
Gov't Ex 80 marked and admitted.
Gov't Ex 81 marked and admitted.
Gov't Ex 82 marked and admitted.
Gov't Ex 84 marked and admitted.
Gov't Ex 85 marked and admitted.
Gov't Ex 86 marked and admitted.

District Judge Daybook Entry

Gov't Ex 87 marked and admitted.
Gov't Ex 88 marked and admitted.
Gov't Ex 89 marked and admitted.
Gov't Ex 90 marked and admitted.
Gov't Ex 91 marked and admitted.
Gov't Ex 92 marked and admitted.
Gov't Ex 93 marked and admitted.
Gov't Ex 94 marked and admitted.
Gov't Ex 95 marked and admitted.
Gov't Ex 96 marked and admitted.
Gov't Ex 97 marked and admitted.
Gov't Ex 98C marked.
Gov't Ex 98 marked and admitted.
Gov't Exs. 109, 110, 111, 113, 114, 115, 116, 117, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129 admitted.
Court takes recess at 4:55 p.m.