the Charleston Gazette
*The State Newspaper*
1001 Virginia Street East
Charleston, W. Va. 25301

Judge Irene Berger
U.S. District Court

Hand Delivered to Clerk's Ofc