# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/13/2015 Case Number 5:14-cr-00244
Case Style: USA vs. Donald L. Blankenship
Type of hearing Criminal Jury Trial - Day 4
Before the honorable: 2516-Berger
Court Reporter Lisa Cook & Mary Schweinhagen / Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government appearances below

Attorney(s) for the Defendant(s) appearances below

Law Clerk Trevor Garmey Probation Officer

Trial Time

Jury Trial. Day No. 4

Non-Trial Time

Court Time

9:01 am to 10:45 am
11:05 am to 12:05 pm
1:29 pm to 2:57 pm
3:20 pm to 5:06 pm
Total Court Time: 5 Hours 58 Minutes Court actively conducting trial proceedings/Contested proceedings

Courtroom Notes

?JURY TRIAL - DAY 4

COUNSEL APPEARANCES:

UNITED STATES:
R. Booth Goodwin, II
Steven Ruby
R. Gregory McVey
Gabriele Wohl

DONALD BLANKENSHIP:
William Taylor, III
Blair Brown
Eric Delinsky
James Walls

Scheduled Start 9:00 a.m.
Actual Start 9:01 a.m.
[held in Charleston Division]

9:01 a.m. [Reporter: Lisa Cook]
Defendant present in person and by counsel.
WITNESS DAVIS resumes stand.
Direct by Mr. McVey continues.

# District Judge Daybook Entry

Gov't Ex 99 marked and admitted.
Gov't Ex 100 marked and admitted.
Gov't Ex 101 marked and admitted.
Gov't Ex 102 marked and admitted.
Gov't Ex 103 marked and admitted.
Gov't Ex 104 marked and admitted.
Gov't Ex 106 marked and admitted.
Gov't Ex 107 marked and admitted.
Gov't Ex 108 marked and admitted.
Gov't Ex 83 marked and admitted.
Gov't Ex 144 marked and admitted.
Gov't Ex 145 marked and admitted.
Gov't Ex 210 marked and admitted.
Gov't Ex 212 marked and admitted.
Gov't Ex 110 and 113 admitted.
Court recessed at 10:45 a.m.

Court resumed at 11:05 a.m. [Reporter: Mary Schweinhagen]
WITNESS DAVIS resumes stand.
Direct by Mr. McVey continues.
Gov't Ex 213 marked and admitted.
Gov't Ex 214 marked and admitted.
Cross by Mr. Delinsky.
Def't Ex 29 marked and admitted.
Def't Ex 4 marked and admitted.
Def't Ex 5 marked and admitted.
Def't Ex 6 marked and admitted.
Def't Ex 7 marked.
Court takes recess at 12:05 p.m.

Court resumed at 1:29 p.m. [Reporter: Lisa Cook]
Court rules that Def't Ex 7 will not be admitted.
Def't Ex 8 marked; not admitted.
Def't Ex 9 marked; not admitted.
Def't Ex 10 marked; not admitted.
Def't Ex 11 marked; not admitted.
Def't Ex 12 marked; not admitted.
Def't Ex 13 marked; not admitted.
Def't Ex 14 marked and admitted.
Def't Ex 28 marked.
Court takes recess at 2:57 p.m.

Court resumed at 3:20 p.m. [Reporter: Mary Schweinhagen]
Redacted portions of Def't Ex 28 are admitted.
Def't Ex 15 marked; not admitted.
Def't Ex 16 marked and admitted.
Def't Ex 17 marked; not admitted.
Def't Ex 18 marked; not admitted.
Def't Ex 19 marked; not admitted.
Def't Ex 20 marked; not admitted.
Def't Ex 21 marked; not admitted.
Def't Ex 22 marked; not admitted.
Def't Ex 23 marked; not admitted.
Def't Ex 24 marked; not admitted.
Def't Ex 25 marked and admitted.
Def't Ex 26 marked and admitted.
Def't Ex 27 marked and admitted.
Def't Ex 30 marked and admitted.
Redirect.

District Judge Daybook Entry

Court takes recess at 5:06 p.m.