ENTERED
OCT 1 4 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 5:14-cr-00244 |
| ) | |
| DONALD L. BLANKENSHIP ) | |

## ORDER

Defendant Donald L. Blankenship's request for permission for his trial tech, Joe Simons, to bring technological equipment into the Courthouse is hereby **GRANTED**.

It is **FURTHER ORDERED** that Mr. Simons may bring the equipment listed below into the Courthouse for use during the trial in the above-captioned case. The dates for which such authorization is provided are October 15, 2015 until completion of trial.

| Joe Simons | 1 - Tech Table |
| --- | --- |
| | 2 - Laptops with power supplies and Mice |
| | 1 - Mobile phone |
| | 1 - VGA Switch |
| | 1 - LCD Monitor |
| | 1 - USB Audio Mixer |
| | 1 - CAP 1 Audio DI |
| | 1 - VGA to USB box |
| | 1 – multi-purpose printer |
| | Docking Stations for computers |
| | All cables for Audio and Video setup |

The individual identified in this Order must present a copy of this Order when entering the Courthouse.

The Court **DIRECTS** the Clerk to send a copy of this Order to Defendant and counsel, the United States Attorney, to the United States Office of Probation, and to the United States Marshall.

ENTER: October 14 2015

_____
IRENE C. BERGER

UNITED STATES DISTRICT JUDGE
FOR THE SOUTHERN DISTRICT OF
WEST VIRGINIA