IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CRIMINAL ACTION NO. 5:14-cr-00244

DONALD L. BLANKENSHIP,

        Defendant.

**ORDER**

The Court has reviewed the Defendant's *Motion for Relief from Late Discovery* (Document 396), the *United States' Response to Defendant's Motion for Relief from Late Discovery* (Document 410), and the parties' respective arguments regarding the same. For reasons set forth on the record, including the United States' withdrawal of certain exhibits which were the subject of the motion, the Court **ORDERS** that the Defendant's motion be **DENIED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

                ENTER:    October 16, 2015

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA