# District Judge Daybook Entry

District Judge Daybook Entry

Cross by Mr. Taylor.
Court takes recess at 10:40 a.m.

Court resumed at 11:01 a.m. [Reporter: Mary Schweinhagen]
WITNESS HUTCHENS resumes stand.
Cross continues.
Def't Exs 300, 301, 302, 303 and 304 marked.
Def't Ex 300 admitted.
Def't Ex 302 admitted.
Def't Ex 303 admitted.
Def't Ex 304 admitted.
Def't Ex 301 admitted.
Court takes recess at 11:54 a.m.

Court resumed at 1:15 p.m. [Reporter: Lisa Cook]
WITNESS HUTCHENS resumes stand.
Cross continues.
Redirect.
Government calls RICHARD HODGE; oath given.
Direct by Mr. Ruby.
Cross by Mr. Brown.
Def't Ex 227 marked and admitted.
Redirect.
Court takes recess at 3:20 p.m.

Court resumed at 3:40 p.m. [Reporter: Mary Schweinhagen]
Government calls LARRY ADAMS; oath given.
Direct by Mr. Ruby.
Gov't Ex 225 marked.
Cross by Mr. Walls.
Court recessed at 4:59 p.m.