## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/20/2015                                         Case Number 5:14-cr-00244
Case Style: USA vs. Donald L. Blankenship
Type of hearing Criminal Jury Trial - Day 9
Before the honorable: 2516-Berger
Court Reporter Lisa Cook & Mary Schweinhagen / Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government appearances below


Attorney(s) for the Defendant(s) appearances below


Law Clerk Trevor Garmey                                  Probation Officer

### Trial Time

Jury Trial. Day No. 9

### Non-Trial Time


### Court Time

9:01 am   to 10:57 am
11:19 am  to 12:05 pm
1:20 pm   to 3:00 pm
3:21 pm   to 5:19 pm
Total Court Time: 6 Hours 20 Minutes Court actively conducting trial proceedings/Contested proceedings

### Courtroom Notes

JURY TRIAL - DAY 9

COUNSEL APPEARANCES:

  UNITED STATES:
    R. Booth Goodwin, II
    Steven Ruby
    R. Gregory McVey
    Gabriele Wohl

  DONALD BLANKENSHIP:
    William Taylor, III
    Blair Brown
    Eric Delinsky
    James Walls


Scheduled Start 9:00 a.m.
Actual Start 9:01 a.m.
[held in Charleston Division]

9:01 a.m. [Reporter: Lisa Cook]
Defendant present in person and by counsel.
WITNESS ADAMS resumes stand.
Cross by Mr. Walls continues.

District Judge Daybook Entry

Redirect.
Government calls MICHAEL SHAWN ELLISON; oath given.
Direct by Mr. McVey.
Cross by Mr. Taylor.
Def't Ex 356 marked.
Court takes recess at 10:57 a.m.

Court resumed at 11:19 a.m. [Reporter: Mary Schweinhagen]
WITNESS ELLISON resumes stand.
Cross continues.
Redirect.
Gov't calls STANLEY STEWART; oath given.
Direct by Mr. Goodwin.
Court takes recess at 12:05 p.m.

Court resumed at 1:20 p.m. [Reporter: Mary Schweinhagen]
WITNESS STEWART resumes stand.
Direct continues.
Gov't Ex 147 marked and admitted.
Cross by Mr. Brown.
Court takes recess at 3:00 p.m.

Court resumed at 3:21 p.m. [Reporter: Lisa Cook]
WITNESS STEWART resumes stand.
Cross continues.
Redirect.
Government calls JAMES KEITH MCELROY; oath given.
Gov't Exs. 219 and 220 marked and admitted.
Gov't Ex 222 marked and admitted.
Gov't Ex 218 marked and admitted.
Gov't Ex 223, previously marked, is admitted.
Jury excused.
Court addresses matters with counsel.
Court recessed at 5:19 p.m.