# District Judge Daybook Entry

## District Judge Daybook Entry

Def't Exs. 75, 76, 77, 78, 79, 80 and 81 marked and admitted.
Redirect.
Court takes recess at 3:18 p.m.

Court resumed at 3:40 p.m. [Reporter: Mary Schweinhagen]
WITNESS MCELROY resumes stand.
Redirect continues.
Government calls SCOTT HALSTEAD; oath given.
Direct by Mr. Ruby.
Gov't Ex 225, previously marked, is admitted.
Gov't Ex 226 marked and admitted.
Gov't Ex 227 marked and admitted.
Jury excused.
Court addresses matters with counsel.
Court takes recess at 5:07 p.m.