# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/22/2015                                                                  Case Number 5:14-cr-00244
Case Style: USA vs. Donald L. Blankenship
Type of hearing Criminal Jury Trial - Day 11
Before the honorable: 2516-Berger
Court Reporter Mary Schweinhagen                                                  Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government appearances below


Attorney(s) for the Defendant(s) appearances below


Law Clerk Trevor Garmey                                                           Probation Officer

## Trial Time

Jury Trial. Day No. 11


## Non-Trial Time



## Court Time

9:00 am   to 10:21 am
10:40 am   to 11:50 am
1:15 pm   to 2:49 pm
3:20 pm   to 5:03 pm
Total Court Time: 5 Hours 48 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

JURY TRIAL - DAY 11

COUNSEL APPEARANCES:

  UNITED STATES:
    R. Booth Goodwin, II
    Steven Ruby
    R. Gregory McVey
    Gabriele Wohl

  DONALD BLANKENSHIP:
    William Taylor, III
    Blair Brown
    Eric Delinsky
    James Walls


Scheduled Start 9:00 a.m.
Actual Start 9:00 a.m.
[held in Charleston Division]

9:00 a.m. [Reporter: Lisa Cook]
Defendant present in person and by counsel.
WITNESS HALSTEAD resumes stand.
Cross by Mr. Walls.

District Judge Daybook Entry

Redirect.
Government calls LISA WILLIAMS; oath given.
Direct by Mr. Goodwin.
Gov't Ex 209 marked and admitted.
Gov't Ex 224 marked and admitted.
Gov't Ex 177 marked and admitted.
Court takes recess at 10:21 a.m.

Court resumed at 10:40 a.m. [Reporter: Mary Schweinhagen]
WITNESS WILLIAMS resumes stand.
Cross by Mr. Delinsky.
Redirect.
Gov't Exs. 260, 262, 244 marked and admitted.
Court takes recess at 11:50 a.m.

Court resumed at 1:15 p.m. [Reporter: Lisa Cook]
Government calls CHRIS BLANCHARD; oath given.
Direct by Mr. Ruby.
Gov't Ex 152 marked and admitted.
Gov't Ex 174 marked and admitted.
Court takes recess at 2:49 p.m.

Court resumed at 3:20 p.m. [Reporter: Mary Schweinhagen]
WITNESS BLANCHARD resumes stand.
Direct continues.
Gov't Ex 175 marked and admitted.
Gov't Ex 156 marked and admitted.
Gov't Ex 148 & 148A (revised longer versions) marked.
Gov't Ex 157 marked and admitted.
Gov't Ex 158 marked and admitted.
Gov't Ex 159 marked and admitted.
Gov't Ex 160 marked and admitted.
Court recessed at 5:03 p.m.