IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    CRIMINAL ACTION NO. 5:14-cr-00244

DONALD L. BLANKENSHIP,

        Defendant.

**ORDER**

Pursuant to 28 U.S.C. § 1871(b)(2), a petit juror serving more than ten (10) days on one case may be paid, at the discretion of the trial judge, an additional ten dollars ($10) per day for each day over ten (10) days. Accordingly, the Court **ORDERS** that the Clerk certify and pay to each juror serving in the above-styled criminal matter an attendance fee of fifty dollars ($50) per day for each day over ten (10) days.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel and to the United States Attorney.

ENTER:    October 23, 2015

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA