# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 10/23/2015 Case Number 5:14-cr-00244

Case Style: USA vs. Donald L. Blankenship

Type of hearing Criminal Jury Trial - Day 12

Before the honorable: 2516-Berger

Court Reporter Lisa Cook & Mary Schweinhagen / Courtroom Deputy Kierstin Tudor

Attorney(s) for the Plaintiff or Government appearances below

Attorney(s) for the Defendant(s) appearances below

Law Clerk Trevor Garmey Probation Officer

## Trial Time

Jury Trial. Day No. 12

## Non-Trial Time

## Court Time

8:45 am to 10:43 am
11:08 am to 12:05 pm
3:23 pm to 4:03 pm
Total Court Time: 3 Hours 35 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

JURY TRIAL - DAY 12

COUNSEL APPEARANCES:

UNITED STATES:
R. Booth Goodwin, II
Steven Ruby
R. Gregory McVey
Gabriele Wohl

DONALD BLANKENSHIP:
William Taylor, III
Blair Brown
Eric Delinsky
James Walls

Scheduled Start 8:45 a.m.
Actual Start 8:45 a.m.
[held in Charleston Division]

8:45 a.m. [Reporter: Lisa Cook]
Defendant present in person and by counsel.
Court addresses matters with counsel outside of jury presence.
Govt Ex 148 and 148A are admitted.
Jury brought in.

# District Judge Daybook Entry

WITNESS BLANCHARD resumes stand.
Direct by Mr. Ruby continues.
Gov't Ex 161 marked and admitted.
Gov't Ex 162 marked and admitted.
Gov't Ex 163 marked and admitted.
Gov't Ex 149 and 149A, previously marked, are admitted.
Gov't Ex 164 marked and admitted.
Gov't Ex 165 marked and admitted.
Gov't Ex 166 marked and admitted.
Gov't Ex 167 marked and admitted.
Gov't Ex 168 marked and admitted.
Gov't Ex 169 marked and admitted.
Court takes recess at 10:43 a.m.

Court resumed at 11:08 a.m. [Reporter: Mary Schweinhagen]
Gov't Ex 170 marked and admitted.
Gov't Ex 171 marked and admitted.
Gov't Ex 173 marked and admitted.
Court takes recess at 12:05 p.m.

Court resumed at 1:21 p.m. [Reporter: Lisa Cook]
WITNESS BLANCHARD resumes stand.
Direct continues.
Gov't Ex 230 marked and admitted.
Gov't Ex 172 marked and admitted.
Gov't Ex 176 marked and admitted.
Gov't Ex 150 and 150A, previously marked, are admitted.
Cross by Mr. Taylor.
Def't Ex 284 marked.
Court takes recess at 3:02 p.m.

Court resumed at 3:23 p.m. [Reporter: Mary Schweinhagen]
WITNESS BLANCHARD resumes stand.
Cross continues.
Def't Ex 93 marked and admitted.
Def't Ex 411 marked and admitted.
Def't Ex 412 marked; Court rules that exhibit may be admitted if not the same as Def't Ex 227 which is already admitted. [NOTE: Records show that Def't Ex 412 is the same as Def't Ex 227, so Def't Ex 412 is not admitted].
Def't Ex 362 marked and admitted.
Court takes recess at 4:03 p.m.