# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/27/2015 Case Number 5:14-cr-00244
Case Style: USA vs. Donald L. Blankenship
Type of hearing Criminal Jury Trial - Day 14
Before the honorable: 2516-Berger
Court Reporter Lisa Cook & Mary Schweinhagen / Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government appearances below

Attorney(s) for the Defendant(s) appearances below

Law Clerk Trevor Garmey Probation Officer

Trial Time

Jury Trial. Day No. 14

Non-Trial Time

Court Time

9:03 am to 10:24 am
10:50 am to 12:06 pm
1:31 pm to 3:22 pm
3:41 pm to 4:42 pm
3:41 pm to 4:42 pm
Total Court Time: 6 Hours 30 Minutes Court actively conducting trial proceedings/Contested proceedings

Courtroom Notes

JURY TRIAL - DAY 14

COUNSEL APPEARANCES:

UNITED STATES:
R. Booth Goodwin, II
Steven Ruby
R. Gregory McVey
Gabriele Wohl

DONALD BLANKENSHIP:
William Taylor, III
Blair Brown
Eric Delinsky
James Walls

Scheduled Start 9:00 a.m.
Actual Start 9:03 a.m.
[held in Charleston Division]

9:03 a.m. [Reporter: Lisa Cook]
Defendant present in person and by counsel.
WITNESS BLANCHARD resumes stand.

# District Judge Daybook Entry

Cross by Mr. Taylor continues.
Def't Exs. 196 & 197 marked and admitted.
Def't Ex 532 marked.
Def't Exs. 198 through 212 marked.
Def't Exs. 198 & 199 admitted.
Def't Ex 200 admitted.
Def't Exs. 201, 202 & 203 admitted.
Def't Ex 204 admitted.
Def't Ex 207 admitted.
Def't Ex 208 admitted.
Def't Exs. 210 & 211 admitted.
Def't Ex 212 admitted.
Def't Exs 213 through 226 marked.
Def't Ex 213 admitted.
Def't Ex 214 admitted.
Def't Ex 215 admitted.
Def't Ex 217 admitted.
Def't Ex 218 admitted.
Def't Exs. 220 & 221 admitted.
Court takes recess at 10:24 a.m.

Court resumed at 10:50 a.m. [Reporter: Mary Schweinhagen]
WITNESS BLANCHARD resumes stand.
Cross continues.
Def't Ex 216 admitted.
Def't Ex 222 admitted.
Def't Ex 223 admitted.
Def't Ex 225 admitted.
Def't Exs. 321 & 322 marked.
Def't Ex 321 admitted.
Def't Exs. 318, 319 & 320 marked.
Def't Ex 323 marked.
Def't Exs. 318, 319, 320, 322 & 323 admitted.
Def't Ex 324 marked; redacted version (pages removed) admitted.
Court takes recess at 12:06 p.m.

Court resumed at 1:31 p.m. [Reporter: Lisa Cook]
WITNESS BLANCHARD resumes stand.
Cross continues.
Def't Ex 236 marked and admitted.
Def't Ex 410 marked.
Def't Ex 238 marked and admitted.
Def't Ex 239 marked and admitted.
Def't Ex 532 admitted.
Def't Ex 240 marked and admitted.
Def't Ex 243 marked.
Def't Ex 242 marked.
Def't Ex 244 marked; redacted version, 244A, admitted.
Def't Ex 249 marked; redacted version (pages removed) admitted.
Court takes recess at 3:22 p.m.

Court resumed at 3:41 p.m. [Reporter: Mary Schweinhagen]
WITNESS BLANCHARD resumes stand.
Cross continues.
Def't Ex 246 marked and admitted.
Def't Ex 252 marked and admitted.
Def't Ex 258 marked.
Def't Ex 259 marked and admitted.
Def't Ex 261 marked and admitted.

# District Judge Daybook Entry

Def't Ex 266 marked and admitted.
Def't Ex 268 marked and admitted.
Def't Ex 332 marked and admitted
Def't Ex 333 marked and admitted.
Def't Ex 334 marked and admitted.
Def't Ex 335 marked and admitted.
Def't Ex 338 marked and admitted.
Court takes recess at 4:42 p.m.