## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 10/29/2015                                                                                              Case Number 5:14-cr-00244

Case Style: USA vs. Donald L. Blankenship

Type of hearing Criminal Jury Trial - Day 16

Before the honorable: 2516-Berger

Court Reporter Lisa Cook & Mary Schweinhagen / Courtroom Deputy Kierstin Tudor

Attorney(s) for the Plaintiff or Government appearances below


Attorney(s) for the Defendant(s) appearances below


Law Clerk Trevor Garmey                                                                                      Probation Officer

### Trial Time

Jury Trial. Day No. 16



### Non-Trial Time



### Court Time

9:01 am    to 10:31 am
10:57 am   to 12:02 pm
1:20 pm    to 2:46 pm
3:10 pm    to 4:20 pm
Total Court Time: 5 Hours 11 Minutes Court actively conducting trial proceedings/Contested proceedings

### Courtroom Notes

JURY TRIAL - DAY 16

COUNSEL APPEARANCES:

  UNITED STATES:
    R. Booth Goodwin, II
    Steven Ruby
    R. Gregory McVey
    Gabriele Wohl

  DONALD BLANKENSHIP:
    William Taylor, III
    Blair Brown
    Eric Delinsky
    James Walls


Scheduled Start 9:00 a.m.
Actual Start 9:01 a.m.
[held in Charleston Division]

9:01 a.m. [Reporter: Lisa Cook]
Defendant present in person and by counsel.
WITNESS BLANCHARD resumed stand.
Cross by Mr. Taylor continues.

District Judge Daybook Entry

Def't Ex 355 marked.
Def't Exs 354 & 355 admitted.
Def't Ex 410A marked.
Def't Ex 542 marked.
Def't Ex 348C marked.
Def't Ex 349C marked.
Def't Ex 543 marked.
Def't Ex 349A marked.
Def't Ex 407 marked and admitted.
Def't Ex 547 marked.
Def't Ex 482 marked and admitted.
Def't Ex 474 marked.
Court takes recess at 10:31 a.m.

Court resumed at 10:57 a.m. [Reporter: Mary Schweinhagen]
WITNESS BLANCHARD resumes stand.
Cross continues.
Def't Ex 474 admitted.
Def't Ex 476 marked and admitted.
Def't Exs. 219, 224, 226, previously marked, are admitted.
Def't Exs. 539, 540, 541, 542, and 543, previously marked, are admitted.
[Def't Ex 540 marked and admitted.]
Def't Exs. 347A, 347B & 347C, previously marked, are admitted.
Def't Ex 468A, previously marked, is admitted.
Def't Exs. 348B & 348E, previously marked, are admitted.
Def't Ex 470A, previously marked, is admitted.
Def't Ex 284, previously marked, is admitted.
Redirect by Mr. Ruby.
Court takes recess at 12:02 p.m.

Court resumed at 1:20 p.m. [Reporter: Lisa Cook]
WITNESS BLANCHARD resumes stand.
Redirect continues.
Gov't Ex 345 marked and admitted.
Recessed 2:46 p.m.

Court resumed at 3:10 p.m.
WITNESS BLANCHARD resumes stand.
Redirect continues.
Gov't Ex 346 marked and admitted.
Gov't Ex 344 marked and admitted.
Gov't Ex 347 marked and admitted.
Gov't Ex 348 marked and admitted.
Gov't Ex 349 marked and admitted.
Gov't Ex 350 marked; redacted version, Gov't Ex 350A, is admitted.
Gov't Ex 351 marked and admitted.
Gov't Ex 356 marked and admitted.
Court takes recess at 4:20 p.m.