# District Judge Daybook Entry

# District Judge Daybook Entry

Cross by Mr. Brown.
Def't Ex 557 marked and admitted.
Def't Ex 538 marked.
Redirect.
Gov't Ex 500 marked; redacted version is admitted.
Government calls CHARLES LILLY; oath given.
Direct by Mr. Goodwin.
Gov't Ex 325 marked and admitted.
Gov't Ex 324 marked and admitted.
Court takes recess at 10:39 a.m.

Court resumed at 11:00 a.m. [Reporter: Mary Schweinhagen]
WITNESS LILLY resumed stand.
Cross by Mr. Brown.
Def't Ex 562 marked and admitted.
Def't Ex 488 marked.
Redirect.
Jury excused; court addresses matter with counsel.
Def't Ex 559 marked.
Court takes recess at 12:17 p.m.

Court resumed at 1:33 p.m. [Reporter: Lisa Cook]
Gov't Exs. 42 and 42-1 marked and admitted.
Gov't Ex 252 marked and admitted.
Government calls BILL ROSS; oath given.
Direct by Mr. Ruby.
Gov't Ex 187 marked and admitted.
Court takes recess at 3:05 p.m.

Court resumed at 3:27 p.m. [Reporter: Mary Schweinhagen]
WITNESS ROSS resumes stand.
Direct continues.
Court takes recess at 5:01 p.m.