# District Judge Daybook Entry

# District Judge Daybook Entry

Def't Ex 574 marked and admitted.
Court takes recess at 10:36 a.m.

Court resumed at 11:02 a.m. [Reporter: Mary Schweinhagen]
WITNESS LAFFERTY resumes stand.
Cross continues.
Redirect by Mr. Ruby.
Court takes recess at 12:00 p.m.

Court resumed at 1:32 p.m. [Reporter: Lisa Cook]
Court addresses matters with counsel.
Jury brought in.
WITNESS LAFFERTY resumes stand.
Redirect continues.
Court takes recess at 2:39 p.m.

Court resumed at 3:02 p.m. [Reporter: Mary Schweinhagen]
Court addresses matters with counsel.
Jury brought in and excused for the day.
Court addresses additional matters with counsel.
Mr. Delinsky moves for Rule 29 judgment of acquittal as to Counts 1, 2 & 3.
Mr. Ruby responds.
Mr. Delinksy replies.
Court DEFERS ruling on motions for acquittal.
Court addresses additional matters with counsel.
Gov't Ex 445, previously marked, is admitted.
Court takes recess at 4:59 p.m.