# District Judge Daybook Entry

# District Judge Daybook Entry

Def't Ex 469, previously marked, is admitted.
Def't Exs. 349A, 349B & 349C, previously marked, are admitted.
Def't Ex 348C, previously marked, is admitted.
Def't Ex 575 (flip chart) marked and admitted.
Def't Ex 58, previously marked, is admitted.
Gov't Exs. 459A, 460A & 461A marked.
Gov't Exs. 459A & 460A admitted.
Gov't Ex 461B (redacted version of Gov't Ex. 461A) is admitted.
Mr. Delinsky argues in support of certain recordings; Mr. Ruby responds; Mr. Delinsky replies.
Court DENIES Mr. Delinsky's motion re: recordings.
Court ORDERS Government to make recording devices available to defense counsel.
Def't Ex 494, previously marked, is addressed.
Mr. Delinsky moves to require an election by the Government; Mr. Ruby responds; Mr. Delinsky replies; Court DENIES motion.
Mr. Delinksy moves to strike references and documents; Mr. Ruby responds; Mr. Delinsky replies; Court will address matter in its ruling on the Defendant's Rule 29 motions.
Mr. Delinsky advises that one of the defense counsel team will have to testify re: authentication and moves to not have that counsel disqualified from trial; Mr. Ruby responds.
[Reporter: Mary Schweinhagen]
Mr. Delinksy moves to strike citations introduced by Government; Court DENIES motion.
Mr. Delinsky moves for mistrial; Court DENIES motion.
Mr. Delinksy moves to strike certain evidence; Mr. Ruby respond; Mr. Delinsky replies; Court DENIES motion.
Court takes recess at 10:55 a.m.

Court resumed at 11:07 a.m. [Reporter: Mary Schweinhagen]
Court continues to addresses matters with counsel outside of presence of the jury.
Mr. Ruby provides information re: Brady-issue.
Court allows Mr. Brown to conduct examination of WITNESS LAFFERTY outside of jury presence.
Def't Ex 631, previously marked, is addressed.
Def't Ex 568 marked.
Def't Ex 576, previously marked, is addressed.
Mr. Delinsky raises issue re: audio recordings.
Court holds sealed, in camera portion of hearing.
Def't Exs. 664, 665 & 666 marked.
Concluded at 11:58 a.m.