# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 11/19/2015                                          Case Number 5:14-cr-00244
Case Style: USA vs. Donald L. Blankenship
Type of hearing Criminal Jury Trial - Day 29
Before the honorable: 2516-Berger
Court Reporter Mary Schweinhagen                           Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government appearances below


Attorney(s) for the Defendant(s) appearances below


Law Clerk Trevor Garmey                                    Probation Officer

## Trial Time

Jury Trial. Day No. 29

## Non-Trial Time


## Court Time

11:45 am   to 11:56 am
4:51 pm    to 4:52 pm
Total Court Time: 0 Hours 12 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

JURY TRIAL - DAY 29

COUNSEL APPEARANCES:

  UNITED STATES:
    R. Booth Goodwin, II
    Steven Ruby
    R. Gregory McVey
    Gabriele Wohl

  DONALD BLANKENSHIP:
    William Taylor, III
    Blair Brown
    Eric Delinsky
    James Walls


Scheduled Start 9:00 a.m.
Actual Start 11:45 a.m.
[held in Charleston Division]

Defendant present in person and by counsel.
Court addresses juror notes with counsel.
Court responds to jury.
Court recessed at 11:56 a.m.

Court resumed at 4:51 p.m.

District Judge Daybook Entry

Court addresses juror note with counsel.
Court responds to jury.
Court recessed at 4:52 p.m.