Judge Berger,

11/20/15 10:20 AM

FILED
NOV 20 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

With all due respect, we object to this closed proceeding in the Blankenship case and ask you to allow the press and the public to attend.

We ask you to consider our

objection and state the reasons on the record for why the public is being excluded.

Thank you,

*Ken Ward*

Ken Ward JR
Gazette-Mail

Judge Berger

Joel Ebert
Gazett-Mail
630.205.0747 cell
304.348.4843 work