# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 11/23/2015                                                    Case Number 5:14-cr-00244

Case Style: USA vs. Donald L. Blankenship

Type of hearing Criminal Jury Trial - Day 31

Before the honorable: 2516-Berger

Court Reporter Lisa Cook                                   Courtroom Deputy Kierstin Tudor

Attorney(s) for the Plaintiff or Government appearances below

Attorney(s) for the Defendant(s) appearances below

Law Clerk                                                           Probation Officer

## Trial Time

Jury Trial. Day No. 31

## Non-Trial Time

## Court Time

11:50 am   to 11:52 am

4:50 pm    to 4:51 pm

Total Court Time: 0 Hours 3 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

JURY TRIAL - DAY 31

COUNSEL APPEARANCES:

  UNITED STATES:
    R. Booth Goodwin, II
    Steven Ruby
    R. Gregory McVey
    Gabriele Wohl

  DONALD BLANKENSHIP:
    William Taylor, III
    Blair Brown
    Eric Delinsky
    James Walls


Scheduled Start 9:00 a.m.

Actual Start 11:50 a.m.

[held in Charleston Division]

11:50 a.m. Court excuses jury for lunch recess.

Concluded 11:52 a.m.

Court resumed at 4:50 p.m.

Court excuses jury for the day.

Concluded at 4:51 p.m.

District Judge Daybook Entry