## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 11/24/2015                                                                 Case Number 5:14-cr-00244
Case Style: USA vs. Donald L. Blankenship
Type of hearing Criminal Jury Trial - Day 32
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                                         Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government appearances below


Attorney(s) for the Defendant(s) apperances below


Law Clerk                                                                        Probation Officer

### Trial Time

Jury Trial. Day No. 32


### Non-Trial Time



### Court Time

11:58 am   to 12:00 pm
5:00 pm    to 5:09 pm
Total Court Time: 0 Hours 11 Minutes Court actively conducting trial proceedings/Contested proceedings

### Courtroom Notes

JURY TRIAL - DAY 32

COUNSEL APPEARANCES:

  UNITED STATES:
    R. Booth Goodwin, II
    Steven Ruby
    R. Gregory McVey
    Gabriele Wohl

  DONALD BLANKENSHIP:
    William Taylor, III
    Blair Brown
    Eric Delinsky
    James Walls


Scheduled Start 9:00 a.m.
[held in Charleston Division]

Jury deliberation continues.

11:58 a.m.
Court excuses jury for lunch.
Concluded at 12:00 p.m.

5:00 p.m.

## District Judge Daybook Entry

Jury excused for the day.
Mr. Taylor makes motion for mistrial; Mr. Ruby responds; Court DENIES motion.
Court recessed at 5:09 p.m.