FILED

NOV 3 0 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

11/27/15

420pm

Judge Berger,

We again protest another closed proceeding in the Blankenship case and Request that the public and press be allowed to attend.

There is a presumptive Right of access to criminal

(2)

Proceedings. Being
told later what
occurred is not
a substitute for
in-person attendance
by the press.

K. White

Charleston
Gazette - Mail

348-1702

Judge Berger

Joel Ebert
304.348.4843
Gazette-Mail