# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 11/30/2015                                                   Case Number 5:14-cr-00244

Case Style: USA vs. Donald L. Blankenship

Type of hearing Criminal Jury Trial - Day 33

Before the honorable: 2516-Berger

Court Reporter Lisa Cook                                    Courtroom Deputy Kierstin Tudor

Attorney(s) for the Plaintiff or Government apperances below

Attorney(s) for the Defendant(s) appearances below

Law Clerk                                                           Probation Officer

## Trial Time

Jury Trial. Day No. 33

## Non-Trial Time

## Court Time

8:51 am    to 9:10 am
11:50 am   to 11:52 am
4:51 pm    to 4:53 pm
Total Court Time: 0 Hours 23 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

JURY TRIAL - DAY 33

COUNSEL APPEARANCES:

  UNITED STATES:
    R. Booth Goodwin, II
    Steven Ruby
    R. Gregory McVey
    Gabriele Wohl

  DONALD BLANKENSHIP:
    William Taylor, III
    Blair Brown
    Eric Delinsky
    James Walls

Scheduled Start 9:00 a.m.
[held in Charleston Division]

8:51 a.m.
Defendant present in person and by counsel.
Court speaks with counsel re: proposed instruction to jury.
Jury brought in and given additional instruction from the Court.
Jury excused to continue deliberations.
Court recessed at 9:10 a.m.

District Judge Daybook Entry

11:50 a.m.
Court excuses jury for lunch.
Court recessed at 11:52 a.m.

4:51 p.m.
Court excuses jury for the day.
Court recessed at 4:53 p.m.