# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 12/1/2015                                              Case Number 5:14-cr-00244
Case Style: USA vs. Donald L. Blankenship
Type of hearing Criminal Jury Trial - Day 34
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                     Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government appearances below


Attorney(s) for the Defendant(s) appearances below


Law Clerk                                                    Probation Officer

## Trial Time

Jury Trial. Day No. 34


## Non-Trial Time



## Court Time

11:15 am   to 11:54 am
4:54 pm    to 4:55 pm
Total Court Time: 0 Hours 40 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

JURY TRIAL - DAY 34

COUNSEL APPEARANCES:

  UNITED STATES:
    R. Booth Goodwin, II
    Steven Ruby
    R. Gregory McVey
    Gabriele Wohl

  DONALD BLANKENSHIP:
    William Taylor, III
    Blair Brown
    Eric Delinsky
    James Walls


Scheduled Start 9:00 a.m.
[held in Charleston Division]

Jury deliberation continues.

11:15 a.m.
Defendant present in person and by counsel.
Court addresses note from jury with counsel.
Jury brought in and Court responds to their note.
Court gives Jury the "Allen Charge".

District Judge Daybook Entry

Jury excused for lunch.
Court recessed at 11:54 a.m.

Court resumed at 4:54 p.m.
Jury excused for the day.
Court recessed at 4:55 p.m.