# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 12/2/2015                                              Case Number 5:14-cr-00244
Case Style: USA vs. Donald L. Blankenship
Type of hearing Criminal Jury Trial - Day 35
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                     Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government appearances below


Attorney(s) for the Defendant(s) appearances below


Law Clerk                                                    Probation Officer

## Trial Time

Jury Trial. Day No. 35


## Non-Trial Time



## Court Time

11:55 am   to 11:56 am
3:15 pm    to 3:20 pm
Total Court Time: 0 Hours 6 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

JURY TRIAL - DAY 35

COUNSEL APPEARANCES:

  UNITED STATES:
    R. Booth Goodwin, II
    Steven Ruby
    R. Gregory McVey
    Gabriele Wohl

  DONALD BLANKENSHIP:
    William Taylor, III
    Blair Brown
    Eric Delinsky
    James Walls


Scheduled Start 9:00 a.m.
[held in Charleston Division]

Jury deliberation continues.

11:55 a.m.
Court excuses jurors for lunch.
Concluded at 11:56 a.m.

Court resumed at 3:15 p.m.

## District Judge Daybook Entry

Defendant present in person and by counsel.
Court addresses notes from the jury with counsel.
Jury brought in and released for the day.
Court recessed at 3:20 p.m.