IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DONALD L. BLANKENSHIP )<br>) | Criminal No. 5:14-cr-00244 |

## DEFENDANT'S PROPOSED INSTRUCTION
## REGARDING JUROR DISAGREEMENT

Subject to and without waiving Mr. Blankenship's position that a mistrial should be granted based on the juror voir dire conducted on November 24, 2015 and Mr. Blankenship's objection to the alternative instruction proposed by the Court, Mr. Blankenship, through counsel requests that the Court give the following additional instruction to the jury:

> Do not come to a decision simply because other jurors think it is right or simply to reach a verdict. Each of you must make your own conscientious decision. You may not agree to any decision that does violence to your individual judgment.

Dated: November 30, 2015

Respectfully submitted,

_/s/ William W. Taylor, III_
William W. Taylor, III
Blair G. Brown
Eric R. Delinsky
R. Miles Clark
Steven N. Herman
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
202-778-1800 (phone) / 202-822-8106 (fax)
wtaylor@zuckerman.com
bbrown@zuckerman.com
edelinsky@zuckerman.com
mclark@zuckerman.com
sherman@zuckerman.com

   /s/ James A. Walls
James A. Walls (WVSB #5175)
SPILMAN THOMAS & BATTLE, PLLC
48 Donley Street, Suite 800
Morgantown, WV 26501
304-291-7947 (phone) / 304-291-7979 (fax)
jwalls@spilmanlaw.com

   /s/ Alexander Macia
Alexander Macia
SPILMAN THOMAS & BATTLE, PLLC
P.O. Box 273
Charleston, WV 25321-0273
304-340-3800 (phone) / 304-340-3801 (fax)
amacia@spilmanlaw.com

*Counsel for Donald L. Blankenship*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has served by hand in open court on this 30th day of November, 2015 on:

R. Booth Goodwin, II
Steven R. Ruby
Gabriele Wohl
U.S. Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713

R. Gregory McVey
U.S. Attorney's Office
845 Fifth Avenue, Room 209
Huntington, WV 25701

/s/ *Blair G. Brown*
Blair G. Brown