IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  ) | |
| v.  ) ) | Criminal No. 5:14-cr-00244 |
| DONALD L. BLANKENSHIP ) ) | |

### DEFENDANT'S PROPOSED INSTRUCTION
### REGARDING COMMUNICATION WITH THE COURT

Subject to and without waiving Mr. Blankenship's position that a mistrial should be granted based on the juror voir dire conducted on November 24, 2015 and Mr. Blankenship's objection to the alternative instruction proposed by the Court, Mr. Blankenship, through counsel, requests that the Court give the following instruction to the jury:

> Any of you may communicate with me for any reason. If you wish to do so, you can send a note to me through the court security officer, signed either by you individually, by two or more of you, or by your foreperson. I will respond as soon as possible, either in writing or verbally in open court.
>
> You are permitted to communicate to me that you are unable to reach a unanimous verdict, but you should not tell me how your vote stands numerically.

Dated: November 30, 2015          Respectfully submitted,

    */s/ William W. Taylor, III*
William W. Taylor, III
Blair G. Brown
Eric R. Delinsky
R. Miles Clark
Steven N. Herman
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
202-778-1800 (phone) / 202-822-8106 (fax)
wtaylor@zuckerman.com
bbrown@zuckerman.com
edelinsky@zuckerman.com
mclark@zuckerman.com
sherman@zuckerman.com

  */s/ James A. Walls*
James A. Walls (WVSB #5175)
SPILMAN THOMAS & BATTLE, PLLC
48 Donley Street, Suite 800
Morgantown, WV 26501
304-291-7947 (phone) / 304-291-7979 (fax)
jwalls@spilmanlaw.com

  */s/ Alexander Macia*
Alexander Macia
SPILMAN THOMAS & BATTLE, PLLC
P.O. Box 273
Charleston, WV 25321-0273
304-340-3800 (phone) / 304-340-3801 (fax)
amacia@spilmanlaw.com

*Counsel for Donald L. Blankenship*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served by hand in open court on this 30th day of November, 2015 on:

R. Booth Goodwin, II
Steven R. Ruby
Gabriele Wohl
U.S. Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713

R. Gregory McVey
U.S. Attorney's Office
845 Fifth Avenue, Room 209
Huntington, WV 25701

/s/ *Blair G. Brown*
Blair G. Brown