

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:14-cr-244

DONALD L. BLANKENSHIP

## JURY VERDICT FORM

### COUNT ONE

As to the charge of conspiracy contained in Count One of the Superseding Indictment,

__✓__ We, the jury, find the Defendant, Donald L. Blankenship, GUILTY beyond a reasonable doubt.

_____ We, the jury, find the Defendant, Donald L. Blankenship, NOT GUILTY.

If the verdict as to Count One is guilty, indicate by checking below which object or objects of the conspiracy were found by the jury to be proven. (Should you find the Defendant not guilty, proceed directly to Count Two.)

__✓__ The Defendant, Donald L. Blankenship, conspired to willfully violate mandatory mine health and safety standards.

_____ The Defendant, Donald L. Blankenship, conspired to defraud an agency of the United States (the Mine Safety and Health Administration).

### COUNT TWO

As to the charge involving false statements contained in Count Two,

_____ We, the jury, find the Defendant, Donald L. Blankenship, GUILTY beyond a reasonable doubt.

__✓__ We, the jury, find the Defendant, Donald L. Blankenship, NOT GUILTY.

## COUNT THREE

As to the charge involving security fraud contained in Count Three,

_____ We, the jury, find the Defendant, Donald L. Blankenship, GUILTY beyond a reasonable doubt.

\_\_✓\_\_ We, the jury, find the Defendant, Donald L. Blankenship, NOT GUILTY.


_____
FOREPERSON

\_\_*12/3/15*_____
DATE