# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 12/3/2015                                                                                  Case Number 5:14-cr-00244
Case Style: USA vs. Donald L. Blankenship
Type of hearing Criminal Jury Trial - Day 36
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                                           Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government appearances below


Attorney(s) for the Defendant(s) appearances below


Law Clerk                                                                                          Probation Officer

## Trial Time

Jury Trial. Day No. 36


## Non-Trial Time



## Court Time

12:09 pm   to 12:24 pm
Total Court Time: 0 Hours 15 Minutes Court actively conducting trial proceedings/Contested proceedings


## Courtroom Notes

JURY TRIAL - DAY 36

COUNSEL APPEARANCES:

  UNITED STATES:
    R. Booth Goodwin, II
    Steven Ruby
    R. Gregory McVey
    Gabriele Wohl

  DONALD BLANKENSHIP:
    William Taylor, III
    Blair Brown
    Eric Delinsky
    James Walls


Scheduled Start 9:30 a.m.
[held in Charleston Division]

Jury deliberation continues.

12:09 p.m.
Defendant present in person and by counsel.
Court advises parties that jury has reached a verdict.
Jury brought in.
Court inspects jury verdict and reads same aloud as follows:
Count One - GUILTY

District Judge Daybook Entry

Count Two - NOT GUILTY
Count Three – NOT GUILTY
Court polls jury.
Counsel inspect verdict forms.
Jury excused.
Government moves for modification of bond conditions; motion DENIED.
Sentencing set for March 23, at 10:00 a.m.
Matter concluded at 12:24 p.m.