# Panel Selection Report
## Cover Sheet

Date: **10/7/15**
Time: **8:21 AM**

Event: **5:14-00244/01**
Event Type: **CRIMINAL - PETIT**
Charge Description: **Criminal Proceedings**
No Sent: **160**

Description: **USA V. DONALD BLANKENSHIP**
Judge: **IRENE C. BERGER**
Room: **Charleston District Crtrm B**
Prosecutor Attorney: **R. BOOTH GOODWIN**
Defense Attorney: **WILLIAM TAYLOR**

## Data Entry

Event End Date: 12-3-15
Event Disposition:

Sequestered Date: N/A
Deliberation Date: 11/17-15 to 12/3/15
Judgement Amount: Count 1 - Guilty; Count 2 & 3 - Not Guilty

**Accused:**

*Please return this form together with the Panel Selection Report.*



FILED
DEC - 4 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia