> "The attitude at many Massey operations is 'if you can get the footage, we can pay the fines.'"

> Foremen "are continually forced to operate with skeleton crews. ...If the need nine men, they are given five and are still expected to produce big footage."

**What follows are Bill's responses to the [questions?]**

*How can we do better?*

We need to change how we do business. Many of Massey's old timers are gone needed to do a good job. The rules of m[ining have changed, but] not.

Many in Massey do not take MSHA seri[ously...] use what it feels is necessary. If Operato[rs...] things in order, MSHA will not view thi[s as...] onerous. But, if a company is perceived [as...] production and/or levy high fines to try [to...] wants to see that an operator is making a[n effort to do the right thing].

Massey lacks knowledge at the foreman level. Our forem[en often don't even know] the part of the law that they have violated. Once the violation is written, it b[ecomes] [a tiresome chore] problem; the foremen have no involvement in calculating the potential penalty a[nd following] through with the violation, and don't learn from the experience. We need more feed[back to see if] they have learned from their training.

The foremen and superintendents also need to be involve[d in the] [p]lanning process, and need to be held responsible for noncompliance.

The pattern of violations was written into the law to ta[ke c]are of renegades and outlaw operators who had no intention of complying with the law. Now it is being used for defiant operators, as Massey is [viewed. The attitude at many] [M]assey operations is "if you can get the footage, we can [pay the fines."]

[The big]gest complaint is lack of manpower. He is told that the [crews are short.] They are given 4 or 5 jobs to do, but they are never [told...] [w]hat if they had the opportunity, they would leave [a lot] [m]ore to do than they can reasonably get done.

[...they are contin]ually forced to operate with skeleton [crews...are f]orced to also act as a worker. If they [are...] [are] expected to produce big footage.

[...] ventilation, clean up, roof control and electrical. Bill [... a good j]ob on these four main areas would get rid of 75% of [the violations.] Using quote from a class attendee: "We are like robots. [They expect] the manpower to actually do it." And "we are told to [get the footage, if we are] caught, then we will fix it."

[PRIVILEGED – ATTORNEY WORK PRODUCT]

2

Government Exhibit 96

Slides used during Government closing · 5:14-cr-244 US v Blankenship



# Ignition Sources



The Defendant had a DUTY to see that his mines complied with the mine safety laws.

Defendant's 2009 Compensation

$17.8 Million

equals

275 Coal Miners at $65,000/year

A. Well, after what happened, I felt like the truth needed to be told about the things that went on there and the reasons why that mine blew up. And, so, I, I, I wanted it known and they had a code of silence there. Hardly nobody would talk. They were scared. They were even still scared after then to speak up. And I said I'm going to speak up. I'm going to tell the truth. Excuse me.