IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.     CRIMINAL ACTION NO. 5:14-cr-00244

DONALD L. BLANKENSHIP,

    Defendant.

**ORDER**

The Court has reviewed the Defendant's *Motion for Limitation on Government Opening Concerning William Ross* (Document 407) and the *United States' Response to Defendant's Motion for Limitation on Government Opening Concerning William Ross* (Document 408). For the reasons set forth in the record, the Court **ORDERS** that the motion be **DENIED**.

The Court has also reviewed the *United States' Motion for Additional Allen Charge Before Considering Mistrial* (Document 520) and, given the jury's return of a verdict, **ORDERS** that the motion be **TERMINATED AS MOOT**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

    ENTER:     December 9, 2015

*[Signature: Irene C. Berger]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA