## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/6/2016                                              Case Number 5:14-cr-00244
Case Style: USA vs. Donald L. Blankenship
Type of hearing Sentencing
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                    Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government see appearances below


Attorney(s) for the Defendant(s) see appearances below


Law Clerk Trevor Garmey                                     Probation Officer Jeff Gwinn

### Trial Time



### Non-Trial Time



### Court Time

10:00 am   to 11:10 am
11:23 am   to 12:13 pm
Total Court Time: 2 Hours 0 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

SENTENCING HEARING

COUNSEL APPEARANCES:

  UNITED STATES:
    Steven Ruby
    R. Gregory McVey
    Gabriele Wohl

  DONALD BLANKENSHIP:
    William Taylor, III
    Blair Brown
    Eric Delinsky
    James Walls

Scheduled Start 10:00 a.m.
Actual Start 10:00 a.m.
[Beckley case; hearing held in Charleston]

Defendant present in person and by counsel for sentencing as to Count One of the Superseding Indictment.
Counsel note appearances on the record.
Defendant placed under oath.
Court addresses PSR and remaining objections.
Court summarizes prior rulings regarding restitution.
Court ADOPTS findings in PSR except as noted.
Probation to file PSR in court file under seal.
Court makes findings re: applicable U.S.S.G. ranges.

District Judge Daybook Entry

Court addresses 3553(a) factors.
Mr. Ruby speaks as to 3553(a) factors.
Mr. Taylor reserves right to speak at a later juncture.
Court makes findings as to 3553(a) factors.
Mr. Taylor request a brief recess.
Court takes recess at 11:10 a.m.

Court resumed at 11:23 a.m.
Mr. Taylor speaks on behalf of the Defendant prior to the imposition of sentence.
Defendant speaks on his own behalf.
After considering advisory U.S.S.G. ranges and 3553(a) factors, Court IMPOSES sentence as follows:
    Custody: 12 months
    Supervised Release: 1 year
    Fine: $250,000
    Assessment:  $25
Court states reasons for sentence imposed.
Defendant advised of right to appeal.
Defendant RELEASED on prior bond and allowed to self-report.
Defendant's motion for continued release pending appeal is DENIED.
Court recessed at 12:13 p.m.