PS 40 (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT

for the

West Virginia Southern

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

**FROM:** Joe E Black, USPO
1200 U.S. Courthouse
300 Virginia Street East
Charleston, WV 25301-2523

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

☒ **Original Notice**
Date: 12/01/2014
By: Joe E. Black, USPO

☒ **Notice of Disposition**
Date: 4/20/2016
By: Joe E. Black, Senior USPO

---

Defendant    Donald L. Blankenship
Case Number: [0425 5:14CR00244]-[001]

Date of Birth: 03/14/1950
SSN: ▓▓▓▓▓▓▓
Place of Birth: Stopover, Kentucky, United States

---

**Notice of Court Order** (Order Date: 11/20/2014 )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 450857587 and/or passport card number _____ to the custody of the U.S. District Court on 11/20/2014.

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.
☐ Defendant not convicted – Document returned to defendant.
☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
☒ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court