UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

**DEBRA K. KEMPI**
CLERK OF COURT

**CYNTHIA K. JENSEN**
CHIEF DEPUTY, LAS VEGAS

**JAKE HERB**
CHIEF DEPUTY, RENO

10/23/2017

Clerk's Office
Robert C. Byrd United States Courthouse
300 Virginia Street, East, Suite 2400
Charleston, WV 25301

**Re: Transfer of Probation**

**Case Name:** USA v. Blankenship

**Your Case Number:** 5:14-cr-00244-01

**Our Case Number:** 2:17-cr-00345-RFB-VCF

Dear Clerk:

    On 10/20/2017, this court accepted transfer of jurisdiction on the above-listed defendant. With the implementation of CM/ECF, any documents needed by this court will be retrieved via PACER unless the documents are filed under SEAL. This court will then make a request for certified copies of those documents.

FILED
OCT 26 2017
TED J. PHILYAW, ACTING CLERK
U.S. District Court
Southern District of West Virginia

Debra K. Kempi, Clerk

By: /s/ Monica Reyes
_____
Deputy Clerk
U.S. District Court
District of Nevada, Las Vegas

**Please return the enclosed copy of this letter with your case number.**

**Date Received:**_____

**Received By:**_____



FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 17 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM**

RE: Donald L Blankenship

Case No.: To be assigned
2:17cr-345-RFB-VCF

<u>REQUEST ACCEPTANCE OF JURISDICTION</u>

October 16, 2017

TO: To Be Assigned
Honorable District Court Judge

On April 6, 2016, the above-named offender was sentenced in the Southern District of West Virginia to 12 months custody and one year supervised for the offense of Conspiracy to Willfully Violate Mandatory Mine Health and Safety Standards, a Misdemeanor. On May 10, 2017, the offender was released to the District of Nevada to begin his term of supervised release.

Blankenship plans to make the District of Nevada his primary domicile and has purchased a home in Las Vegas, Nevada. In order to facilitate and expedite any Court action, it is recommended that a Transfer of Jurisdiction to the District of Nevada be initiated.

The Southern District of West Virginia concurs with our recommendation as outlined by the Honorable Irene C Berger signature on the attached Probation Form 22. Should our Court agree, please countersign the attached Probation Form 22 and return a copy of the form to our office. Thank you for time and effort.

Respectfully submitted,
Eric Christiansen
2017.10.16
16:11:17 -07'00'

Eric Christiansen
United States Probation Officer

Approved:

Benjamin Johnson
2017.10.16 11:43:54 -07'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | ENTERED ___ SERVED ON COUNSEL/PARTIES OF RECORD OCT 17 2017 CLERK US DISTRICT COURT DISTRICT OF NEVADA BY: _____ DEPUTY | DOCKET NUMBER (Tran. Court) 5:14CR00244-01 DOCKET NUMBER (Rec. Court) 17cr345-RFB-VCF |
|---|---|---|---|

| NAME OF PROBATIONER/SUPERVISED RELEASEE: Donald L. Blankenship | DISTRICT West Virginia Southern | DIVISION Charleston |
|---|---|---|
| | NAME OF SENTENCING JUDGE Irene C. Berger | |
| | DATES OF SUPERVISED RELEASE: | FROM 05/10/2017 — TO 05/09/2018 |

**OFFENSE**

30 U.S.C. § 820(d) and 18 U.S.C. § 371: Conspiracy to willfully violate mandatory mine health and safety standards

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF WEST VIRGINIA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_Sept 6, 2017_
Date

_Irene C Berger_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 20, 2017.
_Effective Date_

RICHARD F. BOULWARE, II
United States District Judge

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

**DEBRA K. KEMPI**
**CLERK OF COURT**

CYNTHIA K. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

10/23/2017

Clerk's Office
Robert C. Byrd United States Courthouse
300 Virginia Street, East, Suite 2400
Charleston, WV 25301

**Re: Transfer of Probation**

**Case Name:** USA v. Blankenship

**Your Case Number:** 5:14-cr-00244-01

**Our Case Number:** 2:17-cr-00345-RFB-VCF

FILED
OCT 26 2017
TED J. PHILYAW, ACTING CLERK
U.S. District Court
Southern District of West Virginia

Dear Clerk:

On 10/20/2017, this court accepted transfer of jurisdiction on the above-listed defendant. With the implementation of CM/ECF, any documents needed by this court will be retrieved via PACER unless the documents are filed under SEAL. This court will then make a request for certified copies of those documents.

Debra K. Kempi, Clerk

By: /s/ Monica Reyes

Deputy Clerk
U.S. District Court
District of Nevada, Las Vegas

**Please return the enclosed copy of this letter with your case number.**

**Date Received:**_____

**Received By:**_____

**CLERK, U.S. DISTRICT COURT**
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

LAS VEGAS NV 890
23 OCT '17
PM 4 L

Hasler
10/23/2017
US POSTAGE
$00.46⁰
FIRST-CLASS MAIL
ZIP 89101
011D11641426

25301-25399

Clerk's Office
Robert C. Byrd United States Courthouse
300 Virginia Street, East, Suite 2400
Charleston, WV 25301