USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

UNITED STATES of AMERICA

STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL

V.

DONALD L. BLANKENSHIP

CRIM. CASE NUMBER 5:14-cr-00244

---

Michael A. Baudinet, McGuireWoods LLP          83633

*Name of Visiting Attorney and firm name*          *Bar ID number*

Donald L. Blankenship, Defendant

*Name of party represented*

Virginia State Bar, 1111 East Main Street, Suite 700, Richmond, VA 23219-0026, telephone: (804) 775-0500

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

McGuireWoods LLP
Gateway Plaza
800 East Canal Street, Richmond, VA 23219-3916

*Visiting Attorney's office address*

| (804) 775-1139 | (804) 698-2199 | mbaudinet@mcguirewoods.com |
|---|---|---|
| *Visiting Attorney's office telephone number* | *Office fax number* | *Email address* |

W. Henry Jernigan, Jr.
Dinsmore & Shohl LLP                    WV 1884

*Name of Sponsoring Attorney and firm name*          *WV Bar ID number*

Dinsmore & Shohl LLP
707 Virginia Street, East, Suite 1300
Charleston, WV 25301

*Sponsoring Attorney's office address*

| (304) 357-0900 | (304) 357-0919 | henry.jernigan@dinsmore.com |
|---|---|---|
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

4/17/2018
Date

*Signature of Visiting Attorney*

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

4/17/18
Date

/s/ W. Henry Jernigan, Jr.
*Signature of Sponsoring Attorney*

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV for guidance. Specific requirements regarding logins and passwords and the registration process may be found at Section 6. Login and Password; Registration.