## CERTIFICATION OF MOVANT

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was filed on this 17th day of April 2018.

Dated: April 17, 2018

*[signature: Donald L. Blankenship]*

Donald L. Blankenship