USDC/CLK-007 (Rev. 5/13) Notice of Filing of Motion Under 28 U.S.C. § 2255 to Vacate Sentence by Person in Federal Custody

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

**DONALD L. BLANKENSHIP**

NOTICE OF FILING OF A MOTION
UNDER 28 U. S. C. § 2255 TO VACATE
SENTENCE BY A PERSON IN FEDERAL
CUSTODY

v.

**UNITED STATES OF AMERICA**

**CRIMINAL ACTION NO. 5:14-cr-00244**
**(CIVIL ACTION NO. 5:18-cv-00591)**

**TO:** Michael B. Stuart, United States Attorney
Southern District of West Virginia
P. O. Box 1713
Charleston, West Virginia 25326

Please be advised that on April 18, 2018, the Clerk of the Court for the Southern District of West Virginia filed a *Motion to Vacate Sentence by a Person in Federal Custody* on behalf of Donald L. Blankenship pursuant to Title 28, United States Code, Section 2255, in the above-captioned matter. The style and numbers appearing above shall be used by all parties for any documents or correspondence relating to this matter. Please be sure to include both criminal and civil case numbers.

A copy is attached for your reference.

Date: April 20, 2018

**RORY L. PERRY II, CLERK OF COURT**

By: _____
Deputy Clerk

cc: Irene C. Berger, District Judge
Omar J. Aboulhosn, Magistrate Judge

Donald L. Blankenship
P. O. Box 1757
Williamson, WV  25661

Michael A. Baudinet
McGUIRE WOODS GATEWAY PLAZA
800 East Canal Street
Richmond, VA  23219-3916