# PRIVILEGE LOG

Source: MSHA OAS files

| DATE | AUTHOR | RECIPIENT(S) | DOCUMENT DESCRIPTION | PRIVILEGE ASSERTED |
|---|---|---|---|---|
| 12/4/2012 | Ernest A. Cameron<br>Director of Administration<br>And Management | Charles J. Thomas<br>Deputy Administrator<br>Coal Mine Safety<br>And Health | Proposed Discipline Memorandum<br>(Pre-Decisional document) | Deliberative Process Privilege |
| 12/5/2012 | Ernest A. Cameron<br>Director of Administration<br>And Management | Lincoln L. Selfe, Jr.<br>Supervisory Mine<br>Safety and Health<br>Inspector | Proposed Discipline Memorandum<br>(Pre-Decisional document) | Deliberative Process Privilege |
| 12/5/2012 | Ernest A. Cameron<br>Director of Administration<br>And Management | Donald Winston<br>Supervisory Mine<br>Safety and Health<br>Specialist | Proposed Discipline Memorandum<br>(Pre-Decisional document) | Deliberative Process Privilege |
| 12/5/2012 | Ernest A. Cameron<br>Director of Administration<br>And Management | Thomas V. Moore, Sr.<br>Supervisory Coal Mine<br>Safety and Health<br>Specialist | Proposed Discipline Memorandum<br>(Pre-Decisional document) | Deliberative Process Privilege |
| 12/20/2012 | Lincoln L. Selfe, Jr.<br>Supervisory Mine<br>Safety and Health<br>Inspector | Patricia W. Silvey<br>Deputy Assistant<br>Secretary for<br>Operations<br><br>Monique Molina<br>Executive Assistant<br>MSHA; Donna Kramer,<br>Supervisory Human<br>Resources Specialist,<br>Office of the Assistant<br>Secretary for<br>Administration and<br>Management | Written response to<br>Proposed Discipline Memorandum<br>(Pre-Decisional document) | Deliberative Process Privilege |

| Date | From | To | Description | Privilege |
|---|---|---|---|---|
| 12/21/2012 | Charles J. Thomas<br>Deputy Administrator<br>Coal Mine Safety<br>And Health | Patricia W. Silvey<br>Deputy Assistant<br>Secretary for<br>Operations<br><br>Ernest A. Cameron<br>Director of Administration<br>and Management<br><br>Nancy Crawford<br>Director of Human Resources<br><br>Kevin G. Stricklin<br>Administrator for Coal<br>Mine Safety and Health | Written response to<br>Proposed Discipline Memorandum<br>(Pre-Decisional document) | Deliberative Process Privilege |
| 1/7/2013 | Donald Winston<br>Supervisory Mine<br>Safety and Health<br>Specialist | Patricia W. Silvey<br>Deputy Assistant<br>Secretary for<br>Operations | Written response to<br>Proposed Discipline Memorandum<br>(Pre-Decisional document) | Deliberative Process Privilege |
| 1/17/2013 | Lincoln L. Selfe, Jr.<br>Supervisory Mine<br>Safety and Health<br>Inspector | Patricia W. Silvey<br>Deputy Assistant<br>Secretary for<br>Operations<br><br>cc: Charles E. Carpenter, MSHA; Monique Molina Executive Assistant MSHA; Donna Kramer, Supervisory Human Resources Specialist, Office of the Assistant Secretary for Administration and Management | Email response to<br>Proposed Discipline Memorandum<br>(Pre-Decisional document) | Deliberative Process Privilege |

| DATE | AUTHOR | RECIPIENT(S) | DOCUMENT DESCRIPTION | PRIVILEGE ASSERTED |
|---|---|---|---|---|
| 8/13/2012-4/3/2013 (various dates) | Patricia W. Silvey Deputy Assistant Secretary for Operations | N/A | Interview notes, notes from meetings, and administrative notes involving proposed discipline (Pre-Decisional document) | Deliberative Process Privilege |
| 12/17/2012-4/3/2013 | Monique Molina Executive Assistant MSHA | N/A | Interview notes and notes from meetings involving proposed discipline (Pre-Decisional document) | Deliberative Process Privilege |

