## UBB Disciplinary Actions-MSHA Email Privilege Log

| Bates Number | Subject Matter and Date | Material Withheld | Basis for exemptions |
|---|---|---|---|
| MSHA0104 - 0105 | Email communications between the following:<br><br>Strassler. Heidi W – SOL MSHA; Silvey, Patricia - MSHA; and Louviere, Amy - MSHA<br><br>Silvey, Patricia – MSHA; Main, Joseph A - MSHA; Louviere, Amy - MSHA; Parker, Douglas - MSHA; Stricklin, Kevin G - MSHA; and Strassler, Heidi W – SOL MSHA<br><br>Dated: March 13, 2012 | Subject: RE: Disciplinary Action re: UBB | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making.<br><br>Email communications are being withheld under attorney-client privilege, which protects confidential communications between an attorney and his client relating to a legal matter. |
| MSHA0106 | Email communication between Louviere, Amy - MSHA To: Silvey, Patricia – MSHA<br><br>Dated: March 16, 2012 | Subject: disciplinary actions | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making. |
| MSHA0107 – 0109<br><br>MSHA0124- 0125 | Email communications with attachments between Tarr, Jane E – MSHA; Silvey, Patricia – MSHA; Stricklin. Kevin G - MSHA; Dondis, Lynn - MSHA | Subject: Info re counseling etc. | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making.<br><br>Social Security Number being withheld pursuant to which permits the withholding of information that, if released, would constitute a clearly unwarranted |

DLB-2255-00011

## UBB Disciplinary Actions-MSHA Email Privilege Log

|  | Date July 17, 2012 |  | invasion of personal privacy. |
|---|---|---|---|
| MSHA0127 - 0128 | Email communications between Cameron, Ernest – MSHA and Silvey, Patricia - MSHA<br><br>Dated: September 26, 2012 | Subject: Re: re | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making. |
| MSHA0129 - 0130 | Email communications between Crawford, Nancy M - MSHA Silvey, Patricia – MSHA and Cameron, Ernest - MSHA<br><br>Dated: December 13, 2012 and December 12, 2012 | Subject: Re: Request of an extension | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making. |
| MSHA0129 - 0130 | Email communications between Winston, Donald E - MSHA and Crawford, Nancy M - MSHA<br><br>Dated: December 12, 2012 | Subject: Re: Request of an extension | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making. |
| MSHA0131 – 0144 | Email communication with attachments between Thomas. Charles J – MSHA; Silvey, Patricia - MSHA; Cameron, Ernest - MSHA; Crawford, Nancy M - MSHA<br><br>Dated: December 21, 2012 | Subject: Written Reply to December 4th, 2012 Notice of Proposed Seven (7) Day Suspension and request for oral reply | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making. |

DLB-2255-00012

UBB Disciplinary Actions-MSHA Email
Privilege Log

| | | | |
|---|---|---|---|
| MSHA0145 | Email communications between the following:<br><br>Silvey, Patricia – MSHA; Kramer, Donna L – OASAM HRC and Molina, Monique V – MSHA<br><br>Selfe, Lincoln L - MSHA<br>Silvey, Patricia – MSHA and Carpenter, Charles E - MSHA<br><br>Dated: January 17, 2013 | Subject: FW: December 15, 2012 memorandum | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making. |
| MSHA0146 | Email communications between Silvey, Patricia – MSHA; Selfe, Lincoln L – MSHA; and Carpenter, Charles E - MSHA<br><br>Dated: January 17, 2013 | Subject: RE: December 15, 2012 memorandum | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making. |
| MSHA0147 - 0149 | Email communication with draft attachment between the following:<br><br>Molina, Monique V – MSHA and Silvey, Patricia – MSHA<br><br>Molina, Monique V – MSHA and Kramer, Donna | Subject: FW: Question on personnel matter | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making. |

## UBB Disciplinary Actions-MSHA Email
## Privilege Log

|  | OSAM HRC<br><br>Dated: February 26, 2013 |  |  |
|---|---|---|---|
| MSHA0150 - 0162 | Email communication with draft attachments between Kramer, Donna L - OASAM HRC and Molina, Monique V - MSHA<br><br>Dated: March 19, 2013 | Subject: Letters are in SOL for review | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making. |
| MSHA0163 - 0175 | Email communication with draft attachments between Kramer, Donna L - OASAM HRC and Molina, Monique V - MSHA<br>(JB Jim Blair-SOL)<br><br>Dated: March 21, 2013 | Subject: Revised decision letters for your assistance and consideration | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making.<br><br>Email communications are being withheld under attorney-client privilege, which protects confidential communications between an attorney and his client relating to a legal matter. |
| MSHA0176 - 0184 | Email communication with draft attachment between Molina. Monique V – MSHA and Kramer. Donna L - OASAM HRC<br>(JB Jim Blair-SOL)<br><br>Dated: March 25, 2013 | Subject: Selfe decision letter (jb edits)(2).doc | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making.<br><br>Email communications are being withheld under attorney-client privilege, which protects confidential communications between an attorney and his client relating to a legal matter. |
| MSHA0185 – 0191 | Email communication with | Subject: Winston decision letter (jb | Email communications are being withheld pursuant to deliberative process privilege, which permits the |

