# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY

CRIMINAL ACTION NO. 5:14-CR-244-ICB-OJA

UNITED STATES OF AMERICA                          PLAINTIFF

V.                      **NOTICE OF RECUSAL**

DONALD L. BLANKENSHIP                          DEFENDANT

********************

       The United States, through counsel, provides notice that the Associate Deputy Attorney General has approved the recusal of the United States Attorney's Office for the Southern District of West Virginia from defending the Section 2255 motion filed by the Defendant on April 18, 2018. The United States will now be represented by the United States Attorney for the Eastern District of Kentucky. The undersigned has been appointed a Special Attorney pursuant to 28 U.S.C. § 515, and makes this appearance pursuant to Local Rule 44.1(d). In accordance with Department of Justice policy, the United States submits the Notice of Recusal and Special Attorney Appointment Affidavit.

                                       Respectfully submitted,

                                       JEFFERSON B. SESSIONS III
                                       UNITED STATES ATTORNEY GENERAL

                                       ROBERT M. DUNCAN, JR.
                                       UNITED STATES ATTORNEY
                                       EASTERN DISTRICT OF KENTUCKY

By: /s/ Kate K. Smith
Kate K. Smith
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, KY 40507
(859) 685-4855
(859) 685-4820
Fax: (859) 233-2747
kate.smith@usdoj.gov

CERTIFICATE OF SERVICE

      On May 25, 2018, I electronically filed this document through the ECF system, which provided notice to counsel of record.

                                      /s/ Kate K. Smith
                                      Assistant United States Attorney