UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

CRIMINAL ACTION NO. 5:14-CR-244-ICB-OJA
CIVIL ACTION NO. 5:18-CV-591-ICB-OJA

DONALD L. BLANKENSHIP                                    PETITIONER

V.          **MOTION FOR EXTENSION OF TIME TO RESPOND**

UNITED STATES OF AMERICA                                 RESPONDENT

********************

The United States, through counsel, requests additional time to respond to Petitioner's pending motion for an *in camera* review of documents withheld on privilege grounds. *See* Docket Entry ("DE") 669. On May 22, 2018, the United States Attorney's Office for the Southern District of West Virginia was recused from defending the Section 2255 motion filed by the Petitioner on April 18, 2018. DE 672-1 (Notice of Recusal). On May 25, 2018, the undersigned was sworn in to represent the United States in this matter. DE 672-2 at 3 (Appointment Affidavit). A response to the pending motion is due on June 4, 2018. The United States requests a continuance of ten days to permit time to transfer the necessary files from the Southern District of West Virginia to the Eastern District of Kentucky, and to review the relevant documents, the privilege logs, and the privilege claims asserted by the Department of Labor.

Respectfully submitted,

JEFFERSON B. SESSIONS III
UNITED STATES ATTORNEY GENERAL

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF KENTUCKY


By:     /s/ Kate K. Smith
        Kate K. Smith
        Assistant United States Attorney
        260 W. Vine Street, Suite 300
        Lexington, KY   40507
        (859) 685-4855
        (859) 685-4820
        Fax:   (859) 233-2747
        kate.smith@usdoj.gov

CERTIFICATE OF SERVICE

      On May 25, 2018, I electronically filed this document through the ECF system, which provided notice to counsel of record.

                                                        /s/ Kate K. Smith
                                                        Assistant United States Attorney