UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

CRIMINAL ACTION NO. 5:14-CR-244-ICB-OJA
CIVIL ACTION NO. 5:18-CV-591-ICB-OJA

DONALD L. BLANKENSHIP                                               PETITIONER

V.                      **NOTICE OF WITHDRAWAL**

UNITED STATES OF AMERICA                               RESPONDENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The United States, through counsel, provides notice that the United States Attorney for the Eastern District of Kentucky is withdrawing from representing the United States in this matter. Another attorney, Douglas W. Squires from the Southern District of Ohio, has appeared on behalf of the United States. Mr. Squires will be the United States' counsel of record going forward.

                                            Respectfully submitted,

                                            JEFFERSON B. SESSIONS III
                                            UNITED STATES ATTORNEY GENERAL

                                            ROBERT M. DUNCAN, JR.
                                            UNITED STATES ATTORNEY
                                            EASTERN DISTRICT OF KENTUCKY

                        By:     /s/ Kate K. Smith
                                            Kate K. Smith (KBA #96069)
                                            Assistant United States Attorney
                                            260 W. Vine Street, Suite 300

1

Lexington, KY   40507
(859) 685-4855
(859) 685-4820
Fax:   (859) 233-2747
kate.smith@usdoj.gov

CERTIFICATE OF SERVICE

    On June 8, 2018, I electronically filed this document through the ECF system, which provided notice to counsel of record.

    /s/ Kate K. Smith
Kate K. Smith (KBA #96069)
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, KY   40507
(859) 685-4855
(859) 685-4820
Fax:   (859) 233-2747
kate.smith@usdoj.gov