# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# Beckley Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | |
| v. ) | Criminal No. 5:14-CR-00244 |
| ) | Civil No. 5:18-CV-00591 |
| ) | |
| **DONALD L. BLANKENSHIP** ) | |
| ) | |
| Defendant/Petitioner. ) | |

## PETITIONER'S REQUESTS FOR PRODUCTION
## OF DOCUMENTS DIRECTED TO RESPONDENT

Donald L. Blankenship, by and through counsel and pursuant to the Federal Rules of Civil Procedure, requests that Respondent United States of America provide full and complete responses to the below Requests for Production of Documents within ten (10) days of service.

## REQUEST FOR DOCUMENTS

1.  Any report, memorandum, and other writing that contains findings, conclusions, or other information regarding the inquiry or investigation conducted by the Department of Justice's Office of Professional Responsibility in connection with *United States v. Donald L. Blankenship*, Cr. No. 5:14-CR-00244, in the Southern District of West Virginia. This request includes said information even if not finally approved for release by the Department of Justice.