# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

| | |
|---|---|
| **DONALD L. BLANKENSHIP,** ) | |
| ) | |
| **Movant,** ) | |
| ) | |
| v. ) | **Civil Action No. 5:18-00591** |
| ) | **(Criminal Action No. 5:14-00244)** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

## O R D E R

Pending before the Court is Movant's "Motion to Conduct Discovery" (Document No. 681), filed by counsel, Howard C. Vick, Benjamin L. Hatch, and W. Henry Jernigan, Jr., on June 21, 2018. It is hereby **ORDERED** that United States shall file a Response to Movant's above Motion on or before **July 6, 2018**. Movant may file a Reply to the United States' Response by **July 13, 2018**.

The Clerk is requested to transmit a copy of this Order to counsel of record.

ENTER: June 22, 2018.

_____
Omar J. Aboulhosn
United States Magistrate Judge