UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| DONALD L. BLANKENSHIP, ) | |
| ) | |
| Plaintiff, ) | 5:18-CV-00591 |
| ) | 5:14-CR-00244 |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant, ) | |

## ORDER

Pending before the Court is the Plaintiff's ***Motion to Conduct Discovery*** [ECF No. 681] pursuant to Rule 6 of the Rules Governing Section 2255 Proceedings. Accordingly, after conferring with all Counsel, an in-chambers, telephonic, informal conference on this matter will be held today, July 16, 2018 at 4:00 p.m. Counsel has been provided, via e-mail, the conference call number and PIN.

The Clerk is requested to send a copy of this Order to all Counsel of record.

ENTER: July 16, 2018.

BY THE COURT:

_____
Omar J. Aboulhosn
United States Magistrate Judge