IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

| | | |
|---|---|---|
| **DONALD L. BLANKENSHIP,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 5:18-00591** |
| | ) | **(Criminal Action No. 5:14-00244)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

On July 16, 2018, the undersigned conducted an in-chambers informal conference concerning Movant's pending "Motion to Conduct Discovery" (Document No. 681). Movant appeared via telephone, by counsel, Benjamin L. Hatch, Howard C. Vick, Jr., Michael A. Baudinet, and W. Henry Jernigan, Jr. The United States appeared via telephone, by counsel, AUSA Douglas W. Squires, AUSA Jessica H. Kim, and AUSA S. Courter Shimeall. During the discussions, the parties reached the following agreement to resolve the issues raised in Movant's above Motion:

1. The United States will provide to Movant the Department of Justice's Office of Professional Responsibility ("DOJ") full Report of Investigation, and documents related to the DOJ's review, by **August 15, 2018**.

2. If the United States is unable to produce the foregoing by August 15, 2018, the United States **must** notify the Court of its inability to comply by **August 8, 2018**. The United States **must** further notify the Court of the specific reasons for its inability to comply with the August 15, 2018 deadline, and provide the Court with a date certain for the production of the foregoing documents.

3. If Movant concludes his discovery request is not satisfied after receipt and review of the

above documents, Movant may file a new Motion for Discovery.

Based upon the agreement of the parties as provided herein, Movant's "Motion to Conduct Discovery" (Document No. 681) is now **MOOT** and the Clerk is directed to **TERMINATE** the Motion.

The Clerk is requested to transmit a copy of this Order to counsel of record.

ENTER: July 17, 2018.

_____
Omar J. Aboulhosn
United States Magistrate Judge