IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

| | |
|---|---|
| **DONALD L. BLANKENSHIP,** ) | |
| ) | |
| **Movant,** ) | |
| ) | |
| v. ) | Civil Action No. 5:18-00591 |
| ) | (Criminal Action No. 5:14-00244) |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

### O R D E R

By Order entered on August 8, 2018, the undersigned granted in part and denied in part as moot Movant's "Motion for *In Camera* Review" (Document No. 669). (Document No. 697.) Specifically, the undersigned granted Movant's "Motion for *In Camera* Review" as to Document Nos. DLB-001463, DLB-001464-77, DLB-001496-001501, and DLB-001532. (Id.) Thus, the Court directed the United States to produce the foregoing documents for *in camera review*. (Id.) On August 16, 2018, the undersigned received the foregoing documents and a flash drive from the United States. Accordingly, it is hereby **ORDERED** that the Clerk shall file the foregoing documents *nunc pro tunc* to August 16, 2018. The undersigned further **ORDERS** that the confidential documents (DLB-001463, DLB-001464-77, DLB-001496-001501, DLB-001532) and the flash drive be filed under seal.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTER: August 20, 2018.

Omar J. Aboulhosn
United States Magistrate Judge