# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### Beckley Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff/Respondent,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 5:14-CR-00244** |
| | ) | **Civil No. 5:18-CV-00591** |
| | ) | |
| **DONALD L. BLANKENSHIP** | ) | |
| | ) | |
| **Defendant/Movant.** | ) | |

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Donald L. Blankenship, by and through counsel, respectfully moves under Local Rule 7.1(a) for leave to file a memorandum in support of his Motion to Vacate Conviction Pursuant to 28 U.S.C. § 2255 ("2255 Motion") that exceeds the 20 page limit. In order to adequately address the issues raised in the 2255 Motion, Mr. Blankenship seeks leave to file a 30 page memorandum.

Good cause exists for extending the page limitation. Mr. Blankenship's 2255 Motion addresses highly fact-intensive issues regarding hundreds of pages of documents and their impact his underlying trial. Moreover, since Mr. Blankenship originally filed his 2255 Motion, the government has disclosed dozens of additional documents, many of which are highly relevant to the issues raised in the 2255 Motion and must be addressed in the first instance in this memorandum. In addition, the Department of Justice's Office of Professional Responsibility has released an extensive, detailed report of its investigation along with several hundred pages of exhibits.

Counsel for Mr. Blankenship has conferred with counsel for the government who does not object to this request. Likewise, Mr. Blankenship has no objection to the government submitting a response of 30 pages.

Therefore, Mr. Blankenship requests that this Court grant him leave to file a memorandum in support of his 2255 Motion of not more than 30 pages.

Dated: August 22, 2018                                          Respectfully submitted,

                                                                /s/  Howard C. Vick
                                                                Howard C. Vick
                                                                Michael A. Baudinet
                                                                MCGUIREWOODS LLP
                                                                Gateway Plaza
                                                                800 E. Canal Street
                                                                Richmond, VA 23219-3916
                                                                Tel: (804) 775-1000
                                                                Fax: (804) 775-1061
                                                                tvick@mcguirewoods.com
                                                                mbaudinet@mcguirewoods.com

                                                                Benjamin L. Hatch
                                                                MGUIREWOODS LLP
                                                                World Trade Center
                                                                101 West Main Street
                                                                Suite 9000
                                                                Norfolk, VA 23510-1655
                                                                Tel: (757) 640-3700
                                                                Fax: (757) 640-3701
                                                                bhatch@mcguirewoods.com

                                                                /s/ W. Henry Jernigan, Jr.
                                                                W. Henry Jernigan, Jr. (WVSB No. 1884)
                                                                DINSMORE & SHOHL LLP
                                                                707 Virginia Street, East, Suite 1300
                                                                P.O. Box 11887
                                                                Charleston, West Virginia 25339-1887
                                                                Telephone: (304) 357-0900
                                                                Facsimile: (304) 357-0919
                                                                henry.jernigan@dinsmore.com

                                                                *Counsel for Donald L. Blankenship*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**Beckley Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff/Respondent,** ) | |
| ) | |
| **v.** ) | **Criminal No. 5:14-CR-00244** |
| ) | **Civil No. 5:18-CV-00591** |
| ) | |
| **DONALD L. BLANKENSHIP** ) | |
| ) | |
| **Defendant/Petitioner.** ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I, W. Henry Jernigan, do hereby certify that a foregoing **Motion for Leave to Exceed**

**Page Limitation** was served through the Court's electronic filing system on this the 22nd day of

August, 2018 upon the following counsel of record:

Douglas W. Squires, Esquire
Assistant U.S. Attorney
U.S. Attorney's Office for the Southern District of Ohio
303 Marconi Blvd., Suite 200
Columbus, OH 43215

/s/ W. Henry Jernigan, Jr.
W. Henry Jernigan, Jr. (WVSB No. 1884)