IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

| | |
|---|---|
| **DONALD L. BLANKENSHIP,** ) | |
| ) | |
| **Movant,** ) | |
| ) | |
| v. ) | Civil Action No. 5:18-00591 |
| ) | (Criminal Action No. 5:14-00244) |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

# O R D E R

Pending before the Court is Movant's "Motion for Leave to Exceed Page Limitation." (Document No. 701.) Specifically, Movant requests leave to file his Memorandum of Law in Support of his Section 2255 Motion in excess of the 20-page limit imposed by LR Civ P 7.1(a)(2). In support, Movant states that an extension of the page limit is necessary to properly address highly fact-intensive issues. (Id.) Movant states that his Memorandum in Support will not exceed 30 pages. (Id.) Movant's counsel states that he has "conferred with counsel for the Government, who does not object to this request." (Id.) Movant's further states that he has no objection to the Government submitting a response of 30 pages. (Id.) The Court finds that good cause exists for permitting Movant to file a memorandum of law in excess of the maximum page limit and hereby **ORDERS** that the Movant's Motion (Document No. 701) is **GRANTED**.

The Clerk is directed to transmit a copy to counsel of record.

ENTER: August 23, 2018.

_____
Omar J. Aboulhosn
United States Magistrate Judge