IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

| | |
|---|---|
| **DONALD L. BLANKENSHIP,** ) | |
| ) | |
| **Movant,** ) | |
| ) | |
| v. ) | **Civil Action No. 5:18-00591** |
| ) | **(Criminal Action No. 5:14-00244)** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

**O R D E R**

Pending before the Court is HD Media d/b/a *The Charleston Gazette-Mail's* "Limited Motion to Intervene" (Document No. 714), filed by counsel, Sean P. McGinley, on October 11, 2018. Specifically, *The Charleston Gazette-Mail* requests the Court allow it to intervene in the above case for the limited purpose of challenging the parties' sealing of court filed documents. (Id.) As an attachment, *The Charleston Gazette-Mail* includes a copy of its "Combined Motion to Unseal and Memorandum in Support." (Document No. 714-1.)

After careful consideration, the Court finds that *The Charleston Gazette-Mail's* "Limited Motion to Intervene" (Document No. 714) is **GRANTED**. The Clerk is directed to docket *The Charleston Gazette-Mail's* "Combined Motion to Unseal and Memorandum in Support" (Document No. 714-1) as a new docket entry. Movant and the United States are directed to file a Response to *The Charleston Gazette-Mail's* "Combined Motion to Unseal and Memorandum in Support" (Document No. 714-1) by **October 25, 2018**. *The Charleston Gazette-Mail* may file a Reply by **November 1, 2018**.

Based upon the foregoing, the undersigned further finds that the United States should be granted a brief extension of time concerning the deadline for filing its Answer/Response to

Movant's Section 2255 Motion. The United States shall file its Answer/Response to Movant's Section 2255 Motion by **November 16, 2018**.

    The Clerk is requested to transmit a copy of this Order to counsel of record.

ENTER: October 11, 2018.

                                                    Omar J. Aboulhosn
                                                    United States Magistrate Judge