# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

DONALD L. BLANKENSHIP,

    Movant-Appellant,

v.　　　　　　　　　　　　　　　　　　　　　Civil Action No.:  5:18-cv-00591
　　　　　　　　　　　　　　　　　　　　　　Criminal No.:  5:14-cr-00244

UNITED STATES OF AMERICA,

    Respondent-Appellee.

## NOTICE OF APPEAL

Notice is hereby given that Movant Donald L. Blankenship, appeals to the United States Court of Appeals for the Fourth Circuit from the order of this Court which denied the Movant relief under 28 U.S.C. §2255 as pronounced on the 15th day of January, 2020.  The Movant seeks a certificate of appealability under 28 U.S.C. §2253(c).

Respectfully Submitted,

/s/James M. Cagle
James M. Cagle (WV Bar No. 580)
1200 Boulevard Tower
1018 Kanawha Boulevard, East
Charleston, West Virginia  25301
Email: caglelaw@aol.com
Phone:  (304) 342-3174
Fax: (304) 342-0448
*Counsel for Donald L. Blankenship*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DONALD L. BLANKENSHIP,

    Movant-Appellant,

v.                                                          Civil Action No.: 5:18-cv-00591
                                                            Criminal No.: 5:14-cr-00244

UNITED STATES OF AMERICA,

    Respondent-Appellee.

## CERTIFICATE OF SERVICE

The undersigned, counsel for the Movant Donald L. Blankenship, does hereby certify that a true and correct copy of the *Notice of Appeal* was served via electronic filing to Thomas Booth, U.S. Attorney, Douglas W. Squires, U.S. Attorney, Jessica H. Kim, U.S. Attorney, Samuel Courter Shimeall, U.S. Attorney, Gabriele Wohl, U.S. Attorney, Kate K. Smith, U.S. Attorney, L. Anna Forbes, U.S. Attorney, Michael B. Stuart, U.S. Attorney, R. Gregory McVey, U.S. Attorney and Sean P. McGinley, Esq. DiPiero Simmons McGinley & Bastress, PLLC on the on this the 9th day of March, 2020.

                                                    /s/James M. Cagle
                                                    James M. Cagle (WV Bar No. 580)
                                                    1200 Boulevard Tower
                                                    1018 Kanawha Boulevard, East
                                                    Charleston, West Virginia 25301
                                                    Email: caglelaw@aol.com
                                                    Phone: (304) 342-3174
                                                    Fax: (304) 342-0448
                                                    *Counsel for Donald L. Blankenship*