FILED: October 23, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-6330
(5:14-cr-00244-1; 5:18-cv-00591)

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

 v.

DONALD L. BLANKENSHIP,

  Defendant - Appellant.

O R D E R

  Donald L. Blankenship seeks to appeal the district court's order rejecting the magistrate judge's recommendation and denying relief on Blankenship's 28 U.S.C. § 2255 motion. Upon review, we grant a certificate of appealability on Blankenship's claim that, in violation of *Brady v. Maryland*, 373 U.S. 83 (1963), the Government suppressed material, favorable evidence, to wit: (1) memoranda of interviews of five former Massey Energy Company employees—Mark Clemens, Steve Sears, Sabrina Duba, Charlie Bearse, and Stephanie Ojeda—who did not testify at Blankenship's trial; (2) memoranda of interviews of two former Massey employees—Chris Blanchard and Bill Ross—who did testify at trial; and (3) documentary evidence, from the Mine Safety & Health

Administration, pertaining to the issues of advance notice, agency bias, and disciplinary actions.  The Clerk shall enter a final briefing schedule by separate order.

        For the Court

        /s/ Patricia S. Connor, Clerk