# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 9, 2022

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

  Re: Donald L. Blankenship
     v. United States
     No. 21-1428
     (Your No. 20-6330)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on May 5, 2022 and placed on the docket May 9, 2022 as No. 21-1428.

            Sincerely,

            **Scott S. Harris**, Clerk

            by

            Susan Frimpong
            Case Analyst