Source: OASAM HR – Donna Kramer files

| DATE | AUTHOR | RECIPIENT(S) | DOCUMENT DESCRIPTION | PRIVILEGE ASSERTED |
|---|---|---|---|---|
| 1/24/2013 | Donna L. Kramer OASAM HRC | N/A; re: John Moran | notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| UNKNOWN | Patricia Silvey Deputy Assistant Secretary for Operations MSHA | Kevin G. Stricklin | Draft of the Letter of Warning Memorandum | Deliberative Process Privilege |
| UNKNOWN | Donna L. Kramer OASAM HRC | N/A | Pre-memorandum write-up involving proposed discipline | Deliberative Process Privilege |
| UNKNOWN | Ernest A. Cameron Director Administration and Management | Donald Winston | Draft Memorandum Notice of Proposed Discipline | Deliberative Process Privilege |
| 12/20/12 | Donna L. Kramer OASAM HRC | N/A; re: Donald Winston | notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |

| Date | From | To | Description | Privilege |
|---|---|---|---|---|
| UNKNOWN | Donna L. Kramer OASAM HRC | N/A; re: Thomas V. Moore | Pre-memorandum write-up involving proposed discipline | Deliberative Process Privilege |
| 4/3/2013 | Donna L. Kramer OASAM HRC | N/A; re: Donald Winston | notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| UNKNOWN | Ernest A. Cameron Director Administration and Management | Thomas V. Moore | Draft Memorandum of Proposed Discipline | Deliberative Process Privilege |
| 12/20/12 | Donna L. Kramer OASAM HRC | N/A; re: Thomas V. Moore | notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| UNKNOWN | Ernest A. Cameron Director Administration and Management | Charles J. Thomas | Draft Memorandum of Proposed Discipline | Deliberative Process Privilege |
| 1/10/13 | Donna L. Kramer OASAM HRC | N/A; re: Charles Thomas | notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| UNKNOWN | Ernest A. Cameron Director Administration and Management | Lincoln L. Selfe, Jr. | Draft Memorandum of Proposed Discipline | Deliberative Process Privilege |
| 12/20/2012 | Donna L. Kramer OASAM HRC | N/A; re: Lincoln Selfe | notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| 12/28/2012 | Patricia Silvey Deputy Assistant Secretary for Operations | Donna L. Kramer OASAM HRC | Email forwarding response from Lincoln Selfe and other related matters | Deliberative Process Privilege |

| Date | From | To | Description | Privilege |
|---|---|---|---|---|
| 4/3/2013 | Donna L. Kramer OASAM HRC | N/A; re: Lincoln Selfe | notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| 1/17/2013 | Patricia Silvey Deputy Assistant Secretary for Operations | Donna L. Kramer OASAM HRC | Email forwarding additional response from Lincoln Selfe re: 12/5/2012 Memorandum of Proposed Discipline | Deliberative Process Privilege |
| UNKNOWN | Donna L. Kramer OASAM HRC | N/A; re: Administrator | Working copy; typed notes – rev. of information to provide opinion & advice to MSHA regarding potential actions | Deliberative Process Privilege |
| UNKNOWN | Donna L. Kramer OASAM HRC | N/A; re: Deputy Administrator | Working copy; typed notes – rev. of information to provide opinion & advice to MSHA regarding potential actions | Deliberative Process Privilege |
| UNKNOWN | Donna L. Kramer OASAM HRC | N/A; re: ADM for Enforcement (ADM) – West Sample Tracking | Working copy; typed notes – rev. of information to provide opinion & advice to MSHA regarding potential actions | Deliberative Process Privilege |
| UNKNOWN | Donna L. Kramer OASAM HRC | N/A; re: Assistant District Manager for Enforcement (ADM) – Flagrant Violations | Working copy; typed notes – rev. of information to provide opinion & advice to MSHA regarding potential actions | Deliberative Process Privilege |
| UNKNOWN | Donna L. Kramer OASAM HRC | N/A; re: Field Office Supervisor – Supervisory Coal Mine Safety and | Working copy; typed notes – rev. of information to provide opinion & advice to MSHA regarding | Deliberative Process Privilege |