DLB-2255-00014

## UBB Disciplinary Actions-MSHA Email
## Privilege Log

| | | | |
|---|---|---|---|
| | draft attachment between Molina. Monique V – MSHA and Kramer Donna L - OASAM HRG (JB-Jim Blair-SOL) Dated: March 25, 2013 | edits)(2).doc | withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making.<br><br>Email communications are being withheld under attorney-client privilege, which protects confidential communications between an attorney and his client relating to a legal matter. |
| MSHA0192 – 0197 | Email communication with draft attachments between Kramer, Donna L - OASAM HRC; Silvey. Patricia – MSHA and Fesak. George M - MSHA (JB Jim Blair-SOL) Dated: April 4, 2013 | Subject: C. Thomas letters attached | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making.<br><br>Email communications are being withheld under attorney-client privilege, which protects confidential communications between an attorney and his client relating to a legal matter. |
| MSHA0198 - 0203 | Email communications with draft attachments between Kramer, Donna L - OASAM HRC and Molina, Monique V - MSHA (JB Jim Blair-SOL) Dated: April 8, 2013 | Subject: RE: Hi | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making.<br><br>Email communications are being withheld under attorney-client privilege, which protects confidential communications between an attorney and his client relating to a legal matter. |
| MSHA0204 | Email communication between Louviere. Amy – MSHA; Main. Joseph A – MSHA; Silvey. | Subject: draft statement on disciplinary actions | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to |

Case 5:14-cr-00244 Document 669-3 Filed 05/21/18 Page 6 of 9 PageID #: 23615

## UBB Disciplinary Actions-MSHA Email
## Privilege Log

|  |  |  |  |
|---|---|---|---|
|  | Patricia – MSHA and Aaronson, Julie E - MSHA<br><br>Dated: April 19, 2013 |  | decision-making. |
| MSHA0205 – 0206 | Email communications between the following:<br><br>Rooney, Nancy – SOL and Silvey, Patricia – MSHA<br><br>Ahlgren, Kathryn J – OCIA; Greenfield, Deborah - SOL; and Rooney, Nancy - SOL<br><br>Dated: April 19, 2013 | Subject: MSHA Follow-Up | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making.<br><br>Email communications are being withheld under attorney-client privilege, which protects confidential communications between an attorney and his client relating to a legal matter. |
| MSHA0206 | Email communication between Rooney, Nancy – SOL and Greenfield, Deborah – SOL<br><br>Dated: April 17, 2013 | Subject: Fw: | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making.<br><br>Email communications are being withheld under attorney-client privilege, which protects confidential communications between an attorney and his client relating to a legal matter. |
| MSHA0206 | Email communication between Silvey, Patricia – MSHA; Rooney, Nancy - SOL; Rose, Sydney T - OASAM HRC; and Blair, James – | No Subject | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making. |

## UBB Disciplinary Actions-MSHA Email
## Privilege Log

|  |  |  |  |
|---|---|---|---|
|  | SOL<br><br>Dated: April 16, 2013 |  | Email communications are being withheld under attorney-client privilege, which protects confidential communications between an attorney and his client relating to a legal matter. |
| MSHA0207–0208 | Email communications between Silvey, Patricia – MSHA; Main, Joseph A – MSHA and Louviere, Amy - MSHA<br><br>Dated: April 22, 2013 | Subject: Re: draft statement | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making. |
| MSHA0209 | Email communications between Rooney, Nancy - SOL; Fillichio, Carl – OPA; Alexander, Elizabeth N – OPA; Barr, G. Stephen – OPA, Lawder, Jesse – OPA; Strassler. Heidi W – SOL MSHA; Suiter, Carrianna – OCIA; Silvey, Patricia - MSHA; Louviere, Amy - MSHA<br><br>Dated: April 22, 2013 | Subject: draft statement--amended | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making.<br><br>Email communications are being withheld under attorney-client privilege, which protects confidential communications between an attorney and his client relating to a legal matter. |
| MSHA0209 | Email communications between Silvey, Patricia - MSHA Main, Joseph A – MSHA and Louviere, Amy – MSHA<br><br>Dated: April 22, | Subject: draft statement | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making. |

7

## UBB Disciplinary Actions-MSHA Email
## Privilege Log

| | | | |
|---|---|---|---|
| | 2013 | | |
| MSHA0210 – 0211 | Email communication with draft attachment between Rooney, Nancy – SOL and Silvey, Patricia - MSHA<br><br>Dated: April 22, 2013 | Subject: UBB Discipline | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making.<br><br>Email communications are being withheld under attorney-client privilege, which protects confidential communications between an attorney and his client relating to a legal matter. |
| MSHA0212 - 0226 | Email communication with draft attachment between Mascolino, Thomas A - MSHA CTR; Strassler, Heidi W - SOL; Ferguson, Dana - SOL; Turow, Stephen D – SOL and Silvey, Patricia - MSHA<br><br>Dated: August 20, 2013 | Subject: FTCA UBB Response 7 9 13 solmsh FTCA UBB AdminRpt (2) (3) | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making.<br><br>Email communications are being withheld under attorney-client privilege, which protects confidential communications between an attorney and his client relating to a legal matter. |
| MSHA0227 | Email communications between the following:<br><br>Rose, Sydney T - OASAM HRC and Silvey, Patricia – MSHA<br><br>Rose, Sydney T - OASAM HRC; Silvey, Patricia – | Subject: Sorry, but we're probably going to have an Est completion date for getting your investigation report | Email communications are being withheld pursuant to deliberative process privilege, which permits the withholding of internal government records which are pre-decisional and contain staff advice, opinion and recommendation. This exemption is intended to preserve free and candid internal dialogue leading to decision-making. |

DLB-2255-00018

UBB Disciplinary Actions-MSHA Email
Privilege Log

|  | MSHA and Williamson, Christopher - MSHA<br><br>Dated: July 16, 2015 |  |  |
|---|---|---|---|
|  |  |  |  |

DLB-2255-00019