| | | | | |
|---|---|---|---|---|
| | | Health Specialist | potential actions | |
| UNKNOWN | Donna L. Kramer OASAM HRC | N/A; re: Field Office Supervisor – Tailgate Roof Support | Working copy; typed notes – rev. of information to provide opinion & advice to MSHA regarding potential actions | Deliberative Process Privilege |
| UNKNOWN | Donna L. Kramer OASAM HRC | N/A; re: Field Office Supervisor – Inspection by Trainee | Working copy; typed notes – rev. of information to provide opinion & advice to MSHA regarding potential actions | Deliberative Process Privilege |
| UNKNOWN | Donna L. Kramer OASAM HRC | N/A; re: Roof Control Supervisor – Pillar Stability Analysis | Working copy; typed notes – rev. of information to provide opinion & advice to MSHA regarding potential actions | Deliberative Process Privilege |
| UNKNOWN | Donna L. Kramer OASAM HRC | N/A; re: Roof Control Supervisor – Required Checklist | Working copy; typed notes – rev. of information to provide opinion & advice to MSHA regarding potential actions | Deliberative Process Privilege |
| UNKNOWN | Donna L. Kramer OASAM HRC | N/A; re: Roof Control Supervisor – Supervisory Mine Safety and Health Specialist | Working copy; typed notes – rev. of information to provide opinion & advice to MSHA regarding potential actions | Deliberative Process Privilege |
| UNKNOWN | Donna L. Kramer OASAM HRC | N/A; re: Inspector – Tailgate Roof Support | Working copy; typed notes – rev. of information to provide opinion & advice to MSHA regarding potential actions | Deliberative Process Privilege |

| Date | From | To/Cc | Description | Privilege |
|---|---|---|---|---|
| UNKNOWN | Donna L. Kramer OASAM HRC | N/A; re: Inspector – Rock Dust Survey of Headgate #22 Section | Working copy; typed notes – rev. of information to provide opinion & advice to MSHA regarding potential actions | Deliberative Process Privilege |
| 3/21/2012 | Patricia Silvey Deputy Assistant Secretary for Operations | Re: Question Edward Hugler, ASAM  Cc: Sydney T. Rose, OASAM HRC, Donna L. Kramer, OASAM HRC, James Blair, SOL Rose Audette, SOL Monique V. Molina, MSHA | Email re: review of MSHA IR | Deliberative Process Privilege Attorney-Client Privilege |
| UNKNOWN | Donna L. Kramer, OASAM HRC | N/A | Working copy notes | Deliberative Process Privilege |
| 5/1/2012 | Edward Hugler, ASAM | Sydney T. Rose, OASAM HRC, James Blair, SOL Donna L. Kramer, OASAM HRC  Cc: Edward Hugler, ASAM | Email re: review of MSHA IR | Deliberative Process Privilege Attorney-Client Privilege |
| 3/27/2012 | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |

| Date | Author | | Description | Privilege |
|---|---|---|---|---|
| 3/29/2012 | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| 6/5/2012 | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| 6/7/2012 | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| 6/8/2012 | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| 7/25/2012 | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| 8/14/2012 | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| 8/17/2012 | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| 8/21/2012 | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |

| Date | From | To | Description | Privilege |
|---|---|---|---|---|
| 8/22/2012 | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| 8/23/2012 | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| 9/5/2012 | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| 9/7/2012 | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| 9/11/2012 | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| UNKNOWN | Donna L. Kramer, OASAM HRC | N/A | Handwritten notes from meetings and administrative notes involving proposed discipline | Deliberative Process Privilege |
| 9/10/2012 | Edward Hugler, ASAM | Sydney T. Rose, OASAM HRC, Donna L. Kramer, OASAM HRC James Blair, SOL | Email on meeting involving pre-disciplinary decision | Deliberative Process Privilege Attorney-Client Privilege |

| Date | From | To | Description | Privilege |
|---|---|---|---|---|
| 8/16/2012 | Donna L. Kramer, OASAM HRC | James Blair, SOL; Sydney T. Rose, OASAM HRC | Email involving pre-disciplinary decision | Deliberative Process Privilege; Attorney-Client Privilege |
| UNKNOWN | Donna L. Kramer, OASAM HRC | N/A | Selected pages of MSHA Internal Review Report | Deliberative Process Privilege |